UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　Case Action No. 41-1395 (WCC)
　　　　　　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**NOTICE OF APPEARANCE OF**
　　　　　　v.　　　　　　　　　　　　　)　　**WILLIAM WARGO**
　　　　　　　　　　　　　　　　　　　　)
AMERICAN SOCIETY OF COMPOSERS,　　　　)
AUTHORS AND PUBLISHERS,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　　　)
　　　　　　　　　　　　　　　　　　　　)
-----------------------------------------------------------x
In the matter of the Application for the　　　)
Determination of Reasonable License Fees for　)
Performances via Transmissions by　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MICROSOFT CORPORATION'S MSN.COM　　　)
PORTAL WEBSITE　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
-----------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Microsoft Corporation. I certify that I am admitted to practice in this court.

Dated: June 9, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　William Wargo (WW9417)
　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 801-9200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 801-6400
　　　　　　　　　　　　　　　　　　　　Email: wargow@gtlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Microsoft Corp.*