UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,           )
                                    )   Case Action No. 41-1395 (WCC)
               Plaintiff,   )
                                    )
    v.                            )
                                    )
AMERICAN SOCIETY OF COMPOSERS,      )
AUTHORS AND PUBLISHERS,             )
                                    )
               Defendant.   )
                                    )
------------------------------------------------------------x
In the matter of the Application for the          )
Determination of Reasonable License Fees for      )
Performances via Transmissions by                 )
                                                  )
                                                  )
MICROSOFT CORPORATION'S MSN.COM                   )
PORTAL WEBSITE                                    )
                                                  )
                                                  )
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF APPLICANT MICROSOFT CORPORATION

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Applicant Microsoft Corporation ("Microsoft"), certifies that:

      1.    Microsoft is corporation organized and existing under Washington law. It has no corporate parent.

      2.    There are no publicly-held corporation(s) that own 10% or more of Microsoft's stock.

Dated: June 9, 2008
      New York, New York

                                                Respectfully submitted,

                                                */s/ Will Wargo*

                                                Alan Mansfield (AM3266)
                                                William Wargo (WW9417)
                                                GREENBERG TRAURIG, LLP
                                                200 Park Avenue
                                                New York, New York 10166
                                                Telephone: (212) 801-9200
                                                Facsimile: (212) 801-6400
                                                Email: wargow@gtlaw.com
                                                *Attorneys for Microsoft Corp.*