UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,   )
                                                      )   Case Action No. 41-1395 (WCC)
                Plaintiff,   )
                                                      )   **NOTICE OF APPEARANCE OF**
v.   )   **ALAN MANSFIELD**
AMERICAN SOCIETY OF COMPOSERS,   )
AUTHORS AND PUBLISHERS,   )
                Defendant.   )
------------------------------------------------------------x
In the matter of the Application for the   )
Determination of Reasonable License Fees for   )
Performances via Transmissions by   )

MICROSOFT CORPORATION'S MSN.COM   )
PORTAL WEBSITE   )
------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Microsoft Corporation. I certify that I am admitted to practice in this court.

Dated: June 9, 2008
       New York, New York

                                          Respectfully submitted,

                                          _____
                                          Alan Mansfield (AM3266)
                                          GREENBERG TRAURIG, LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          Telephone: (212) 801-9200
                                          Facsimile: (212) 801-6400
                                          Email: mansfielda@gtlaw.com
                                          *Attorneys for Microsoft Corp.*