*Connor, J*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br><br> Defendant. | Civil Action No. 41-1395 (WCC) |
| In the matter of the Application for the Determination of Reasonable License Fees for Performances via Wireless and Internet Transmissions by <br><br> MOBITV INC. f/k/a IDETIC, INC. | |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and among The American Society of Composers, Authors and Publishers ("ASCAP") and MobiTV Inc. f/k/a Idetic, Inc. ("MobiTV") (collectively, the "Parties") that:

1. MobiTV shall provide ASCAP with written responses and objections to ASCAP's First Set of Document Requests and First Set of Interrogatories ("ASCAP's Discovery Requests") on or before **June 20, 2008**;

2. If necessary, ASCAP and MobiTV shall confer on or before **June 30, 2008** regarding MobiTV's written responses to ASCAP's Discovery Requests;

3. Subject to MobiTV's objections to ASCAP's Discovery Requests, MobiTV shall commence production of materials responsive to ASCAP's First Set of Document Requests on or

COPIES MAILED TO COUNSEL OF RECORD 6/20/08

before **July 10, 2008**, with any remaining responsive documents to be produced on a rolling basis as soon thereafter as is practicable; and

    4.    MobiTV agrees that it will not challenge, and waives its right to challenge, the method or propriety of service upon MobiTV of:

- (a) ASCAP's Application for Determination of Reasonable License Fees for Performances via Wireless and Internet Transmissions by MobiTV Inc. f/k/a Idetic, Inc.;
- (b) ASCAP's First Request to MobiTV Inc. f/k/a Idetic, Inc. for Production of Documents (Nos. 1-16); and
- (c) ASCAP's First Set of Interrogatories to MobiTV Inc. f/k/a Idetic, Inc. (Nos. 1-9).

Nothing in this Stipulation and Order shall prevent either Party from asking the Court to set additional dates or otherwise modify this Stipulation and Order.

Dated: New York, New York
June  18, 2008

LOVELLS LLP

By: _____
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
Aviva J. Halpern (AH 0957)
590 Madison Avenue
New York, New York 10022
T: (212) 909-0600
david.leichtman@lovells.com
hillel.parness@lovells.com
aviva.halpern@lovells.com

-and-

RICHARD H. REIMER, ESQ. (RR 7878)
One Lincoln Plaza
New York, New York 10023
T: (212) 621-6200
rreimer@ascap.com

*Attorneys for American Society of Composers, Authors and Publishers*

WEIL, GOTSHAL & MANGES LLP

By: _____
Kenneth L. Steinthal (KS 7897)
201 Redwood Shores Parkway
Redwood Shores, California 94065
T: (650) 802 3081
kenneth.steinthal@weil.com

*Attorneys for MobiTV Inc.*

SO ORDERED.

Dated: White Plains, New York
       June 20, 2008

_____
Senior United States District Judge