UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant.<br><br>In the matter of the Application for the Determination of Reasonable License Fees for Performances via Wireless Transmissions and Internet Transmissions by<br><br>AT&T WIRELESS f/k/a CINGULAR WIRELESS | Civil Action No. 41-1395 (WCC) |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and among The American Society of Composers, Authors and Publishers ("ASCAP") and AT&T Mobility LLC ("AT&T")[1] (collectively, the "Parties") that:

1. AT&T shall provide ASCAP with written responses and objections to ASCAP's First Set of Document Requests and First Set of Interrogatories ("ASCAP's Discovery Requests") on or before **June 20, 2008**;

2. Subject to AT&T's objections to ASCAP's Discovery Requests, AT&T shall commence production of materials responsive to ASCAP's First Set of Document Requests on or before **July 11, 2008**, with any remaining responsive documents to be produced on a rolling basis as soon thereafter as is practicable;

---

[1] AT&T has advised ASCAP that the party seeking a license is AT&T Mobility LLC rather than AT&T Wireless f/k/a Cingular Wireless.

COPIES MAILED TO COUNSEL OF RECORD  6/23/08

3. ASCAP shall provide AT&T with written responses and objections to AT&T's First Request to ASCAP for Production of Documents ("AT&T's Document Requests") on or before **July 1, 2008**;

4. Subject to ASCAP's objections to AT&T's Document Requests, ASCAP shall commence production of materials responsive to AT&T's Document Requests on or before **July 20, 2008** with any remaining responsive documents to be produced on a rolling basis as soon thereafter as is practicable; and

5. AT&T agrees that it will not challenge, and waives its right to challenge, the method or propriety of service upon AT&T of:

    (a) ASCAP's Application for Determination of Reasonable License Fees for Performances via Wireless and Internet Transmissions by AT&T Wireless f/k/a Cingular Wireless;

    (b) ASCAP's First Request to AT&T Wireless f/k/a Cingular Wireless for Production of Documents (Nos. 1-12); and

    (c) ASCAP's First Set of Interrogatories to AT&T Wireless f/k/a Cingular Wireless (Nos. 1-9).

Nothing in this Stipulation and Order shall prevent either Party from asking the Court to set additional dates or otherwise modify this Stipulation and Order.

Dated: New York, New York  
June 19, 2008

LOVELLS LLP

By: _____  
David Leichtman (DL 7233)  
Hillel I. Parness (HP 1638)  
Aviva J. Halpern (AH 0957)  
590 Madison Avenue  
New York, New York 10022  
T: (212) 909-0600  
david.leichtman@lovells.com  
hillel.parness@lovells.com  
aviva.halpern@lovells.com

-and-

RICHARD H. REIMER, ESQ. (RR 7878)
One Lincoln Plaza
New York, New York 10023
T: (212) 621-6200
rreimer@ascap.com

*Attorneys for American Society of
Composers, Authors and Publishers*

KILPATRICK STOCKTON LLP

By: _____
Joseph Petersen (JP 9071)
31 W. 52nd Street, 14th Floor
New York, New York 10019
T: (212) 775-8700
jpetersen@kilpatrickstockton.com

James A. Trigg (*pro hac vice application pending*)
Joseph M. Beck (*pro hac vice application pending*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
T: (404) 815-6500
jtrigg@kilpatrickstockton.com
jbeck@kilpatrickstockton.com

*Attorneys for AT&T Mobility LLC*

SO ORDERED.

Dated: White Plains, New York
      June 23, 2008

_____
Sr. United States District Judge