# ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| **1330 OLD RIVER, LLC**<br>**d/b/a RocBar**<br>**1330 Old River Road**<br>**Cleveland, Ohio  44113** | : | Case No. 1-08-MC-00019 |
| | : | Judge S. Arthur Spiegel |
| | : | |
| **Applicant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AMERICAN SOCIETY OF**<br>**COMPOSERS, AUTHORS**<br>**AND PUBLISHERS,**<br>**2675 Paces Ferry Road, S.E., Suite 350**<br>**Atlanta, Georgia  30339** | | |
| | | |
| **Respondent.** | | |

*related to* UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civ. Action No. 41-1395 (WCC)<br>(S.D.N.Y.) |
| **Plaintiff,** | : | |
| | | Sr. Judge William C. Conner |
| **v.** | : | |
| | : | |
| **AMERICAN SOCIETY OF**<br>**COMPOSERS, AUTHORS AND**<br>**PUBLISHERS,** | : | |
| | : | |
| **Defendant.** | | |

## SCHEDULING ORDER

WHEREAS, applicant 1330 Old River Road, LLC ("Applicant") has applied in the

United States District Court for the Southern District of Ohio, Cincinnati Division, pursuant to

17 U.S.C. §§ 513(1) and 513(2), for the determination of a reasonable license fee for a license to

COPIES MAILED TO COUNSEL OF RECORD  6/23/08

perform publicly copyrighted musical works in the repertory of respondent American Society of Composers, Authors and Publishers ("ASCAP") at Applicant's nightclub known as the Roc Bar and located at 1330 Old River Road in Cleveland, Ohio; and counsel for the parties having appeared at a conference with the Court on May 30, 2008 at which it was agreed that the Court would enter a scheduling order; now, therefore, it is HEREBY ORDERED that:

1.      The parties shall serve their initial discovery on each other on or before June 13, 2008, and responses and/or objections thereto shall be served on or before July 15, 2008.

2.      The parties shall serve any additional discovery on each other on or before July 25, 2008, and responses and/or objections thereto shall be served on or before August 25, 2008.

3.      The parties shall disclose to each other their expert witnesses and provide each other with their expert witnesses' reports by September 3, 2008.

4.      All discovery shall be completed by September 12, 2008.

5.      Counsel for the parties shall appear before the Court for a pretrial conference in the United States District Court Courthouse in White Plains, New York, Room 630, on September 5, 2008 at 11:45 a.m.   Counsel for Applicant may appear at the conference by telephone.

6.      Trial of this matter will be held in accordance with the provisions of 17 U.S.C. § 513 at a time and place to be determined by the Court at the pretrial conference.

Dated: White Plains, New York
June 23, 2008

_____
Sr. United States District Judge

- 2 -