**MEMORANDUM**

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

**DATE:** June 25, 2008

**TO** : All Counsel

**FROM** : JUDGE WILLIAM C. CONNER

**SUBJECT:** ASCAP – paper filed case

___

    This is a reminder to all counsel that USA v. ASCAP, Civil Action No. 41-1395 (WCC)(MHD) is a **paper filed ONLY** case. Counsel should neither electronically file a document nor expect to receive a document via electronic means.

*/s/ William C. Conner*