**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP 9071)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

ORIGINAL

Joseph M. Beck
James A. Trigg
W. Andrew Pequignot
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Applicant AT&T Mobility LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                          Plaintiff,<br><br>            v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>                          Defendant. | Case No. 41-1395 (WCC) |
| In the matter of the Application for the Determination of Reasonable License Fees by<br><br>AT&T WIRELESS |  USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

**ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES A. TRIGG**
**ON WRITTEN MOTION**

Upon the motion of Joseph Petersen attorney for Applicant AT&T Mobility LLC, ("AT&T") (incorrectly named in the caption as "AT&T Wireless"), and said sponsor attorney's affidavit in support;

**COPIES MAILED TO COUNSEL OF RECORD** 6/25/08

IT IS HEREBY ORDERED that:

> James A. Trigg
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: JTrigg@kilpatrickstockton.com

is admitted to practice *pro hac vice* as counsel for AT&T, Applicant, in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 25, 2008
~~New York~~ White Plains, New York

SO ORDERED,

_____
U.S.D.J.

US2008 308407 1