**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br>                      Defendant.<br><br>In the matter of the Application for the Determination of Reasonable License Fees by<br><br>AT&T WIRELESS | Case No. 41-1395 (WCC)<br><br><br>**STIPULATION** |

      **WHEREAS**, on August 18, 2008, applicant AT&T Mobility LLC ("AT&T") served papers in support of its Motion for Summary Judgment on Ringtone and Ringback Tone Previews (the "Motion");

      **WHEREAS**, the American Society of Composers, Authors and Publishers ("ASCAP") has a due date of September 2, 2008 to serve its papers in opposition to the Motion;

      **WHEREAS**, on August 19, 2008, ASCAP served its Interim Fee Proposal;

      **WHEREAS**, AT&T's responsive brief and counterproposal is currently due on or before September 2, 2008, and ASCAP's reply is currently due on or before September 9, 2008;

      **WHEREAS**, counsel for AT&T and ASCAP have conferred and, subject to Court approval, have agreed to extend the response dates provided above.

      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that:

      1.    ASCAP's opposition to AT&T's Motion shall now be due on or before September 9, 2008.

US2008 417206.1



2. AT&T's papers in further support of the Motion shall be due on or before September 19, 2008.

3. AT&T's responsive brief and counterproposal to ASCAP's Interim Fee Proposal shall now be due on or before September 9, 2008.

4. ASCAP's reply to AT&T's responsive brief and counterproposal shall be due on or before September 19, 2008.

**IT IS FURTHER HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that for the purpose of this Stipulation, facsimile and/or electronic signatures are acceptable and permitted and shall be considered original and authentic.

Dated: New York, New York
August 28, 2008

**LOVELLS LLP**

By: _____
Hillel I. Parness (HP 1638)
David Leichtman (DL 7233)
Aviva J. Halpern (AH 0957)
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660
hillel.parness@lovells.com

*Attorneys for American Society of Composers, Authors and Publishers*

**KILPATRICK STOCKTON LLP**

By: _____
Joseph Petersen (JP 9071)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

Joseph M. Beck (admitted *pro hac vice*)
James A. Trigg (admitted *pro hac vice*)
W. Andrew Pequignot (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Applicant AT&T Mobility LLC*

Date: Sept. 3, 2008
White Plains, NY

SO ORDERED:

_William C. Conner_
Sr. U.S.D.J.

2

US2008 417206.1