ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| **1330 OLD RIVER, LLC** d/b/a Roc Bar 1330 Old River Road Cleveland, Ohio 44113 | : | Case No. 1:08-cv-530 |
| | : | Judge S. Arthur Spiegel |
| Applicant, | : | |
| v. | : | |
| | : | |
| **AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,** 2675 Paces Ferry Road, S.E., Suite 350 Atlanta, Georgia 30339 | | |
| Respondent. | | |

*related to*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civ. Action No. 41-1395 (WCC) |
| Plaintiff, | : | |
| v. | : | |
| **AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,** | : | |
| Defendant. | | |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, the parties have agreed upon terms of settlement,

COPIES MAILED TO COUNSEL OF RECORD 9/5/08

NOW, THEREFORE, it is stipulated between the parties, by their undersigned attorneys, that, pursuant to Federal Rule of Civil Procedure 41(a), this proceeding may be dismissed with prejudice, each party to bear its own costs, including attorneys' fees.

Dated: Cleveland, Ohio
       August 27, 2008

HAHN LOESER + PARKS, LLP

By: _____
Randy J. Hart (#0046793)
rjhart@hahnlaw.com
200 Public Square, Suite 3300
Cleveland, Ohio 44114
Phone: 216-621-0150
Fax: 216-241-2824

*Attorneys for Applicant 1330 Old River, LLC*

Dated: Cleveland, Ohio
       August 2P, 2008

THE GRIFFIN LAW FIRM

By: *Mark D. Griffin* /RJH (per consent)
Mark D. Griffin (#0064141)
Mark.D.Griffin@gmail.com
175 Honeybelle Oval
Orange, Ohio 44022
Phone: 216-346-7376
Fax: 216-861-6677

*Attorneys for Applicant 1330 Old River, LLC*

Dated: New York, New York
       August 3 , 2008

RICHARD H. REIMER, ESQ. (RR 7878)

_____
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
rreimer@ascap.com

*Attorney for Respondent American Society of Composers, Authors and Publishers*

SO ORDERED:

Dated: White Plains, NY
      September 5, 2008

*[signature: William C. Conner]*
Sr. United States District Judge