SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

**UNITED STATES DISTRICT COURT**  **ORIGINAL**
**SOUTHERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | Plaintiff, | |
|---|---|---|
| | | 41 cv 1395 (WCC) |
| - against -<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS | Defendant. | **ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON ORAL MOTION** |

Upon the oral motion of _Daniel C. Neustadt_ attorney for _Yahoo! Inc._ and sponsor attorney's declaration that applicant _Daniel C. Neustadt_ is a member in good standing of the bar(s) of the state(s) of _New York_ ;

and that applicant's contact information is as follows (please print):

    Applicant's Name: Daniel C. Neustadt
    Firm Name: Winston & Strawn LLP
    Address: 200 Park Avenue
    City/State/Zip: New York, NY 10166
    Telephone/Fax: (212) 294-3528
    Email Address: dneustadt@winston.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for _Yahoo! Inc._ in the above entitled action;

**IT IS HEREBY ORDERED** that _Daniel C. Neustadt_, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 9/10/2008
City, State: New York, NY

_[signature]_
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#

COPIES MAILED TO COUNSEL OF RECORD 9/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                  :    Civil Action No. 41-1395 (WCC)

        Plaintiff,                                      :

    v.                                                       :    **DECLARATION OF**
                                                                              **ALLISON SCHRADER DUNN**
AMERICAN SOCIETY OF COMPOSERS,     :    **IN SUPPORT OF MOTION**
AUTHORS AND PUBLISHERS,                   :    **TO ADMIT COUNSEL PRO**
                                                                          **HAC VICE**
        Defendants.                                  :

------------------------------------------------------------

In the matter of the Application of                :

YAHOO! INC.,                                              :

        Applicant,                                     :

for the Determination of Reasonable License Fees.
------------------------------------------------------------ X

     I, ALLISON SCHRADER DUNN, declare, pursuant to 28 U.S.C. § 1746, as follows:

     1.     I am an associate at Winston & Strawn LLP, counsel for Applicant Yahoo! Inc. ("Yahoo!") in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Applicant's motion to admit Daniel C. Neustadt as counsel pro hac vice to represent Yahoo! in this matter.

     2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

     3.     I have known Mr. Neustadt since 2005.

     4.     Mr. Neustadt is an associate at Winston & Strawn LLP, in New York, New York.

5.   I have found Mr. Neustadt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move for the admission of Mr. Neustadt, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Mr. Neustadt, pro hac vice, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit Daniel C. Neustadt, pro hac vice, to represent Yahoo! in the above captioned matter, be granted.

Executed:   New York, NY

September 9, 2008

*[signature]*

ALLISON SCHRADER DUNN

NY:1195801.1