UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,                  )
                                           )   Case Action No. 41-1395 (WCC)
                        Plaintiff,         )
                                           )   **ORDER FOR ADMISSION**
        v.                                 )   **PRO HAC VICE**
                                           )   **ON WRITTEN MOTION**
AMERICAN SOCIETY OF COMPOSERS,             )
AUTHORS AND PUBLISHERS,                    )
                                           )
                        Defendant.         )
                                           )
----------------------------------------------------------x
In the matter of the Application for the   )
Determination of Reasonable License Fees for )
Performances via Transmissions by          )
                                           )
                                           )
MICROSOFT CORPORATION'S MSN.COM            )
PORTAL WEBSITE                             )
                                           )
                                           )
----------------------------------------------------------x

Upon the motion of John J. Elliott, attorney for Microsoft Corp., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>    Robert A. Rosenbloum
>    GREENBERG TRAURIG, LLP
>    The Forum; 3290 Northside Parkway, Suite 400
>    Atlanta, Georgia 30327
>    Telephone: (678) 553-7324
>    Facsimile: (678) 553-7325
>    Email: rosenbloumb@gtlaw.com

is admitted to practice pro hac vice as counsel for Microsoft Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: October 6, 2008
       New York, New York

                                           _____
                                           William C. Conner
                                           United States District Judge

COPIES MAILED TO COUNSEL OF RECORD 10/6/08