**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, et al.,<br><br>        Defendants. | No. 41 CV 1395 (WCC) |
| In the Matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC, et al.<br><br>        Applicants,<br><br>For the Determination of Reasonable License Fees. | **STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the American Society of Composers, Authors and Publishers ("ASCAP") and for Roy E. Henderson and his various corporate entities, Great Northern Broadcasting System, Inc., FBMBC, Inc., and La Grange Broadcasting Corporation (collectively referred to as "Henderson"), that the time for Henderson to respond to ASCAP's pending Motion to Enforce this Court's October 15, 2004 Final Order is extended to and including January 26, 2009, and the time for ASCAP to reply to Henderson's response is extended to and including February 9, 2009.



COPIES MAILED TO COUNSEL OF RECORD 1/9/09

Dated: New York, New York
       January 7, 2009

By _____
   RICHARD H. REIMER (RHR-7878)
   CHRISTINE A. PEPE (CAP-5688)
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: RReimer@ascap.com;
CPepe@ascap.com

*Attorneys for ASCAP*

MOSES & SINGER LLP

By _____
   Ross J. Charap (RJC-2584)
405 Lexington Avenue
New York, New York 10174-1299
Phone: (212) 554-7829
Fax: (917) 206-4329
Email: RCharap@mosessinger.com

*Attorneys for Roy E. Henderson, et al.*

SO ORDERED.

Dated: White Plains, New York
       January 9, 2009

_____
William C. Conner
Sr. United States District Judge

2