UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>        Defendant. | Civil Action No. 41-1395 (WCC) |
| In the matter of the Application of<br><br>AMERICA ONLINE, INC.,<br><br>        Applicant,<br><br>for the Determination of Reasonable License Fees. | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

**IT IS SO STIPULATED.**

Dated: January 6, 2009

_____
CHRISTOPHER J. GLANCY
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
Attorney for Defendant
American Society of Composers,
Authors and Publishers

Dated: January 6, 2009

_____
KENNETH L. STEINTHAL
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Attorneys for Applicant
America Online, Inc.

SO ORDERED this 12th day of January 2009.

_____
William C. Conner
Sr. U.S.D.J.