**WILEY REIN LLP**
Bruce G. Joseph (BJ 8345)
Andrew G. McBride (AM 1966)
Michael L. Sturm (MS 3939)
Thomas R. McCarthy (TM 1046)
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7207
bjoseph@wileyrein.com
amcbride@wileyrein.com
msturm@wileyrein.com
tmccarthy@wileyrein.com

*Attorneys for Cellco Partnership d/b/a Verizon Wireless*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> - v. -<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, et al.,<br><br>   Defendants.<br><br>In the Matter of the Application of<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>   Applicant,<br><br>for the Determination of Reasonable License Fees | Civil Action No. 41-1395 (WCC)<br><br>**CORPORATE DISCLOSURE STATEMENT OF CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") submits the following corporate disclosure statement:

Verizon Wireless is a general partnership formed under the laws of the State of Delaware. Verizon Wireless has seven partners in total. Verizon Communications Inc. and Vodafone Group Plc. indirectly own a 55% and 45% interest, respectively. The following is a listing of partners:

**Bell Atlantic Cellular Holdings, L.P., One Verizon Way, Basking Ridge, NJ 07920-1097**

- a Delaware limited partnership with its principal place of business in New Jersey
- Composed of:
    - Bell Atlantic Personal Communications, Inc. a Delaware corporation with its principal place of business in New Jersey
    - Bell Atlantic Mobile Systems, Inc. a Delaware corporation with its principal place of business in New Jersey

**NYNEX PCS Inc., One Verizon Way, Basking Ridge, NJ 07920-1097**

- a Delaware corporation with its principal place of business in New Jersey

**PCSCO Partnership, One Verizon Way, Basking Ridge, NJ 07920-1097**

- a Delaware general partnership with its principal place of business in New Jersey
- composed of:

- Bell Atlantic Cellular Holdings, L.P. (see above)
- NYNEX PCS Inc. (see above)
- Metro Mobile CTS of Charlotte, Inc., a Virginia corporation with its principal place of business in New Jersey
- Bell Atlantic Personal Communications, Inc., a Delaware corporation with its principal place of business in New Jersey.

**GTE Wireless Incorporated, One Verizon Way, Basking Ridge, NJ 07920-1097**

- a Delaware corporation with its principal place of business in New Jersey

**GTE Wireless of Ohio Incorporated, One Verizon Way, Basking Ridge, NJ 07920-1097**

- a Delaware corporation with its principal place of business in New Jersey

**PCS Nucleus, L.P., Denver Place, South Tower, 999 – 18th Street, Suite 1750, Denver, CO 80202**

- a Delaware limited partnership with its principal place of business in Colorado
- Composed of:
    - Vodafone Holdings LLC (general partner), a Delaware limited liability company with its principal place of business in Colorado
    - Vodafone Americas Inc. (formerly AirTouch Communications, Inc.), a Delaware corporation with its principal place of business in Colorado

**JV PartnerCo, LLC, Denver Place, South Tower, 999 – 18th Street, Suite 1750, Denver, CO  80202**

- a Delaware limited liability company with its principal place of business in Colorado
- whose sole member is Vodafone Americas Inc.

Verizon Communications Inc. has its principal place of business at 140 West Street, New York, New York and Vodafone Group Plc has its principal place of business at The Connection, Vodafone House, Newbury, Berkshire, United Kingdom.  Both Verizon Communications Inc. and Vodafone Group Plc. are publicly traded companies.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2009, I caused a true and correct copy of the foregoing to be served by overnight mail on the following:

Richard H. Reimer
ASCAP
One Lincoln Plaza
New York, NY 10023
Counsel for American Society of
Composers, Authors and Publishers

Aviva J. Halpern
David Leichtman
Hillel I. Parness
Lovells, LLP
590 Madison Avenue
New York, NY 10022
Counsel for American Society of Composers,
Authors and Publishers

James A. Trigg
Joseph M. Beck
William Andrew Pequignot
Kilpatrick Stockton, L.L.P.
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Counsel for AT&T Wireless & AT&T
Mobility LLC

Joseph E. Petersen
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
Counsel for AT&T Wireless & AT&T Mobility
LLC

[signature]