**OFFICE COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>                Defendants. | Civil Action No. 41-1395 (WCC)<br><br>**NOTICE OF APPEAL** |
| In the matter of the Application of<br><br>YAHOO! INC.,<br><br>                Applicant,<br><br>for the Determination of Reasonable License Fees. | |



FILED U.S. DC
FEB 1 1 2009
S.D. OF N.Y.

      **PLEASE TAKE NOTICE** that Yahoo! Inc. ("Yahoo!"), the applicant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment in this action entered January 16, 2009, and from all prior orders, opinions and rulings embodied therein.

      A copy of the redacted public version of the judgment, dated January 20, 2009 (and entered January 23, 2009) is attached.

Dated: New York, New York
       February 11, 2009

                                        WINSTON & STRAWN LLP

                                        By: _____
                                            Michael S. Elkin (ME 2300)
                                            Thomas P. Lane (TL 8983)
                                            Daniel C. Neustadt (DN 0013)

                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 294-6700

                                        *Attorneys for Yahoo! Inc.*

To:   Ira M. Feinberg
      Hogan & Hartson LLP
      875 Third Avenue
      New York, New York 10022

      I. Fred Koenigsberg, Esq.
      Christopher J. Glancy, Esq.
      Stefan Mentzer, Esq.
      White & Case LLP
      1155 Avenue of the Americas
      New York, New York 10036

      Richard H. Reimer, Esq.
      ASCAP
      One Lincoln Plaza
      New York, New York 10023

      *Attorneys for American Society Of Composers,
      Authors And Publishers*

      Kenneth L. Steinthal, Esq.
      Marcie R. Kaufman, Esq.
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153

      *Attorneys for Real Networks, Inc.*

NY:1221510.1