UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | Civil Action No. 41-1395 (WCC)<br><br><br><br>**NOTICE OF APPEAL** |
| In the matter of the Application of<br><br>REALNETWORKS, INC.,<br><br>Applicant,<br><br>for the Determination of Reasonable License Fees. | |



FILED U.S. DC
FEB 13 2009
S.D. OF N.Y.

    RealNetworks, Inc., Applicant, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Judgment, dated January 16, 2009 and entered under seal, and from all prior orders, opinions, and rulings embodied therein.

    A copy of the redacted public version of the Judgment, dated January 21, 2009 and entered January 23, 2009, is attached.

Dated: February 13, 2009

Respectfully submitted,

*Kenneth L. Steinthal* /HLC

Kenneth L. Steinthal
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10022
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Applicant RealNetworks, Inc.*

## SERVICE LIST

***Counsel for Defendant American Society of Authors, Composers, and Publishers***

Ira M. Feinberg
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
imfeinberg@hhlaw.com

Christopher Glancy
Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
cglancy@whitecase.com
smentzer@whitecase.com

Richard H. Reimer, Esq.
Senior Vice President – Legal Services
ASCAP
One Lincoln Plaza
New York, NY 10023
Tel: 212-621-6261
Fax: 212-787-1381
rreimer@ascap.com

***Counsel for Applicant Yahoo!, Inc.***

Michael Elkin
Thomas P. Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel: 212-294-6869
Fax: 212-294-4700
melkin@winston.com
tlane@winston.com