ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

Defendant.

---

In the matter of the Application for the
Determination of Reasonable License Fees for
Performances via Wireless and Internet
Transmissions by

MOBITV INC. f/k/a IDETIC, INC.

---

Civil Action No. 41-1395 (WCC)

~~[PROPOSED]~~
**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the American Society

of Composers, Authors and Publishers ("ASCAP") and MobiTV Inc. f/k/a Idetic, Inc.

("MobiTV") (collectively, the "Parties") that:

1. On or before **March 20, 2009**, the parties shall complete all previously noticed

MobiTV fact witnesses for depositions;

2. On or before **March 20, 2009**, the parties shall complete all previously noticed

third party depositions;

3. The Parties shall complete fact discovery by **April 17, 2009**;

4. On or before **April 17, 2009**, the Parties shall disclose their experts in accordance

with Rule 26 of the Federal Rules of Civil Procedure;



COPIES MAILED TO COUNSEL OF RECORD 2/27/09

5.      On or before **May 7, 2009**, ASCAP shall serve any initial expert reports on MobiTV;

6.      On or before **June 4, 2009**, MobiTV shall serve any initial or rebuttal expert reports on ASCAP;

7.      On or before **June 25, 2009**, ASCAP shall serve any expert rebuttal reports on MobiTV;

8.      On or before **July 9, 2009**, MobiTV shall serve any expert rebuttal reports on ASCAP;

9.      The Parties shall complete expert discovery by **July 31, 2009**;

10.     The Parties shall file any dispositive motions with the Court on or before **August 14, 2009**;

11.     Dispositive motion response briefs shall be filed by **September 4, 2009**;

12.     Dispositive motion reply briefs shall be filed by **September 11, 2009**;

13.     The Parties shall appear for a pretrial conference on **September ~~16~~ 25, 2009**, at \_10:15\_ **a.m.**

Nothing in this Scheduling Order shall prevent either party from asking the Court to set additional dates or otherwise modify this Scheduling Order.

The parties, by their counsel, hereby consent to the foregoing Order:

Dated: New York, New York
       February 26, 2009

LOVELLS LLP

_____
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
Aviva J. Halpern (AH 0957)
590 Madison Avenue
New York, New York 10022

Tel: (212) 909-0600
Fax: (212) 909-0660
david.leichtman@lovells.com
hillel.parness@lovells.com
aviva.halpern@lovells.com
-and-
Richard H. Reimer (RR 7878)
Christine A. Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York  10023
Tel:  (212) 621-6200
Fax:  (212) 787-1381

Dated:  New York,  New York
        Redwood Shores, California
        February 26, 2009

WEIL, GOTSHAL & MANGES LLP

_Kenneth L. Steinthal/jw_

Kenneth L. Steinthal (KS 7897)
Joseph R. Wetzel (JW 0510)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
kenneth.steinthal@weil.com
joseph.wetzel@weil.com

*Attorneys for MobiTV, Inc.*

SO ORDERED.

Dated:  White Plains, New York
        February 27, 2009

_____

Sr. United States District Judge

- 3 -