UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>    Defendant. | Civil Action No. 41-1395 (WCC)<br><br>[PROPOSED]<br>**STIPULATION AND ORDER** |
| In the matter of the Application for the Determination of Reasonable License Fees for Performances via Wireless Transmissions and Internet Transmissions by<br><br>AT&T WIRELESS f/k/a CINGULAR WIRELESS | |

  **IT IS HEREBY STIPULATED AND AGREED**, by and among the American Society of Composers, Authors and Publishers ("ASCAP") and AT&T Mobility LLC f/k/a Cingular Wireless ("AT&T") [1] (collectively, the "Parties") that:

  1. On or before **March 20, 2009**, the parties shall complete all previously noticed AT&T fact witnesses for depositions;

  2. On or before **March 20, 2009**, the parties shall complete all previously noticed third party depositions;

  3. The Parties shall complete fact discovery by **April 17, 2009**;

---

[1] AT&T has advised ASCAP that AT&T Mobility LLC is the successor in interest to Cingular Wireless, rather than AT&T Wireless, as indicated in the caption. ASCAP will seek permission of the court to update the caption accordingly once it has verified this information.

COPIES MAILED TO COUNSEL OF RECORD 3/3/09

4. On or before **April 17, 2009**, the Parties shall disclose their experts in accordance with Rule 26 of the Federal Rules of Civil Procedure;

5. On or before **May 7, 2009**, ASCAP shall serve any initial expert reports on AT&T;

6. On or before **June 4, 2009**, AT&T shall serve any initial or rebuttal expert reports on ASCAP;

7. On or before **June 25, 2009**, ASCAP shall serve any expert rebuttal reports on AT&T;

8. On or before **July 9, 2009**, AT&T shall serve any expert rebuttal reports on ASCAP;

9. The Parties shall complete expert discovery by **July 31, 2009**;

10. The Parties shall file any dispositive motions with the Court on or before **August 14, 2009**, including but not limited to AT&T's motion for summary judgment concerning ringtones and any other dispositive motions approved by the Court prior to this date;

11. Dispositive motion response briefs shall be filed by **September 4, 2009**;

12. Dispositive motion reply briefs shall be filed by **September 11, 2009**;

13. The Parties shall appear for a pretrial conference on **September ~~16~~ 25, 2009**, at 10:15 **a.m.**

Nothing in this Scheduling Order shall prevent either party from asking the Court to set additional dates or otherwise modify this Scheduling Order.

(Signature Pages Follow.)

The parties, by their counsel, hereby consent to the foregoing Order:

Dated: New York, New York
~~February~~ 2, 2009
March

LOVELLS LLP

David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
Aviva J. Halpern (AH 0957)
590 Madison Avenue
New York, New York 10022
Tel: (212) 909-0600
Fax: (212) 909-0660
david.leichtman@lovells.com
hillel.parness@lovells.com
aviva.halpern@lovells.com
-and-

Richard H. Reimer (RR 7878)
Christine A. Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York  10023
Tel:  (212) 621-6200
Fax:  (212) 787-1381

*Attorneys for American Society of Composers, Authors and Publishers*

Dated: New York, New York
February 27, 2009

KILPATRICK STOCKTON LLP

Joseph Petersen (JP 9071)
31 West 52nd Street. 14th Floor
New York, NY 10019
Tel:  (212) 775-8700
Fax:  (212) 775-8800
jpetersen@kilpatrickstockton.com

- 3 -

- 4 -

                                  Joseph M. Beck
                                  (admitted *pro hac vice*)
                                  James A. Trigg
                                  (admitted *pro hac vice*)
                                  W. Andrew Peguignot
                                  (admitted *pro hac vice*)
                                  1100 Peachtree Street, Suite 2800
                                  Atlanta, Georgia 30309-4530
                                  Telephone: (404) 815-6500
                                  Facsimile: (404) 815-6555

                                  *Attorneys for Applicant AT&T Mobility LLC*

SO ORDERED.

Dated: White Plains, New York
       ~~February~~ ___, 2009
       March 3,

                                    /s/ William C. Conner
                                    Sr. United States District Judge