UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,**<br><br>Defendant.<br><br>In the matter of the Application for the Determination of Reasonable License Fees for Performances via Non-Simulcast Transmissions by<br><br>MICROSOFT CORPORATION'S MSN.COM PORTAL WEBSITE | Civil Action No. 41-1395 (WCC) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The Application brought by the American Society of Composers, Authors and Publishers against Microsoft Corporation for the Determination of Reasonable License Fees for Performances via Non-Simulcast Transmissions by Microsoft Corporation's MSN.com Portal Website, is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

COPIES MAILED TO COUNSEL OF RECORD 4/13/09

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

3. This proceeding shall be marked CLOSED by the Clerk.

Dated: New York, New York
April ___, 2009

GREENBERG TRAURIG, LLP

By: _____
Alan Mansfield
William Wargo
200 Park Avenue
New York, New York 10166
(212) 801-9200
mansfielda@gtlaw.com
wargow@gtlaw.com

*Attorneys for Microsoft Corporation*

Dated: New York, New York
April 7, 2009

LOVELLS LLP

By: _____
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
Aviva J. Halpern (AH 0957)
590 Madison Avenue
New York, New York 10022
(212) 909-0600

-and-

Richard H. Reimer (RR 7878)
Christine Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York 10023
(212) 621-6200

*Attorneys for American Society of Composers, Authors and Publishers*

SO ORDERED.

Dated: White Plains, New York
April 13, 2009
ATL 17,108,380v1 4-1-09

_____
William C. Conner
Senior United States District Judge

2