

**MEMO ENDORSED**

# ORIGINAL

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX   202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX   703.905.2820

www.wileyrein.com

April 23, 2009

Andrew G. McBride
202.719.7135
amcbride@wileyrein.com

**VIA FACSIMILE**

Hon. William C. Conner
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. American Society of Composers, Authors and Publishers*, Case No. 41-1395 (Application of Cellco Partnership d/b/a Verizon Wireless)

Dear Judge Conner:

We represent Applicant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in the above-referenced proceeding. We are writing to advise the Court of certain agreements reached between counsel for ASCAP and Verizon Wireless in connection with the briefing of ASCAP's pending request for interim fees.

Verizon Wireless has advised ASCAP that it intends to file a corrected Response and Declaration in order to remedy certain minor errors or omissions in the previous filing. These include: (1) removing the "restricted" designation from Sturm Declaration Exhibit 2; (2) adding the application of MediaFlo USA, Inc. to Sturm Declaration Exhibit 28; (3) substituting the "ASCAP Experimental License Agreement for Non-Interactive Services - Release 5.1," for the Internet Sites and Services Release 5.0 in Sturm Declaration Exhibit 7; (4) correcting the Response to refer to ASCAP's form agreement for "noninteractive" services on page 21 rather than "interactive" services; (5) correcting an incorrect statement that two agreements had not been produced, noting that those agreements were produced and are in effect, and including those agreements in the Sturm Declaration; and (6) updating deposition cites for which only rough transcripts were available at the time of filing. In order to minimize the risk of any potential confusion, Verizon Wireless will serve full replacement sets of the corrected documents today, with the replacement documents being filed tomorrow. ASCAP has been advised of, and has consented to, this substitution, on the condition that ASCAP's deadline for filing and serving its Reply be extended as set out below.

ASCAP has requested that its deadline for filing and serving its Reply on the interim fee issue be extended from April 23, 2009 until April 28, 2009. ASCAP has agreed that any deposition notices or subpoenas by Verizon Wireless related to ASCAP's Reply will be deemed to have been served the same number of days after the original April 23, 2009 due date for the Reply as the number of days they are served after April 28. With this understanding, Verizon Wireless has consented to



**COPIES MAILED TO** COUNSEL OF RECORD 4/24/09



Hon. William C. Conner
April 23, 2009
Page 2

ASCAP's request for an extension of time to file its Reply until April 28, 2009. The parties are available should the Court wish to discuss these issues.

The parties appreciate the Court's attention to these matters.

Respectfully submitted,

*[signature]*

Andrew G. McBride
Bruce G. Joseph
*Counsel for Cellco Partnership d/b/a Verizon Wireless*

cc (via email):

Richard H. Reimer
David Leichtman
Hillel I. Parness

```
Applicant Verizon Wireless's request to
file a corrected Response and Declaration
and ASCAP's request to extend its time
to file its Reply to 4/28/09 are
GRANTED.
SO ORDERED.
Dated:   White Plains, NY
         April 24, 2009
```

*[signature]*
WILLIAM C. CONNER, Senior U.S.D.J.



# Wiley Rein LLP

1776 K STREET NW  
WASHINGTON, DC 20006

PHONE 202.719.7000  
FAX 202.719.7049

## Facsimile

| TO | FAX NUMBER | PHONE NUMBER |
|---|---|---|
| **Hon. William C. Conner**  Senior United States District Judge | 914.390.4170 | 914.390.4166 |
| FROM | **Andrew G. McBride** | PHONE NUMBER | 202.719.7135 |
| DATE | **April 23, 2009** | PAGES TO FOLLOW | 2 |
| USER NUMBER | 05522 | CLIENT NUMBER | 79244.0093 |

MESSAGE

Please contact 202.719.7008 if you do not receive this facsimile in its entirety.

**Confidentiality Note:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. *Thank you.*