**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>            Defendant. | Civil Action No. 41-1395 (WCC) |
| In the matter of the Application for the Determination of Reasonable License Fees for Performances via Non-Simulcast Internet and Wireless Transmissions by<br><br>CLEAR CHANNEL COMMUNICATIONS, INC. | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The Application brought by the American Society of Composers, Authors and Publishers against Clear Channel Communications, Inc. for the Determination of Reasonable License Fees for Performances via Non-Simulcast Internet and Wireless Transmissions by Clear Channel Communications, Inc., is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.



COPIES MAILED TO COUNSEL OF RECORD 5/13/09

3.   This proceeding shall be marked CLOSED by the Clerk.

Dated: New York, New York

May _11_, 2009

WEIL, GOTSHAL & MANGES LLP

By: _/s/ R. Bruce Rich_

R. Bruce Rich (BR 0313)
Marcie R. Kaufman (MRK 9888)
767 Fifth Avenue
New York, New York 10153
United States of America
(212) 310-8170

*Attorneys for Clear Channel Communications, Inc.*

May _11_, 2009

LOVELLS LLP

By: _/s/_

David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
590 Madison Avenue
New York, New York 10022
(212) 909-0600

-and-

Richard H. Reimer (RR 7878)
Christine Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York 10023
(212) 621-6200

*Attorneys for American Society of Composers, Authors and Publishers*

SO ORDERED.

Dated: White Plains, New York
       May _13_, 2009

_/s/ William C. Conner_
Sr. United States District Judge

2