UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>    Defendant.<br><br>In the matter of the Application of<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS WIRELESS,<br><br>    Applicant,<br><br>for the Determination of Reasonable License Fees | Civil Action No. 41-1395 (WCC)<br><br>[~~PROPOSED~~]<br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the American Society of Composers, Authors and Publishers ("ASCAP") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") (collectively, the "Parties") that:

1.  The Parties shall complete fact discovery by **June 18, 2009**, provided that the Parties shall serve no additional Party or non-Party discovery requests, deposition notices or subpoenas, including subpoenas duces tecum, except that the Parties may pursue discovery already served and may notice additional Party depositions, where the Party seeking the additional deposition first learns of the relevance or importance of such witnesses or subject matters as a result of depositions not yet taken, discovery responses recently or not yet provided, or documents recently or not yet provided, or for good cause shown;

2.  On or before **June 18, 2009**, the Parties shall disclose their experts in accordance with Rule 26 of the Federal Rules of Civil Procedure;


COPIES MAILED TO COUNSEL OF RECORD 5/21/09

3. On or before **July 7, 2009**, ASCAP shall serve any initial expert reports on Verizon Wireless;

4. On or before **August 4, 2009**, Verizon Wireless shall serve any initial or rebuttal expert reports on ASCAP;

5. On or before **August 28, 2009**, ASCAP shall serve any expert rebuttal reports on Verizon Wireless;

6. On or before **September 16, 2009**, Verizon Wireless shall serve any expert rebuttal reports on ASCAP;

7. The parties shall complete expert discovery by **October 7, 2009**;

8. The Parties shall file any dispositive motions with the Court on or before **October 22, 2009**;

9. Dispositive motion response briefs shall be filed within 3 calendar weeks following the filing of any dispositive motion;

10. Dispositive motion reply briefs shall be filed within 5 business days following the filing of any response brief;

11. The Parties shall appear for a pretrial conference on **November 20, 2009**, at 10:15 a.m.;

Nothing in this Scheduling Order shall prevent either party from asking the Court to set additional dates or otherwise modify this Scheduling Order.

The parties, by their counsel, hereby consent to the foregoing Order:

Dated: New York, New York
       May 20, 2009

WILEY REIN LLP

_____
Bruce G. Joseph (BJ 8345)
Andrew G. McBride (AM 1966)
Michael L. Sturm (MS 3939)
Thomas R. McCarthy (TM 1046)
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7207
bjoseph@wileyrein.com
amcbride@wileyrein.com
msturm@wileyrein.com
tmccarthy@wileyrein.com

*Attorneys for Cellco Partnership d/b/a Verizon Wireless Wireless*

LOVELLS LLP

_____
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
590 Madison Avenue
New York, New York 10022
Tel: (212) 909-0600
Fax: (212) 909-0660
david.leichtman@lovells.com
hillel.parness@lovells.com

-and-

Richard H. Reimer (RR 7878)
Christine A. Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York  10023
Tel: (212) 621-6200
Fax: (212) 787-1381

*Attorneys for American Society of Composers, Authors and Publishers*

SO ORDERED.

Dated: White Plains, New York
       May 21, 2009

_____
Sr. United States District Judge