UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 41-1395 (WCC) |
| Plaintiff, | |
| v. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, | |
| Defendant. | |

In the matter of the Application for the Determination of Reasonable License Fees for Performances via Wireless and Internet Transmissions by

YOUTUBE, LLC

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth L. Steinthal of Weil, Gotshal & Manges LLP, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

DANA K. POWERS
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Phone: (650) 802-3994
Fax: (650) 802-3100

DANA K. POWERS is a member in good standing of the State Bar of California and the bar of the United States District Court for the Northern District of California. There are no pending disciplinary proceeding against Dana K. Powers in any State or Federal court.

Date:   June __4__, 2009
        New York, New York


                                        Respectfully Submitted,

                                        **WEIL, GOTSHAL & MANGES LLP**

                                        By: _____
                                            Kenneth L. Steinthal
                                            Bar No: 1566199
                                            Weil, Gotshal & Manges LLP
                                            767 Fifth Avenue
                                            New York, NY 10153
                                            Phone: (212) 310-8622
                                            Fax: (212) 310-8007

                                        *Attorney for  YOUTUBE, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>Defendant. | Civil Action No. 41-1395 (WCC)<br><br><br>**AFFIDAVIT OF**<br>**KENNETH L. STEINTHAL**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |
| In the matter of the Application for the<br>Determination of Reasonable License Fees for<br>Performances via Wireless and Internet<br>Transmissions by<br><br>YOUTUBE, LLC | |

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KENNETH L. STEINTHAL, being duly sworn, hereby deposes and says as follows:

1.      I am a partner at Weil, Gotshal & Manges LLP in New York, New York, counsel to Applicant YouTube, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Applicant's motion to admit Dana K. Powers as counsel pro hac vice to represent YouTube in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Dana K. Powers since September 10, 2007.

4.      Mr. Powers is an attorney at Weil, Gotshal & Manges LLP in Redwood Shores, California.

5.      I have found Mr. Powers to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Dana K. Powers, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Dana K. Powers, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Dana K. Powers, *pro hac vice*, to represent Applicant YouTube, LLC in the above captioned matter, be granted.

Date:  June __4__, 2009
       New York, New York

Respectfully submitted,

Kenneth L. Steinthal

Notarized:

*See attached CA Jurat w/ Affiant Statement.*

4

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of _San Mateo_

Subscribed and sworn to (or affirmed) before me on this

_6th_ day of _June_____, 20 _09_, by
 Date          Month                        Year

(1) _Kenneth L. Steinthal_,
                     Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (X

                    (and

(2)_____,
                     Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

**DANIELLE DELORIO**
Commission # 1606261
Notary Public - California
San Francisco County
My Comm. Expires Sep 13, 2009

Signature _Danielle Delorio_
                    Signature of Notary Public

Place Notary Seal Above

―――――――――― **OPTIONAL** ――――――――――

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit of Kenneth Steinthal_

Document Date: _June 4, 2009_____ Number of Pages: _2_

Signer(s) Other Than Named Above: _n/a_____

RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827



# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DANA PRESCOTT KENNEDY POWERS

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **DANA PRESCOTT KENNEDY POWERS** *was on the 7th day of December 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 1st day of June, 2009.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

# Certificate of Good Standing

United States of District Court )
 ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Dana Prescott Kennedy Powers, Bar No. 252459** was duly admitted to practice in said Court on **June 25, 2008**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on June 23, 2009

Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>Defendant.<br><br>In the matter of the Application for the<br>Determination of Reasonable License Fees for<br>Performances via Wireless and Internet<br>Transmissions by<br><br>YOUTUBE, LLC | Civil Action No. 41-1395 (WCC)<br><br>**ORDER FOR ADMISSION PRO**<br>**HAC VICE ON WRITTEN**<br>**MOTION** |

Upon the motion of Kenneth L. Steinthal, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dana K. Powers |
| Firm Name: | Weil, Gotshal & Manges LLP |
| Address: | 201 Redwood Shores Parkway |
| City/State/Zip: | Redwood Shores, CA 94065 |
| Phone: | (650) 802-3994 |
| Fax: | (650) 802-3100 |
| E-mail: | dana.powers@weil.com |

is admitted to practice pro hac vice as counsel for YouTube, LLC in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.


Dated:
New York, New York


_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON June 5, 2009, a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, Affadavit of Kenneth L. Steinthal in Support of Motion for Admission Pro Hac Vice, and Order for Admission Pro Hac Vice on Written Motion was served upon the following individuals in the manner(s) indicated below:

**BY U.S. Mail, First Class Postage Prepaid:**

Christopher Glancy
Catherine Gratton
Stefan Mentzer
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York
10036-2787
*Counsels for ASCAP*

Christine Pepe
Richard Reimer
ASCAP
One Lincoln Plaza,
New York, N.Y. 10023
*Counsels for ASCAP*

Mimi Mentzer
Weil, Gotshal & Manges LLP