**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | Civil Action No. 41-1395 (WCC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

In the matter of the Application for the Determination of Reasonable License Fees for Performances via Wireless and Internet Transmissions by

YOUTUBE, LLC

Upon the motion of Kenneth L. Steinthal, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dana K. Powers |
| Firm Name: | Weil, Gotshal & Manges LLP |
| Address: | 201 Redwood Shores Parkway |
| City/State/Zip: | Redwood Shores, CA  94065 |
| Phone: | (650) 802-3994 |
| Fax: | (650) 802-3100 |
| E-mail: | dana.powers@weil.com |

is admitted to practice pro hac vice as counsel for YouTube, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

COPIES MAILED TO COUNSEL OF RECORD 7-1-09

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 1, 2009
~~New York~~, New York
White Plains,

for *[signature]* Stephen C. Robinson USDJ
_____
WILLIAM C. CONNER, Senior U.S.D.J.