UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, et al.,<br><br>Defendants | No. 41 CV 1395 (WCC) |
| In the Matter of the Application of<br>HICKS BROADCASTING OF INDIANA, LLC, et al.<br><br>Applicants,<br><br>For the Determination of Reasonable License Fees. | **ORDER TO SHOW CAUSE** |

Upon ASCAP's Motion to Enforce the Court's October 15, 2004 Final Order against Yaquina Bay Communications, Inc. ("Yaquina") and the papers filed in support of the Motion, the Affidavit of Christine A. Pepe, Esq. in Support of Default Judgment, dated June 24, 2009, and exhibits attached thereto, and all prior pleadings concerning Yaquina, it is hereby:

ORDERED that Yaquina show cause at a hearing to be held in this Court before the Honorable William C. Conner, United States District Judge, at the United States Courthouse, 300 Quarropas Street, Room 620, White Plains, New York 10601 on Sept. 4, 2009, at 11:45 a.m. why an order should not be entered granting ASCAP's motion to enforce this Court's October 15, 2004 Final Order and entering default judgment against Yaquina in the total amount of $106,259.19, representing all fees and charges due and owing to ASCAP under the 2004

FAXED
COPIES MAILED TO COUNSEL OF RECORD for TI 7/1/09

ASCAP Radio Station License Agreement through May 31, 2009, and such other and further relief as the Court may deem just and proper.

FURTHER ORDERED that delivery via overnight Federal Express service, of this Order to Show Cause, the [Proposed] Default Judgment, the Affidavit of Chrisitne A. Pepe, Esq. in Support of Default Judgment dated June 24, 2009, and the exhibits attached thereto, and a copy of all other pleadings filed in this matter, on David Miller, President of Yaquina Bay Communications, Inc., at 905 S.W. Alder Street, Newport, Oregon 97365, on or before June 6, 2009, shall be deemed good and sufficient service.

Dated: New York, New York
July 1, 2009

SO ORDERED.

for _____
Honorable William C. Conner
Senior United States District Judge