UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                              :

Cases of Judge William C. Conner          :          NOTICE
                                                                              :
-------------------------------------------------------------X

LORETTA A. PRESKA, Chief, United States District Judge:

      With the exception of the following two cases, <u>Lewis v. Northeast Credit & Collections, et al.</u>, 07 Civ. 11593, and <u>ASCAP v. Yaquina Bay Communications, Inc.</u>, 41 Civ. 1395, all cases on the docket of Judge William C. Conner have been adjourned pending reassignment. Counsel in all of those cases are reminded that a magistrate judge has been designated and are urged to consider consenting to trial before a White Plains magistrate judge under 28 U.S.C. § 636. Inquiries may be directed to Robert Rogers, Deputy-in-Charge at 914-390-4001.

      The following two proceedings will go forward at the times noted below before another judge in the White Plains Courthouse:

Sept. 2 at 10:15 a.m. - 07 Civ. 11593 <u>Lewis v. Northeast Credit & Collections, et al.</u> (Settlement hearing)

Sept. 4 at 11:45 a.m. - 41 Civ. 1395 <u>ASCAP v. Yaquina Bay Communications, Inc.</u> (Hearing for Enforcement of Final Order)

Dated: July 15, 2009

Notice714