UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant.<br><br>In the matter of the Application for the Determination of Reasonable License Fees for Performances via Ringtones, Ringback-Tones and Previews by<br><br>ERICSSON INC. | Civil Action No. 41-1395 (WCC) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel, a member in good standing of the Bar of this Court, hereby moves this Court for an Order allowing the admission pro hac vice of:

>MICHAEL L. STURM (MS 3939)
>**WILEY REIN LLP**
>1776 K Street NW
>Washington, DC 20006
>Tel: (202) 719-7000
>Fax: (202) 719-7207
>Email: msturm@wileyrein.com

- 2 -

Michael L. Sturm is a member in good standing of the Virginia State Bar and the Bar of the District of Columbia. There are no pending disciplinary proceedings against Michael L. Sturm in any State or Federal court.

Dated: July 14, 2009
Washington, DC

Respectfully submitted,

Andrew G. McBride (AM 1966)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC  20006
Tel:  (202) 719-7000
Fax: (202) 719-7207
amcbride@wileyrein.com

*Attorney for Ericsson Inc.*