**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-----------------------------------X
United States of America


        -v-                              NOTICE OF REASSIGNMENT
ASCAP                                       1:41 CV 1395(DLC)

-----------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: Denise L. Cote

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                              J. Michael McMahon, CLERK

Dated: July 22, 2009

                              Fiona Ciappetta
                    by:_____
                              Deputy Clerk


CC:   Attorneys of Record


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Rev. 9/09/04