UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant.<br><br>In the matter of the Application for the Determination of Reasonable License Fees for Performances via Ringtones, Ringback-Tones and Previews by<br><br>ERICSSON INC. | Civil Action No. 41-1395 (WCC)<br><br>U.S. DISTRICT COURT FILED JUL 2 3 2009 S.D. OF N.Y. |

## [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Andrew G. McBride, attorney for Ericsson Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> MICHAEL L. STURM (MS 3939)
> **WILEY REIN LLP**
> 1776 K Street NW
> Washington, DC  20006
> Tel:  (202) 719-7000
> Fax: (202) 719-7207
> Email: msturm@wileyrein.com

is admitted to practice pro hac vice as counsel for Ericsson Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing

- 2 -

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

So Ordered:

Dated: White Plains, New York
July 22, 2009

_____
United States District Judge