```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                    Plaintiff,          :
                                        :    41 Civ. 1395 (DLC)
            -v-                         :
                                        :    ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    ORDERED that this case shall be designated for Electronic Case Filing from this moment forward and counsel for all parties shall comply with the U.S. District Court for the Southern District of New York procedures governing electronic case filing.

    SO ORDERED:

Dated:    New York, New York
          July 27, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge