**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

  - against -

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

           Defendant.

---

In the Matter of the Application of
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS,

           Applicant,

for the Determination of Reasonable License
Fees

---

Civil Action No. 41-1395 (WCC) (DLC)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel, a member in good standing of the Bar of this Court, hereby moves this Court for an Order allowing the admission pro hac vice of:

BRUCE G. JOSEPH (BJ 8345)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7207
Email: bjoseph@wileyrein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09

Granted.
July 27, 2009



Bruce G. Joseph is a member in good standing of the Bar of the Commonwealth of

Pennsylvania and the Bar of the District of Columbia. There are no pending disciplinary

proceedings against Bruce G. Joseph in any State or Federal court.

Dated: July 14, 2009                    Respectfully submitted,
       Washington, DC


_____
Andrew G. McBride (AM 1966)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC  20006
Tel:  (202) 719-7000
Fax: (202) 719-7207
amcbride@wileyrein.com

*Attorney for Cellco Partnership d/b/a Verizon Wireless*