ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                )
                                         )   Case Action No. 41-1395 (DLC)
            Plaintiff,                   )                          (WCC)
                                         )
       v.                                )   **MOTION TO ADMIT COUNSEL**
                                         )   **PRO HAC VICE**
AMERICAN SOCIETY OF COMPOSERS,           )
AUTHORS AND PUBLISHERS,                  )
                                         )
            Defendant.                   )
                                         )
------------------------------------------------------------x
In the matter of the Application for the )
Determination of Reasonable License Fees for )
Performances via Transmissions by        )
                                         )
                                         )
MICROSOFT CORPORATION'S MSN.COM          )
PORTAL WEBSITE                           )
                                         )
                                         )
------------------------------------------------------------x

(JAB 9/5/08)
SCANNED

**MEMO ENDORSED**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, JOHN J. ELLIOTT, a member in good standing of the bar of this Court and counsel for Microsoft Corp. in this action, hereby move for an Order allowing the admission pro hac vice of my colleague:

> Robert A. Rosenbloum
> GREENBERG TRAURIG, LLP
> The Forum
> 3290 Northside Parkway, Suite 400
> Atlanta, Georgia 30327
> Telephone: (678) 553-7324
> Facsimile: (678) 553-7325
> Email: rosenbloumb@gtlaw.com

Granted.
July 27, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09

Robert A. Rosenbloum is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Robert A. Rosenbloum in any State or Federal court.

Dated: September 3, 2008
New York, New York

Respectfully submitted,

John J. Elliott (JE1899)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: wargow@gtlaw.com
*Attorneys for Microsoft Corp.*