ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS, et al.,

Defendants,

In the Matter of the Application of POST-
NEWSWEEK STATIONS, INC., et al.

Applicants,

For the Determination of Reasonable License Fees.

41 cv 1395

Civ. ~~13-95~~ (WCC)(MHD)

~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's November 17, 2004 Final Order is granted, and judgment shall be entered against Destiny Communications, LLC, in the amount of [$33,766.00] ~~[          ]~~, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: July 27, 2009

Michael H. Dolinger
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-against-<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, et al.,<br><br>        Defendants, | Civ. 13-95 (WCC)(MHD) |
| In the Matter of the Application of POST-NEWSWEEK STATIONS, INC., et al.<br><br>        Applicants,<br><br>For the Determination of Reasonable License Fees. | **CERTIFICATE OF SERVICE** |

      I, Christine A. Pepe, hereby certify under penalty of perjury that I caused Darnell Washington, the President of Destiny Communications LLC, to be personally served with a true and correct copy of the following documents: Notice of Motion, Proposed Order, Memorandum of Law in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Final Order against Destiny Communications, LLC, and the Declaration of Ray Schwind with attached Exhibits 1-6. Such service was made by a process server, and a true and correct copy of the process server's affidavit of service is attached to this Certificate of Service.

Dated: 6/30/2009
New York, New York

Christine A. Pepe
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Attorney for the American Society of Composers, Authors and Publishers

United States District Court
Southern District of New York

| | |
|---|---|
| POST-NEWSWEEK STATIONS, INC., ET AL. | ) Case No.: Civ. 13-95 |
| | ) |
| In Re: | ) |
| v. | ) |
| DESTINY COMMUNICATIONS LLC | ) |
| 118 SIXTH STREET SOUTH | ) |
| GREAT FALLS, MT 59401 | ) |
| To: | ) |

### AFFIDAVIT OF CORPORATE SERVICE

That I, _Brian Mook_, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on _6/19/09_ at _2:01_ am/(pm) at I served Darnell Washington, President, Destiny Communications LLC with the following list of documents: Please serve the following four documents: (1) Notice of Motion, (2) Proposed Order, (3) Memorandum in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order Against Destiny Communications, LLC, and (4) Declaration of Ray Schwind with attached exhibits 1-6. by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with _Darnell Washington_, whose Title is _President_.

_116 6th St S_     _Great Falls_  _MT_  _59405_
Address                   City           State    Zip

That the above-named person served stated they had the authority to accept as the Legal Representative for the above listed person or entity being served.

That the description of the person actually served is as follows:

Skin: _BLK_ Sex: _M_ Age: _47_ Height: _5'8"_ Weight: _170_ Hair: _BLK_ Glasses: _____

Due ProcessUSA, Inc.
8950 Route 108, Suite 100
Columbia, MD 21045
(800) 228-0484

Executed on: _6/19/09_

Subscribed and sworn to before me, a notary public, on this _19th_ day of _June_, 2009.

Notary Public    My Commission Expires: _12-8-12_

ID: 09-018380                                                    Client Reference: Post-Newsweek, Destiny