UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390-4177

Chambers of
Hon. Stephen C. Robinson
United States District Judge

Date:   July 28, 2009

### SCHEDULING NOTICE

Case#  41 CV 1395(SCR)

The matter of <u>United States v. ASCAP, et</u> al. has been scheduled for a case management conference before the Hon. Stephen C. Robinson, United States District Judge, for <u>September 3, 2009</u>, at <u>10:00am</u> in Courtroom 621, 6th Floor.

Honorable Stephen C. Robinson
United States District Judge