```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                         Plaintiff,     :
                                        :        41 Civ. 1395 (DLC)
              -v-                       :
                                        :             ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

DENISE COTE, District Judge:

On July 22, 2009, this case was transferred to this Court. In a letter of July 23, 2009, counsel for the American Society of Composers, Authors and Publishers ("ASCAP") has offered to arrange both a joint briefing and a tour of ASCAP's New York offices with the Antitrust Division of the U.S. Department of Justice. The Court also wishes to have separate conferences in each of the pending applications for determination of fees. Accordingly, it is hereby

ORDERED that counsel for ASCAP will be provided with dates of this Court's availability and will be asked to arrange the joint briefing, tour, and conferences.

SO ORDERED:

Dated:   New York, New York
         July 31, 2009

                                  _____
                                          DENISE COTE
                                    United States District Judge