UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390-4177

Chambers of
Hon. Stephen C. Robinson
United States District Judge

Date:   July 31, 2009

ADJOURNMENT NOTICE

Case#   41 CV 1395 (SCR)

The matter of <u>United States of America v. ASCAP</u> management conference before the Hon. Stephen C. Robinson, United States District Judge, scheduled for <u>September 3, 2009</u> has been adjourned.   This case is now assigned to Judge Cote.

Honorable Stephen C. Robinson
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED