```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff,      :
                                        :      41 Civ. 1395 (DLC)
            -v-                         :
                                        :           ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09

DENISE COTE, District Judge:

By an Order of July 31, 2009, parties were notified that conferences will be scheduled in each of the pending applications for determination of fees. Accordingly, it is hereby

ORDERED that parties are requested to submit at least three days before their respective conferences: a status letter no longer than two pages, including citations to particularly relevant opinions by the Honorable William C. Conner, and two courtesy copies of the most recent scheduling order and any other pertinent order.

SO ORDERED:

Dated:   New York, New York
         August 4, 2009

                                    _____
                                              DENISE COTE
                                     United States District Judge