```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                          Plaintiff,      :
                                          :      41 Civ. 1395 (DLC)
              -v-                         :
                                          :           ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS    :
AND PUBLISHERS,                           :
                          Defendant.      :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09

DENISE COTE, District Judge:

Counsel for applicants MobiTV, Inc., YouTube LLC, CBS Radio, Inc., DMX, Inc., and MusicNet submitted a letter dated August 4, 2009 on behalf of his clients as well as AT&T Mobility LLC, Cellco Partnership d/b/a/ Verizon Wireless, Ericsson, Inc., and Apple Computer, Inc. (collectively, "Applicants"), addressing the Order of July 31, and the joint briefing and tour referred to therein. As of now, conferences with each of the Applicants are scheduled to take place between August 18 and 20; and the joint briefing and tour are tentatively scheduled to take place on August 24. Accordingly, it is hereby

2

ORDERED that the concerns raised in the Applicants' letter of August 4, 2009 will be addressed at the conferences with the parties.

SO ORDERED:

Dated:   New York, New York
         August 5, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge

2