```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                         Plaintiff,     :
                                        :   41 Civ. 1395 (DLC)
          -v-                           :
                                        :        ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                         Defendant.     :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/09
```

DENISE COTE, District Judge:

    This case has been designated an electronic case and has been assigned to me for all purposes. By the date of the following conferences, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.

    All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

    Conferences will be held at the following times:

**August 18, 2009, 10 a.m.:** In re Application of MobiTV, Inc., 09 Civ. --; In re Application of AT&T Mobility LLC, 09 Civ. --; In re Application of Cellco Partnership d/b/a Verizon Wireless, 09 Civ. --; In re Application of Ericsson, Inc., 09 Civ. --.

**August 19, 2009, 10 a.m.:** In re Application of YouTube, LLC, 09 Civ. --.

**August 19, 2009, 11 a.m.:** In re Application of MusicNet, Inc., 09 Civ. --.

**August 20, 2009, 12 p.m.:** In re Application of Apple Computer, Inc., 09 Civ. --.

**August 20, 2009, 2 p.m.:** In re Application of CBS Radio,

Inc., 09 Civ. --.

**August 20, 2009, 3 p.m.:** In re Application of THP Capstar Acquisition Corp. (now known as DMX, Inc.), 09 Civ. --.

All conferences will be held at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

SO ORDERED:

Dated:   New York, New York
         August 12, 2009

                                          _____
                                               DENISE COTE
                                          United States District Judge

2