```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    09 Civ. 7071
IN RE APPLICATION OF MOBITV, INC.      :    (DLC)(MHD)
                                       :
---------------------------------------:    ORDER OF
Related to                             :    REFERENCE TO A
                                       :    MAGISTRATE JUDGE
UNITED STATES OF AMERICA,              :
                    Plaintiff          :
              v.                       :    41 Civ. 1395
                                       :    (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                        :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute* <br><br> _____ <br><br> _____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: <br><br> _____ | ___ Habeas Corpus |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

| | | | |
|---|---|---|---|
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED:

Dated:   New York, New York
         August 18, 2009

                                    _____
                                    DENISE COTE
                                    United States District Judge