```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   09 Civ. 7070 (DLC)
IN RE APPLICATION OF MUSICNET, INC.     :
                                        :         ORDER
----------------------------------------:
                                        :
IN RE APPLICATION OF YOUTUBE, LLC       :   09 Civ. 7073 (DLC)
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff       :
        v.                              :   41 Civ. 1395 (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                        Defendant.      :
----------------------------------------X
```

DENISE COTE, District Judge:

Conferences in the above captioned cases have been rescheduled for the following times:

**August 19, 2009, 10 a.m.:** In re Application of MusicNet, Inc., 09 Civ. 7070.

**September 16, 2009, 2 p.m.:** In re Application of YouTube, LLC, 09 Civ. 7073.

All conferences will be held at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

SO ORDERED:

Dated:   New York, New York
         August 18, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09