```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IN RE APPLICATION OF MUSICNET, INC.,      :      09 CIV. 7070 (DLC)
                                          :
                                          :          PRETRIAL
                                          :      SCHEDULING ORDER
-----------------------------------------:
                                          :
Related to                                :
                                          :
UNITED STATES OF AMERICA,                 :
                    Plaintiff             :
                                          :
         V.                               :      41 Civ. 1395 (DLC)
                                          :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,   :
AND PUBLISHERS,                           :
                    Defendant.            :
                                          :
-----------------------------------------X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/20/09 |

DENISE COTE, District Judge:

       As set forth at the pretrial conference held on August 19,
2009, the following schedule shall govern the further conduct of
pretrial proceedings in this case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Dolinger in order to pursue settlement
     discussions under his supervision by **November 6, 2009.**

2.   All fact discovery must be completed by **February 26, 2010.**

3.   Parties' identification of experts and disclosure of expert
     testimony conforming to the requirements of Rule 26(a)(2)(B),
     Fed.R.Civ.P., must occur by **April 2, 2010.**  Disclosure of
     rebuttal expert testimony must occur by **April 30, 2010.**

4.   All expert discovery must be completed by **May 28, 2010.**

5.   The Joint Pretrial Order must be filed by **July 2, 2010.**

     As described in this Court's Individual Practices in Civil
     Cases, the following documents must be filed with the
     Pretrial Order:  Proposed Findings of Fact and Conclusions
     of Law and a Memorandum of Law addressing all questions of
     law expected to arise at trial.  Any responsive memorandum
     of law is due one week thereafter.

All direct testimony except for testimony of an adverse
party, a person whose attendance must be compelled by
subpoena, or a witness for whom a party has requested and
the Court has agreed to hear the direct testimony at trial,
shall be submitted by affidavits served, **but not filed**, with
the Joint Pretrial Order.

Those portions of depositions that are being offered as
substantive evidence, along with a one page synopsis (with
transcript citations) of such testimony for each deposition,
shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel
for each party shall submit a list of all affiants that
he or she intends to cross-examine at the trial.
Affiants for whom such notice is not given are not
required to be present at trial.

Counsel will provide the Court with two (2) courtesy copies
of all these documents at the time they are served, as well
as one set of pre-marked exhibits assembled sequentially i)
in a looseleaf binder, or ii) in separate manila folders
labelled with the exhibit numbers and placed in a suitable
container or box for ready reference.

Dated:    New York, New York
          August 20, 2009

                                   _____
                                   DENISE COTE
                                   United States District Judge

2