```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :      09 Civ. 7070
IN RE APPLICATION OF MUSICNET, INC.        :      (DLC)(MHD)
                                           :
                                           :      ORDER OF
-------------------------------------------:      REFERENCE TO A
                                           :      MAGISTRATE JUDGE
Related to                                 :
                                           :
UNITED STATES OF AMERICA,                  :      41 Civ. 1395
                    Plaintiff              :      (DLC)
          v.                               :
                                           :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :
AND PUBLISHERS,                            :
                    Defendant.             :
                                           :
------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute<br><br>_____<br><br>_____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
|     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ___ Habeas Corpus |

2

_X_   Settlement                             ___   Social Security

___   Inquest After Default/Damages    ___   Dispositive Motion (i.e.,
      Hearing                                      motion requiring a Report
                                                   and Recommendation)
                                                   Particular Motion:
                                                   _____

      SO ORDERED:

Dated:   New York, New York
         August 20, 2009

                                        _____
                                                 DENISE COTE
                                          United States District Judge

2