```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
                                             :      09 Civ. 7069
IN RE APPLICATION OF THP CAPSTAR             :      (DLC)(MHD)
ACQUISITION CORP. (now known as DMX).        :
                                             :      ORDER OF
                                             :      REFERENCE TO A
---------------------------------------------:      MAGISTRATE JUDGE
                                             :
Related to                                   :
                                             :      41 Civ. 1395
UNITED STATES OF AMERICA,                    :      (DLC)
                      Plaintiff              :
     v.                                      :
                                             :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,      :
AND PUBLISHERS,                              :
                      Defendant.             :
                                             X
--------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/09

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Habeas Corpus

_X_  Settlement                                          ___ Social Security

___  Inquest After Default/Damages    ___ Dispositive Motion (i.e.,
     Hearing                                                  motion requiring a Report
                                                              and Recommendation)
                                                              Particular Motion:
                                                              _____

SO ORDERED:

Dated:   New York, New York
         August 21, 2009

                                             _____
                                                    DENISE COTE
                                             United States District Judge

2