UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS, et al.,<br><br>　　　　　　　Defendants, | 41 CV 1395 (DLC)(MHD)<br>**Notice of Motion** |
| In the Matter of the Application of POST-<br>NEWSWEEK STATIONS INC., et al.,<br><br>　　　　　　　Applicants,<br><br>For the Determination of Reasonable License Fees. | |

　　　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order against Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC (collectively, "Weigel"), the Proposed Order, the Declaration of Ray Schwind and exhibits attached thereto, and all prior proceedings herein, the American Society of Composers, Authors and Publishers ("ASCAP") will move this Court, before the Honorable Magistrate Judge Michael H. Dolinger, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order enforcing this Court's November 17, 2004 Order and for entry of Judgment against Weigel for all fees due and owing to ASCAP under the Local Station Blanket Television License and the Local Station Per Program Television License, and such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, should Weigel wish to respond to ASCAP's motion, Weigel's response should be filed and served within thirty (30) days of service of ASCAP's motion, and ASCAP's reply shall be filed and served within fifteen (15) days of service of Weigel's response.

Dated: New York
August 20, 2009

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS

By _____
Jay Cohen
Lynn B. Bayard
Kristy M. Tillman
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Fax: (212) 492-0054
Email: jcohen@paulweiss.com;
lbayard@paulweiss.com; ktillman@paulweiss.com

Richard H. Reimer
Christine A. Pepe
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*