United States District Court
Southern District of New York

UNITED STATES OF AMERICA ) Case No.: 41 CV 1395 (DLC)(MHD)
)
)
)
Plaintiff )
v. )
AMERICAN SOCIETY OF COMPOSERS, AUTHORS )
AND PUBLISHERS, ET AL. )
)
Defendant )

### AFFIDAVIT OF CORPORATE SERVICE

That I, David Trantina, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on August 20, 2009 at 3:55 PM at 26 N Halsted St., Chicago, IL 60661-2107 I served Weigel Broadcasting Company with the following list of documents: Notice of Motion, Proposed Order, Memorandum of Law, Schwind Declaration, Schwind Exhibits 1-16, decision in Broadcast Music, Inc. v. Weigel Broadcasting Co., No. 07-4998-cv, 2009 WL 2448191 (2d Cir. Aug 11, 2009). By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Jay Johnson, whose Title is Authorized Agent.

That Jay Johnson stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Female    Race/Skin: Black    Hair: black    Glasses: No    Age: 43    Height: 5'4"    Weight: 200

David Trantina
Due ProcessUSA, Inc.
8950 Route 108, Suite 100
Columbia, MD 21045
(800) 228-0484

Executed on: 8-21-09

Subscribed and sworn to before me, a notary public, on this 21st day of August, 2009.

Joan C. Harenberg
Notary Public

My Commission Expires: 4-28-13

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

ID: 09-020662