# EXHIBIT 5



**Ray Schwind**
10/04/2004 05:17 PM
Please respond

To: alix@televisionmusic.com
cc: Richard Reimer/ASCAP@ASCAP, LRosenthal@paulweiss.com
Subject: File for Allocation

Alix, attached is a file of 1,179 local TV stations that should be part of the fee allocation for Dec. 1, 2004 - Dec. 31, 2005. This file does not include the following:

- Stations that are part of the Entravision owned group
- Stations that are now owned by the Univision network
- Stations that have never taken an ASCAP license
- Stations that operated as 100% "pure" satellites of another station and are co-owned
- Any LPTV stations we have licensed

Please be aware that to provide you with this file, we had to do cross-reference queries with data from ASCAP's systems and BIA's database. Specifically, we needed to do a cross-reference match on Call Letters in order to provide you with the FCC Unique Facility ID as well as the BIA Station Code, which is BIA's unique identifier for each record in their database. There were eight stations' call letters that did not match up when comparing our system to BIA. They were:

| Station Account No. | Letter | FCC City | State |
|---|---|---|---|
| 1000014311001 | WGMU | Marquette | MI |
| 1000014291001 | WMPX | WATERVILLE | ME |
| 1000014751001 | WQEX | Pittsburgh | PA |
| 1000012961001 | WWTU | Key West | FL |
| 1000001611003 | KFWU | Fort Bragg | CA |
| 1000007351001 | WPXB | Merrimack | NH |
| 1000003101001 | KTGM | Tamuning | GU |
| 1000011911002 | WSVI | St. Croix | VI |

We reconciled these eight manually. You should also be aware that BIA doesn't maintain station records for VI and Guam, so we had to populate those station records manually as well.

Below is a chart that explains the fields in the attached file. Please let me know if you need any additional explanation.

| Col. | Field name | Description |
|---|---|---|
| A | Station Account No | ASCAP's Unique Account Number for that station |
| B | Current Call Letter | Call Letter currently used for station in ASCAP's system |
| C | Most Recent Old Call Letter | Most Recent Call Letter we have tracked if the call letter has been changed |
| D | FCC City | FCC City |
| E | State | State |
| F | Network | Affiliation as captured in ASCAP's systems |
| G | Blanket Fee | Most current Blanket Fee for station |
| H | Type | Current License Type of Station |
| I | BIAS Market | ADI Market as captured by BIA from Nielsen |
| J | FCC ID Number | FCC's Unique Identifier for this station |
| K | Channel | Channel |
| L | BIA Station Code | BIA's unique identifier for station |
| M | BIA CALL | Call Letter for station in BIA's database if ASCAP and BIA cross-reference by Call Letters did not match |
| N | Group Name | Group Owner for station as captured in ASCAP's systems |



File for TMLC 10 1 2004.:

