# EXHIBIT 6

**alix steier <alix@televisionmusic.com>**
11/29/2004 02:33 PM

To: Ray Schwind <rschwind@ascap.com>
cc: Will Hoyt <will@televisionmusic.com>
Subject: 2005 Fees

```
Ray,
Per my voicemail message of this morning, here are the 2005 ASCAP fees along
with their ASCAP account number.  Please let me know as soon as possible if
there is anything else you need.
Take care,
Alix


--
A. Steier
Television Music License Committee
(202) 232-1603 / f. (202) 232-1604
www.televisionmusic.com
```

[ASCAPhh0304(85)11_29_04.xls]

| dma | city | st | affil | 01-02 total | 02-03 total | 03-04 total | avg | mo mkt$ rnd | Sta% rnd | mo Sta$ rnd |
|---|---|---|---|---|---|---|---|---|---|---|
| HONOLULU | Honolulu | HI | CBS | | | | | | | |
| COLUMBUS-TUPELO-WEST POINT | Columbus | MS | CBS | | | | | | | |
| NEW YORK | New York | NY | FOX | | | | | | | |
| CHARLOTTE | Charlotte | NC | CBS | | | | | | | |
| MINNEAPOLIS-ST. PAUL | Minneapolis | MN | | | | | | | | |
| CHAMPAIGN&SPRNGFLD-DECATUR | Urbana | IL | UPN | | | | | | | |
| CHAMPAIGN&SPRNGFLD-DECATUR | Springfield | IL | | | | | | | | |
| BIRMINGHAM | Tuscaloosa | AL | | | | | | | | |
| MILWAUKEE | Milwaukee | WI | UPN | | | | | | | |
| CHARLESTON-HUNTINGTON | Charleston | WV | ABC | | | | | | | |
| CHAMPAIGN&SPRNGFLD-DECATUR | Champaign | IL | CBS | | | | | | | |
| CHICAGO | Chicago | IL | IND | 29635200 | 31093020 | 30648380 | 30458867 | 264298 | 9.42% | 24890 |
| CHARLESTON, SC | Charleston | SC | ABC | | | | | | | |
| GAINESVILLE | Gainesville | FL | ABC | | | | | | | |
| TAMPA-ST. PETERSBURG | Clearwater | FL | IND | | | | | | | |
| INDIANAPOLIS | Bloomington | IN | IND | | | | | | | |
| COLUMBUS, OH | Columbus | OH | NBC | | | | | | | |
| CHARLOTTE | Charlotte | NC | NBC | | | | | | | |
| MONTGOMERY | Montgomery | AL | FOX | | | | | | | |
| CINCINNATI | Cincinnati | OH | ABC | | | | | | | |
| CHICAGO | Chicago | IL | PAX | | | | | | | |
| CHARLESTON, SC | Charleston | SC | CBS | | | | | | | |
| PORTLAND-AUBURN | Portland | ME | NBC | | | | | | | |
| GREENVILLE-N.BERN-WASHNGTN | New Bern | NC | ABC | | | | | | | |
| TALLAHASSEE-THOMASVILLE | Thomasville | GA | CBS | | | | | | | |
| HARTFORD & NEW HAVEN | New Haven | CT | UPN | | | | | | | |
| BOSTON | Boston | MA | ABC | | | | | | | |
| PITTSBURGH | Pittsburgh | PA | WB | | | | | | | |
| TRI-CITIES, TN-VA | Bristol | VA | NBC | | | | | | | |
| KANSAS CITY | Kansas City | MO | FOX | | | | | | | |
| HATTIESBURG-LAUREL | Laurel | MS | NBC | | | | | | | |
| FARGO-VALLEY CITY | Fargo | ND | ABC | | | | | | | |
| FARGO-VALLEY CITY | Devils Lake | ND | | | | | | | | |
| JACKSON, MS | Jackson | MS | WB | | | | | | | |
| ROANOKE-LYNCHBURG | Roanoke | VA | CBS | | | | | | | |
| WASHINGTON, DC | Washington | DC | UPN | | | | | | | |
| CHATTANOOGA | Chattanooga | TN | CBS | | | | | | | |
| DOTHAN | Ozark | AL | FOX | | | | | | | |
| DOTHAN | Dothan | AL | ABC | | | | | | | |
| DULUTH-SUPERIOR | Duluth | MN | ABC | | | | | | | |
| DETROIT | Detroit | MI | NBC | | | | | | | |
| MILWAUKEE | Milwaukee | WI | CBS | 6151731 | 5411409 | 6413264 | 5992135 | 54777 | 8.50% | 4655 |
| PADUCAH-C.GIRD-HARBG-MT VN | Paducah | KY | WB | | | | | | | |
| LEXINGTON | Danville | KY | FOX | | | | | | | |
| CLEVELAND | Canton | OH | IND | | | | | | | |
| LOUISVILLE | Louisville | KY | FOX | | | | | | | |
| CHATTANOOGA | Chattanooga | TN | FOX | | | | | | | |
| NEW ORLEANS | New Orleans | LA | NBC | | | | | | | |
| DAYTON | Dayton | OH | ABC | | | | | | | |
| CLARKSBURG-WESTON | Weston | WV | CBS | | | | | | | |
| DETROIT | Detroit | MI | WB | | | | | | | |
| PUERTO RICO | Bayamon | PR | | | | | | | | |
| MOBILE-PENSACOLA | Pensacola | FL | ABC | | | | | | | |
| LA CROSSE-EAU CLAIRE | Eau Claire | WI | NBC | | | | | | | |
| PUERTO RICO | Naranjito | PR | | | | | | | | |
| WILMINGTON | Wilmington | NC | NBC | | | | | | | |
| PEORIA-BLOOMINGTON | Peoria | IL | NBC | | | | | | | |
| EVANSVILLE | Evansville | IN | ABC | | | | | | | |
| CHATTANOOGA | Dalton | GA | IND | | | | | | | |
| TRI-CITIES, TN-VA | Greeneville | TN | FOX | | | | | | | |

