# EXHIBIT 7



One Lincoln Plaza
New York, NY 10133-0043
Phone: 1-800-99-ASCAP
Fax: 1-800-FX-ASCAP

ASCAP

December 17, 2004

00316

Lilly Scheye
Business Manager
WCIU
26 North Halsted St.
CHICAGO, IL 60661

Re: WCIU
Account No. 1000003811001
WEIGEL BROADCASTING COMPANY
26 N. Halsted St
Chicago, IL 60661-2108

Dear Mr. Scheye:

As you know, ASCAP and the Television Music License Committee (TMLC) have reached agreement on industry-wide license terms for the period April 1, 1998 through December 31, 2009. U.S. Magistrate Judge Michael H. Dolinger of the United States District Court for the Southern District of New York approved the industry-wide agreement on Wednesday, November 17, 2004.

The terms of our agreement with the TMLC provide for an industry-wide blanket fee of $85 million for the period of December 1, 2004 - December 31, 2005. You should have already received ASCAP's Billing Statement dated November 30, 2004, which shows your account's new monthly blanket license fee for December 2004 based on the TMLC's fee methodology. If you have not received this Billing Statement or have any questions on the fee methodology, please let us know. Our agreement also provides that the terms of the interim license applicable for periods through November 30, 2004 are final.

Enclosed are the following:

- 2 copies of the ASCAP Local Station Blanket Television License Agreement

- 2 copies of the ASCAP Local Station Per Program Television License Agreement

- 1 copy of the Final Order in the proceeding, *U.S. v. ASCAP, In the Matter of the Application of POST-NEWSWEEK STATIONS, INC. et al.*

- One Return Envelope

If you are currently licensed on a blanket basis, please sign and return to us both copies of the enclosed Local Station Blanket Television License Agreement. If you are currently licensed on a per program basis, please sign and return to us both copies of the Local Station Per Program Television License Agreement. Upon receipt, ASCAP will countersign the license agreements and return one fully executed back to you. If you have any questions, please call the Account Manager whose name appears on your Billing Statement at 1-800-99-ASCAP.

Sincerely,

Ray Schwind
AVP, Director of Broadcast Licensing

Enclosures:
   Blanket License Agreement (2 Copies)
   Per Program License Agreement (2 Copies)
   Final Order
   Return Envelope

T0004_0001
FPCTV

**ASCAP, One Lincoln Plaza, New York, N.Y. 10133-0043   1-800-99ASCAP**



One Lincoln Plaza
New York, NY 10133-0043
Phone: 1-800-99-ASCAP
Fax: 1-800-FX-ASCAP

ASCAP

December 17, 2004

01023

Martha Gutierrez
Business Manager
WDJT
26 N. Halsted Street
Chicago, IL 60661-2107

Re: WDJT
Account No. 1000012451001
WEIGEL BROADCASTING CO.
809 South 60th Street
Milwaukee, WI 53214

Dear Mr. Gutierrez:

As you know, ASCAP and the Television Music License Committee (TMLC) have reached agreement on industry-wide license terms for the period April 1, 1998 through December 31, 2009. U.S. Magistrate Judge Michael H. Dolinger of the United States District Court for the Southern District of New York approved the industry-wide agreement on Wednesday, November 17, 2004.

The terms of our agreement with the TMLC provide for an industry-wide blanket fee of $85 million for the period of December 1, 2004 - December 31, 2005. You should have already received ASCAP's Billing Statement dated November 30, 2004, which shows your account's new monthly blanket license fee for December 2004 based on the TMLC's fee methodology. If you have not received this Billing Statement or have any questions on the fee methodology, please let us know. Our agreement also provides that the terms of the interim license applicable for periods through November 30, 2004 are final.

Enclosed are the following:

- 2 copies of the ASCAP Local Station Blanket Television License Agreement

- 2 copies of the ASCAP Local Station Per Program Television License Agreement

- 1 copy of the Final Order in the proceeding, U.S. v. ASCAP, In the Matter of the Application of POST-NEWSWEEK STATIONS, INC. et al.

- One Return Envelope

If you are currently licensed on a blanket basis, please sign and return to us both copies of the enclosed Local Station Blanket Television License Agreement. If you are currently licensed on a per program basis, please sign and return to us both copies of the Local Station Per Program Television License Agreement. Upon receipt, ASCAP will countersign the license agreements and return one fully executed back to you. If you have any questions, please call the Account Manager whose name appears on your Billing Statement at 1-800-99-ASCAP.

Sincerely,

*[signature]*

Ray Schwind
AVP, Director of Broadcast Licensing

Enclosures:
  Blanket License Agreement (2 Copies)
  Per Program License Agreement (2 Copies)
  Final Order
  Return Envelope

T0004_0001
FPCTV

ASCAP, One Lincoln Plaza, New York, N.Y. 10133-0043  1-800-99ASCAP