# EXHIBIT 8

LAW OFFICES

# COHN AND MARKS

JOEL H. LEVY
ROBERT B. JACOBI
ROY R. RUSSO
RONALD A. SIEGEL
LAWRENCE N. COHN
RICHARD A. HELMICK
WAYNE COY, JR.
J. BRIAN DE BOICE

SUSAN V. SACHS
KEVIN M. GOLDBERG
JOSEPH M. DI SCIPIO

SUITE 300
1920 N STREET N.W.
WASHINGTON, D.C. 20036-1622

TELEPHONE (202) 293-3860
FACSIMILE (202) 293-4827
HOMEPAGE WWW.COHNMARKS.COM

OF COUNSEL
MARCUS COHN
LEONARD H. MARKS
STANLEY S. NEUSTADT
RICHARD M. SCHMIDT, JR.

DIRECT DIAL: (202) 452-4813
INTERNET ADDRESS: JHL@cohnmarks.com

May 12, 1998

Ray Schwind
Director of Television Licensing
American Society of Composers,
  Authors and Publishers
One Lincoln Plaza
New York, NY 10023

Dear Mr. Schwind

The undersigned represents Weigel Broadcasting Co., licensee of WCIU-TV, Chicago, and WDJT-TV, Milwaukee, both of which are currently under ASCAP contracts.

In response to your letter of March 30, 1998, Weigel wishes to continue to be covered by an ASCAP Agreement, but is not represented by the Television Music License Committee, nor does it want to be bound by any Agreement that that Committee may make with ASCAP, but prefers to negotiate with ASCAP on its own.

In order to reach a new license agreement with ASCAP for the period commencing April 1, 1998, we are prepared to meet with you or your representatives at your earliest convenience. Please contact me so that we may set up a mutually agreeable time.

Until a new license agreement is negotiated, Weigel is prepared to make monthly license payments to ASCAP under the terms of the pre-existing local blanket license agreement, and subject to retroactive adjustment to April 1, 1998, under a new agreement between the parties.

DS1/45541-1

Ray Schwind
May 12, 1998
Page 2


Please sign as noted below, return one copy to me, and contact me for initiation of further discussion of a permanent license.

                                  Very truly yours

                                  Joel H. Levy
                                  Counsel to Weigel Broadcasting Co.


Noted and Agreed to:


_____
Ray Schwind
American Society of Composers,
  Authors and Publishers


cc:    Howard Shapiro

DS1/45541-1