# EXHIBIT 9



ASCAP

Legal Department

RICHARD H. REIMER
Vice President - Legal Services

June 9, 1998

<u>SENT VIA FEDERAL EXPRESS</u>

Joel H. Levy, Esq.
Cohn and Marks
Suite 300
1920 N Street, N.W.
Washington, D.C. 20036-1622

    Re: Weigel Broadcasting Co. -- Television Stations
        <u>WCIU-TV (Chicago, IL) and WDJT-TV (Milwaukee, WI)</u>

Dear Mr. Levy:

    Ray Schwind has referred your letter of May 12, 1998, to me.

    ASCAP and the Television Music License Committee (TMLC) have already begun negotiations on terms and fees for new per-program and blanket licenses for the period beginning April 1, 1998. As I am sure you know, Section IV(D) of the Amended Final Judgment in <u>United States v. ASCAP</u> bars ASCAP from discriminating in license terms among licensees that are "similarly situated." We understand that the programming broadcast by WCIU-TV and WDJT-TV is much like that broadcast by typical independent and network affiliated stations, respectively. Accordingly, it appears to be most sensible to await the outcome of discussions between ASCAP and the TMLC before attempting to establish terms for licenses for WCIU-TV and WDJT-TV.

    Both stations can, of course, operate under "interim licenses" until final license terms are set. Please note that operating under an interim license while awaiting the outcome of ASCAP's discussions with the TMLC will not in any way prejudice Weigel Broadcasting's right to file a formal application with the Court to determine reasonable fees if we are ultimately unable to

Joel H. Levy, Esq.  2
June 9, 1998

reach agreement. We very much hope, however, that such a step will not be necessary.

ASCAP accepts your proposal that the stations pay interim license fees under the terms of the pre-existing local blanket license agreement (or the pre-existing per-program license should they elect to change to that form of license) and that those fees should be subject to retroactive adjustment based on the final fees for a new license. The interim fees will also be adjusted in accordance with any modifications to the existing per-program and blanket licenses that might be ordered by the Court. In fact, the Court has already ordered that the industry-wide blanket license fee for the 12 months beginning April 1, 1998 be adjusted slightly (a copy of Magistrate Judge Dolinger's Interim Fee Order dated May 1, 1998 is enclosed).

If the above proposals are acceptable to your client, please sign below and return the enclosed copy of this letter to me.

Sincerely yours,

Richard H. Reimer

RHR:s
enc.

cc: Ray Schwind

Accepted and agreed to this
_____ day of June, 1998

_____
JOEL H. LEVY, on behalf of
WEIGEL BROADCASTING CO.