# EXHIBIT 11



ASCAP

Rina Yeznaian
Manager of Television Licensing

June 21, 2005

Mr. Howard Shapiro
Chairman
Weigel Broadcasting Co.
26 North Halsted Street
Chicago, IL 60661

    Re:    Weigel Broadcasting Co. Television Stations --
             WCIU-TV (Chicago, IL) and WDJT-TV (Milwaukee, WI)

Dear Mr. Shapiro:

    This letter is further to our telephone conversation on April 28, 2005, regarding your stations' license status and the outstanding balances on their accounts.

    At your request, I am enclosing with this letter copies of the pertinent prior correspondence exchanged between representatives of ASCAP and Weigel Broadcasting Co. from May 1998 through April 1999 on the subject of Weigel's license options for WCIU-TV. In that correspondence, ASCAP made it clear that, having applied to ASCAP for a license, Weigel had the option either to make its own application to the New York federal court for a determination of a reasonable fee for an ASCAP license, or to intervene in the then-pending, *Post-Newsweek* proceeding. The last letter to address the matter (prior to your letter of February 4, 2005 to Ray Schwind) was Mr. Schwind's letter to you dated April 12, 1998, with which Mr. Schwind enclosed a draft of a letter agreement setting forth Weigel's options, dated April 6, 1999. That letter was followed by a telephone conversation between our respective attorneys, Joel Levy and Richard Reimer, on July 13, 1999. According to Mr. Reimer's memorandum of that conversation, he and Mr. Levy

> . . . discussed the station's options at this point: Weigel can ask the court to determine either final fees for a specific period of time, or we can jointly ask the court to fix an interim fee for WCIU-TV. If we ask for an interim fee, ASCAP would argue that the industrywide methodology ought to apply because WCIU-TV is no different from any other independent local tv station; Weigel can argue that there are problems with the TMLC methodology and that the fee for WCIU-TV should be adjusted.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building, One Lincoln Plaza  New York, NY 10023
212.621.8346  Fax: 212.621.6446  E-Mail: ryeznaian@ascap.com
Web Site: http://www.ascap.com

>    Mr. Levy said he would call [Mr. Reimer] after he has had a chance to consider his options and confer with his client.

There was no further word either from Mr. Levy or from anyone else at Weigel concerning this matter until we received your letter of February 4, 2005.

Weigel neither filed its own application with the Court nor sought to intervene in the *Post-Newsweek* proceeding. We have confirmed with the Television Music License Committee ("TMLC") that Weigel received notice that ASCAP and the TMLC were going to seek court approval on November 17, 2004 of the agreement they had reached with respect to new industrywide license terms. As a result, ASCAP adheres to the view expressed previously -- the Weigel stations should be treated in the same manner as all other, similarly situated commercial television stations for all periods beginning April 1, 1998. Accordingly, your stations should be paying monthly license fees for those periods in amounts calculated in accordance with the TMLC's allocation formulae.

Following the hearing on November 17, 2004, U.S. Magistrate Judge Dolinger approved the new industrywide ASCAP license agreements for commercial television stations for the period of December 1, 2004 through December 31, 2009. A copy of Judge Dolinger's Order is also enclosed.

The new agreements approved by Judge Dolinger also finalized license fees for the interim license period, April 1, 1998 through November 30, 2004. According to ASCAP's records, WCIU-TV owes a balance of $365,496.00 for the interim license period, comprised of fees totaling $251,200.00 (the difference between the $8,010 Weigel has been paying each month and the allocated $11,150 interim monthly fee) and finance charges totaling $114,296.00. We propose that Weigel pay this balance in four equal monthly installments of $91,374.00 each, payable on or before August 1, 2005, September 1, 2005, October 1, 2005 and November 1, 2005.

Under the new industrywide license fee allocation, WCIU-TV's monthly blanket license fee has been adjusted to $24,890.00. As a result, WCIU-TV owes additional license fees and finance charges -- $101,280.00 and $2,532.00, respectively -- for the period December 1, 2004 through May 31, 2005, totaling $103,812.00. Payment of this balance for the current license period is due immediately.

Turning briefly to WJDT-TV, our records show that the station's account is current for the interim license period, and that there is a balance owed of $2,546.10 for the period December 1, 2004 through May 31, 2005. The station has been paying interim fees of $4,241.00 per month; the new monthly license fee is $4,655.00 (there are also finance charges of $62.10 outstanding). The balance owed for WJDT-TV should also be paid immediately. Statements of account for both stations are also enclosed.

Finally, I am again enclosing ASCAP's new Blanket and Per Program License Agreements for both stations. Please sign two copies of the license agreement of your

choice for each station and return the signed agreements to me with the payments requested above. Assuming we are able to resolve this matter, the agreements will be countersigned and copies of the executed agreements will be returned to you. Otherwise, we will have no choice but to terminate your stations' licenses and refer the matter to our attorneys.

Please call me if you have any questions.

Sincerely Yours,

Rina Yeznaian

Enclosures