# EXHIBIT 12



A S C A P

Ray Schwind
Vice President/Director
of Broadcast Licensing

VIA FEDEX

July 27, 2007

Mr. Howard Shapiro
Chairman
Weigel Broadcasting Company
26 North Halsted Avenue
Chicago, IL 60661-2107

### Re: WCIU-TV (Chicago, IL) and WDJT-TV (Milwaukee, WI)

Dear Mr. Shapiro:

In view of the recent decision entered in ***Broadcast Music, Inc. v – Weigel Broadcasting Co.,*** this letter constitutes ASCAP's demand for immediate payment in full of all license fees owed to ASCAP for WCIU-TV and WDJT-TV for periods through July 31, 2007. Currently, WCIU-TV owes $835,182.00 and WDJT-TV owes $32,893.00. Copies of the stations' transaction ledgers are enclosed for your review.

Please contact me if you have any questions. Otherwise, we shall expect to receive payment(s) totaling $868,075 by return mail.

Sincerely yours,

Ray Schwind

Enclosures

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building, One Lincoln Plaza  New York, NY 10023
212.621.6461  Fax: 212.621.6446  E-Mail: rschwind@ascap.com
Web Site: http://www.ascap.com