# EXHIBIT 13



# ASCAP

Ray Schwind<br>
Vice President/Director<br>
of Broadcast Licensing

November 18, 2008

*VIA FEDEX*

Mr. Howard Shapiro
Chairman
Weigel Broadcasting Company
26 N. Halsted Avenue
Chicago, IL 60661-2107

RE: Weigel Broadcasting Stations: WCIU-TV, Chicago, IL & WDJT-TV, Milwaukee, WI

Dear Mr. Shapiro:

      Following up on our telephone conversation on Thursday, November 13, 2008, this letter sets forth ASCAP's proposal for settlement of our claims for additional sums owed as a result of Weigel Broadcasting's failure to pay license fees properly owed for television stations WCIU-TV and WDJT-TV. First, however, let me provide you with a recap of the sums owed for each station:

**WCIU-TV**
      Weigel Broadcasting has been underpaying license fees by significant amounts, paying fees of $8,010.00 per month instead of the station's allocated TMLC blanket license fee of $27,810.00 per month. As a result, ASCAP calculates that the underpayment of license fees for WCIU-TV will be $1,177,817 dollars as of December 31, 2008, assuming that you continue to pay monthly blanket license fees of $8,010.00 for October through December, 2008. In addition, through the end of the year, late payment charges owed for WCIU-TV will total $99,580 , bringing the total estimated amount owed for WCIU-TV as of December 31, 2008 to $1,277,397. A statement of account for WCIU-TV is enclosed with this letter.

**WDJT-TV**
      WDJT-TV is now licensed and paying ASCAP license fees calculated on a per-program basis. Nevertheless, additional license fees are owed for periods during which the station was licensed and paying license fees calculated on the blanket license, which we estimate will total $56,552.62, including late payment charges, as of December 2008, assuming Weigel Broadcasting reports and pays per program monthly license fees for October through December, 2008. A statement of account for WDJT-TV is also enclosed.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building, One Lincoln Plaza New York, NY 10023
212.621.6461  Fax: 212.621.6446  E-Mail: rschwind@ascap.com
Web Site: http://www.ascap.com

2

**ASCAP's Settlement Proposal**

The estimated total of all license fees and late payment charges owed by Weigel Broadcasting to ASCAP for both stations as of December 31, 2008 will be $1,333,949.00. ASCAP is willing to settle all claims for additional amounts owed for both stations through December 31, 2008 for the settlement amount of $1,150,000.00, contingent upon Weigel Broadcasting continuing to pay license fees in the same amounts it has been paying for both stations for October through December, 2008. For calendar 2009 and thereafter, Weigel Broadcasting would have to pay license fees for WCIU-TV as provided for by the TMLC license fee allocation formula.

I understand from our discussion last week that you want to review our calculations with your accounting staff. I ask that you do so promptly and, if ASCAP's settlement proposal is acceptable, please call me as soon as possible so that we can discuss payment terms. If we do not come to a resolution by Wednesday, November 26, 2008, I will refer this matter to ASCAP's Legal Department. ASCAP's offer of settlement is made without waiver on ASCAP's part of any legal remedies to which it may be entitled should the offer be rejected.

Sincerely yours,

Ray Schwind

Enclosures

CC: Christine Pepe, Esq., ASCAP

2