# EXHIBIT 14



## A S C A P

Ray Schwind
Vice President/Director
of Broadcast Licensing

**_VIA FEDEX_**

June 3, 2009

Mr. Norman Shapiro
President
Weigel Broadcasting Company
26 N. Halsted Street
Chicago, IL 60661-2107

Dear Norman:

This is a follow-up to our conversation on May 7, 2009.

I have discussed with our attorneys your suggestion as to how WCIU-TV might be considered as not being "similarly situated" with all other local commercial television stations in the United States based on the manner in which it sells its advertising time. We cannot accept your suggestion and, therefore, it remains ASCAP's view that WCIU-TV is similarly situated to all other local stations "bound" by the terms of Magistrate Judge Dolinger's November 17, 2004 Order and the terms of the industry-wide Local Station Blanket Television License for periods through December 31, 2009.

Although Weigel's litigation with BMI may now be closer to resolution than it was a month ago, ASCAP is no longer willing to delay efforts to resolve our dispute. Accordingly, this letter constitutes our formal demand that Weigel promptly submit all past due license fees and late payment charges for both WCIU-TV and WDJT-TV. According to our records, there is now a balance due of $1,410,980.18, for WCIU-TV for periods through May 31, 2009. The balance on the WDJT-TV account is $58,017.16. The total of the two stations' balances is $1,468,997.34.

Even though our discussions with you and Howard Shapiro have been amicable during the course of this matter, we must now insist that it be resolved. If Weigel cannot pay the full $1,468,997.34, ASCAP is prepared to accept a lump sum payment of $1,000,000 with the balance to be paid over the next six (6) months, along with the

payment of all fees for all remaining periods through December 31, 2009 in their full amount and paid by their due dates, secured by execution of a consent judgment. Please let me know promptly how and when Weigel will pay the balance due. Otherwise, the matter will be turned over to our attorneys with instructions to pursue all avenues of collection of the amounts now owed.

                 Sincerely yours,

                 Ray Schwind

CC: Vincent Candilora, ASCAP
   Christine Pepe, Esq., ASCAP
   Richard Reimer, Esq., ASCAP
   Rina Yeznaian, ASCAP