Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2008 | Monthly Blanket License Fee | 100000129892 | | 07/01/2008 | 07/31/2008 | 08/01/2008 | $27,818.00 | $19,808.00 | Open | 1,086,795.00 |
| 06/30/2008 | Cash Payment | 305000174890 | 0000030363 | 06/30/2008 | | | ($8,010.00) | $0.00 | Open | 1,058,977.00 |
| 06/16/2008 | Cash Payment | 305000174165 | 0000030240 | 06/16/2008 | | | ($8,010.00) | $0.00 | Open | 1,066,987.00 |
| 05/30/2008 | Monthly Blanket License Fee | 100000129145 | | 06/01/2008 | 06/30/2008 | 07/01/2008 | $27,818.00 | $19,808.00 | Open | 1,074,997.00 |
| 05/05/2008 | Cash Payment | 305000172579 | 0000029658 | 05/05/2008 | | | ($8,010.00) | $0.00 | Open | 1,047,179.00 |
| 04/30/2008 | Monthly Blanket License Fee | 100000128368 | | 05/01/2008 | 05/31/2008 | 06/01/2008 | $27,818.00 | $19,808.00 | Open | 1,055,189.00 |
| 03/31/2008 | Monthly Blanket License Fee | 100000127622 | | 04/01/2008 | 04/30/2008 | 05/01/2008 | $27,818.00 | $19,808.00 | Open | 1,027,371.00 |
| 03/31/2008 | Trans. Cash From Another Acct | 301000010649 | | 03/31/2008 | 03/31/2008 | 03/31/2008 | ($8,010.00) | $0.00 | Open | $999,553.00 |
| 02/29/2008 | Monthly Blanket License Fee | 100000126855 | | 03/01/2008 | 03/31/2008 | 04/01/2008 | $27,818.00 | $19,808.00 | Open | $1,007,563.00 |
| 02/25/2008 | Trans. Cash From Another Acct | 301000010407 | | 02/25/2008 | 02/25/2008 | 02/25/2008 | ($8,010.00) | $0.00 | Open | $979,745.00 |
| 01/31/2008 | Monthly Blanket License Fee | 100000126105 | | 02/01/2008 | 02/29/2008 | 03/01/2008 | $27,818.00 | $19,808.00 | Open | $987,755.00 |
| 01/28/2008 | Trans. Cash From Another Acct | 301000010200 | | 01/28/2008 | 01/28/2008 | 01/28/2008 | ($8,010.00) | $0.00 | Open | $959,937.00 |
| 12/31/2007 | Monthly Blanket License Fee | 100000125355 | | 01/01/2008 | 01/31/2008 | 02/01/2008 | $27,818.00 | $19,808.00 | Open | $967,947.00 |
| 12/27/2007 | Trans. Cash From Another Acct | 301000010037 | | 12/27/2007 | 12/27/2007 | 12/27/2007 | ($8,010.00) | $0.00 | Open | $940,129.00 |
| 12/20/2007 | Allocation Adjustment Dr. | 136000000545 | | 01/01/2008 | 12/31/2008 | 12/31/2008 | $7,477.00 | $7,477.00 | Open | $948,139.00 |
| 11/30/2007 | Monthly Blanket License Fee | 100000124606 | | 12/01/2007 | 12/31/2007 | 01/01/2008 | $27,504.00 | $19,494.00 | Open | $940,662.00 |
| 11/23/2007 | Cash Payment | 305000165835 | 0000027432 | 11/23/2007 | | | ($8,010.00) | $0.00 | Open | $913,158.00 |
| 10/31/2007 | Monthly Blanket License Fee | 100000123835 | | 11/01/2007 | 11/30/2007 | 12/01/2007 | $27,504.00 | $19,494.00 | Open | $921,168.00 |
| 10/23/2007 | Trans. Cash From Another Acct | 301000009668 | | 10/23/2007 | 10/23/2007 | 10/23/2007 | ($8,010.00) | $0.00 | Open | $893,664.00 |
| 09/28/2007 | Monthly Blanket License Fee | 100000123043 | | 10/01/2007 | 10/31/2007 | 11/01/2007 | $27,504.00 | $19,494.00 | Open | $901,674.00 |
| 09/21/2007 | Cash Payment | 305000163251 | 0000026702 | 09/20/2007 | | | ($8,010.00) | $0.00 | Open | $874,170.00 |
| 08/31/2007 | Monthly Blanket License Fee | 100000122284 | | 09/01/2007 | 09/30/2007 | 10/01/2007 | $27,504.00 | $19,494.00 | Open | $882,180.00 |
| 08/20/2007 | Trans. Cash From Another Acct | 301000009268 | | 08/20/2007 | 08/20/2007 | 08/20/2007 | ($8,010.00) | $0.00 | Open | $854,676.00 |
| 07/31/2007 | Monthly Blanket License Fee | 100000121527 | | 08/01/2007 | 08/31/2007 | 09/01/2007 | $27,504.00 | $19,494.00 | Open | $862,686.00 |
| 07/18/2007 | Trans. Cash From Another Acct | 301000009083 | | 07/18/2007 | 07/18/2007 | 07/18/2007 | ($8,010.00) | $0.00 | Open | $835,182.00 |
| 06/29/2007 | Monthly Blanket License Fee | 100000120778 | | 07/01/2007 | 07/31/2007 | 08/01/2007 | $27,504.00 | $19,494.00 | Open | $843,192.00 |
| 06/26/2007 | Trans. Cash From Another Acct | 301000008905 | | 06/26/2007 | 06/26/2007 | 06/26/2007 | ($8,010.00) | $0.00 | Open | $815,688.00 |
| 05/31/2007 | Monthly Blanket License Fee | 100000120021 | | 06/01/2007 | 06/30/2007 | 07/01/2007 | $27,504.00 | $19,494.00 | Open | $823,698.00 |
| 05/15/2007 | Trans. Cash From Another Acct | 301000008675 | | 05/15/2007 | 05/15/2007 | 05/15/2007 | ($8,010.00) | $0.00 | Open | $796,194.00 |
| 04/30/2007 | Monthly Blanket License Fee | 100000119264 | | 05/01/2007 | 05/31/2007 | 06/01/2007 | $27,504.00 | $19,494.00 | Open | $804,204.00 |
| 04/13/2007 | Trans. Cash From Another Acct | 301000008484 | | 04/13/2007 | 04/13/2007 | 04/13/2007 | ($8,010.00) | $0.00 | Open | $776,700.00 |
| 03/30/2007 | Monthly Blanket License Fee | 100000118506 | | 04/01/2007 | 04/30/2007 | 05/01/2007 | $27,504.00 | $19,494.00 | Open | $784,710.00 |
| 03/27/2007 | Trans. Cash From Another Acct | 301000008419 | | 03/27/2007 | 03/27/2007 | 03/27/2007 | ($8,010.00) | $0.00 | Open | $757,206.00 |
| 02/28/2007 | Monthly Blanket License Fee | 100000117749 | | 03/01/2007 | 03/31/2007 | 04/01/2007 | $27,504.00 | $19,494.00 | Open | $765,216.00 |
| 02/21/2007 | Trans. Cash From Another Acct | 301000008075 | | 02/21/2007 | 02/21/2007 | 02/21/2007 | ($8,010.00) | $0.00 | Open | $737,712.00 |
