# EXHIBIT 16



## ASCAP

**VIA FEDEX**

August 15, 2008

Ray Schwind
Vice President/Director
of Broadcast Licensing

Mr. William J. Lyall
Director of Finance
Weigel Broadcasting Co.
26 North Halsted
Chicago, IL 60661

### RE: WDJT-TV (Milwaukee, WI)

Dear Mr. Lyall:

Replying to your letter of July 28, 2008, we have noted our records to reflect WDJT's switch from the Blanket License to the Per Program License effective May 01, 2008.

There is no provision in Local Station Blanket Television License that permits a station to switch from the Blanket License to the Per Program License retroactively. Quite to the contrary, Paragraph 12 of the Local Station Blanket Television License expressly provides that a station may switch to the Per Program License **"prospectively on thirty (30) days' written notice"**. Mr. Shapiro's letter dated March 26, 2008 (copy enclosed) constitutes the requisite notice under Paragraph 12 of the Blanket License, making May 1, 2008 the effective date of WDJT-TV's switch to the Per Program License. Accordingly, you should immediately submit a payment in the amount of $83,149.71, representing the balance due of all previously posted blanket license fees and finance charges for the period ending April 30, 2008. Failure to do so will leave ASCAP no choice but to refer the matter to our attorneys to collect the fees owed.

Enclosed please find two (2) copies of the Local Station Per Program Television License Agreement for the term commencing May 1, 2008. Please sign both copies of the License Agreement, and return them to my attention. The License Agreements will be executed, and a countersigned Agreement will be returned to you for your files. If you have any questions about your new Per Program License, please do not hesitate to contact me.

Sincerely,

Ray Schwind

Cc: Howard Shapiro
Enclosures

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building, One Lincoln Plaza  New York, NY 10023
212.621.6461  Fax: 212.621.6446  E-Mail: rschwind@ascap.com
Web Site: http://www.ascap.com