UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YOUTUBE, LLC | 09 Civ. 7073 (DLC) |
| Related to<br>UNITED STATES OF AMERICA,<br>        Plaintiff,<br>      v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>        Defendant. | 41 Civ. 1395 (DLC)<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the firm of White & Case LLP and the firm of Mitchell Silberberg & Knupp LLP, pursuant to Local Civil Rule 1.4, that Mitchell Silberberg & Knupp LLP shall be substituted as counsel for the American Society of Composers, Authors, and Publishers ("ASCAP"), and that White & Case LLP shall withdraw as attorneys of record for ASCAP and be relieved of all further responsibility on behalf of said defendant in the above-captioned action, effective upon entry of the Court's order approving this Stipulation.

[remainder of page left blank intentionally]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

2338629.2

This Stipulation may be executed in separate counterparts, each of which shall be deemed an original instrument, and facsimile copies shall be treated as originals.

Dated: New York, New York
August 21, 2009

WHITE & CASE LLP

By: _____
Christopher J. Glancy, Esq. (CG 1120)
1155 Avenue of the Americas
New York, New York 10036-2787
Tel: (212) 819-8200
*Attorneys for American Society of
Composers, Author and Publishers*

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Paul V. LiCalsi, Esq. (PL 6622)
12 East 49th Street, 30th Floor
New York, New York 10017
Tel: (212) 509-3900
*Proposed Substituted Attorneys for
American Society of Composers, Authors
and Publishers*

CONSENTED TO:

AMERICAN SOCIETY OF COMPOSERS
AUTHORS AND PUBLISHERS (ASCAP)

By: _____
Richard H. Reimer (RR7878)
ASCAP
ASCAP Building
One Lincoln Plaza
New York, New York 10023

SO ORDERED:

_____
U.S.D.J.
August 25, 2009

2

2338629.1