```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF MOBITV          :    09 Civ. 7071
                                     :    (DLC)(MHD)
-------------------------------------:
Related to                           :    ORDER
                                     :
UNITED STATES OF AMERICA,            :
                    Plaintiff        :
          v.                         :    41 Civ. 1395
                                     :    (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that parties shall contact the chambers of Magistrate Judge Dolinger by **September 18, 2009** in order to pursue settlement discussions under his supervision.

SO ORDERED:

Dated:  New York, New York
        August 28, 2009

_____
DENISE COTE
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09