```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE APPLICATION OF CELLCO PARTNERSHIP   :   09 Civ. 7074
D/B/A VERIZON WIRELESS                    :      (DLC)(MHD)
                                          :
------------------------------------------:      ORDER
Related to                                :
                                          :
UNITED STATES OF AMERICA,                 :
                    Plaintiff             :   41 Civ. 1395
            v.                            :      (DLC)
                                          :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,   :
AND PUBLISHERS,                           :
                    Defendant.            :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that parties shall contact the chambers of Magistrate Judge Dolinger in order to pursue settlement discussions under his supervision by **October 16, 2009**.

SO ORDERED:

Dated:   New York, New York
         August 28, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09