UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                             :
IN RE APPLICATION OF CELLCO PARTNERSHIP      :
D/B/A VERIZON WIRELESS                        :
                                             :
-------------------------------------------:
Related to                                   :
                                             :
UNITED STATES OF AMERICA,                     :
                         Plaintiff            :
            v.                               :
                                             :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,       :
AND PUBLISHERS,                               :
                         Defendant.           :
                                             :
------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09
```

09 Civ. 7074
(DLC)(MHD)

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

41 Civ. 1395
(DLC)

DENISE COTE, District Judge:

     The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

____   General Pretrial (includes        ____   Consent under 28 U.S.C. §
       scheduling, discovery, non-              636(c) for all purposes
       dispositive pretrial motions,            (including trial)
       and settlement)

____   Specific Non-Dispositive          ____   Consent under 28 U.S.C. §
       Motion/Dispute                           636(c) for limited purpose
                                                (e.g., dispositive motion,
       _____               preliminary injunction)
                                                Purpose:
       _____               _____

       If referral is for discovery     ____   Habeas Corpus
       disputes when the District
       Judge is unavailable, the
       time period of the referral:

       _____

  X    Settlement                          ____    Social Security

____  Inquest After Default/Damages    ____    Dispositive Motion (i.e.,
        Hearing                                  motion requiring a Report
                                                and Recommendation)
                                                Particular Motion:

                                            _____

       SO ORDERED:

Dated:      New York, New York
             August 28, 2009
                                 _____
                                       DENISE COTE
                         United States District Judge