```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF ERICSSON, INC.  :    09 Civ. 7076
                                     :     (DLC)(MHD)
-------------------------------------:
Related to                           :       ORDER
                                     :
UNITED STATES OF AMERICA,            :
                     Plaintiff       :
          v.                         :    41 Civ. 1395
                                     :       (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                     Defendant.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that parties shall contact the chambers of Magistrate Judge Dolinger in order to pursue settlement discussions under his supervision by **October 16, 2009**.

    SO ORDERED:

Dated:    New York, New York
           August 28, 2009

                                            DENISE COTE
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09