```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------- X
                                              :
IN RE APPLICATION OF ERICSSON, INC.           :       09 Civ. 7076
                                              :       (DLC)(MHD)
----------------------------------------------:
Related to                                    :      ORDER OF
                                              :   REFERENCE TO A
UNITED STATES OF AMERICA,                     :   MAGISTRATE JUDGE
                         Plaintiff            :
              v.                              :
                                              :       41 Civ. 1395
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,       :          (DLC)
AND PUBLISHERS,                               :
                         Defendant.           :
                                              :
--------------------------------------------- X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

___ Habeas Corpus

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09

| | | | |
|---|---|---|---|
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED:

Dated:     New York, New York
           August 28, 2009

                                     _____
                                          DENISE COTE
                                     United States District Judge