```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    09 Civ. 7077
IN RE APPLICATION OF APPLE COMPUTER, INC. :    (DLC)(MHD)
                                         :
                                         :    ORDER OF
-----------------------------------------:    REFERENCE TO A
                                         :    MAGISTRATE JUDGE
Related to                               :
                                         :
UNITED STATES OF AMERICA,                :    41 Civ. 1395
                    Plaintiff            :    (DLC)
          v.                             :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Habeas Corpus

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/09
```

2

| _X_ Settlement | ___ Social Security |
|---|---|
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED:

Dated:     New York, New York
           August 31, 2009

                              _____
                              DENISE COTE
                              United States District Judge