UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| In Re Application of<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br><br>Related to<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | 09 Civ. 7074 (DLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/1/09<br><br>41 Civ. 1395 (DLC)<br><br>Granted.<br>*[signature]*<br>Sept. 1, 2009 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel, a member in good standing of the Bar of this Court, hereby moves this Court for an Order allowing the admission pro hac vice of:

> MICHAEL L. STURM (MS 3939)
> **WILEY REIN LLP**
> 1776 K Street NW
> Washington, DC 20006
> Tel: (202) 719-7000
> Fax: (202) 719-7207
> Email: msturm@wileyrein.com

Michael L. Sturm is a member in good standing of the Virginia State Bar and the Bar of the District of Columbia. There are no pending disciplinary proceedings against Michael L. Sturm in any State or Federal court.

- 2 -

Dated: August 31, 2009  
       Washington, DC

Respectfully submitted,

_____  
Andrew G. McBride (AM 1966)  
**WILEY REIN LLP**  
1776 K Street NW  
Washington, DC  20006  
Tel: (202) 719-7000  
Fax: (202) 719-7207  
amcbride@wileyrein.com

*Attorney for Cellco Partnership d/b/a Verizon Wireless*