```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE APPLICATION OF AT&T MOBILITY LLC   :   09 Civ. 7072 (DLC)
                                         :
-----------------------------------------:
                                         :
IN RE APPLICATION OF APPLE COMPUTER,     :   09 Civ. 7077 (DLC)
INC.                                     :
                                         :
-----------------------------------------:
                                         :
Related to                               :   ORDER
                                         :
UNITED STATES OF AMERICA,                :
                        Plaintiff,       :
                                         :
              -v-                        :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS   :
AND PUBLISHERS,                          :   41 Civ. 1395 (DLC)
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the conference with the Court today, it is hereby

ORDERED that the American Society of Composers, Authors, and Publishers' June 19, 2009 discovery request for the production of AT&T Mobility LLC's ("AT&T") agreements concerning AT&T's data plans for Apple Computer, Inc.'s iPhone is denied.

SO ORDERED:

Dated:   New York, New York
         September 2, 2009

                                    _____
                                              DENISE COTE
                                    United States District Judge