UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS, et al.,
        Defendants

In the Matter of the Application of
HICKS BROADCASTING OF INDIANA, LLC, et al.

        Applicants,

For the Determination of Reasonable License Fees.

No. 41 CV 1395 (DLC)

AFFIDAVIT OF SERVICE BY
FEDERAL EXPRESS

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

Andrew Strenio, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 3, 2009, I served true copies of the AMENDED ORDER TO SHOW CAUSE SIGNED BY JUDGE COTE ON JULY 31, 2009 WITH ATTACHED EXHIBITS A-E on the following:

        David Miller
        Yaquina Bay Communications, Inc.
        905 SW Alder Street
        Newport, OR 97365

        David Miller
        Yaquina Bay Communications, Inc.
        906 SW Alder Street
        Newport, OR 97365

3. I made such service by placing true copies of the aforementioned document in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery prior to the last time designated by Federal Express for overnight delivery.

_____
Andrew Strenio

Sworn to before me this
4th day of August, 2009

_____
Notary Public

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI6151848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2009