ORIGINAL

SEP - 2009

**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP 9071)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

Joseph M. Beck
Jerre B. Swann
James A. Trigg
W. Andrew Pequignot
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Applicant AT&T Mobility LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the matter of the Application for the Determination of Reasonable License Fees by<br><br>AT&T WIRELESS,<br><br>Applicant. | Case No. 09 civ. 7072 (DLC) (MHD) |
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>DEFENDANT. | Related to Case No.<br>41 civ. 1395 (DLC) (MHD) |

## <u>MOTION TO ADMIT JERRE B. SWANN *PRO HAC VICE*</u>

This Motion for Admission to Practice *Pro Hac Vice* is filed pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of

New York. The undersigned counsel, a member of the Bar of this Court, hereby moves this

Court for an Order allowing the admission *pro hac vice* of:

> JERRE B. SWANN
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: JSwann@kilpatrickstockton.com

Jerre B. Swann is a member in good standing of the Bar of the State of Georgia. There

are no pending disciplinary proceedings against Jerre B. Swann in any State or Federal court.

DATED:   August 28, 2009
              New York, New York

> Respectfully Submitted,
>
> Joseph Petersen (JP 9071)
> KILPATRICK STOCKTON LLP
> 31 West 52nd Street, 14th Floor
> New York, NY 10019
> Phone Number: (212) 775-8700
> Fax Number: (212) 775-8800
> Email Address: jpetersen@kilpatrickstockton.com
>
> *Attorneys for Applicant AT&T Mobility LLC*

**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP 9071)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

Joseph M. Beck
Jerre B. Swann
James A. Trigg
W. Andrew Pequignot
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Applicant AT&T Mobility LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the matter of the Application for the Determination of Reasonable License Fees by<br><br>AT&T WIRELESS,<br><br>     Applicant. | Case No. 09 civ. 7072 (DLC) (MHD) |
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>     v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>      DEFENDANT. | Related to Case No.<br>41 civ. 1395 (DLC) (MHD) |

**DECLARATION OF JOSEPH PETERSEN IN SUPPORT OF MOTION**
**TO ADMIT JERRE B. SWANN *PRO HAC VICE***

US2008 796689.1

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK )

I, Joseph Petersen, declare under penalty of perjury that the following is true and correct:

1.      I am a partner at the law firm of Kilpatrick Stockton LLP, 31 West 52nd Street, New York, New York 10019, counsel for Applicant AT&T Mobility LLC ("AT&T"), in the above captioned action (incorrectly named in the caption as "AT&T Wireless"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of AT&T's motion to admit as counsel *pro hac vice* to represent AT&T.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Jerre B. Swann for four years.

4.      Mr. Swann is a partner at the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530.

5.      I have found Mr. Swann to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Jerre B. Swann, *pro hac vice.*

7.      I respectfully submit a proposed order granting the admission of Jerre B. Swann, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jerre B. Swann, *pro hac vice,* to represent AT&T in the above captioned matter, be granted.

Declared under penalty of perjury this 28th day of August, 2009.

Respectfully Submitted,

Joseph Petersen

# STATE BAR
## OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Jerre Bailey Swann
**Kilpatrick Stockton LLP**
**1100 Peachtree St., N.E., Suite 2800**
**Atlanta, GA  30309-4530**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **09/19/1968** |
| **BAR NUMBER:** | **694050** |
| **TODAY'S DATE:** | **August 27, 2009** |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brandy Cleghorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

# EXHIBIT A

**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP 9071)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

Joseph M. Beck
Jerre B. Swann
James A. Trigg
W. Andrew Pequignot
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Applicant AT&T Mobility LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the matter of the Application for the Determination of Reasonable License Fees by<br><br>AT&T WIRELESS,<br>          Applicant. | Case No. 09 civ. 7072 (DLC) (MHD) |
| UNITED STATES OF AMERICA<br>                    Plaintiff,<br><br>          v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>          DEFENDANT. | Related to Case No.<br>41 civ. 1395 (DLC) (MHD) |

**ORDER FOR ADMISSION *PRO HAC VICE OF* JERRE B. SWANN
ON WRITTEN MOTION**

US2008 796689 1

Upon the motion of Joseph Petersen attorney for Applicant AT&T Mobility LLC, ("AT&T") (incorrectly named in the caption as "AT&T Wireless"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> JERRE B. SWANN
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: JSwann@kilpatrickstockton.com

is admitted to practice *pro hac vice* as counsel for AT&T, Applicant, in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August _____, 2009
      New York, New York

<div align="center">SO ORDERED,</div>

_____
                    U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In the matter of the Application for the Determination of Reasonable License Fees by

AT&T WIRELESS,

Applicant.

Case No. 09 civ. 7072 (DLC) (MHD)

UNITED STATES OF AMERICA

Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
DEFENDANT.

Related to Case No.
41 civ. 1395 (DLC) (MHD)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADDMISION OF JERRE B.** SWANN was served via first class mail, postage fully pre-paid upon the following:

David Leichtman, Esq.
Hillel Parness, Esq.
Michael Roffe, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022
Attorneys for Defendant ASCAP

Richard H. Reimer, Esq.
Christina Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023

This the 31st day of August 2009.

Alberto Garcia