Conner, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS, et al.,<br><br>    Defendants | No. 41 CV 1395 (DLC) [WCC] |
|---|---|
| In the Matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC,<br>et al.<br><br>    Applicants,<br><br><br>For the Determination of Reasonable License Fees. | [PROPOSED] DEFAULT JUDGMENT |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/09

  IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' Motion to Enforce this Court's October 15, 2004 Final Order is granted, and default judgment is hereby entered against Yaquina Bay Communications, Inc. in the amount of $106,259.19, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: September 4, 2009

SO ORDERED:

_____
Hon. William C. Conner
Senior United States District Judge