UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
                                   :
UNITED STATES OF AMERICA,          :
                                   :
                    Plaintiffs,    :     **ORDER**
                                   :
     -against-                     :     **41 Civ. 1395 (DLC)**
                                   :     **09 Civ. 7071 (DLC) (MHD)**
AMERICAN SOCIETY OF COMPOSERS,     :
AUTHORS AND PUBLISHERS,            :
                                   :
                    Defendants.    :
                                   :
----------------------------------X

In the matter of the Application  :
for the Determination of
Reasonable License Fees for       :
Performances via
Wireless and Internet             :
Transmissions by
                                  :
MOBITV INC. F/k/a IDETIC, INC.
                                  :
----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action for **WEDNESDAY, SEPTEMBER 30, 2009, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent

of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

DATED: New York, New York
       September 8, 2009

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

David Leichtman, Esq.
Hillel I. Parness, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022

Kenneth L. Steinthal, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph Richard Wetzel, Jr., Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065