

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF YOUTUBE, LLC

09 Civ. 7073 (DLC)

Related to

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

    Defendant.

41 Civ. 1395 (DLC)

**NOTICE OF MOTION TO APPEAR *PRO HAC VICE***

*Granted: Denise Cote, Sept. 9, 2009*

    PLEASE TAKE NOTICE that upon the accompanying affidavit of J. Matthew Williams, Esq., executed on August 28, 2009, the certificate of good standing attached thereto, and the accompanying affidavit of Jane G. Stevens, executed on September 2, 2009, American Society of Composers, Authors and Publishers ("ASCAP"), by its attorneys Mitchell Silberberg & Knupp LLP, will move this Court before the Honorable Denise Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting J. Matthew Williams, Esq., to practice before this Court *pro hac vice* in the above-captioned matter on behalf of ASCAP.

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for the objection, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of the

United States District Courts for the Southern and Eastern Districts of New York and the individual practices of the Honorable Denise Cote, and shall be served upon the undersigned counsel within ten business days after service of the moving papers. If no objections are filed, the Court may grant the relief requested without further notice or hearing.

DATED: New York, New York
           September 2, 2009

<div style="margin-left:40%">

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jane G. Stevens (JS5869)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for American Society of Composers, Authors and Publishers*

</div>