USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                      Plaintiff,        :
                                        :      41 Civ. 1395 (DLC)
           -v-                          :
                                        :            ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

 For the reasons stated in the Corrected Order of August 7, 2009, it is hereby

 ORDERED that the following steps will be followed for the application currently pending under the caption <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395, which is listed in the appendix to this Order:

 (1) The Clerk of Court shall assign a separate caption and docket number to the application;

 (2) The Clerk of Court shall waive the associated filing fee;

 (3) The Clerk of Court shall make a contemporaneous notation in the docket of <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395, that this proceeding has been assigned a separate docket number, setting forth its caption and its docket number; and

(4) Parties shall display on all submissions the application's unique caption and docket number, as well as the designation "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395."

SO ORDERED:

Dated:   New York, New York
         September 11, 2009

                                          DENISE COTE
                              United States District Judge

Appendix

Currently Pending Applications:

1. In re Application of Post-Newsweek Stations, Inc., et al.: Motion on Behalf of Applicant Local Television Broadcasters Commencing Article IX Proceeding and Seeking Interim Fee Relief, filed on March 19, 1999.  [No ECF Doc. Number]