```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE APPLICATION OF YOUTUBE, LLC      :    09 Civ. 7073
                                       :    (DLC)(MHD)
---------------------------------------:
Related to                             :
                                       :    ORDER OF
UNITED STATES OF AMERICA,              :    REFERENCE TO A
                    Plaintiff          :    MAGISTRATE JUDGE
          v.                           :
                                       :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:    41 Civ. 1395
AND PUBLISHERS,                        :       (DLC)
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute<br><br>_____<br><br>_____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br><br>_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ___ Habeas Corpus |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09

_X_  Settlement                             ___  Social Security

___  Inquest After Default/Damages          ___  Dispositive Motion (i.e.,
     Hearing                                     motion requiring a Report and
                                                 Recommendation)
                                                 Particular Motion:
                                                 _____

     SO ORDERED:

Dated:   New York, New York
         September 17, 2009

                                             _____
                                                       DENISE COTE
                                             United States District Judge