```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    41 CIV. 1395 (DLC)
                    Plaintiff        :
                                     :
         v.                          :      PRETRIAL
                                     :    SCHEDULING ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                      :
                    Defendant.       :
                                     :
-------------------------------------:
                                     :    09 CIV. 7073 (DLC)
IN RE APPLICATION OF YOUTUBE, LLC    :
                                     :
                    Applicant,       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held on September 16, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **January 16, 2010** in order to schedule settlement discussions under his supervision.

2. Service by ASCAP of ASCAP's Final Fee Proposal shall be due **February 26, 2010**.

3. Service by YouTube of YouTube's Final Fee Proposal shall be due **March 12, 2010**.

4. All fact discovery must be completed by **April 28, 2010**.

5. Parties' disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **May 27, 2010**. Disclosure of rebuttal expert testimony must occur by **June 29, 2010**.

6. All expert discovery must be completed by **August 10, 2010**.

7. The Joint Pretrial Order must be filed by **October 8, 2010**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9|18|09

As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy of all these documents at the time they are served, as well as two sets of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

Dated:   New York, New York
         September 17, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge

2