*Dohnger, MHG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                            :
                                                     :
                              Plaintiff,             :    41 CV 1395 (DLC)(MHD)
            -vs-                                      :    09 CV 7959
                                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND           :
PUBLISHERS, et al.,                                  :    **STIPULATION**
                                                     :
                              Defendants.            :
                                                     :
---------------------------------------------------------------------- X
In the Matter of the Application of POST-NEWSWEEK     :
STATIONS, INC., et al.,                              :
                                                     :
                              Applicants,            :
                                                     :                    *7/21/09*
For the Determination of Reasonable License Fees.    :
                                                     :
---------------------------------------------------------------------- X

        This stipulation is entered into between Defendant American Society of Composers,

Authors and Publishers ("ASCAP"), and Weigel Broadcasting Company, WCIU-TV Limited

Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC (collectively, "Weigel"),

by and between their attorneys.

        WHEREAS, ASCAP served a Notice of Motion seeking an order enforcing this Court's

November 17, 2004 Order and for entry of Judgment against Weigel, on August 20, 2009;

        WHEREAS, the notice of motion specifies that any opposition to ASCAP's motion

("Opposition") should be filed and served within 30 days of service of ASCAP's motion, and

that any reply to the Opposition ("Reply") should be filed within 15 days of service of the

Opposition;

        IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1.      Any Opposition to ASCAP's motion will be served and filed on or before October 5, 2009.

2.      ASCAP's Reply, if any, will be served and filed on or before October 20, 2009.

DATED: September 1**, 2009

MAYER BROWN LLP

By:

Scott A. Chesin

1675 Broadway
New York, New York 10019
(212) 506-2500

Robert E. Bloch
Scott P. Perlman
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Attorneys for Weigel Broadcasting Company,
WCIU-TV Limited Partnership, WDJT-TV
Limited Partnership, and Madison Halsted
LLC.*

DATED: September 15, 2009

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP

By:

Jay Cohen
Lynn B. Bayard
Kristy M. Tillman

1285 Avenue of the Americas
New York, N.Y. 10019
(212) 373-3054

*Attorneys for American Society of Composers,
Authors and Publishers*

So ordered.

Michael H. Dolinger
United States Magistrate Judge

September 21, 2009

2