```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (MAINSTREET BROAD-   :     09 Civ. 7759
CASTING COMPANY, INC.)               :     (DLC)(MHD)
                                     :
-------------------------------------:     ORDER
Related to                           :
                                     :
UNITED STATES OF AMERICA,            :
                        Plaintiff    :     41 Civ. 1395
         v.                          :     (DLC)
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                        Defendant.   :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

DENISE COTE, District Judge:

By an Order of September 15, 2009, the Clerk of Court was instructed to "close the case." The September 15 Order terminated the Mainstreet Broadcasting, Inc. ("Mainstreet") proceeding, which was brought under the caption In re Application of Hicks Broadcasting, 09 Civ. 7759; but the case bearing the caption In re Application of Hicks Broadcasting, 09 Civ. 7759, should not, itself, be terminated. Accordingly, it is hereby

2

ORDERED that the Clerk of Court shall reopen the case bearing the caption In re Application of Hicks Broadcasting, 09 Civ. 7759.

SO ORDERED:

Dated:   New York, New York
         September 29, 2009

_____
DENISE COTE
United States District Judge

2