```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
               Plaintiffs,          :     ORDER
                                    :
          -against-                       41 Civ. 1395 (DLC)
                                    :     09 Civ. 7071 (DLC) (MHD)
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,             :

               Defendants.          :
------------------------------------X

In the matter of the Application   :
for the Determination of
Reasonable License Fees for        :
Performances via
Wireless and Internet              :
Transmissions by
                                   :
MOBITV INC. F/k/a IDETIC, INC.
                                   :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A settlement conference having been held with the parties today, it is hereby **ORDERED** that it is the request of the court that the parties to this proceeding engage in discussions that include, if willing, relevant cellular telephone carriers to determine whether an overall settlement can be reached. Counsel are to advise the court by October 15, 2009 as to the status of such efforts to arrange discussions.

DATED: New York, New York
       September 30, 2009

SO ORDERED.

_____

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

David Leichtman, Esq.
Hillel I. Parness, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022

Richard H. Reimer, Esq.
Christine Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023

Kenneth L. Steinthal, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph Richard Wetzel, Jr., Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065