```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF CELLCO PARTNERSHIP :   09 Civ. 7074
D/B/A VERIZON WIRELESS               :      (DLC)(MHD)
                                     :
-------------------------------------:      ORDER
Related to                           :
                                     :
UNITED STATES OF AMERICA,            :
                         Plaintiff   :      41 Civ. 1395
            v.                       :      (DLC)
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                         Defendant.  :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On May 22, 2009, Cellco Partnership d/b/a Verizon Wireless ("Verizon") moved for summary judgment on the question of whether it must pay public performance licensing fees for musical compositions because it provides ringtones to its customers. On July 1, amici curiae the Electronic Frontier Foundation ("EFF"), Public Knowledge ("PK"), and Center for Democracy and Technology ("CDT") moved for leave to file a brief in support of Verizon's May 22 motion for summary judgment. Accordingly, it is hereby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09

2

ORDERED that EFF's, PK's, and CDT's July 1, 2009 motion for leave to file an amicus brief is granted.

SO ORDERED:

Dated:   New York, New York
October 14, 2009

_____
DENISE COTE
United States District Judge