```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE APPLICATION OF AT&T MOBILITY LLC :    09 Civ. 7072
                                       :    (DLC)(MHD)
---------------------------------------:
Related to                             :    ORDER OF
                                       :    REFERENCE TO A
UNITED STATES OF AMERICA,              :    MAGISTRATE JUDGE
                        Plaintiff      :
        v.                             :
                                       :    41 Civ. 1395
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:    (DLC)
AND PUBLISHERS,                        :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  10/14/09
```

_X_  Settlement                              ___  Social Security

___  Inquest After Default/Damages           ___  Dispositive Motion (i.e.,
     Hearing                                      motion requiring a Report
                                                  and Recommendation)
                                                  Particular Motion:
                                                  _____

SO ORDERED:

Dated:   New York, New York
         October 14, 2009

                                                  _____
                                                          DENISE COTE
                                                  United States District Judge

2