```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #: _____       │
------------------------------------X   │ DATE FILED: 10/14/09        │
                                    :   └─────────────────────────────┘
IN RE APPLICATION OF AT&T MOBILITY LLC  :        09 Civ. 7072
                                    :            (DLC)(MHD)
------------------------------------:
Related to                          :            ORDER
                                    :
UNITED STATES OF AMERICA,           :
                         Plaintiff  :
         v.                         :        41 Civ. 1395
                                    :            (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                     :
                         Defendant. :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that by October 30, 2009 parties in In re

Application of AT&T Mobility, LLC, 09 Civ. 7072, shall contact

the chambers of Magistrate Judge Dolinger in order to pursue

settlement discussions under his supervision.

        SO ORDERED:

Dated:    New York, New York
          October 14, 2009

                              _____
                                      DENISE COTE
                              United States District Judge