UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(VOLUNTEER BROADCASTING OF
ILLINOIS, INC.)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.



09 Civ. 7759 (DLC)

41 Civ. 1395(DLC)



## ORDER TO SHOW CAUSE

Upon ASCAP's Motion to Enforce the Court's October 15, 2004 Final Order against Volunteer Broadcasting of Illinois, Inc. ("Volunteer Broadcasting") and the papers filed in support of the Motion, the Affidavit of Christine A. Pepe, Esq. in Support of Default Judgment, dated October 15, 2009, and exhibits attached thereto, and all prior proceedings herein, it is hereby:

ORDERED that Volunteer Broadcasting show cause at a hearing to be held in this Court before the Honorable Judge Denise L. Cote, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on November 13, 2009, at noon m. why an order should not be entered granting ASCAP's motion to enforce this Court's October 15, 2004 Final Order and entering default judgment against Volunteer Broadcasting in the total amount of $36,871.98, representing all fees and charges due and owing to ASCAP under the 2004 ASCAP Radio

Doc#: US1:5790007v1

Station License Agreement through October 31, 2009, and such other and further relief as the Court may deem just and proper.

FURTHER ORDERED that delivery via overnight Federal Express service, of this Order to Show Cause, the [Proposed] Default Judgment, the Affidavit of Christine A. Pepe, Esq. in Support of Default Judgment dated October 15, 2009, and the exhibits attached thereto, and a copy of all other pleadings filed in this matter, on David Lister, President of Volunteer Broadcasting of Illinois, Inc. at 3501 Broadway, Mount Vernon, IL 62864-2202, on or before October 26, 2009, shall be deemed good and sufficient service.

Dated: New York, New York
       October 19, 2009

_____
Honorable Denise L. Cote
United States District Judge

Doc#: US1:5790007v1