# Lovells

**MEMO ENDORSED**

Lovells LLP
590 Madison Avenue
New York NY 10022
T +1 212 909 0600
F +1 212 909 0660

October 16, 2009

BY HAND

Direct line +1 212 909 0648
hillel.parness@lovells.com

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-09

RECEIVED
OCT 19 2009
CHAMBERS OF
DENISE COTE

RE: IN RE APPLICATION OF ERICSSON, INC., 09 CIV. 7076, RELATED TO
UNITED STATES V. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS, 41 CIV. 1395

Dear Judge Cote:

We represent ASCAP in connection with the above-referenced proceeding. In accordance with our telephone conference with Your Honor on October 8, and on behalf of ASCAP and Ericsson, we enclose a set of the papers submitted by ASCAP on September 10, 2009, in support of its motion for interim fees, marked to indicate all of the redactions proposed by ASCAP and Ericsson. The redactions employ colored highlighting and flags as follows (counsel are working together to streamline this system, and we are hopeful that the next set of papers will use fewer colors to indicate proposed redactions):

- Blue indicates redactions proposed by ASCAP relating to ASCAP confidential information.

- Yellow indicates redactions proposed by ASCAP relating to non-party confidential information, as required by the Protective Order or other conditions under which that information was produced.

- Green indicates redactions proposed by Ericsson relating to Ericsson confidential information.

- Pink indicates redactions proposed by Ericsson relating to non-party confidential information, as required by the Protective Order under which that information was produced.

With regard to the exhibits, the parties have designated the following exhibits for redaction in their entirety: Parness Declaration Exhibits A-C, F-L, Q, T, V and X and Amenita Declaration Exhibits A-D. Your clerk had asked me to confirm that it is ASCAP's position that Exhibits C, F and G to the Parness Declaration should be redacted in their entirety. Exhibits C and F are excerpts of transcripts of AT&T witnesses from the AT&T proceeding, while Exhibit G is excerpts of AT&T's interrogatory responses, again from the AT&T proceeding. AT&T designated each of these documents "Restricted" in their entirety under the Protective Order in place in the AT&T proceeding, so ASCAP and Ericsson are obligated pursuant to that Protective Order to designate these documents as "Restricted" until either the Court or AT&T indicates otherwise. Independently of our obligations under the Protective Order, however, it is ASCAP's position that Exhibit C does not need to be redacted, with the exception of the revenue figures on pages 157 and 162 of the

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw    Associated offices Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

transcript, and Ericsson would have no objection to making the entire exhibit public. Aside from Protective Order obligations, neither ASCAP nor Ericsson believes that Exhibit F needs to be redacted at all, and both parties believe that Exhibit G (the interrogatory responses) should be redacted.

The parties are working on preparing a similar joint submission of Ericsson's October 9 response papers.

Respectfully submitted,

*Hillel I. Parness /ENF*

Hillel I. Parness

cc:     Richard Reimer, Esq., Christine Pepe, Esq.
        David Leichtman, Esq.
        Bruce Joseph, Esq., Andrew McBride, Esq., Karyn Ablin, Esq., Michael Sturm, Esq.,
          Matthew Astle, Esq.

> The proposed redactions are approved, except for Exhibits A, C and F to the Parness declaration. The parties shall consult with any third parties whose rights are implicated by disclosure of those 3 exhibits, and attempt to obtain consent to filing these exhibits with redactions where necessary. A status report is due 10/26/09.
>
> Denise Cote
> October 19, 2009