DeLingon, MHD

10/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, et al.,<br><br>　　　　　Defendants. | 41 Civ. 1395 (DLC) (MHD) |
| In the Matter of the Application of POST-NEWSWEEK STATIONS, INC., et al.<br><br>　　　　　Applicants,<br><br>For the Determination of Reasonable License Fees. | 09 Civ. 7959 (DLC) (MHD) |

　　　　This stipulation is entered into between Defendant American Society of Composers, Authors and Publishers ("ASCAP"), and Weigel Broadcasting Co., WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC (collectively, "Weigel"), by and between their attorneys.

　　　　WHEREAS, ASCAP served a Notice of Motion seeking an order enforcing this Court's November 17, 2004 Order and for entry of Judgment against Weigel, on August 20, 2009;

　　　　WHEREAS, the notice of motion specifies that any opposition to ASCAP's motion ("Opposition") should be filed and served within 30 days of service of ASCAP's motion, and that any reply to the Opposition ("Reply") should be filed within 15 days of service of the Opposition;

WHEREAS, by stipulation of the parties, Weigel's Opposition was served and filed on October 5, 2009;

IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1. ASCAP's Reply, if any, will be served and filed on or before October 30, 2009.

Dated: October 19, 2009

MAYER BROWN LLP

By: _____
Scott A. Chesin
Robert E. Bloch
Scott P. Perlman

1675 Broadway
New York, New York 10019
Phone: (212) 506-2500

1999 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3000

*Attorneys for Weigel Broadcasting Co., WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC.*

So ordered.   10/20/09

_____
Michael H. Dolinger
United States Magistrate Judge

October _____, 2009

Dated: October 19, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Jay Cohen
Lynn B. Bayard
Kristy M. Tillman

1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054

*Attorneys for American Society of Composers, Authors and Publishers*