# Lovells

**RECEIVED OCT 2 2 2009 CHAMBERS OF DENISE COTE**

October 21, 2009

Direct line +1 212 909 0648
hillel.parness@lovells.com

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Lovells LLP
590 Madison Avenue
New York NY 10022
T  +1 212 909 0600
F  +1 212 909 0660

**BY HAND**

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-09

RE:   IN RE APPLICATION OF ERICSSON, INC., 09 CIV. 7076, RELATED TO
      UNITED STATES V. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS, 41 CIV. 1395

Dear Judge Cote:

We represent ASCAP in connection with the above-referenced proceeding. In accordance with our call with your clerk yesterday, we are writing to confirm that with regard to ASCAP's reply papers in support of its Interim Fee Proposal in this proceeding, the Court has granted ASCAP's request for a one day extension on the due date, and three page extension on the page limit. ASCAP's papers are therefore due on October 23, 2009, and may be up to 13 pages in length.

Respectfully submitted,

Hillel I. Parness

Enclosures

*Granted.*
*Denise Cote*
*October 22, 2009*

cc:   Richard Reimer, Esq., Christine Pepe, Esq.
      David Leichtman, Esq.
      Bruce Joseph, Esq., Andrew McBride, Esq., Karyn Ablin, Esq., Michael Sturm, Esq.,
        Jennifer Elgin, Esq.

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw    Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados