SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 2 1 2009

------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,
                                    Plaintiff,          :    41 CV 1395 (DLC) (MHD)
                                                        :    09 CV 7959
         VS.                                            :
                                                        :
AMERICAN SOCIETY OF COMPOSERS,                          :
AUTHORS, AND PUBLISHERS, et al.,                        :
                                    Defendants.         :
------------------------------------------------------------------------ X

In the Matter of the Application of POST-NEWSWEEK       :
STATIONS INC., et al.,                                  :
                                                        :
                                    Applicants,         :    **NOTICE OF MOTION FOR**
                                                        :    **ADMISSION PRO HAC VICE**
For the Determination of Reasonable License Fees.       :
                                                        :
------------------------------------------------------------------------ X

         PLEASE TAKE NOTICE that upon the attached affidavit of Scott A. Chesin of the law

firm Mayer Brown LLP, sworn to on October 20, 2009, together with the attached exhibits,

Respondents Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV

Limited Partnership, and Madison Halsted LLC (collectively, "Weigel"), through the

undersigned, hereby move this Court, before the Honorable Michael H. Dolinger, pursuant to

Rule 1.3(c) of the Local Rules of the Southern District of New York, for an order admitting

Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice* for the purpose of

acting as counsel to Weigel, and for all purposes related to the above-captioned case and for such

other relief as the Court may deem just and proper.  Mr. Bloch is a member of the bars of the

State of Ohio and the District of Columbia; Mr. Perlman is a member of the bars of the State of

New York and the District of Columbia.

Dated: New York, New York
October 20, 2009

Respectfully submitted,

MAYER BROWN LLP

By:

Scott A. Chesin

1675 Broadway
New York, NY 10019
Tel. (212) 506-2500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

                       Plaintiff,

VS.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS, et al.,
                      Defendants.

------------------------------------------------------------------------- X

In the Matter of the Application of POST-NEWSWEEK
STATIONS INC., et al.,

                      Applicants,

For the Determination of Reasonable License Fees.

------------------------------------------------------------------------- X

: 41 CV 1395 (DLC) (MHD)
: 09 CV 7959

**AFFIRMATION OF SCOTT A.
CHESIN IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

Scott A. Chesin, an attorney admitted to practice before this Court, affirms under penalty of perjury pursuant to 28 U.S.C. § 1748:

1. I am a member of the bar of this Court and an associate of the law firm Mayer Brown LLP, counsel to Respondent Weigel in this action.

2. I hereby make this affirmation in support of Weigel's motion for the admission of Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

3. Robert E. Bloch is a partner in the firm Mayer Brown LLP, located at 1999 K Street, N.W., Washington, D.C. 20006, and is counsel for Weigel in this action. Mr. Bloch is a member of the bars of the State of Ohio (inactive status) and the District of Columbia, in good standing. Mr. Bloch is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit A is a Certificate of

inactive status from the Supreme Court of Ohio, which was issued within 30 days of the date hereof and evidences that Mr. Bloch is in good standing with the Supreme Court of Ohio but has registered as an inactive attorney pursuant to the rules of that court. Attached hereto as Exhibit B is a Certificate of Admission to the Bar of the District of Columbia, which was issued within 30 days of the date hereof and evidences that Mr. Bloch is a member of the bar in good standing.

4.    Scott P. Perlman is a partner in the firm Mayer Brown LLP, located at 1999 K Street, N.W., Washington, D.C. 20006, and is counsel for Weigel in this action. Mr. Perlman is a member of the bars of New York and the District of Columbia, in good standing. Mr. Perlman is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit C is a Certificate of Good Standing from the State of New York, which was issued within 30 days of the date hereof and evidences that Mr. Perlman is a member of the bar in good standing. Attached hereto as Exhibit D is a Certificate of Admission to the Bar of the District of Columbia, which was issued within 30 days of the date hereof and evidences that Mr. Perlman is a member of the bar in good standing.

6.    Based on the foregoing, I respectfully request that Robert E. Bloch and Scott P. Perlman be admitted *pro hac vice* as counsel for Weigel in this action.

Respectfully submitted,

Scott A. Chesin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

UNITED STATES OF AMERICA,
           Plaintiff,         :   41 CV 1395 (DLC) (MHD)

VS.                              :   09 CV 7959

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS, et al.,
           Defendants.
--------------------------------------------------------------------- X

In the Matter of the Application of POST-NEWSWEEK
STATIONS INC., et al.,

           Applicants,         :   **ORDER**

For the Determination of Reasonable License Fees.

--------------------------------------------------------------------- X

This matter having been brought before the Court by Respondents Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC, through its counsel, by motion pursuant to Local Rule 1.3(c) for an order admitting Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice*, the Court being fully advised and notice to all parties given, it is hereby,

ORDERED that Robert E. Bloch and Scott P. Perlman are hereby admitted to this Court *pro hac vice* for the purpose of acting as counsel to Respondents, and for all purposes related to the above-captioned case, and shall abide by the provisions of the Local Rules of this Court and be subject to the disciplinary jurisdiction of the Court pursuant to Local Rule 1.5.

Michael H. Dolinger
United States Magistrate Judge

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Robert Elias Bloch** was admitted to the practice of law in Ohio on **November 3, 1973**; is in good standing with the Supreme Court of Ohio; but has registered as an **inactive** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio and, therefore, is not currently entitled to practice law in this state. I further certify that an attorney may request a change of status from inactive to active by filing a new certificate of registration and paying the registration fee.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Commissioners on Grievances and Discipline has filed a report recommending that the Supreme Court impose discipline against Mr. Bloch pursuant to Gov. Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Mr. Bloch pursuant to Gov. Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Mr. Bloch with the Supreme Court.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of October, 2009.

SUSAN B. CHRISTOFF

*Director, Attorney Services Division*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

ROBERT BLOCH

was on the   15ᵀᴴ   day of   JUNE, 1973

duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on
> September 22, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

*I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

# Scott Peter Perlman

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 27th day of January, 1987, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 8th day of October, 2009.*



_____
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SCOTT PERLMAN

was on the  19TH   day of    FEBRUARY, 1988

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 22, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that he served true and correct copies of the Notice of Motion for Admission *Pro Hac Vice*, by overnight mail, on the 20th day of October, 2009 upon:

Jay Cohen
Lynn B. Bayard
Kristy M. Tillman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, N.Y. 10019

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, N.Y. 10024

_____
Scott A. Chesin