UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,
       Plaintiff,

VS.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS, et al.,
       Defendants.

------------------------------------------------------------ X

In the Matter of the Application of POST-NEWSWEEK
STATIONS INC., et al.,

       Applicants,

For the Determination of Reasonable License Fees.

------------------------------------------------------------ X

41 CV 1395 (DLC) (MHD)
09 CV 7959

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**



COURTESY COPY

OCT 21 2009

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

PLEASE TAKE NOTICE that upon the attached affidavit of Scott A. Chesin of the law firm Mayer Brown LLP, sworn to on October 20, 2009, together with the attached exhibits, Respondents Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC (collectively, "Weigel"), through the undersigned, hereby move this Court, before the Honorable Michael H. Dolinger, pursuant to Rule 1.3(c) of the Local Rules of the Southern District of New York, for an order admitting Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice* for the purpose of acting as counsel to Weigel, and for all purposes related to the above-captioned case and for such other relief as the Court may deem just and proper. Mr. Bloch is a member of the bars of the State of Ohio and the District of Columbia; Mr. Perlman is a member of the bars of the State of New York and the District of Columbia.

Dated: New York, New York
October 20, 2009

Respectfully submitted,

MAYER BROWN LLP

By: _____
Scott A. Chesin

1675 Broadway
New York, NY 10019
Tel. (212) 506-2500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,
        Plaintiff,  : 41 CV 1395 (DLC) (MHD)
VS.  : 09 CV 7959

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS, et al.,
        Defendants.
------------------------------------------------------------------ X
In the Matter of the Application of POST-NEWSWEEK
STATIONS INC., et al.,

        Applicants,  : **AFFIRMATION OF SCOTT A.**
For the Determination of Reasonable License Fees. : **CHESIN IN SUPPORT OF**
  : **MOTION FOR ADMISSION**
  : **PRO HAC VICE**
------------------------------------------------------------------ X

  Scott A. Chesin, an attorney admitted to practice before this Court, affirms under penalty of perjury pursuant to 28 U.S.C. § 1748:

  1. I am a member of the bar of this Court and an associate of the law firm Mayer Brown LLP, counsel to Respondent Weigel in this action.

  2. I hereby make this affirmation in support of Weigel's motion for the admission of Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

  3. Robert E. Bloch is a partner in the firm Mayer Brown LLP, located at 1999 K Street, N.W., Washington, D.C. 20006, and is counsel for Weigel in this action. Mr. Bloch is a member of the bars of the State of Ohio (inactive status) and the District of Columbia, in good standing. Mr. Bloch is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit A is a Certificate of

inactive status from the Supreme Court of Ohio, which was issued within 30 days of the date hereof and evidences that Mr. Bloch is in good standing with the Supreme Court of Ohio but has registered as an inactive attorney pursuant to the rules of that court. Attached hereto as Exhibit B is a Certificate of Admission to the Bar of the District of Columbia, which was issued within 30 days of the date hereof and evidences that Mr. Bloch is a member of the bar in good standing.

4.      Scott P. Perlman is a partner in the firm Mayer Brown LLP, located at 1999 K Street, N.W., Washington, D.C. 20006, and is counsel for Weigel in this action. Mr. Perlman is a member of the bars of New York and the District of Columbia, in good standing. Mr. Perlman is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit C is a Certificate of Good Standing from the State of New York, which was issued within 30 days of the date hereof and evidences that Mr. Perlman is a member of the bar in good standing. Attached hereto as Exhibit D is a Certificate of Admission to the Bar of the District of Columbia, which was issued within 30 days of the date hereof and evidences that Mr. Perlman is a member of the bar in good standing.

6.      Based on the foregoing, I respectfully request that Robert E. Bloch and Scott P. Perlman be admitted *pro hac vice* as counsel for Weigel in this action.

Respectfully submitted,

Scott A. Chesin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,
                          Plaintiff,                         41 CV 1395 (DLC) (MHD)

VS.                                                     09 CV 7959

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS, et al.,
                          Defendants.

------------------------------------------------------------------------ X

In the Matter of the Application of POST-NEWSWEEK
STATIONS INC., et al.,

                          Applicants,                         **ORDER**

For the Determination of Reasonable License Fees.

------------------------------------------------------------------------ X

         This matter having been brought before the Court by Respondents Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC, through its counsel, by motion pursuant to Local Rule 1.3(c) for an order admitting Robert E. Bloch and Scott P. Perlman to the bar of this Court *pro hac vice*, the Court being fully advised and notice to all parties given, it is hereby,

         ORDERED that Robert E. Bloch and Scott P. Perlman are hereby admitted to this Court *pro hac vice* for the purpose of acting as counsel to Respondents, and for all purposes related to the above-captioned case, and shall abide by the provisions of the Local Rules of this Court and be subject to the disciplinary jurisdiction of the Court pursuant to Local Rule 1.5. *Both attorneys shall pay the required fee to the Clerk of the Court forthwith.*

10/21/09

Michael H. Dolinger
United States Magistrate Judge