```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MOBITV, INC., | 09 Civ. 7071 (DLC) (MHD) |
| IN RE APPLICATION OF AT&T MOBILITY LLC, | 09 Civ. 7072 (DLC) (MHD) |
| IN RE APPLICATION OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | 09 Civ. 7074 (DLC) (MHD) |
| IN RE APPLICATION OF ERICSSON INC., | 09 Civ. 7076 (DLC) (MHD) |
| Related to | |
| UNITED STATES OF AMERICA, Plaintiff, v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, Defendant. | 41 Civ. 1395 (DLC) (MHD) [PROPOSED] STIPULATION AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the American Society of Composers, Authors and Publishers ("ASCAP") and MobiTV, Inc. ("MobiTV"), AT&T Mobility LLC ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") and Ericsson Inc. ("Ericsson") (collectively, the "Parties" and individually "Party"), and the Parties request jointly that the Court order, by so ordering this Stipulation and Order, that:

1.  Any draft reports of those individuals properly designated by each Party as expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) in each of the proceedings indicated above ("Experts"), and any correspondence and oral communications between or among a Party's inside counsel, outside counsel of record and such Experts, except to the extent such correspondence or communications are relied upon by the Expert or form, to any degree,

the basis of the Expert's opinions, shall not be discoverable or admissible for any purpose in each such proceeding. The foregoing shall not affect the discoverability or admissibility of the materials and facts considered or rejected by the Expert in formulating his or her opinions or of documents or other factual information delivered with correspondence between counsel and the Expert.

2.   The draft reports, correspondence and oral communications referenced in the previous paragraph shall not be discoverable or admissible for any purpose in any other proceedings.

The Parties, by their counsel, hereby consent to the foregoing Order.

Dated: New York, New York
October 26, 2009

So ordered.

*[signature]*
*O. Xxber 27, 2009*

LOVELLS LLP

*[signature]*

David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
590 Madison Avenue
New York, New York 10022
Tel: (212) 909-0600
Fax: (212) 909-0660
david.leichtman@lovells.com
hillel.parness@lovells.com

-*and*-

Richard H. Reimer (RR 7878)
Christine A. Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York 10023
Tel: (212) 621-6200
Fax: (212) 787-1381
rreimer@ascap.com
cpepe@ascap.com

*Attorneys for American Society of Composers, Authors and Publishers*

(Signatures continue on the following pages.)

2

Dated: Redwood Shores, California
October 23, 2009

WEIL, GOTSHAL & MANGES LLP

_____
Kenneth L. Steinthal (KS 7897)
201 Redwood Shores Parkway
Redwood Shores, California 94065
Tel: (650) 802-3081
Fax: (650) 802-3100
kenneth.steinthal@weil.com

*Attorneys for MobiTV, Inc.*

Dated: New York, New York
October 23, 2009

KILPATRICK STOCKTON LLP

_____
Joseph Petersen (JP-9071)
31 W. 52nd Street, 14th Floor
New York, New York 10019
Tel: (212) 775-8700
Fax: (212) 775-8815
jpetersen@kilpatrickstockton.com

James A. Trigg (admitted *pro hac vice*)
Joseph M. Beck (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Tel: (404) 815-6500
Fax: (404) 541-3423
jtrigg@kilpatrickstockton.com
jbeck@kilpatrickstockton.com

*Attorneys for AT&T Mobility LLC*

3

Dated: Washington, D.C.
October 2♱, 2009

WILEY REIN LLP

*(signature)*

Bruce G. Joseph (BJ 8345)
Andrew G. McBride (AM 1966)
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7207
bjoseph@wileyrein.com
amcbride@wileyrein.com

*Attorneys for Cellco Partnership d/b/a Verizon Wireless*

Dated: Washington, D.C.
October 23, 2009

WILEY REIN LLP

*(signature)*

Bruce G. Joseph (BJ 8345)
Andrew G. McBride (AM 1966)
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7207
bjoseph@wileyrein.com
amcbride@wileyrein.com

*Attorneys for Ericsson Inc.*

4

SO ORDERED.

Dated: New York, New York
       October ___, 2009

_____
Hon. Denise Cote
United States District Judge