# Lovells

Lovells LLP
590 Madison Avenue
New York NY 10022
T  +1 212 909 0600
F  +1 212 909 0660

October 27, 2009

**BY HAND**

Direct line +1 212 909 0678
david.leichtman@lovells.com

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RECEIVED
OCT 2 8 2009
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/28/09___

**RE:   IN RE APPLICATION OF CBS RADIO, INC., 09 CIV. 7075, RELATED TO
UNITED STATES V. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS, 41 CIV. 1395**

Dear Judge Cote:

We represent ASCAP in connection with the above-referenced proceeding.  ASCAP filed its application commencing this proceeding on May 7, 2009, and served the application with accompanying initial document requests on CBS Radio, Inc. ("CBS") the same day.  ASCAP's initial request for production of documents (a copy of which is attached to the application), focused on the documents most relevant for an interim fee briefing.  CBS finally provided written responses to the requests four months later, on September 10, 2009, but did not begin producing documents until September 30, 2009.  To date, CBS has produced 454 pages of documents plus a number of excel spreadsheets, and has advised ASCAP that it is continuing to look for responsive documents.  While we have been discussing with CBS's counsel the adequacy of its responses and attempting to obtain assistance in parsing the opaque nature of what it has produced to date, as outlined in our letters of today to the Court, ASCAP is at an impasse with Yahoo! Inc. ("Yahoo!") and AOL LLC ("AOL") regarding ASCAP's pending third party subpoenae *duces tecum* and *ad testificandum* to each of those entities which are critical to setting an interim fee.

At this time, ASCAP has not received sufficient discovery from CBS, Yahoo! or AOL to prepare a proper interim fee proposal.  As outlined in our letters of today, ASCAP has not received sufficient discovery to determine anything whatsoever about the value of a through-to-the-audience license that CBS seeks and that would cover CBS content available through Yahoo! and AOL, let alone the information and data needed to calculate the fee for CBS attributable to Yahoo! and AOL based on the formula set by the Court for these internet portals in its April 2008 Opinion and January 2009 Judgment.

We therefore respectfully request that the Court (i) adjourn the date by which ASCAP was to file its interim fee papers until such time as the Court rules on ASCAP's request that AOL and Yahoo! comply with the subpoenas and they so comply; and (ii) set a control date by which the parties shall advise the Court of the status of CBS's, Yahoo!'s and AOL's production and give the Court their recommendations regarding a new schedule for interim fee briefing.

Respectfully submitted,

David Leichtman

*The interim fee motion
is adjourned sine die.*

*Denise Cote
D. Cote 28, 2009*

cc:   Richard Reimer, Esq., Christine Pepe, Esq., Hillel I. Parness, Esq.,
Bruce Rich, Esq., Heather Solow, Esq.

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639.  Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in:  Alicante  Amsterdam  Beijing  Brussels  Chicago  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Prague  Rome  Shanghai  Singapore  Tokyo  Warsaw        Associated offices: Budapest  Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados