

1776 K STREET NW
WASHINGTON, DC 20006
PHONE  202.719.7000
FAX    202.719.7049
www.wileyrein.com

Bruce G. Joseph
202.719.7258
bjoseph@wileyrein.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09

October 28, 2009





RECEIVED
OCT 29 2009
CHAMBERS OF
DENISE COTE

**VIA OVERNIGHT COURIER**

Hon. Denise L. Cote, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:   Confidentiality Redaction in *In re Application of Cellco Partnership d/b/a Verizon Wireless*, 09 Civ. 7074 (DLC) (MHD), related to *United States v. ASCAP*, 41 Civ. 1395 (DLC)

Dear Judge Cote:

I write on behalf of Cellco Partnership, d/b/a Verizon Wireless, pursuant to yesterday's conversations with Mr. Gottesman, to address a remaining redaction request in response to the Court's Confidentiality Endorsement of Monday, October 26, 2009, Document No. 14, in the above-referenced matter. The request pertains to Exhibit I to the Astle Reply Declaration, the excerpt from the Edward Ruth deposition transcript, which was submitted in connection with Verizon Wireless' Motion for Summary Judgment on Ringtones.

Verizon Wireless respectfully requests that the Court redact from the public record the number appearing at page 57, line 14 of Astle Reply Declaration Exhibit I, which sets forth a license fee rate. The rate is confidential by the terms of the license agreement, is not publicly known, and could adversely affect Verizon Wireless if it became publicly known.

We appreciate the Court's consideration of this request.

Very truly yours,

Bruce G. Joseph /MJA

Bruce G. Joseph

*Counsel for Verizon Wireless*

cc:   Counsel of Record

*[Handwritten note:]* The partial redactions to Astle Reply Exhibit H and this proposed redaction to Exhibit I are approved. Verizon shall file in the public record its papers with only these redactions. It shall present to the Court for filing under seal unredacted pages corresponding to the redacted pages. Denise Cote  Oct. 29, 2009