UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF POST-NEWSWEEK STATIONS, INC., ET AL. (WYDC, INC., ET AL.) | 09 CV 7959 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                           Plaintiff,<br><br>      v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                          Defendant. | 11/5/09<br><br>41 CV 1395 (DLC) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' Application for Entry of Judgment against WYDC, Inc. and Vision Communications, LLC is granted, and judgment shall be entered against WYDC, Inc. and Vision Communications, LLC in the amount of $28,257.19, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: 11/5/09

_____
Michael H. Dolinger
United States Magistrate Judge

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

TREVOR J. HILL, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On November 4, 2009, I personally served a true copy of the foregoing: [PROPOSED] ORDER on the following:

> William Christian
> WYDC, Inc./Vision Communications, LLC
> 33 Market Street
> Corning, NY 14830

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed pre-paid wrapper and delivering it to a Federal Express office for Priority Overnight delivery prior to the latest time designated by Federal Express for Overnight delivery.

_____
Trevor J. Hill

Sworn to before me this
4th day of November, 2009.

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires December 6, 2012