```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
                Plaintiff,          :     ORDER
                                    :
        -against-                   :     09 Civ. 7959 (MHD)
                                    :     41 Civ. 1395 (DLC)
                                    :
AMERICAN SOCIETY OF COMPOSERS,      :
AUTHORS AND PUBLISHERS, et al.      :
                                    :
                Defendants.         :
                                    :
------------------------------------X
In the Matter of the Application    :
of POST-NEWSWEEK STATIONS INC.,
et al.,                             :
                Applicants,
For the Determination of            :
Reasonable License Fees.
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Having received a motion for leave to file a sur-reply today on behalf of respondents Weigel Broadcasting Company, WCIU-TV Limited Partnership, WDJT-TV Limited Partnership, and Madison Halsted LLC in the above-captioned action, it is hereby **ORDERED** that the court will consider the respondents' sur-reply. Petitioner ASCAP's response to the sur-reply, if any, should be served and filed no later than **NOVEMBER 12, 2009.**

DATED: New York, New York
       November 5, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Jay Cohen, Esq.
Lynn Beth Bayard, Esq.
Kristy Michelle Tillman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Richard H. Reimer, Esq.
Christine A. Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023

Scott Adam Chesin, Esq.
Mayer Brown LLP
1675 Broadway, 25th Floor
New York, NY 10019

Robert E Bloch, Esq.
Scott P. Perlman, Esq.
Mayer Brown LLP
1999 "K" Street, N.W.
Washington, DC 20006