

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX       202.719.7049
www.wileyrein.com



NOV 0 6 2009

Bruce G. Joseph
202.719.7258
bjoseph@wileyrein.com

November 5, 2009


MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09
```

**VIA OVERNIGHT COURIER**

Hon. Denise L. Cote, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY  10007

Re:   Confidentiality Redactions to Ericsson Interim License Fee Response and Proposal and Exhibits in *In re Application of Ericsson Inc.*, 09 Civ. 7076 (DLC) (MHD), related to *United States v. ASCAP*, 41 Civ. 1395 (DLC)

Dear Judge Cote:

I write on behalf of Ericsson Inc., joined by counsel for ASCAP. We enclose herewith the resubmitted documents re-marked as requested by the Court's October 26, 2009 endorsement Order, as further discussed in today's conference call with the Court. The documents enclosed are Ericsson Inc.'s Interim License Fee Response and Proposal and Elgin Declaration Exhibits 40-43 and 55.

Under Your Honor's two-step process for addressing third-party claims of confidentiality, ASCAP and Ericsson are able to identify several third parties that are likely to have an interest in information that has now been unredacted and who may wish to be heard on the issue of confidentiality. These parties are BMI, Rovi Corp (formerly Muze/Macrovision), EMI Music, Sony BMG Music, Warner Music Group, Universal Music Group, EMI Music Publishing, Warner/Chappell Music Publishing, Sony/ATV Music Publishing and Universal Music Publishing.

Very truly yours,

Bruce G. Joseph /MJA

Bruce G. Joseph

*Counsel for Ericsson Inc.*

cc:    Counsel of Record

*The proposed redactions are approved. Any requests by third parties for additional redactions should be submitted by 11/23/09.*

*Denise Cote*
*Nov. 9, 2009*