Cote/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (VOLUNTEER BROADCASTING OF ILLINOIS, INC.) | 09 Civ. 7759 (DLC) |
| Related to | |
| UNITED STATES OF AMERICA, Plaintiff, v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, Defendant. | 41 Civ. 1395 (DLC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/09__

~~[PROPOSED]~~ DEFAULT JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' Motion to Enforce this Court's October 15, 2004 Final Order is granted, and default judgment is hereby entered against Volunteer Broadcasting of Illinois, Inc. in the amount of $36,871.98 with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: __November 13, 2009__

_____
Hon. Denise L. Cote
United States District Judge