UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(THREE STATES BROADCASTING CO.)

09 Civ. 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

41 Civ. 1395 ~~(DLC)~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

~~[PROPOSED]~~ DEFAULT JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' Motion to Enforce this Court's October 15, 2004 Final Order is granted, and default judgment is hereby entered against Three States Broadcasting Co. in the amount of $22,234.86, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: November 13, 2009

Hon. Denise L. Cote
United States District Judge