```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    09 Civ. 7075
IN RE APPLICATION OF CBS RADIO, INC.    :    (DLC)(MHD)
                                        :
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :      ORDER
UNITED STATES OF AMERICA,               :
                         Plaintiff      :
           v.                           :    41 Civ. 1395
                                        :      (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

DENISE COTE, District Judge:

By letter dated November 6, 2009, the American Society of Composers, Authors, and Publishers ("ASCAP") requested the opportunity at the November 30, 2009 conference in this matter to "perform a live demonstration of the services at issue." Accordingly, it is hereby

ORDERED that ASCAP's November 6, 2009 request to perform a live demonstration at the November 30, 2009 conference is granted.

IT IS FURTHER ORDERED that CBS Radio, Inc. may also perform its own live demonstration at the November 30 conference if it so wishes.

SO ORDERED:

Dated:   New York, New York
         November 16, 2009

                                   _____
                                          DENISE COTE
                                   United States District Judge