UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF ERICSSON, INC.     :    09 Civ. 7076
                                        :    (DLC)(MHD)
----------------------------------------:
Related to                              :    ORDER
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff       :
            v.                          :    41 Civ. 1395
                                        :    (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

     On September 8, 2009, ASCAP filed its interim fee license

proposal, which became fully briefed on October 23.  In

Ericsson's October 8 interim fee response and proposal, it

argues in the first four lines at the top of page 3, and in the

last four lines at the bottom of page 4 that it would be

inappropriate for the Court to set an interim fee in this case.

Accordingly, it is hereby

     ORDERED that parties shall arrange a telephone conference

by Thursday, November 19, 2009 to inform the Court whether they

consent to converting this motion for interim fees into a motion for a final determination of reasonable license fees.

    SO ORDERED:

Dated:    New York, New York
           November 16, 2009

                                            DENISE COTE
                                United States District Judge