# FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

111 HUNTINGTON AVENUE
BOSTON, MASSACHUSETTS 02199
617.342.4000 TEL
617.342.4001 FAX
www.foley.com

WRITER'S DIRECT LINE
617.342.4031
rbeck@foley.com


NOV 18 2009
DENISE COTE

November 17, 2009

**VIA HAND DELIVERY**

Honorable Denise L. Cote
United States District Court
  for the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 11B
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/18/09

**MEMO ENDORSED**

Re:   U.S.A. v. A.S.C.A.P., et al.
      Case Number: 1:41-cv-1395

Dear Judge Cote:

At the suggestion of the ECF docket clerk, I am writing to Your Honor to request that my name be removed from the case list. One of the consolidated cases is a matter that I was local counsel on many years ago, and which settled back in 2003. My client was AEI, and the stipulation was entered on March 13, 2003, when this matter was before the late Judge William ~~Colloner~~ [Conner]. (I would have provided a copy of the Stipulation for Your Honor's convenience, but I do not have a copy of it, as this matter was resolved while I was at a prior law firm, and I do not have the records.)

Given the above, I would be most appreciative if I could be removed from any further notices and proceedings in this matter.

Respectfully,

Russell Beck

RB/ar

Granted.
/s/ Denise Cote
Nov. 18, 2009

BOSTON         LOS ANGELES    SACRAMENTO        TALLAHASSEE
BRUSSELS       MADISON        SAN DIEGO         TAMPA
CHICAGO        MILWAUKEE      SAN DIEGO/DEL MAR TOKYO
DETROIT        NEW YORK       SAN FRANCISCO     WASHINGTON, D.C.
JACKSONVILLE   ORLANDO        SILICON VALLEY