# Lovells

Lovells LLP
590 Madison Avenue
New York NY 10022
T +1 212 909 0600
F +1 212 909 0660

November 18, 2009

NOV 19 2009

BY HAND

Direct line +1 212 909 0678
david.leichtman@lovells.com

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09
```

RE: IN RE APPLICATION OF CBS RADIO, INC., 09 CIV. 7075, RELATED TO UNITED STATES V. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS, 41 CIV. 1395 (DLC)

Dear Judge Cote:

We represent ASCAP in the above-referenced action. In furtherance of the Court's Order of November 16, 2009, permitting us to make a demonstration at the upcoming November 30th hearing, in accordance with the Court's rules we request that the Court allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom for use during the hearing.

Courtroom Connect is a vendor who has a contract with the District Court for the Southern District of New York to be the exclusive provider of Internet access in the courthouse. Courtroom Connect does not require any court resources to provide service, and installs a network that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily locate the minimal amount of required equipment and cabling to connect to the Internet (e.g., phone line, small router and firewall that can be hidden from sight). This can be done easily, and will be paid for by ASCAP at no cost to the Court. The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's computer networking personnel. Sumit Chatterjee (phone: 650-814-5776) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like.

We are advised that we just need the Court to "so order" this letter in order for us to proceed. We would anticipate sending an additional letter next week concerning the other equipment once we have had the opportunity to confer with counsel for CBS Radio, but we have been advised that the Internet aspect needs to occur quickly.

*Granted.*
*Denise Cote*
*Nov. 19, 2009*

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw     Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

Sincerely,

David Leichtman

cc:	Richard Reimer, Esq., Christine Pepe, Esq.
	Hillel I. Parness, Esq., Laural S. Boone, Esq.
	Bruce Rich, Esq., Heather R. Solow, Esq.