CUTE, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Application of<br><br>YOUTUBE, LLC,<br><br>      Applicant,<br><br>for the Determination of Reasonable License Fees.<br><br>Related to<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>      Defendant. | Case No. 09 Civ. 7073 (DLC)<br><br><br><br><br>Case No. 41 Civ. 1395 (DLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/25/09 |

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

    Please enter the withdrawal of Christopher J. Glancy, I. Fred Koenigsberg, and Stefan M. Mentzer of White & Case LLP as counsel of record in this case for the American Society of Composers, Authors and Publishers.

Dated: New York, New York
       November 24, 2009

WHITE & CASE LLP

By: _____
   Christopher J. Glancy (CG 1120)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

SO ORDERED:

_____
U.S.D.J.

November 25, 2009

NEWYORK 7415742 (2K)