UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE APPLICATION OF POST-NEWSWEEK STATIONS, INC., ET AL. (SOUTHERN TV CORPORATION) | 09 CV 7959 (DLC)(MHD) |
|---|---|
| Related to<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　　　　　　　　Defendant. | 41 CV 1395 (DLC)(MHD) |

12/3/09



NOV 2 - 2009

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order against Southern TV Corporation ("Southern"), the Proposed Order, the Declaration of Ray Schwind dated October 27, 2009, and exhibits attached thereto, and all prior proceedings herein, the American Society of Composers, Authors and Publishers ("ASCAP") will move this Court, before U.S. Magistrate Judge Michael H. Dolinger, at the United Stated Courthouse, 500 Pearl Street, New York, New York 10007, for an order enforcing this Court's November 17, 2004 Order and for entry of Judgment against Southern for all fees due and owing to ASCAP under the Local Station Blanket Television License, and such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, should Southern wish to respond to ASCAP's motion, Southern's response should be filed and served within

ENDORSED ORDER

Motion granted in the absence of any opposition by Southern TV Corporation. ASCAP should submit an appropriate order.

/s/ USMJ  12/3/09

thirty (30) days of service on Southern of ASCAP's Motion, and ASCAP's reply shall be filed and served within fifteen (15) days of service upon ASCAP of Southern's response.

Dated: New York, New York  PAUL, WEISS, RIFKIND, WHARTON &
October 27, 2009            GARRISON LLP

                     By /s/ Kristy Tillman
                     Jay Cohen
                     Lynn B. Bayard
                     Kristy M. Tillman
                     1285 Avenue of the Americas
                     New York, New York 10019-6064
                     Phone: (212) 373-3054
                     Fax: (212) 492-0054
                     Email: jcohen@paulweiss.com;
                     lbayard@paulweiss.com; ktillman@paulweiss.com

                     Richard H. Reimer
                     Christine A. Pepe
                     One Lincoln Plaza
                     New York, New York 10023
                     Phone: (212) 621-6200
                     Fax: (212) 787-1381
                     Email:rreimer@ascap.com; cpepe@ascap.com

                     *Attorneys for the American Society of Composers,*
                     *Authors and Publishers*