Dolinger MHD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF POST-NEWSWEEK
STATIONS, INC., ET AL.
(SOUTHERN TV CORPORATION)

09 CV 7959 (DLC)(MHD)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

41 CV 1395 (DLC)(MHD)

12/3/09

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's November 17, 2004 Final Order is granted, and judgment shall be entered against Southern TV Corporation, in the amount of [$38,366.38] with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: 12/3/09

Michael H. Dolinger
United States Magistrate Judge