UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC, ET AL.
(SHERIDAN BROADCASTING CORP. ET AL.)

09 Civ. 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                    Plaintiff,

            v.

41 Civ. 1395 (DLC)

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

## SO-ORDERED STIPULATION OF ADJOURNMENT

WHEREAS, on November 24, 2009, the Court ordered Sheridan Broadcasting Corporation, McL/McM Alabama, LLC, McL/McM New York, LLC, McL/McM Pennsylvania, LLC, and McL/McM Georgia, LLC (collectively "Sheridan") to show cause at a hearing on December 11, 2009 at noon why an order should not be entered granting the American Society of Composers, Authors and Publishers' ("ASCAP") motion to enforce the Court's October 15, 2004 Final Order and entering default judgment against Sheridan in the total amount of $164,772.24;

WHEREAS, ASCAP has advised the Court of Sheridan's request to adjourn the December 11, 2009 hearing;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that the December 11, 2009 hearing is adjourned until January 2~~2~~ 29, 2010 at noon.

Dec. 9, 2009

Dated: New York, New York  
December 9, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By /s/ Jay Cohen
Jay Cohen  
Lynn B. Bayard  
Kristy M. Tillman  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Phone: (212) 373-3054  
Fax: (212) 492-0054  
Email: jaycohen@paulweiss.com;  
lbayard@paulweiss.com; ktillman@paulweiss.com

Richard H. Reimer  
Christine A. Pepe  
One Lincoln Plaza  
New York, New York 10023  
Phone: (212) 621-6200  
Fax: (212) 787-1381  
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*

WEISS & HILLER, PC

By /s/ Amy P. Slotnick
Michael S. Hiller  
Amy P. Slotnick  
600 Madison Avenue  
New York, New York 10022  
Phone: (212) 319-4000  
Fax: 212) 753-4530  
Email: mhiller@weisshiller.com;  
aslotnick@weisshiller.com

*Attorneys for Sheridan*

SO ORDERED: _____  
U.S.D.J.