UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(WEST ALABAMA RADIO, INC.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
       Plaintiff,

v.

41 CV 1395 (DLC)

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and West Alabama Radio, Inc. ("West Alabama") have entered into a settlement agreement pursuant to which the parties have consented to the entry of judgment; and

WHEREAS, ASCAP has applied to the Court for entry of judgment pursuant to the terms of the settlement agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's Application for Entry of Judgment against West Alabama Radio, Inc. is granted, and judgment is hereby entered against West Alabama Radio, Inc. in the amount of $38,402.10, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

*[signature]*
December 9, 2009

Dated: _____  _____
        New York, New York                      Denise Cote
                                        United States District Judge