```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE APPLICATION OF ERICSSON, INC.      :   09 Civ. 7076
                                         :      (DLC)(MHD)
-----------------------------------------:
Related to                               :   ORDER
                                         :
UNITED STATES OF AMERICA,                :
                         Plaintiff       :
          v.                             :   41 Civ. 1395
                                         :      (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the parties' and third-parties' letters of December 3, 2009 through December 8, 2009, it is hereby

ORDERED that ASCAP's request to avoid filing papers served in connection with its interim license fee proposal is denied.

IT IS FURTHER ORDERED that parties shall redact items identified by third-parties in these letters, file their redacted papers with the Clerk of Court, and present the relevant unredacted pages to the Court to be filed under seal.

SO ORDERED:

Dated:   New York, New York
         December 15, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/09