DOC # 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re Application of

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

---

Related to

UNITED STATES OF AMERICA,

   Plaintiff,

 - against -

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

   Defendant.

---

09 Civ. 7074 (DLC) (MHD)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/10
```

41 Civ. 1395 (DLC)



Granted.
[signature]
Jan 21, 2009

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel, a member in good standing of the Bar of this Court, hereby moves this Court for an Order allowing the admission pro hac vice of:

   KARYN K. ABLIN
   **WILEY REIN LLP**
   1776 K Street NW
   Washington, DC 20006
   Tel: (202) 719-7000
   Fax: (202) 719-7207
   Email: kablin@wileyrein.com

- 2 -

Karyn K. Ablin is a member in good standing of the Virginia State Bar and the Bar of the District of Columbia. There are no pending disciplinary proceedings against Karyn K. Ablin in any State or Federal court.

Dated: January 5, 2010  
       Washington, DC

Respectfully submitted,

Andrew G. McBride (AM 1966)  
**WILEY REIN LLP**  
1776 K Street NW  
Washington, DC 20006  
Tel: (202) 719-7000  
Fax: (202) 719-7207  
amcbride@wileyrein.com

*Attorney for Cellco Partnership d/b/a Verizon Wireless*