USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (DAVID PAPPAJOHN)       :      09 Civ. 7759
                                        :      (DLC)(MHD)
----------------------------------------:
Related to                              :      ORDER
                                        :
UNITED STATES OF AMERICA,               :
                          Plaintiff    :
           v.                           :      41 Civ. 1395
                                        :      (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                          Defendant.    :
                                        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   ASCAP having applied for entry of judgment against David Pappajohn for failure to pay license fees in accordance with the parties' settlement agreement in the amount of $22,442.10, and having given David Pappajohn until January 21, 2010, to respond, it is hereby

   ORDERED that in the event that David Pappajohn does not consent to entry of judgment by February 5, 2010, the parties are required to appear at a hearing before the Court on March 5, 2010 at 10:00 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due February 19, 2010.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on David Pappajohn.

SO ORDERED:

Dated:   New York, New York
         January 21, 2010

                                    _____
                                         DENISE COTE
                                    United States District Judge