UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
IN RE APPLICATION OF HICKS BROADCASTING    :
OF INDIANA, LLC (RANDOLPH BROADCASTING     :    09 Civ. 7759
INC., et al.)                              :    (DLC)(MHD)
                                           :
-------------------------------------------:    ORDER
Related to                                 :
                                           :
UNITED STATES OF AMERICA,                  :
                         Plaintiff         :    41 Civ. 1395
           v.                              :    (DLC)
                                           :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :
AND PUBLISHERS,                            :
                         Defendant.        :
                                           :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21

DENISE COTE, District Judge:

ASCAP having applied for entry of judgment against Randolph Broadcasting, Inc. and Edward Swicegood II for failure to pay license fees in accordance with the parties' settlement agreement in the amount of $20,638.32, and having given Randolph Broadcasting, Inc. and Edward Swicegood II until January 4, 2010, to respond, it is hereby

ORDERED that in the event that Randolph Broadcasting, Inc. and Edward Swicegood II do not consent to entry of judgment by January 22, 2010, the parties are required to appear at a hearing before the Court on February 19, 2010 at 11:30 a.m. at the United States Courthouse, 500 Pearl Street, New York, New

York, in Courtroom 11B.  Any papers in response are due February 5, 2010.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Randolph Broadcasting, Inc. and Edward Swicegood II.

SO ORDERED:

Dated:   New York, New York
         January 21, 2010

                                      _____
                                              DENISE COTE
                                      United States District Judge

2