```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/10
```

| | |
|---|---|
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC, ET AL. (SHERIDAN BROADCASTING CORP. ET AL.) | 09 Civ. 7759 (DLC) |
| Related to | |
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　　　　　　　Defendant. | 41 Civ. 1395 (DLC) |

### STIPULATION OF ADJOURNMENT

WHEREAS, on November 24, 2009, the Court ordered Sheridan Broadcasting Corporation, McL/McM Alabama, LLC, McL/McM New York, LLC, McL/McM Pennsylvania, LLC, and McL/McM Georgia, LLC (collectively "Sheridan") to show cause at a hearing on December 11, 2009 at noon why an order should not be entered granting the American Society of Composers, Authors and Publishers' ("ASCAP") motion to enforce the Court's October 15, 2004 Final Order and entering default judgment against Sheridan in the total amount of $164,772.24; and

WHEREAS, the hearing was subsequently adjourned to January 29, 2010; and

WHEREAS, ASCAP has advised the Court of Sheridan's request to adjourn the January 29, 2010 hearing;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that the January 29, 2010 hearing is adjourned until February 5, 2010 at noon. There shall be no further adjournment.

*[signature]*
January 28, 2010

Dated: New York, New York  PAUL, WEISS, RIFKIND, WHARTON &
January 27, 2010  GARRISON LLP

By _____
Jay Cohen
Lynn B. Bayard
Kristy M. Tillman
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Fax: (212) 492-0054
Email: jaycohen@paulweiss.com;
lbayard@paulweiss.com; ktillman@paulweiss.com

Richard H. Reimer
Christine A. Pepe
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*

WEISS & HILLER, PC

By _____
Michael S. Hiller
David P. Rubinstein
600 Madison Avenue
New York, New York 10022
Phone: (212) 319-4000
Fax: 212) 753-4530
Email: mhiller@weisshiller.com;
drubinstein@weisshiller.com

*Attorneys for Sheridan*

SO ORDERED: _____
U.S.D.J.

2