```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (SHERIDAN BROADCASTING  :    09 Civ. 7759
CORP. et al.)                           :    (DLC)(MHD)
                                        :
----------------------------------------:    ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                         Plaintiff      :    41 Civ. 1395
            v.                          :    (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                         Defendant.     :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Order to Show Cause returnable on February 5, 2010 at noon will now be returnable on February 11, 2010 at noon, at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Sheridan Broadcasting Corp.

SO ORDERED:

Dated:   New York, New York
         February 4, 2010

                                  _____
                                       DENISE COTE
                                  United States District Judge