USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10

Cote/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(SHERIDAN BROADCASTING CORP. ET
AL.)

09 Civ. 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
            Plaintiff,

    v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
            Defendant.

41 Civ. 1395 (DLC)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the American Society of Composers, Authors and Publishers ("ASCAP"), and Sheridan Broadcasting Corp., McL/McM Alabama, LLC, McL/McM New York, LLC, McL/McM Pennsylvania, LLC, and McL/McM Georgia, LLC (collectively "Sheridan"), by their undersigned attorneys, as follows:

(1)  The parties have reached a settlement concerning past due amounts claimed owed by Sheridan to ASCAP and have executed an agreement setting forth the terms and conditions of their settlement ("Settlement Agreement"); and

(2)  ASCAP hereby withdraws without prejudice its motion to enforce the Court's October 15, 2004 Final Order against Sheridan.

So ordered.
Denise Cote
Feby 8, 2010

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By _____<br>Jay Cohen<br>Lynn B. Bayard<br>Kristy Tillman<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Phone: (212) 373-3054<br>Email: jcohen@paulweiss.com;<br>lbayard@paulweiss.com;<br>ktillman@paulweiss.com<br><br>and<br><br>Richard H. Reimer<br>Christine A. Pepe<br>One Lincoln Plaza<br>New York, New York 10023<br>Phone: (212) 621-6200<br>Fax: (212) 787-1381<br>Email: rreimer@ascap.com;<br>cpepe@ascap.com<br><br>*Attorneys for the American Society of Composers, Authors and Publishers* | WEISS & HILLER, PC<br><br>By _____<br>Michael S. Hiller (MH 9871)<br>600 Madison Avenue<br>New York, New York 10022<br>Phone: (212) 319-4000<br>Email: mhiller@weisshiller.com<br><br>*Attorneys for Sheridan* |

So Ordered:

_____
Denise Cote
United States District Judge

Dated:

_____, 2010
New York, New York