USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(DAVID PAPPAJOHN)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

41 CV 1395 (DLC)

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and David Pappajohn ("Pappjohn") have entered into a settlement agreement pursuant to which the parties have consented to the entry of judgment; and

WHEREAS, ASCAP has applied to the Court for entry of judgment pursuant to the terms of the settlement agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's Application for Entry of Judgment against David Pappajohn is granted, and judgment is hereby entered against David Pappajohn in the amount of $22,442.10, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

So ordered.

*[signature]*

February 8, 2010

Dated: _____
         New York, New York

                                        Denise Cote
                                 United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: 2/4/10

AMERICAN SOCIETY OF
COMPOSERS, AUTHORS AND
PUBLISHERS

By: _____
Richard H. Reimer
Christine A. Pepe
Attorneys for ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381

Dated: 2-1-10

DAVID PAPPAJOHN

By: _____
David Pappajohn, Owner KBYG-AM
2801 Wasson Dr.
Big Spring, TX 79720
Phone: (432) 263-6351