USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (BURGESS BROADCASTING :      09 Civ. 7759
CORP.)                               :       (DLC)(MHD)
                                     :
-------------------------------------:       ORDER
Related to                           :
                                     :
UNITED STATES OF AMERICA,            :
                         Plaintiff   :       41 Civ. 1395
           v.                        :       (DLC)
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                         Defendant.  :
                                     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order against Burgess Broadcasting Corporation ("Burgess") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $30,206.48, and having given Burgess until **March 8, 2010**, to respond, it is hereby

ORDERED that in the event that Burgess does not consent to entry of judgment by **March 19, 2010**, the parties are required to appear at a hearing before the Court on **April 16, 2010** at **11:00 a.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due **April 2**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Burgess.

SO ORDERED:

Dated:   New York, New York
         February 9, 2010

                                    _____
                                         DENISE COTE
                                    United States District Judge

2