UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

        Defendant.

Civil Action No. 41-cv-1395 (DLC)

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for American Society of Composers, Authors and Publishers.

    I certify that I am admitted to practice in this Court.

_2/11/10_
Date

Oren D. Langer (OL-5962)
Robins, Kaplan, Miller & Ciresi L.L.P.
499 Park Avenue, Suite 1200
New York, New York 10022
Tel.: 212.980.7400
Fax: 212.980.7499
odlanger@rkmc.com