UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

      Defendant.

Civil Action No. 41-cv-1395 (DLC)

## NOTICE OF CHANGE OF ADDRESS

■   I have cases pending     ☐   I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Christine A. Pepe</u>

- ■ Attorney

    - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: CP-5688. My State Bar Number is 3046521.

    - ☐ I am a *Pro Hac Vice* attorney

    - ☐ I am a Government Agency attorney

- ■ Law Firm/Government Agency Association

    From: <u>McDermott, Will & Emery</u>

    To:   <u>American Society of Composers, Authors and Publishers</u>

    - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

1

- Address: One Lincoln Plaza
  New York, New York 10023

- Telephone No.: 212.621.6200

- Fax No.: 212.787.1381

- E-Mail Address: cpepe@ascap.com

Dated: 2-16-2010

*Christine A. Pepe*
ATTORNEY'S SIGNATURE