USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (RANDOLPH BROADCASTING, INC., ET AL.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                          Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
                          Defendant.

41 CV 1395 (DLC)

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and Randolph Broadcasting, Inc. ("Randolph Broadcasting") and Edward D. Swicegood II have entered into a settlement agreement pursuant to which the parties have consented to the entry of judgment; and

WHEREAS, ASCAP has applied to the Court for entry of judgment pursuant to the terms of the settlement agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's Application for Entry of Judgment against Randolph Broadcasting and Edward D. Swicegood II is granted, and judgment is hereby entered against Randolph Broadcasting and Edward D. Swicegood II, jointly and severally, in the amount of $21,316.29, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

The Clerk of Court shall not close the case.

So ordered.

[signature]
February 18, 2010

Dated: _____  
       New York, New York

                                         Denise Cote  
                                 United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: 2/17/10                        Dated: 2·17·10

AMERICAN SOCIETY OF  
COMPOSERS, AUTHORS AND        RANDOLPH BROADCSATING, INC  
PUBLISHERS

By: _____        By: _____  
Richard H. Reimer                           Edward D. Swicegood II, President  
Christine A. Pepe                             1119 Eastview Drive  
Attorneys for ASCAP                      Asheboro, NC 27203  
One Lincoln Plaza  
New York, New York 10023  
Phone: (212) 621-6261  
Fax: (212) 787-1381                          EDWARD D. SWICEGOOD II

                                                 _____  
                                                 1119 Eastview Drive  
                                                 Asheboro, NC 27203

                                                 THIS DOCUMENT WAS ENTERED  
                                                 ON THE DOCKET ON _____