UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

              Defendant.

Civil Action No. 41-cv-1395 (DLC)

### NOTICE OF CHANGE OF ADDRESS

■    I have cases pending       ☐    I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>David Leichtman</u>

- ■ Attorney

  - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: DL-7233. My State Bar Number is: 2824480.

  - ☐ I am a *Pro Hac Vice* attorney

  - ☐ I am a Government Agency attorney

- ■ Law Firm/Government Agency Association

  From: <u>Lovells LLP</u>

  To:    <u>Robins, Kaplan, Miller & Ciresi L.L.P.</u>

  - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

1

- Address: 499 Park Avenue, Suite 1200, New York, New York 10022
- Telephone No.: 212.980.7400
- Fax No.: 212.980.7499
- E-Mail Address: dleichtman@rkmc.com

Dated: 2/18/10

*David Leichtman*
ATTORNEY'S SIGNATURE