UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
╔════════════════════════════╗
║ USDC SDNY                   ║
║ DOCUMENT                    ║
║ ELECTRONICALLY FILED        ║
║ DOC #: _____            ║
║ DATE FILED: 2/18/10         ║
╚════════════════════════════╝
```

In the Matter of the Application for the
Determination of Interim License Fees for

THE CROMWELL GROUP, INC. AND
AFFILILATES, et al.

Related to

No. 10 CV 167 (DLC) (MHD)

**STIPULATION AND
[PROPOSED] PRETRIAL
SCHEDULING ORDER**

UNITED STATES OF AMERICA
            Plaintiff,

                    v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

            Defendant.

No. 41 CV 1395 (DLC) (MHD)

WHEREAS, on January 8, 2010, the American Society of Composers,

Authors and Publishers ("ASCAP") and The Cromwell Group, Inc. and Affiliates,

("Cromwell") filed a joint application for the determination of interim license fees; and

WHEREAS the parties have conferred regarding the schedule for the

expeditious determination of interim license fees,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND

AGREE AS FOLLOWS:

1.      The parties shall file their initial papers in support of their respective

positions concerning interim license fees by **February 26, 2010**.

2.      The parties shall file reply papers in support of their respective positions

concerning interim license fees by **March 29, 2010**.

3.      Cromwell reserves the right to seek discovery following the filing of the

initial interim fee papers and to request an extension of time to file reply papers if

warranted by the discovery it seeks.  ASCAP reserves the right to oppose such

discovery and any request for an extension of time.

4.      Argument on the determination of interim license fees shall be held on

, 2010

Dated: ⟨handwritten⟩
New York, New York

So ordered.
⟨signature⟩
Feb 18, 2010

By _____
    Jay Cohen
    Lynn B. Bayard
    Jacqueline P. Rubin
    Kristy M. Tillman
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Phone: (212) 373-3163
    Email: jaycohen@paulweiss.com;
    lbayard@paulweiss.com; jrubin@paulweiss.com;
    ktillman@paulweiss.com

                    -and-

    Richard H. Reimer
    Sam Mosenkis
    Christine A. Pepe
    American Society of Composers, Authors and
    Publishers
    One Lincoln Plaza
    New York, New York 10023
    Phone: (212) 621-6200
    Fax: (212) 787-1381
    Email: rreimer@ascap.com;
            smosenkis@ascap.com;
            cpepe@ascap.com

    *Attorneys for the American Society of Composers,*
    *Authors and Publishers*

Dated: 2/1/Y/10

New York, New York

By R. Bruce Rich

R. Bruce Rich
Jonathan Bloom
Heather R. Solow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000
Email: bruce.rich@weil.com;
jonathan.bloom@weil.com;
heather.solow@weil.com

*Attorneys for the Radio Music License Committee
and The Cromwell Group, Inc. and Affiliates, et al.*

Dated: _____

New York, New York

SO ORDERED.

_____

Denise L. Cote
United States District Judge