UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF MOBITV INC. f/k/a IDETIC, INC.

*Related to*

UNITED STATES OF AMERICA,

Plaintiff,

*v.*

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

Defendant.

Civil Action No. 09-7071 (DLC) (MHD)

Civil Action No. 41-1395 (DLC) (MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

FEB 19 2010

FILED
U.S. DISTRICT COURT
2010 FEB 19 AM 11:12
S.D. OF N.Y.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Kenneth Steinthal, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

MATTHEW L. REAGAN
Greenberg Traurig, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Phone: (415) 655-1316
Fax: (415) 707-2010
Email Address: reaganma@gtlaw.com

MATTHEW L. REAGAN is a member in good standing of the Bar of the States of the State Bar of California. There are no pending disciplinary proceeding against Matthew Reagan in any State or Federal court.

Dated: February 16, 2010
San Francisco, California

Respectfully submitted,

Kenneth L. Steinthal

SDNY Bar No. KS7897
Greenberg Traurig, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Phone: 415-655-1300
Fax: 415-707-2010
steinthal@gtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON Feb. 18, 2010 a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, Declaration of Kenneth Steinthal in Support of Motion to Admit Counsel Pro Hac Vicem and Order for Admission Pro Hac Vice on Written Motion was served upon the following individuals in the manner(s) indicated below::

By U.S. Mail, First Class Postage Prepaid:

David Leichtman
ROBINS, KAPLAN, MILLER & CIRESI LLP
499 Park Avenue
Suite 1200
New York, New York 10022
*Counsel for ASCAP*

Richard Reimer
ASCAP
One Lincoln Plaza,
New York, New York 10023
*Counsel for ASCAP*

Tina Bishop
Greenberg Traurig, LLP



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***MATTHEW LYONS REAGAN***

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that MATTHEW LYONS REAGAN was on the 2nd day of December 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 26th day of January, 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: Cynthia B Nash
*Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF MOBITV INC. f/k/a IDETIC, INC. | Civil Action No. 09-7071 (DLC) (MHD) |
| *Related to*<br>UNITED STATES OF AMERICA,<br>Plaintiff,<br>*v.*<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | Civil Action No. 41-1395 (DLC) (MHD)<br>**DECLARATION OF KENNETH STEINTHAL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

1. I am Shareholder at Greenberg Traurig LLP in San Francisco, California, counsel for applicant MobiTV, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of MobiTV's motion to admit Matthew L. Reagan as counsel pro hac vice to represent MobiTV in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Matthew Reagan since June 1, 2007.
4. Mr. Reagan is an attorney at Greenberg Traurig LLP in San Francisco, California.
5. I I have found Mr. Reagan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Matthew Reagan pro hac vice.

7. I respectfully submit a proposed order granting the admission of Matthew Reagan, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Matthew Reagan pro hac vice, to represent MobiTV in the above captioned matter, be granted.

I, Kenneth L. Steinthal, declare under penalty of perjury that the foregoing is true and correct..

Executed on: February 16, 2010
San Francisco, California

Respectfully submitted,

Kenneth L. Steinthal
SDNY Bar No. KS7897
Greenberg Traurig, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Phone: 415-655-1300
Fax: 415-707-2010
steinthal@gtlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE APPLICATION OF MOBITV INC. f/k/a IDETIC, INC.

Civil Action No. 09-7071 (DLC) (MHD)

*Related to*

UNITED STATES OF AMERICA,

Plaintiff,

*v.*

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

Defendant.

Civil Action No. 41-1395 (DLC) (MHD)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion Kenneth Steinthal and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Matthew Reagan
Firm Name: Greenberg Traurig, LLP
Address: 153 Townsend St., 8th Floor
City/State/Zip: San Francisco, CA 94107
Telephone: (415) 655-1316
Fax: (415) 707-2010
Email Address: reaganma@gtlaw.com

is admitted to practice pro hac vice as counsel for MobiTV, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date:
New York, New York

Hon. Denise L. Cote
United States District Judge