UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/10

| | |
|---|---|
| IN RE APPLICATION OF POST-NEWSWEEK STATIONS, INC., ET AL. (WYDC, INC., ET AL.) | 09 CV 7959 (DLC)(MHD) #09, 2/4/6 |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                          Plaintiff,<br>v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                          Defendant. | 41 CV 1395 (DLC)(MHD) |

## SATISFACTION OF JUDGMENT

    WHEREAS, a judgment was entered in the above action on November 5, 2009, in favor of the American Society of Composers, Authors, and Publishers ("ASCAP"), and against WYDC, Inc. and Vision Communications, LLC ("Vision"), in the amount of $28,257.19, with post-judgment interest to be calculated as provided for by 28 U.S.C. §1961, commencing on November 5, 2009, until paid, and said judgment with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment against Vision.

| | |
|---|---|
| Dated: New York, New York<br>February 24, 2010 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br><br>By _____<br>Jay Cohen<br>Lynn B. Bayard<br>Kristy Tillman<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Phone: (212) 373-3054<br>Email: jaycohen@paulweiss.com;<br>       lbayard@paulweiss.com;<br>       ktillman@paulweiss.com<br><br>Richard H. Reimer<br>Christine A. Pepe<br>One Lincoln Plaza<br>New York, New York 10023<br>Phone: (212) 621-6200<br>Fax: (212) 787-1381<br>Email: rreimer@ascap.com;<br>       cpepe@ascap.com<br><br>*Attorneys for the American Society of Composers,<br>Authors and Publishers* |