UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF AT&T MOBILITY LLC | 09 Civ. 7072 (DLC) (MHD) |
| | ECF CASE |
| Related to | |
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | 41 Civ. 1395 (DLC) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Hillel I. Parness, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Mary E. Kiedrowski
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Fax: 612-339-4181

Mary E. Kiedrowski is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Ms. Kiedrowski in any State or Federal court.

Dated: March 1, 2010
New York, New York

Respectfully submitted,

_/s/ Hillel I. Parness_
Hillel I. Parness (HP 1638)
Robins, Kaplan, Miller & Ciresi L.L.P.
499 Park Avenue, Suite 1200
New York, New York 10022
Telephone: 212-980-7400
Fax: 212-980-7499

75200805.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF AT&T MOBILITY LLC<br><br>Related to<br><br>UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff<br>　v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　　　Defendant. | 09 Civ. 7072 (DLC) (MHD)<br><br>ECF CASE<br><br><br>41 Civ. 1395 (DLC) |

## DECLARATION OF HILLEL I. PARNESS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

1. I am a partner at Robins, Kaplan, Miller & Ciresi L.L.P., counsel for American Society of Composers, Authors and Publishers in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of American Society of Composers, Authors and Publishers's motion to admit Mary E. Kiedrowski as counsel pro hac vice to represent it in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Mary E. Kiedrowski since January 2010.

4. Mary E. Kiedrowski is an associate at Robins, Kaplan, Miller & Ciresi L.L.P. in Minneapolis, Minnesota.

5. I have found Mary E. Kiedrowski to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mary E. Kiedrowski, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mary E. Kiedrowski, pro hac vice, which is attached hereto as Exhibit A.

75200803.1

WHEREFORE, it is respectfully requested that the motion to admit Mary E. Kiedrowski, pro hac vice, to represent American Society of Composers, Authors and Publishers in the above captioned matter, be granted.

I, Hillel I. Parness, declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2010

New York, New York

Respectfully submitted,

_____
Hillel I. Parness
(HP 1638)

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MARY ELIZABETH KIEDROWSKI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2005

Given under my hand and seal of this court on

February 23, 2010

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF AT&T MOBILITY LLC | 09 Civ. 7072 (DLC) (MHD)<br><br>ECF CASE |
| Related to<br><br>UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | 41 Civ. 1395 (DLC) |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Hillel I. Parness attorney for American Society of Composers, Authors and Publishers and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

> Mary E. Kiedrowski
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 800 LaSalle Avenue, Suite 2800
> Minneapolis, MN  55402
> Telephone: 612-349-8500
> Fax: 612-339-4181
> mekiedrowski@rkmc.com

is admitted to practice pro hac vice as counsel for American Society of Composers, Authors and Publishers in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

75200802.1

Dated:

New York, New York

                                                                           _____
Denise L. Cote
United State District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF AT&T MOBILITY LLC | 09 Civ. 7072 (DLC) (MHD)<br><br>ECF CASE |
| Related to<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br>　v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　　　　　　Defendant. | 41 Civ. 1395 (DLC) |

## PROOF OF SERVICE

　　I hereby certify that on March 1, 2010, I caused true and correct copies of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE, DECLARATION OF HILLEL I. PARNESS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** to be served by Federal Express delivery on the following:

James A. Trigg, Esq.
Joseph M. Beck, Esq.
W. Andrew Pequignot, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530

Joseph Petersen, Esq.
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hillel I. Parness

75200801.1
3/1/10