```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF APPLE, INC.        :    09 Civ. 7077
                                        :    (DLC)(MHD)
----------------------------------------:
Related to                              :    ORDER
                                        :
UNITED STATES OF AMERICA,               :    41 Civ. 1395
                    Plaintiff           :    (DLC)
        v.                              :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                    Defendant.          :
                                        :
----------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/4/10 |

DENISE COTE, District Judge:

As established on the record in the conference with the Court on March 3, 2010, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Apple will inform ASCAP in writing by **March 12, 2010** whether it has documents responsive to ASCAP's document requests 22-34 and 39-57.

2. The Rule 30(b)(6) deposition shall take place **April 8, 2010**.

3. Apple's motion for partial summary judgment shall be filed by **April 9, 2010**. Opposition to the motion shall be due **April 30, 2010**. Apple's reply shall be due **May 14, 2010**. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers

by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4. The parties may adjust discovery deadlines on consent, but the **September 17, 2010** date for the Joint Pretrial Order is firm.

SO ORDERED:

Dated:  New York, New York
        March 4, 2010

_____
DENISE COTE
United States District Judge