UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE APPLICATION OF AT&T MOBILITY LLC | 09 Civ. 7072 (DLC) (MHD) |
|---|---|
| | ECF CASE |
| Related to | |
| UNITED STATES OF AMERICA, Plaintiff<br>v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, Defendant. | 41 Civ. 1395 (DLC) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Hillel I. Parness, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Christopher K. Larus
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Fax: 612-339-4181

Christopher K. Larus is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Mr. Larus in any State or Federal court.

Dated: March 1, 2010
New York, New York

Respectfully submitted,

Hillel I. Parness (HP 1638)
Robins, Kaplan, Miller & Ciresi L.L.P.
499 Park Avenue, Suite 1200
New York, New York 10022
Telephone: 212-980-7400
Fax: 212-980-7499

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/10

**MEMO ENDORSED**

75200706.1