**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

#509  (JMB 2/22/10)



FEB 19 2010

---

IN RE APPLICATION OF MOBITV INC. f/k/a IDETIC, INC.

*Related to*

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

        Defendant.

Civil Action No. 09-7071 (DLC) (MHD)

**MEMO ENDORSED**

→Civil Action No. 41-1395 (DLC) (MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10

2010 FEB 19 AM 11:12
S.D.N.Y.
FILED DISTRICT COURT

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Kenneth Steinthal, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    MATTHEW L. REAGAN
    Greenberg Traurig, LLP
    153 Townsend St., 8th Floor
    San Francisco, CA 94107
    Phone: (415) 655-1316
    Fax:   (415) 707-2010
    Email Address: reaganma@gtlaw.com

*Granted - [signature] Feb. 24, 2010*

MATTHEW L. REAGAN is a member in good standing of the Bar of the States of the State Bar of California. There are no pending disciplinary proceeding against Matthew Reagan in any State or Federal court.

Dated: February 16, 2010
       San Francisco, California

                                            Respectfully submitted,

                                            _____
                                            Kenneth L. Steinthal

SDNY Bar No. KS7897
Greenberg Traurig, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Phone: 415-655-1300
Fax: 415-707-2010
steinthal@gtlaw.com