```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                    41 Civ. 1395 (DLC)
                    Plaintiff,
                                    :
         -v-                        :
                                    :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :        PRETRIAL
AND PUBLISHERS,                              SCHEDULING ORDER
                    Defendant.
---------------------------------------:

IN RE APPLICATION OF YOUTUBE, LLC,           09 Civ. 7073 (DLC)
                    Applicant.
----------------------------------------X
```

DENISE COTE, District Judge:

The following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Service by ASCAP of ASCAP's Final Fee Proposal shall be due **April 30, 2010.**

2. Service by YouTube of YouTube's Final Fee Proposal shall be due **May 14, 2010.**

3. All fact discovery must be completed by **June 30, 2010.**

4. Parties' disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **July 29, 2010.** Disclosure of rebuttal expert testimony must occur by **August 31, 2010.**

5. All expert discovery must be completed by **October 12, 2010.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10

    6. The Joint Pretrial Order must be filed by **December 10, 2010.** The December 10, 2010 deadline is firm.

SO ORDERED:

Dated:    New York, New York
            February 24, 2010

                                        DENISE COTE
                            United States District Judge