USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (BESTOV BROADCASTING INC:     09 Civ. 7759
OF PUERTO RICO)                         :     (DLC)(MHD)
                                        :
----------------------------------------:     ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                          Plaintiff     :     41 Civ. 1395
               v.                       :     (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                          Defendant.    :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having applied for entry of judgment against Bestov Broadcasting, Inc. of Puerto Rico ("Bestov") for failure to pay license fees in accordance with the parties' settlement agreement in the amount of $42,922.88, and having given Bestov until April 3, 2010, to respond, it is hereby

ORDERED that in the event that Bestov does not consent to entry of judgment by **April 16, 2010**, the parties are required to appear at a hearing before the Court on **May 7, 2010** at 3:00 p.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.  Any papers in response are due **April 23, 2010**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Bestov.

SO ORDERED:

Dated:   New York, New York
         March 11, 2010

                                    _____
                                           DENISE COTE
                                    United States District Judge