```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF AT&T MOBILITY   :    09 Civ. 7072
                                     :    (DLC)(MHD)
-------------------------------------:
                                     :
IN RE APPLICATION OF CELLCO PARTNERSHIP :  09 Civ. 7074
LLC, d/b/a/ VERIZON WIRELESS         :    (DLC)(MHD)
                                     :
-------------------------------------:
                                     :    09 Civ. 7076
IN RE APPLICATION OF ERICSSON, INC.  :    (DLC)(MHD)
                                     :
-------------------------------------:
                                     :      ORDER
Related to                           :
                                     :
UNITED STATES OF AMERICA,            :
                    Plaintiff        :
          v.                         :    41 Civ. 1395
                                     :    (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Upon the consent of the parties and as stated on the record in the telephone conference of March 8, 2010, it is hereby

ORDERED that the Clerk of Court consolidate the above actions (09 Civ. 7072, 09 Civ. 7074, 09 Civ. 7076) for all



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10



purposes, including trial, under the docket number of the lead case 09 Civ. 7072.

    SO ORDERED:

Dated:    New York, New York
           March 15, 2010

                                        DENISE COTE
                           United States District Judge