```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application for the
Determination of Interim License Fees for

THE CROMWELL GROUP, INC. AND
AFFILIATES, et al.

Related to

UNITED STATES OF AMERICA
           Plaintiff,
v.
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
           Defendant.

No. 10 CV 167 (DLC) (MHD)

**AMENDED STIPULATION AND [PROPOSED] PRETRIAL SCHEDULING ORDER**

No. 41 CV 1395 (DLC) (MHD)

WHEREAS, on January 8, 2010, the American Society of Composers, Authors and Publishers ("ASCAP") and The Cromwell Group, Inc. and Affiliates, ("Cromwell") filed a joint application for the determination of interim license fees;

WHEREAS, on February 18, 2010, a Stipulation and Pretrial Scheduling Order was entered; and

WHEREAS the parties have since re-conferred regarding the schedule for the expeditious determination of interim license fees,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties shall file reply papers in support of their respective positions concerning interim license fees by **April 2, 2010**.

2. Reply papers shall be no more than **20 pages** in length.

So ordered.

/s/ [signature]
March 22, 2010

3. Argument on the determination of interim license fees shall be held on _____, 2010.

Dated: 3/19/10
New York, New York

By _____
Jay Cohen
Lynn B. Bayard
Jacqueline P. Rubin
Kristy M. Tillman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3163
Email: jaycohen@paulweiss.com;
   lbayard@paulweiss.com;
   jrubin@paulweiss.com;
   ktillman@paulweiss.com

-and-

Richard H. Reimer
Sam Mosenkis
Christine A. Pepe
American Society of Composers, Authors and Publishers
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com;
   smosenkis@ascap.com;
   cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*

2

Dated: 3/18/10  By: /s/ R. Bruce Rich
New York, New York

R. Bruce Rich
Jonathan Bloom
Heather R. Solow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000
Email: bruce.rich@weil.com;
jonathan.bloom@weil.com;
heather.solow@weil.com

*Attorneys for the Radio Music License Committee and The Cromwell Group, Inc. and Affiliates, et al.*

Dated: _____  SO ORDERED.
New York, New York

_____
Denise L. Cote
United States District Judge

3