UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(BURGESS BROADCASTING CORP.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                        Defendant.

41 CV 1395 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/10

## JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's October 15, 2004 Final Order is granted, and judgment shall be entered against Burgess Broadcasting Corporation, in the amount of $32,338.09, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: April 16, 2010

_____
United States District Judge