

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049
www.wileyrein.com

Bruce G. Joseph
202.719.7258
bjoseph@wileyrein.com

April 23, 2010



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10
```

**MEMO ENDORSED**

**VIA UPS**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007-1312

Re:   *In re Application of Ericsson Inc.*, 09 Civ. 7076 (DLC) (MHD), related to *United States v. ASCAP*, 41 Civ. 1395 (DLC): Redactions of Ericsson's Interim Fee Response Papers

Dear Judge Cote:

We write concerning the preparation of a public version of Ericsson Inc.'s response to ASCAP's interim fee proposal. We apologize for the time this process has taken. We have been conferring with counsel for ASCAP and three third-party music publishers regarding implementation of the Court's most recent order on redactions but have been unable to resolve certain disagreements.

Counsel for ASCAP and the publishers have requested several redactions to the papers that we do not believe have been approved by the Court's redaction orders. Although Ericsson does not take a position on these requested redactions, we do not wish to overstep the Court's rulings.

Enclosed is a copy of the interim fee response brief (there is no dispute about the Court's directions regarding redactions on the other related papers) and a chart of the requested redactions. The redactions that the parties agree have been ordered by the Court are highlighted in green in the brief and marked with green tape flags; the additional redactions requested by counsel for ASCAP and the publishers are highlighted in yellow and marked with yellow tape flags. We respectfully request guidance on the additional requested redactions and will, thereafter, promptly file a complete public version of Ericsson's papers and present the relevant unredacted pages to the Court to be filed under seal.

Respectfully submitted,

*/s/ Bruce G. Joseph*

Bruce G. Joseph

*Counsel for Ericsson Inc.*

cc:   Counsel of Record

Enclosure

*The proposed redactions are approved in their entirety. The documents may be filed in redacted form with unredacted pages filed under seal.*

*/s/ Denise Cote*
*April 28, 2010*