```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (BESTOV BROADCASTING INC. OF PUERTO RICO) | 09 CV 7759 (DLC) |
| Related to | |
| UNITED STATES OF AMERICA, Plaintiff, v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, Defendant. | 41 CV 1395 (DLC) |

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and Bestov Broadcasting Inc. of Puerto Rico ("Bestov") have consented to the entry of judgment; and

WHEREAS, ASCAP has moved the Court for an order enforcing this Court's October 15, 2004 Order and for entry of judgment against Bestov for all fees due and owing to ASCAP pursuant to Bestov's ASCAP License Agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's motion against Bestov is granted, and judgment is hereby entered against Bestov in the amount of $43,691.03 with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

*So ordered. The Clerk of Court shall not close this case.*

*/s/ Denise Cote*

*April 29, 2010*

Dated: _____          _____
        New York, New York                    Denise Cote
                                       United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: 4/27/10                         Dated: 4|21|2010

AMERICAN SOCIETY OF
COMPOSERS, AUTHORS AND                 BESTOV BROADCASTING INC. OF
PUBLISHERS                             PUERTO RICO

By: _____          By: _____
Richard H. Reimer                      Louis A. Mejía, President
Christine A. Pepe                      P.O. Box 4504
Attorneys for ASCAP                    San Juan, Puerto Rico 00901
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____