```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10
```

### Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF APPLE COMPUTER, INC., | 09 Civ. 7077 (DLC) (MHD)<br><br>ECF CASE |
| Related to UNITED STATES v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS | 41 Civ. 1395 (DLC) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The Application brought by the American Society of Composers, Authors and Publishers against Apple Computer, Inc. for Determination of Reasonable License Fees for Performances via Internet and Wireless Transmissions by Apple Computer, Inc. is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

14

3. This proceeding shall be marked CLOSED by the Clerk.

Dated: New York, New York
April 30, 2010

KIRKLAND & ELLIS LLP

By: *[signature]*
Dale M. Cendali (DC 2676)
Claudia Ray (CR 4132)
601 Lexington Avenue
New York, NY 10022
(212) 446-4900
dale.cendali@kirkland.com
claudia.ray@kirkland.com

*Attorneys for Apple Inc.*

Dated: New York, New York
April 30, 2010

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: *[signature]*
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
499 Park Avenue
New York, New York 10022
(212) 980-7400

-and-

Richard H. Reimer (RR 7878)
Christine Pepe (CP 5688)
ASCAP
One Lincoln Plaza
New York, New York 10023
(212) 621-6200

*Attorneys for American Society of
Composers, Authors and Publishers*

SO ORDERED.

Dated: New York, New York
April 30, 2010

*[signature]*
United States District Judge

15