Dolinger, Mag

5/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF POST-NEWSWEEK STATIONS, INC., ET AL. (POLLACK/BELZ COMMUNICATION COMPANY, INC.) | 09 CV 7959 (DLC)(MHD) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 CV 1395 (DLC)(MHD) |

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's November 17, 2004 Final Order is granted, and judgment shall be entered against Pollack/Belz Communication Company, Inc., in the amount of [$26,224.79], with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: 5/17/10

Michael H. Dolinger
United States Magistrate Judge