| Station Account No | Current Call Letter | FCC City | State | Network | Blanket Fee | Type | BIAS Market | FCC ID Number | Channel | Group Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000003961002 | WCFN | Springfield | IL | CBS | | | Champaign-Springfield-Decatur, | 42116 | 49 | Nexstar Broadcasting Group, L. |
| 1000000281002 | WCFT | Tuscaloosa | AL | ABC | | | Birmingham, AL | 21258 | 33 | Allbritton Comm |
| 1000012381001 | WCGV | Milwaukee | WI | UPN | | | Milwaukee, WI | 71278 | 24 | Sinclair Bcst Group |
| 1000012491002 | WCHS | Charleston | WV | ABC | | | Charleston-Huntington, WV | 71280 | 8 | Sinclair Bcst Group |
| 1000003641002 | WCIA | Champaign | IL | CBS | | | Champaign-Springfield-Decatur, | 42124 | 3 | Nexstar Broadcasting Group, L. |
| 1000003811001 | WCIU | Chicago | IL | IND | $11,150.00 | BL | Chicago, IL | 71428 | 26 | Weigel Bcstg Co |
| 1000000990001 | WCIV | Charleston | SC | ABC | | | Charleston, SC | 21536 | 4 | Allbritton Comm |
| 1000002321001 | WCJB | Gainesville | FL | ABC | | | Gainesville, FL | 16993 | 20 | Diversified Comm |
| 1000002361001 | WCLF | Clearwater | FL | REL | | | Tampa-St Petersburg-Sarasota, | 11125 | 22 | Christian TV Network |
| 1000004261001 | WCLJ | Bloomington | IN | REL | | | Indianapolis, IN | 68007 | 42 | Trinity Bcstg Ntwk |
| 1000008391001 | WCMH | Columbus | OH | NBC | | | Columbus, OH | 50781 | 4 | NBC/GE |
| 1000006751001 | WCNC | Charlotte | NC | NBC | | | Charlotte, NC | 32326 | 36 | Belo Corp |
| 1000000191001 | WCOV | Montgomery | AL | FOX | | | Montgomery, AL | 73642 | 20 | Woods Comm Corp |
| 1000008301001 | WCPO | Cincinnati | OH | ABC | | | Cincinnati, OH | 59438 | 9 | Scripps Howard Bcstg |
| 1000003851002 | WCPX | Chicago | IL | PAX | | | Chicago, IL | 10981 | 38 | Paxson Comm Corp |
| 1000009831001 | WCSC | Charleston | SC | CBS | | | Charleston, SC | 71297 | 5 | Jefferson-Pilot Comm |
| 1000005291002 | WCSH | Portland | ME | NBC | | | Portland-Auburn, ME | 39664 | 6 | Pacific & Southern Co., Inc. |
| 1000006701001 | WCTI | New Bern | NC | ABC | | | Greenville-New Bern-Washington | 18334 | 12 | Lamco Communications |
| 1000002061002 | WCTV | Thomasville | GA | CBS | | | Tallahassee-Thomasville, FL | 31590 | 6 | Gray Texas LP |
| 1000001961002 | WCTX | New Haven | CT | WB | | | Hartford-New Haven, CT | 33081 | 59 | LIN Television Corp |
| 1000004991001 | WCVB | Boston | MA | ABC | | | Boston, MA | 65684 | 5 | Hearst-Argyle TV, Inc. |
| 1000009491002 | WCWB | Pittsburgh | PA | UPN | | | Pittsburgh, PA | 73907 | 22 | Sinclair Bcst Group |
| 1000011631001 | WCYB | Bristol | VA | NBC | | | Tri-Cities, TN-VA | 2455 | 5 | Lamco Communications |
| 1000005921001 | WDAF | Kansas City | MO | FOX | | | Kansas City, MO | 11291 | 4 | Fox Television |
| 1000006231001 | WDAM | Laurel | MS | NBC | | | Hattiesburg-Laurel, MS | 21250 | 7 | Raycom Media Inc. |
| 1000007061001 | WDAY | Fargo | ND | ABC | | | Fargo-Valley City, ND | 22129 | 6 | Forum Publishing Co |
| 1000007071001 | WDAZ | Devils Lake | ND | ABC | | | Fargo-Valley City, ND | 22124 | 8 | Forum Publishing Co |
| 1000006341002 | WDBD | Jackson | MS | FOX | | | Jackson, MS | 71326 | 40 | Jackson TV, LLC |
| 1000011641001 | WDBJ | Roanoke | VA | CBS | | | Roanoke-Lynchburg, WV | 71329 | 7 | Schurz Comm Inc |
| 1000002021002 | WDCA | Washington | DC | UPN | | | Washington, D.C. | 51567 | 20 | Fox Television |
| 1000010211002 | WDEF | Chattanooga | TN | CBS | | | Chattanooga, TN | 54385 | 12 | Media General Broadcasting Inc |
| 1000000421003 | WDFX | Ozark | AL | FOX | | | Dothan, AL | 32851 | 34 | Waitt Broadcasting, Inc. |
| 1000000301001 | WDHN | Dothan | AL | ABC | | | Dothan, AL | 43846 | 18 | Morris Network Inc |
| 1000005811001 | WDIO | Duluth | MN | ABC | | | Duluth-Superior, MN | 71338 | 10 | Hubbard Bcstg Inc |
| 1000005461001 | WDIV | Detroit | MI | NBC | | | Detroit, MI | 53114 | 4 | Post-Newsweek Stns |
| 1000012451001 | WDJT | Milwaukee | WI | CBS | $4,241.00 | BL | Milwaukee, WI | 71427 | 58 | Weigel Bcstg Co |
| 1000013181001 | WDKA | Paducah | KY | UPN | | | Paducah-Cape Girardeau-Harrisb | 39561 | 49 | Wdka Acquisition Corp. |
| 1000004681002 | WDKY | Danville | KY | FOX | | | Lexington, KY | 64017 | 56 | Sinclair Bcst Group |
| 1000008491001 | WDLI | Canton | OH | REL | | | Cleveland, OH | 67893 | 17 | Trinity Bcstg Ntwk |
| 1000004611001 | WDRB | Louisville | KY | FOX | | | Louisville, KY | 28476 | 41 | Blade Communications |
| 1000010351001 | WDSI | Chattanooga | TN | FOX | | | Chattanooga, TN | 71353 | 61 | Pegasus Bcst TV Ltd |
| 1000004801002 | WDSU | New Orleans | LA | NBC | | | New Orleans, LA | 71357 | 6 | Hearst-Argyle TV, Inc. |
| 1000008401003 | WDTN | Dayton | OH | ABC | | | Dayton, OH | 65690 | 2 | LIN Television Corp |
| 1000012521001 | WDTV | Weston | WV | CBS | | | Clarksburg-Weston, WV | 70592 | 5 | Withers, W. Russell |
| 1000005511002 | WDWB | Detroit | MI | WB | | | Detroit, MI | 74211 | 20 | Granite Bcstg Corp |
| 1000009741001 | WDWL | Bayamon | PR | IND | | | San Juan, PR | 4110 | 36 | Bayamon Christian Network |
| 1000020811002 | WEAR | Pensacola | FL | ABC | | | Mobile-Pensacola, AL | 71363 | 3 | Sinclair Bcst Group |