| 02/06/2007 | Trans. Cash From Another Acct | 301000007961 | | 02/06/2007 | 02/06/2007 | 02/06/2007 | ($8,010.00) | $0.00 | Open | $745,722.00 |
| 01/31/2007 | Monthly Blanket License Fee | 100000116985 | | 02/01/2007 | 02/28/2007 | 03/01/2007 | $27,504.00 | $19,494.00 | Open | $753,732.00 |

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2006 | Monthly Blanket License Fee | 100000116227 | | 01/01/2007 | 01/31/2007 | 02/01/2007 | $27,504.00 | $19,494.00 | Open | $726,228.00 |
| 12/29/2006 | Allocation Adjustment Dr. | 136000000402 | | 01/01/2007 | 12/31/2007 | 12/31/2007 | $5,100.00 | $5,100.00 | Open | $698,724.00 |
| 12/19/2006 | Trans. Cash From Another Acct | 301000007669 | | 12/19/2006 | 12/19/2006 | 12/19/2006 | ($8,010.00) | $0.00 | Open | $693,624.00 |
| 11/30/2006 | Monthly Blanket License Fee | 100000115463 | | 12/01/2006 | 12/31/2006 | 01/01/2007 | $26,592.00 | $18,582.00 | Open | $701,634.00 |
| 11/28/2006 | Trans. Cash From Another Acct | 301000007607 | | 11/28/2006 | 11/28/2006 | 11/28/2006 | ($8,010.00) | $0.00 | Open | $675,042.00 |
| 10/31/2006 | Monthly Blanket License Fee | 100000114704 | | 11/01/2006 | 11/30/2006 | 12/01/2006 | $26,592.00 | $18,582.00 | Open | $683,052.00 |
| 10/19/2006 | Trans. Cash From Another Acct | 301000007374 | | 10/19/2006 | 10/19/2006 | 10/19/2006 | ($8,010.00) | $0.00 | Open | $656,460.00 |
| 09/29/2006 | Monthly Blanket License Fee | 100000113938 | | 10/01/2006 | 10/31/2006 | 11/01/2006 | $26,592.00 | $18,582.00 | Open | $664,470.00 |
| 09/29/2006 | Trans. Cash From Another Acct | 301000007293 | | 09/29/2006 | 09/29/2006 | 09/29/2006 | ($8,010.00) | $0.00 | Open | $637,878.00 |
| 08/31/2006 | Monthly Blanket License Fee | 100000113175 | | 09/01/2006 | 09/30/2006 | 10/01/2006 | $26,592.00 | $18,582.00 | Open | $645,888.00 |
| 08/22/2006 | Trans. Cash From Another Acct | 301000007052 | | 08/22/2006 | 08/22/2006 | 08/22/2006 | ($8,010.00) | $0.00 | Open | $619,296.00 |
| 07/31/2006 | Monthly Blanket License Fee | 100000112410 | | 08/01/2006 | 08/31/2006 | 09/01/2006 | $26,592.00 | $18,582.00 | Open | $627,306.00 |
| 07/17/2006 | Cash Payment | 305000145906 | 0000021243 | 07/15/2006 | | | ($8,010.00) | $0.00 | Open | $600,714.00 |
| 06/30/2006 | Monthly Blanket License Fee | 100000111666 | | 07/01/2006 | 07/31/2006 | 08/01/2006 | $26,592.00 | $18,582.00 | Open | $608,724.00 |
| 06/20/2006 | Trans. Cash From Another Acct | 301000006721 | | 06/20/2006 | 06/20/2006 | 06/20/2006 | ($8,010.00) | $0.00 | Open | $582,132.00 |
| 05/31/2006 | Monthly Blanket License Fee | 100000110874 | | 06/01/2006 | 06/30/2006 | 07/01/2006 | $26,592.00 | $18,582.00 | Open | $590,142.00 |
| 05/17/2006 | Trans. Cash From Another Acct | 301000006413 | | 05/17/2006 | 05/17/2006 | 05/17/2006 | ($8,010.00) | $0.00 | Open | $563,550.00 |
| 04/28/2006 | Monthly Blanket License Fee | 100000110108 | | 05/01/2006 | 05/31/2006 | 06/01/2006 | $26,592.00 | $18,582.00 | Open | $571,560.00 |
| 04/25/2006 | Cash Payment | 305000142865 | 0000020226 | 04/25/2006 | | | ($8,010.00) | $0.00 | Open | $544,968.00 |
| 03/31/2006 | Monthly Blanket License Fee | 100000109345 | | 04/01/2006 | 04/30/2006 | 05/01/2006 | $26,592.00 | $18,582.00 | Open | $552,978.00 |
| 03/17/2006 | Cash Payment | 305000141162 | 0000019740 | 03/17/2006 | | | ($8,010.00) | $0.00 | Open | $526,386.00 |
| 03/06/2006 | Cash Payment | 305000140779 | 0000019561 | 03/06/2006 | | | ($8,010.00) | $0.00 | Open | $534,396.00 |
| 02/28/2006 | Monthly Blanket License Fee | 100000108569 | | 03/01/2006 | 03/31/2006 | 04/01/2006 | $26,592.00 | $18,582.00 | Open | $542,406.00 |
| 02/06/2006 | Trans. Cash From Another Acct | 301000005775 | | 02/06/2006 | 02/06/2006 | 02/06/2006 | ($8,010.00) | $0.00 | Open | $515,814.00 |
| 01/31/2006 | Monthly Blanket License Fee | 100000107790 | | 02/01/2006 | 02/28/2006 | 03/01/2006 | $26,592.00 | $18,582.00 | Open | $523,824.00 |
| 12/30/2005 | Monthly Blanket License Fee | 100000107012 | | 01/01/2006 | 01/31/2006 | 02/01/2006 | $26,592.00 | $18,582.00 | Open | $497,232.00 |
| 12/21/2005 | Trans. Cash From Another Acct | 301000005613 | | 12/21/2005 | 12/21/2005 | 12/21/2005 | ($8,010.00) | $0.00 | Open | $470,640.00 |
| 11/30/2005 | Monthly Blanket License Fee | 100000106220 | | 12/01/2005 | 12/31/2005 | 01/01/2006 | $24,890.00 | $16,880.00 | Open | $478,650.00 |
| 11/14/2005 | Cash Payment | 305000136240 | 0000018170 | 11/14/2005 | | | ($8,010.00) | $0.00 | Open | $453,760.00 |
| 11/02/2005 | Trans. Cash From Another Acct | 301000005472 | | 11/02/2005 | 11/02/2005 | 11/02/2005 | ($8,010.00) | $0.00 | Open | $461,770.00 |
| 10/31/2005 | Monthly Blanket License Fee | 100000105440 | | 11/01/2005 | 11/30/2005 | 12/01/2005 | $24,890.00 | $16,880.00 | Open | $469,780.00 |
| 09/30/2005 | Monthly Blanket License Fee | 100000104652 | | 10/01/2005 | 10/31/2005 | 11/01/2005 | $24,890.00 | $16,880.00 | Open | $444,890.00 |
| 09/26/2005 | Cash Payment | 305000134388 | 0000017538 | 09/24/2005 | | | ($8,010.00) | $0.00 | Open | $420,000.00 |
| 08/31/2005 | Monthly Blanket License Fee | 100000103870 | | 09/01/2005 | 09/30/2005 | 10/01/2005 | $24,890.00 | $16,880.00 | Open | $428,010.00 |
| 08/15/2005 | Cash Payment | 305000132632 | 0000017057 | 08/15/2005 | | | ($8,010.00) | $0.00 | Open | $403,120.00 |
| 08/01/2005 | Cash Payment | 305000132040 | 0000016831 | 08/01/2005 | | | ($8,010.00) | $0.00 | Open | $411,130.00 |
| 07/29/2005 | Monthly Blanket License Fee | 100000103087 | | 08/01/2005 | 08/31/2005 | 09/01/2005 | $24,890.00 | $16,880.00 | Open | $419,140.00 |

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2005 | Monthly Blanket License Fee | 100000102298 | | 07/01/2005 | 07/31/2005 | 08/01/2005 | $24,890.00 | $16,880.00 | Open | $394,250.00 |
| 06/21/2005 | Trans. Cash From Another Acct | 301000005001 | | 06/21/2005 | 06/21/2005 | 06/21/2005 | ($8,010.00) | $0.00 | Open | $369,360.00 |
| 05/31/2005 | Monthly Blanket License Fee | 100000101512 | | 06/01/2005 | 06/30/2005 | 07/01/2005 | $24,890.00 | $16,880.00 | Open | $377,370.00 |
| 05/23/2005 | Cash Payment | 305000129147 | 0000016079 | 05/21/2005 | 05/31/2005 | 05/21/2005 | ($8,010.00) | $0.00 | Open | $352,480.00 |
| 04/29/2005 | Monthly Blanket License Fee | 100000100729 | | 05/01/2005 | 05/31/2005 | 06/01/2005 | $24,890.00 | $16,880.00 | Open | $360,490.00 |
| 04/19/2005 | Trans. Cash From Another Acct | 301000004730 | | 04/19/2005 | 04/19/2005 | 04/19/2005 | ($8,010.00) | $0.00 | Open | $335,600.00 |
| 03/31/2005 | Monthly Blanket License Fee | 100000099945 | | 04/01/2005 | 04/30/2005 | 05/01/2005 | $24,890.00 | $16,880.00 | Open | $343,610.00 |
| 03/24/2005 | Cash Payment | 305000126853 | 0000015326 | 03/24/2005 | | 03/24/2005 | ($8,010.00) | $0.00 | Open | $318,720.00 |
| 02/28/2005 | Monthly Blanket License Fee | 100000099153 | | 03/01/2005 | 03/31/2005 | 04/01/2005 | $24,890.00 | $16,880.00 | Open | $326,730.00 |
| 02/23/2005 | Trans. Cash From Another Acct | 301000004498 | | 02/23/2005 | 02/23/2005 | 02/23/2005 | ($8,010.00) | $0.00 | Open | $301,840.00 |
| 02/02/2005 | Trans. Cash From Another Acct | 301000004355 | | 02/02/2005 | 02/02/2005 | 02/02/2005 | ($16,020.00) | $0.00 | Open | $309,850.00 |
| 01/31/2005 | Monthly Blanket License Fee | 100000098385 | | 02/01/2005 | 02/28/2005 | 03/01/2005 | $24,890.00 | $16,880.00 | Open | $325,870.00 |
| 12/31/2004 | Monthly Blanket License Fee | 100000097599 | | 01/01/2005 | 01/31/2005 | 02/01/2005 | $24,890.00 | $16,880.00 | Open | $300,980.00 |
| 11/30/2004 | Monthly Blanket License Fee | 100000096799 | | 12/01/2004 | 12/31/2004 | 01/01/2005 | $24,890.00 | $16,880.00 | Open | $276,090.00 |
| 11/23/2004 | Cash Payment | 305000122142 | 0000013828 | 11/23/2004 | | 11/23/2004 | ($8,010.00) | $0.00 | Open | $251,200.00 |
| 10/29/2004 | Monthly Blanket License Fee | 100000096011 | | 11/01/2004 | 11/30/2004 | 12/01/2004 | $11,150.00 | $3,140.00 | Open | $259,210.00 |
| 10/13/2004 | Trans. Cash From Another Acct | 301000003707 | | 10/13/2004 | 10/13/2004 | 10/13/2004 | ($8,010.00) | $0.00 | History | $248,060.00 |
| 09/30/2004 | Monthly Blanket License Fee | 100000095227 | | 10/01/2004 | 10/31/2004 | 11/01/2004 | $11,150.00 | $3,140.00 | Open | $256,070.00 |
| 09/21/2004 | Trans. Cash From Another Acct | 301000003594 | | 09/21/2004 | 09/21/2004 | 09/21/2004 | ($8,010.00) | $0.00 | Open | $244,920.00 |
| 09/02/2004 | Trans. Cash From Another Acct | 301000003524 | | 09/02/2004 | 09/02/2004 | 09/02/2004 | ($8,010.00) | $0.00 | Open | $252,930.00 |
| 09/02/2004 | Pymt. To Be Reapplied | 340000000314 | | 09/02/2004 | 09/02/2004 | 10/12/2004 | $8,010.00 | $0.00 | History | $260,940.00 |
| 09/02/2004 | Pymt. Trans. To Other Charge | 345000000534 | | 09/02/2004 | 09/02/2004 | 09/02/2004 | ($8,010.00) | $0.00 | History | $252,930.00 |
| 08/31/2004 | Monthly Blanket License Fee | 100000094439 | | 09/01/2004 | 09/30/2004 | 10/01/2004 | $11,150.00 | $3,140.00 | Open | $260,940.00 |
| 08/17/2004 | Trans. Cash From Another Acct | 301000003386 | | 08/17/2004 | 08/17/2004 | 08/17/2004 | ($8,010.00) | $0.00 | Open | $249,790.00 |
| 08/17/2004 | Pymt. Trans. To Other Charge | 345000000487 | | 08/17/2004 | 08/17/2004 | 08/17/2004 | ($8,010.00) | $0.00 | Open | $257,800.00 |
| 08/17/2004 | Pymt. To Be Reapplied | 340000000277 | | 08/17/2004 | | 08/08/2004 | $8,010.00 | $0.00 | History | $265,810.00 |
| 07/30/2004 | Monthly Blanket License Fee | 100000093655 | | 08/01/2004 | 08/31/2004 | 09/01/2004 | $11,150.00 | $3,140.00 | Open | $257,800.00 |
| 06/30/2004 | Monthly Blanket License Fee | 100000092872 | | 07/01/2004 | 07/31/2004 | 08/01/2004 | $11,150.00 | $3,140.00 | Open | $246,650.00 |
| 06/29/2004 | Trans. Cash From Another Acct | 301000003118 | | 06/29/2004 | 06/29/2004 | 06/29/2004 | ($8,010.00) | $0.00 | Open | $235,500.00 |
| 06/22/2004 | Trans. Cash From Another Acct | 301000003103 | | 06/22/2004 | 06/22/2004 | 06/22/2004 | ($8,010.00) | $0.00 | Open | $243,510.00 |
| 05/28/2004 | Monthly Blanket License Fee | 100000092087 | | 06/01/2004 | 06/30/2004 | 07/01/2004 | $11,150.00 | $3,140.00 | Open | $251,520.00 |
| 04/30/2004 | Monthly Blanket License Fee | 100000091299 | | 05/01/2004 | 05/31/2004 | 06/01/2004 | $11,150.00 | $3,140.00 | Open | $240,370.00 |
| 04/19/2004 | Cash Payment | 305000113213 | 0000010972 | 04/19/2004 | | 04/19/2004 | ($8,010.00) | $0.00 | Open | $229,220.00 |
| 03/31/2004 | Monthly Blanket License Fee | 100000090492 | | 04/01/2004 | 04/30/2004 | 05/01/2004 | $11,150.00 | $3,140.00 | Open | $237,230.00 |
| 03/22/2004 | Trans. Cash From Another Acct | 301000002441 | | 03/22/2004 | 03/22/2004 | 03/22/2004 | ($8,010.00) | $0.00 | Open | $226,080.00 |
| 03/04/2004 | Trans. Cash From Another Acct | 301000002322 | | 03/04/2004 | 03/04/2004 | 03/04/2004 | ($8,010.00) | $0.00 | Open | $234,090.00 |
| 02/27/2004 | Monthly Blanket License Fee | 100000089683 | | 03/01/2004 | 03/31/2004 | 04/01/2004 | $11,150.00 | $3,140.00 | Open | $242,100.00 |

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/2004 | Monthly Blanket License Fee | 100000088903 | | 02/01/2004 | 02/29/2004 | 03/01/2004 | $11,150.00 | $3,140.00 | Open | $230,950.00 |
| 01/22/2004 | Trans. Cash From Another Acct | 301000001937 | | 01/22/2004 | 01/22/2004 | 01/22/2004 | ($8,010.00) | $0.00 | Open | $219,800.00 |
| 12/31/2003 | Monthly Blanket License Fee | 100000088122 | | 01/01/2004 | 01/31/2004 | 02/01/2004 | $11,150.00 | $3,140.00 | Open | $227,810.00 |
| 12/23/2003 | Trans. Cash From Another Acct | 301000001732 | | 12/23/2003 | 12/23/2003 | 12/23/2003 | ($8,010.00) | $0.00 | Open | $216,660.00 |
| 11/28/2003 | Monthly Blanket License Fee | 100000087336 | | 12/01/2003 | 12/31/2003 | 01/01/2004 | $11,150.00 | $3,140.00 | Open | $224,670.00 |
| 11/20/2003 | Trans. Cash From Another Acct | 301000001470 | | 11/20/2003 | 11/20/2003 | 11/20/2003 | ($8,010.00) | $0.00 | Open | $213,520.00 |
| 10/31/2003 | Monthly Blanket License Fee | 100000086557 | | 11/01/2003 | 11/30/2003 | 12/01/2003 | $11,150.00 | $3,140.00 | Open | $221,530.00 |
| 10/16/2003 | Trans. Cash From Another Acct | 301000001303 | | 10/16/2003 | 10/16/2003 | 10/16/2003 | ($8,010.00) | $0.00 | History | $210,380.00 |
| 09/30/2003 | Monthly Blanket License Fee | 100000086025 | | 10/01/2003 | | 11/01/2003 | $11,150.00 | $3,140.00 | Open | $218,390.00 |
| 09/16/2003 | Cash Payment | 305000104991 | 68154 | 09/16/2003 | | 09/16/2003 | ($8,010.00) | $0.00 | Open | $207,240.00 |
| 09/01/2003 | Monthly Blanket License Fee | 100000084828 | | 09/01/2003 | | 10/01/2003 | $11,150.00 | $3,140.00 | Open | $215,250.00 |
| 08/22/2003 | Cash Payment | 305000104203 | 67895 | 08/22/2003 | | 08/22/2003 | ($8,010.00) | $0.00 | Open | $204,100.00 |
| 08/01/2003 | Monthly Blanket License Fee | 100000084253 | | 08/01/2003 | | 09/01/2003 | $11,150.00 | $3,140.00 | Open | $212,110.00 |
| 07/18/2003 | Cash Payment | 305000102802 | 67436 | 07/18/2003 | | 07/18/2003 | ($8,010.00) | $0.00 | Open | $200,960.00 |
| 07/01/2003 | Monthly Blanket License Fee | 100000083864 | | 07/01/2003 | | 08/01/2003 | $11,150.00 | $3,140.00 | Open | $208,970.00 |
| 06/24/2003 | Cash Payment | 305000101936 | 67047 | 06/24/2003 | | 06/24/2003 | ($8,010.00) | $0.00 | Open | $197,820.00 |
| 06/01/2003 | Monthly Blanket License Fee | 100000083080 | | 06/01/2003 | | 07/01/2003 | $11,150.00 | $3,140.00 | Open | $205,830.00 |
| 05/22/2003 | Cash Payment | 305000100700 | 66703 | 05/22/2003 | | 05/22/2003 | ($8,010.00) | $0.00 | Open | $194,680.00 |
| 05/01/2003 | Monthly Blanket License Fee | 100000081893 | | 05/01/2003 | | 06/01/2003 | $11,150.00 | $3,140.00 | Open | $202,690.00 |
| 04/22/2003 | Cash Payment | 305000099595 | 66263 | 04/22/2003 | | 04/22/2003 | ($8,010.00) | $0.00 | Open | $191,540.00 |
| 04/01/2003 | Monthly Blanket License Fee | 100000080896 | | 04/01/2003 | | 05/01/2003 | $11,150.00 | $3,140.00 | Open | $199,550.00 |
| 03/20/2003 | Cash Payment | 305000098241 | 65568 | 03/20/2003 | | 03/20/2003 | ($8,010.00) | $0.00 | Open | $188,400.00 |
| 03/04/2003 | Cash Payment | 305000097593 | 65608 | 03/04/2003 | | 03/04/2003 | ($8,010.00) | $0.00 | Open | $196,410.00 |
| 03/01/2003 | Monthly Blanket License Fee | 100000080276 | | 03/01/2003 | | 04/01/2003 | $11,150.00 | $3,140.00 | Open | $204,420.00 |
| 02/03/2003 | Cash Payment | 305000096468 | 65118 | 02/03/2003 | | 02/03/2003 | ($8,010.00) | $0.00 | Open | $193,270.00 |
| 02/01/2003 | Monthly Blanket License Fee | 100000079484 | | 02/01/2003 | | 03/01/2003 | $11,150.00 | $3,140.00 | Open | $201,280.00 |
| 01/01/2003 | Monthly Blanket License Fee | 100000078389 | | 01/01/2003 | | 02/01/2003 | $11,150.00 | $3,140.00 | Open | $190,130.00 |
| 12/31/2002 | Cash Payment | 305000095231 | 64772 | 12/31/2002 | | 12/31/2002 | ($8,010.00) | $0.00 | Open | $178,980.00 |
| 12/01/2002 | Monthly Blanket License Fee | 100000077554 | | 12/01/2002 | | 01/01/2003 | $11,150.00 | $3,140.00 | Open | $186,990.00 |
| 11/26/2002 | Cash Payment | 305000093787 | 63315 | 11/26/2002 | | 11/26/2002 | ($8,010.00) | $0.00 | Open | $175,840.00 |
| 11/01/2002 | Monthly Blanket License Fee | 100000077332 | | 11/01/2002 | | 12/01/2002 | $11,150.00 | $3,140.00 | Open | $183,850.00 |
| 10/22/2002 | Cash Payment | 305000092337 | 62893 | 10/22/2002 | | 10/22/2002 | ($8,010.00) | $0.00 | Open | $172,700.00 |
| 10/01/2002 | Monthly Blanket License Fee | 100000076315 | | 10/01/2002 | | 11/01/2002 | $11,150.00 | $3,140.00 | Open | $180,710.00 |
| 09/24/2002 | Cash Payment | 305000091131 | 62414 | 09/24/2002 | | 09/24/2002 | ($8,010.00) | $0.00 | Open | $169,560.00 |
| 09/01/2002 | Monthly Blanket License Fee | 100000075486 | | 09/01/2002 | | 10/01/2002 | $11,150.00 | $3,140.00 | Open | $177,570.00 |
| 08/23/2002 | Cash Payment | 305000089955 | 61847 | 08/23/2002 | | 08/23/2002 | ($8,010.00) | $0.00 | Open | $166,420.00 |
| 08/06/2002 | Cash Payment | 305000089272 | 61799 | 08/06/2002 | | 08/06/2002 | ($8,010.00) | $0.00 | Open | $174,430.00 |

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2002 | Monthly Blanket License Fee | 100000074875 | | 08/01/2002 | | 09/01/2002 | $11,150.00 | $3,140.00 | Open | $182,440.00 |
| 07/02/2002 | Cash Payment | 305000087902 | 61347 | 07/02/2002 | | 07/02/2002 | ($8,010.00) | $0.00 | Open | $171,290.00 |
| 07/01/2002 | Monthly Blanket License Fee | 100000073627 | | 07/01/2002 | | 08/01/2002 | $11,150.00 | $3,140.00 | Open | $179,300.00 |
| 06/04/2002 | Cash Payment | 305000086769 | 61007 | 06/04/2002 | | 06/04/2002 | ($8,010.00) | $0.00 | Open | $168,150.00 |
| 06/01/2002 | Monthly Blanket License Fee | 100000073247 | | 06/01/2002 | | 07/01/2002 | $11,150.00 | $3,140.00 | Open | $176,160.00 |
| 05/07/2002 | Cash Payment | 305000085604 | 60515 | 05/07/2002 | | 05/07/2002 | ($8,010.00) | $0.00 | Open | $165,010.00 |
| 05/01/2002 | Monthly Blanket License Fee | 100000072387 | | 05/01/2002 | | 06/01/2002 | $11,150.00 | $3,140.00 | Open | $173,020.00 |
| 04/01/2002 | Monthly Blanket License Fee | 100000071356 | | 04/01/2002 | | 05/01/2002 | $11,150.00 | $3,140.00 | Open | $161,870.00 |
| 03/26/2002 | Cash Payment | 305000083874 | 59888 | 03/26/2002 | | 03/26/2002 | ($8,010.00) | $0.00 | Open | $150,720.00 |
| 03/01/2002 | Monthly Blanket License Fee | 100000070076 | | 03/01/2002 | | 04/01/2002 | $11,150.00 | $3,140.00 | Open | $158,730.00 |
| 02/27/2002 | Cash Payment | 305000082665 | 59534 | 02/27/2002 | | 02/27/2002 | ($8,010.00) | $0.00 | Open | $147,580.00 |
| 02/01/2002 | Monthly Blanket License Fee | 100000069450 | | 02/01/2002 | | 03/01/2002 | $11,150.00 | $3,140.00 | Open | $155,590.00 |
| 01/29/2002 | Cash Payment | 305000081260 | 59116 | 01/29/2002 | | 01/29/2002 | ($8,010.00) | $0.00 | Open | $144,440.00 |
| 01/01/2002 | Monthly Blanket License Fee | 100000068621 | | 01/01/2002 | | 02/01/2002 | $11,150.00 | $3,140.00 | Open | $152,450.00 |
| 12/27/2001 | Cash Payment | 305000080122 | 58668 | 12/27/2001 | | 12/27/2001 | ($8,010.00) | $0.00 | Open | $141,300.00 |
| 12/05/2001 | Cash Payment | 305000079110 | 58385 | 12/05/2001 | | 12/05/2001 | ($8,010.00) | $0.00 | Open | $149,310.00 |
| 12/01/2001 | Monthly Blanket License Fee | 100000067552 | | 12/01/2001 | | 01/01/2002 | $11,150.00 | $3,140.00 | Open | $157,320.00 |
| 11/01/2001 | Monthly Blanket License Fee | 100000066700 | | 11/01/2001 | | 12/01/2001 | $11,150.00 | $3,140.00 | Open | $146,170.00 |
| 10/24/2001 | Cash Payment | 305000077548 | 57825 | 10/24/2001 | | 10/24/2001 | ($8,010.00) | $0.00 | Open | $135,020.00 |
| 10/22/2001 | PP Cr. Adjustment | 123000010198 | | 10/22/2001 | | 10/22/2001 | ($111,473.56) | $0.00 | History | $143,030.00 |
| 10/03/2001 | Cash Payment | 305000076868 | 57581 | 10/03/2001 | | 10/03/2001 | ($8,010.00) | $0.00 | Open | $254,503.56 |
| 10/01/2001 | Monthly Blanket License Fee | 100000066347 | | 10/01/2001 | | 11/01/2001 | $11,150.00 | $3,140.00 | Open | $262,513.56 |
| 09/30/2001 | Finance Charge, Billed At 1% | 200000017860 | | 09/30/2001 | | 09/30/2001 | $1,268.74 | $0.00 | History | $251,363.56 |
| 09/05/2001 | Cash Payment | 305000075724 | 57204 | 09/05/2001 | | 09/05/2001 | ($8,010.00) | $0.00 | Open | $250,094.82 |
| 09/01/2001 | Monthly Blanket License Fee | 100000065493 | | 09/01/2001 | | 10/01/2001 | $11,150.00 | $3,140.00 | Open | $258,104.82 |
| 08/31/2001 | Finance Charge, Billed At 1% | 200000017343 | | 08/31/2001 | | 08/31/2001 | $1,278.97 | $0.00 | History | $246,954.82 |
| 08/13/2001 | Cash Payment | 305000074759 | 56858 | 08/13/2001 | | 08/13/2001 | ($8,010.00) | $0.00 | Open | $245,675.85 |
| 08/01/2001 | Monthly Blanket License Fee | 100000064002 | | 08/01/2001 | | 09/01/2001 | $11,150.00 | $3,140.00 | Open | $253,685.85 |
| 07/31/2001 | Finance Charge, Billed At 1% | 200000016993 | | 07/31/2001 | | 07/31/2001 | $1,246.97 | $0.00 | History | $242,535.85 |
| 07/13/2001 | Cash Payment | 305000073506 | 56526 | 07/13/2001 | | 07/13/2001 | ($8,010.00) | $0.00 | Open | $241,288.88 |
| 07/01/2001 | Monthly Blanket License Fee | 100000063149 | | 07/01/2001 | | 08/01/2001 | $11,150.00 | $3,140.00 | Open | $249,298.88 |
| 06/30/2001 | Finance Charge, Billed At 1% | 200000016549 | | 06/30/2001 | | 06/30/2001 | $1,175.83 | $0.00 | History | $238,148.88 |
| 06/06/2001 | Cash Payment | 305000072185 | 56170 | 06/06/2001 | | 06/06/2001 | ($8,010.00) | $0.00 | Open | $236,973.05 |
| 06/01/2001 | Monthly Blanket License Fee | 100000062719 | | 06/01/2001 | | 07/01/2001 | $11,150.00 | $3,140.00 | Open | $244,983.05 |
| 05/31/2001 | Finance Charge, Billed At 1% | 200000016220 | | 05/31/2001 | | 05/31/2001 | $1,182.97 | $0.00 | History | $233,833.05 |
| 05/15/2001 | Cash Payment | 305000071186 | 55779 | 05/15/2001 | | 05/15/2001 | ($8,010.00) | $0.00 | Open | $232,650.08 |
| 05/01/2001 | Monthly Blanket License Fee | 100000061653 | | 05/01/2001 | | 06/01/2001 | $11,150.00 | $3,140.00 | Open | $240,660.08 |

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2001 | Finance Charge, Billed At 1% | 200000015898 | | 04/30/2001 | | 04/30/2001 | $1,113.89 | $0.00 | History | $229,510.08 |
| 04/11/2001 | Cash Payment | 305000069896 | 55306 | 04/11/2001 | | 04/11/2001 | ($8,010.00) | $0.00 | Open | $228,396.19 |
| 04/01/2001 | Monthly Blanket License Fee | 100000060613 | | 04/01/2001 | | 05/01/2001 | $11,150.00 | $3,140.00 | Open | $236,406.19 |
| 03/31/2001 | Finance Charge, Billed At 1% | 200000015811 | | 03/31/2001 | | 03/31/2001 | $1,118.97 | $0.00 | History | $225,256.19 |
| 03/13/2001 | Cash Payment | 305000068726 | 55010 | 03/13/2001 | | 03/13/2001 | ($8,010.00) | $0.00 | Open | $224,137.22 |
| 03/01/2001 | Monthly Blanket License Fee | 100000060186 | | 03/01/2001 | | 04/01/2001 | $11,150.00 | $3,140.00 | Open | $232,147.22 |
| 02/28/2001 | Finance Charge, Billed At 1% | 200000015457 | | 02/28/2001 | | 02/28/2001 | $981.90 | $0.00 | History | $220,997.22 |
| 02/13/2001 | Cash Payment | 305000067514 | 54530 | 02/13/2001 | | 02/13/2001 | ($8,010.00) | $0.00 | Open | $220,015.32 |
| 02/01/2001 | Monthly Blanket License Fee | 100000058893 | | 02/01/2001 | | 03/01/2001 | $11,150.00 | $3,140.00 | Open | $228,025.32 |
| 01/31/2001 | Finance Charge, Billed At 1% | 200000015219 | | 01/31/2001 | | 01/31/2001 | $1,054.97 | $0.00 | History | $216,875.32 |
| 01/18/2001 | Cash Payment | 305000066457 | 54183 | 01/18/2001 | | 01/18/2001 | ($8,010.00) | $0.00 | Open | $215,820.35 |
| 01/01/2001 | Monthly Blanket License Fee | 100000058372 | | 01/01/2001 | | 02/01/2001 | $11,150.00 | $3,140.00 | Open | $223,830.35 |
| 12/31/2000 | Finance Charge, Billed At 1% | 200000014724 | | 12/31/2000 | | 12/31/2000 | $1,022.97 | $0.00 | History | $212,680.35 |
| 12/13/2000 | Cash Payment | 305000065103 | 53735 | 12/13/2000 | | 12/13/2000 | ($8,010.00) | $0.00 | History | $211,657.38 |
| 12/01/2000 | Monthly Blanket License Fee | 100000057342 | | 12/01/2000 | | 01/01/2001 | $11,150.00 | $2,820.00 | Open | $219,667.38 |
| 11/30/2000 | Finance Charge, Billed At 1% | 200000014470 | | 11/30/2000 | | 11/30/2000 | $11,875.52 | $0.00 | History | $208,517.38 |
| 11/14/2000 | Cash Payment | 305000063886 | 53345 | 11/14/2000 | | 11/14/2000 | ($8,010.00) | $0.00 | Open | $196,641.86 |
| 11/01/2000 | Monthly Blanket License Fee | 100000056913 | | 11/01/2000 | | 12/01/2000 | $11,150.00 | $0.00 | History | $204,651.86 |
| 10/31/2000 | Finance Charge, Billed At 1% | 200000014209 | | 10/31/2000 | | 10/31/2000 | $10,916.48 | $0.00 | History | $193,501.86 |
| 10/17/2000 | Cash Payment | 305000062815 | 52936 | 10/17/2000 | | 10/17/2000 | ($8,010.00) | $0.00 | Open | $182,585.38 |
| 10/01/2000 | Monthly Blanket License Fee | 100000056006 | | 10/01/2000 | | 11/01/2000 | $11,150.00 | $3,140.00 | Open | $190,595.38 |
| 09/30/2000 | Finance Charge, Billed At 1% | 200000013814 | | 09/30/2000 | | 09/30/2000 | $9,957.33 | $0.00 | History | $179,445.38 |
| 09/12/2000 | Cash Payment | 305000061521 | 52488 | 09/12/2000 | | 09/12/2000 | ($8,010.00) | $0.00 | Open | $169,488.05 |
| 09/01/2000 | Monthly Blanket License Fee | 100000054695 | | 09/01/2000 | | 10/01/2000 | $11,150.00 | $3,140.00 | Open | $177,498.05 |
| 08/31/2000 | Finance Charge, Billed At 1% | 200000013538 | | 08/31/2000 | | 08/31/2000 | $9,060.23 | $0.00 | History | $166,348.05 |
| 08/22/2000 | Cash Payment | 305000060905 | 52344 | 08/22/2000 | | 08/22/2000 | ($8,010.00) | $0.00 | Open | $157,287.82 |
| 08/01/2000 | Monthly Blanket License Fee | 100000053822 | | 08/01/2000 | | 09/01/2000 | $11,150.00 | $3,140.00 | Open | $165,297.82 |
| 07/31/2000 | Finance Charge, Billed At 1% | 200000013130 | | 07/31/2000 | | 07/31/2000 | $8,109.94 | $0.00 | History | $154,147.82 |
| 07/12/2000 | Cash Payment | 305000059224 | 51741 | 07/12/2000 | | 07/12/2000 | ($8,010.00) | $0.00 | Open | $146,037.88 |
| 07/01/2000 | Monthly Blanket License Fee | 100000053335 | | 07/01/2000 | | 08/01/2000 | $11,150.00 | $3,140.00 | Open | $154,047.88 |
| 06/30/2000 | Finance Charge, Billed At 1% | 200000012933 | | 06/30/2000 | | 06/30/2000 | $7,246.95 | $0.00 | History | $142,897.88 |
| 06/08/2000 | Cash Payment | 305000058019 | 51403 | 06/08/2000 | | 06/08/2000 | ($8,010.00) | $0.00 | Open | $135,650.93 |
| 06/01/2000 | Monthly Blanket License Fee | 100000052345 | | 06/01/2000 | | 07/01/2000 | $11,150.00 | $3,140.00 | Open | $143,660.93 |
| 05/30/2000 | Finance Charge, Billed At 1% | 200000012752 | | 05/30/2000 | | 05/30/2000 | $6,416.99 | $0.00 | History | $132,510.93 |
| 05/12/2000 | Cash Payment | 305000056997 | 50975 | 05/12/2000 | | 05/12/2000 | ($8,010.00) | $0.00 | Open | $126,093.94 |
| 05/03/2000 | Monthly Blanket License Fee | 100000051246 | | 05/01/2000 | | 06/01/2000 | $11,150.00 | $3,140.00 | Open | $134,103.94 |
| 04/30/2000 | Finance Charge, Billed At 1% | 200000012509 | | 04/30/2000 | | 04/30/2000 | $5,643.77 | $0.00 | History | $122,953.94 |

Page: 7 of 9

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/2000 | Cash Payment | 305000055933 | 50507 | 04/18/2000 | | 04/18/2000 | ($8,010.00) | $0.00 | Open | $117,310.17 |
| 04/01/2000 | Monthly Blanket License Fee | 100000050127 | | 04/01/2000 | | 05/01/2000 | $11,150.00 | $3,140.00 | Open | $125,320.17 |
| 03/31/2000 | Finance Charge, Billed At 1% | 200000012329 | | 03/31/2000 | | 03/31/2000 | $4,901.52 | $0.00 | History | $114,170.17 |
| 03/10/2000 | Cash Payment | 305000054642 | 50030 | 03/10/2000 | | 03/10/2000 | ($8,010.00) | $0.00 | Open | $109,268.65 |
| 03/01/2000 | Monthly Blanket License Fee | 100000049260 | | 03/01/2000 | | 04/01/2000 | $11,150.00 | $3,140.00 | Open | $117,278.65 |
| 02/29/2000 | Finance Charge, Billed At 1% | 200000011919 | | 02/29/2000 | | 02/29/2000 | $4,166.54 | $0.00 | History | $106,128.65 |
| 02/08/2000 | Cash Payment | 305000053462 | 49211 | 02/08/2000 | | 02/08/2000 | ($8,010.00) | $0.00 | Open | $101,962.11 |
| 02/01/2000 | Monthly Blanket License Fee | 100000048333 | | 02/01/2000 | | 03/01/2000 | $11,150.00 | $3,140.00 | Open | $109,972.11 |
| 01/31/2000 | Finance Charge, Billed At 1% | 200000011784 | | 01/31/2000 | | 01/31/2000 | $3,508.90 | $0.00 | History | $98,822.11 |
| 01/13/2000 | Cash Payment | 305000052405 | 48808 | 01/13/2000 | | 01/13/2000 | ($8,010.00) | $0.00 | Open | $95,313.21 |
| 01/01/2000 | Monthly Blanket License Fee | 100000047218 | | 01/01/2000 | | 02/01/2000 | $11,150.00 | $3,140.00 | Open | $103,323.21 |
| 12/30/1999 | Finance Charge, Billed At 1% | 200000011450 | | 12/30/1999 | | 12/30/1999 | $2,817.17 | $0.00 | History | $92,173.21 |
| 12/20/1999 | Cash Payment | 305000051622 | 48654 | 12/20/1999 | | 12/20/1999 | ($8,010.00) | $0.00 | Open | $89,356.04 |
| 12/01/1999 | Monthly Blanket License Fee | 100000046766 | | 12/01/1999 | | 01/01/2000 | $11,150.00 | $3,140.00 | Open | $97,366.04 |
| 11/30/1999 | Finance Charge, Billed At 1% | 200000011273 | | 11/30/1999 | | 11/30/1999 | $2,198.80 | $0.00 | History | $86,216.04 |
| 11/08/1999 | Cash Payment | 305000049999 | 47936 | 11/08/1999 | | 11/08/1999 | ($8,010.00) | $0.00 | Open | $84,017.24 |
| 11/01/1999 | Monthly Blanket License Fee | 100000046064 | | 11/01/1999 | | 12/01/1999 | $11,150.00 | $3,140.00 | Open | $92,027.24 |
| 10/31/1999 | Finance Charge, Billed At 1% | 200000010993 | | 10/31/1999 | | 10/31/1999 | $1,611.40 | $0.00 | History | $80,877.24 |
| 10/04/1999 | Monthly Blanket License Fee | 100000044451 | | 10/01/1999 | | 11/01/1999 | $11,150.00 | $3,140.00 | Open | $79,265.84 |
| 10/04/1999 | Cash Payment | 305000048708 | 47579 | 10/04/1999 | | 10/04/1999 | ($8,010.00) | $0.00 | Open | $68,115.84 |
| 09/30/1999 | Finance Charge, Billed At 1% | 200000010724 | | 09/30/1999 | | 09/30/1999 | $1,036.43 | $0.00 | History | $76,125.84 |
| 09/07/1999 | Cash Payment | 305000047626 | 47179 | 09/07/1999 | | 09/07/1999 | ($8,010.00) | $0.00 | Open | $75,089.41 |
| 09/01/1999 | Monthly Blanket License Fee | 100000043758 | | 09/01/1999 | | 10/01/1999 | $11,150.00 | $3,140.00 | Open | $83,099.41 |
| 08/31/1999 | Finance Charge, Billed At 1% | 200000010295 | | 08/31/1999 | | 08/31/1999 | $510.97 | $0.00 | History | $71,949.41 |
| 08/02/1999 | Cash Payment | 305000046345 | 46729 | 08/02/1999 | | 08/02/1999 | ($8,010.00) | $0.00 | Open | $71,438.44 |
| 08/01/1999 | Monthly Blanket License Fee | 100000043071 | | 08/01/1999 | | 09/01/1999 | $11,150.00 | $3,140.00 | Open | $79,448.44 |
| 07/31/1999 | Finance Charge, Billed At 1% | 200000010020 | | 07/31/1999 | | 07/31/1999 | $911.52 | $0.00 | History | $68,298.44 |
| 07/06/1999 | Cash Payment | 305000045391 | 46509 | 07/06/1999 | | 07/06/1999 | ($8,010.00) | $0.00 | Open | $67,386.92 |
| 07/01/1999 | Monthly Blanket License Fee | 100000042162 | | 07/01/1999 | | 08/01/1999 | $11,150.00 | $3,140.00 | Open | $75,396.92 |
| 06/30/1999 | Finance Charge, Billed At 1% | 200000009786 | | 06/30/1999 | | 06/30/1999 | $432.55 | $0.00 | History | $64,246.92 |
| 06/01/1999 | Monthly Blanket License Fee | 100000041227 | | 06/01/1999 | | 07/01/1999 | $11,150.00 | $3,140.00 | Open | $63,814.37 |
| 05/31/1999 | Finance Charge, Billed At 1% | 200000009573 | | 05/31/1999 | | 05/31/1999 | $2,258.69 | $0.00 | History | $52,664.37 |
| 05/25/1999 | Cash Payment | 305000044000 | 45835 | 05/25/1999 | | 05/25/1999 | ($8,010.00) | $0.00 | Open | $50,405.68 |
| 05/03/1999 | Cash Payment | 305000043062 | 45546 | 05/03/1999 | | 05/03/1999 | ($8,010.00) | $0.00 | Open | $58,415.68 |
| 05/01/1999 | Monthly Blanket License Fee | 100000040063 | | 05/01/1999 | | 06/01/1999 | $11,150.00 | $3,140.00 | Open | $66,425.68 |
| 04/30/1999 | Finance Charge, Billed At 1% | 200000009504 | | 04/30/1999 | | 04/30/1999 | $1,843.72 | $0.00 | History | $55,275.68 |
| 04/01/1999 | Monthly Blanket License Fee | 100000039329 | | 04/01/1999 | | 05/01/1999 | $11,150.00 | $3,140.00 | Open | $53,431.96 |

Page: 8 of 9

Inquiry Update: WCIU - 100000381 1001 as of 08/12/2009 10:21:04 AM

Transaction Count: 331

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/1999 | Finance Charge, Billed At 1% | 200000009127 | | 03/31/1999 | | 03/31/1999 | $1,473.11 | $0.00 | History | $42,281.96 |
| 03/29/1999 | Cash Payment | 305000041767 | 45080 | 03/29/1999 | | 03/29/1999 | ($8,010.00) | $0.00 | Open | $40,808.85 |
| 03/09/1999 | Cash Payment | 305000040848 | 44846 | 03/09/1999 | | 03/09/1999 | ($8,010.00) | $0.00 | Open | $48,818.85 |
| 03/02/1999 | Cash Payment | 305000040688 | 44704 | 03/02/1999 | | 03/02/1999 | ($8,010.00) | $0.00 | Open | $56,828.85 |
| 03/01/1999 | Monthly Blanket License Fee | 100000037953 | | 03/01/1999 | | 04/01/1999 | $11,150.00 | $3,140.00 | Open | $64,838.85 |
| 02/28/1999 | Finance Charge, Billed At 1% | 200000008860 | | 02/28/1999 | | 02/28/1999 | $1,116.87 | $0.00 | History | $53,688.85 |
| 02/01/1999 | Monthly Blanket License Fee | 100000037444 | | 02/01/1999 | | 03/01/1999 | $11,150.00 | $3,140.00 | Open | $52,571.98 |
| 01/31/1999 | Finance Charge, Billed At 1% | 200000008671 | | 01/31/1999 | | 01/31/1999 | $757.70 | $0.00 | History | $41,421.98 |
| 01/12/1999 | Cash Payment | 305000038781 | 43865 | 01/12/1999 | | 01/12/1999 | ($8,010.00) | $0.00 | Open | $40,664.28 |
| 01/01/1999 | Monthly Blanket License Fee | 100000036329 | | 01/01/1999 | | 02/01/1999 | $11,150.00 | $3,140.00 | Open | $48,674.28 |
| 12/31/1998 | Finance Charge, Billed At 1% | 200000008473 | | 12/31/1998 | | 12/31/1998 | $470.73 | $0.00 | History | $37,524.28 |
| 12/01/1998 | Monthly Blanket License Fee | 100000035597 | | 12/01/1998 | | 01/01/1999 | $11,150.00 | $3,140.00 | Open | $37,053.55 |
| 11/30/1998 | Finance Charge, Billed At 1% | 200000008125 | | 11/30/1998 | | 11/30/1998 | $215.76 | $0.00 | History | $25,903.55 |
| 11/24/1998 | Cash Payment | 305000037103 | 43368 | 11/24/1998 | | 11/24/1998 | ($8,010.00) | $0.00 | Open | $25,687.79 |
| 11/09/1998 | Cash Payment | 305000036421 | 43036 | 11/09/1998 | | 11/09/1998 | ($8,010.00) | $0.00 | History | $33,697.79 |
| 11/01/1998 | Monthly Blanket License Fee | 100000034908 | | 11/01/1998 | | 12/01/1998 | $11,150.00 | $3,140.00 | Open | $41,707.79 |
| 10/31/1998 | Finance Charge, Billed At 1% | 200000007936 | | 10/31/1998 | | 10/31/1998 | $475.91 | $0.00 | History | $30,557.79 |
| 10/01/1998 | Monthly Blanket License Fee | 100000033720 | | 10/01/1998 | | 11/01/1998 | $11,150.00 | $0.00 | Open | $30,081.88 |
| 10/01/1998 | Cash Payment | 305000035157 | 42545 | 10/01/1998 | | 10/01/1998 | ($8,010.00) | $0.00 | History | $18,931.88 |
| 09/30/1998 | Finance Charge, Billed At 1% | 200000007650 | | 09/30/1998 | | 09/30/1998 | $60.91 | $0.00 | History | $26,941.88 |
| 09/01/1998 | Monthly Blanket License Fee | 100000032757 | | 09/01/1998 | | 10/01/1998 | $11,150.00 | $3,140.00 | History | $26,880.97 |
| 08/31/1998 | Finance Charge, Billed At 1% | 200000007535 | | 08/31/1998 | | 08/31/1998 | $30.97 | $0.00 | History | $15,730.97 |
| 08/31/1998 | Cash Payment | 305000033963 | 42159 | 08/31/1998 | | 08/31/1998 | ($8,010.00) | $0.00 | History | $15,700.00 |
| 08/01/1998 | Monthly Blanket License Fee | 100000031818 | | 08/01/1998 | | 09/01/1998 | $11,150.00 | $0.00 | History | $23,710.00 |
| 07/30/1998 | Cash Payment | 305000032855 | 41724 | 07/30/1998 | | 07/30/1998 | ($8,010.00) | $0.00 | History | $12,560.00 |
| 07/01/1998 | Monthly Blanket License Fee | 100000031152 | | 07/01/1998 | | 08/01/1998 | $11,150.00 | $0.00 | History | $20,570.00 |
| 06/30/1998 | PP Dr. Adjustment | 122000002123 | | 04/01/1998 | | 09/30/1998 | $3,140.00 | $3,140.00 | Open | $9,420.00 |
| 06/30/1998 | PP Dr. Adjustment | 122000002124 | | 06/01/1998 | | 09/30/1998 | $3,140.00 | $3,140.00 | Open | $6,280.00 |
| 06/30/1998 | PP Dr. Adjustment | 122000002599 | | 05/01/1998 | | 09/30/1998 | $3,140.00 | $3,140.00 | Open | $3,140.00 |
| 06/30/1998 | Cash Payment | 305000031718 | 41317 | 06/30/1998 | | 06/30/1998 | ($8,010.00) | $0.00 | History | $0.00 |
| 06/08/1998 | Cash Payment | 305000030855 | 41008 | 06/08/1998 | | 06/08/1998 | ($8,010.00) | $0.00 | History | $8,010.00 |
| 06/01/1998 | Monthly Blanket License Fee | 100000030234 | | 06/01/1998 | | 07/01/1998 | $8,010.00 | $0.00 | History | $16,020.00 |
| 05/01/1998 | Monthly Blanket License Fee | 100000029296 | | 05/01/1998 | | 06/01/1998 | $8,010.00 | $0.00 | History | $8,010.00 |
| 04/30/1998 | Cash Payment | 305000029692 | 40421 | 04/30/1998 | | 04/30/1998 | ($8,010.00) | $0.00 | History | $0.00 |
| 04/01/1998 | Monthly Blanket License Fee | 100000028148 | | 04/01/1998 | | 05/01/1998 | $8,010.00 | $0.00 | History | $8,010.00 |

Balance: $1,456,569.85