# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

499 PARK AVENUE
SUITE 1200
NEW YORK, NY 10022-1240
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/10

DAVID LEICHTMAN
212-980-7401
DLeichtman@rkmc.com

May 21, 2010

BY FACSIMILE AND BY HAND

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *In re Application of AT&T Mobility LLC*, 09 Civ. 7072, *In re Application of Cellco Partnership d/b/a Verizon Wireless*, 09 Civ. 7074, *In re Application of Ericsson Inc.*, 09 Civ. 7076, all related to *United States v. American Society of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We write on behalf of the parties in the above-referenced consolidated proceedings to inform the Court that the parties have executed detailed binding term sheets setting forth settlement and license terms through 2012 that resolve the issues that the parties intended to present to the Court for decision in the upcoming trial. The parties are now working through preparing and finalizing definitive settlement agreements and licenses, but require some time for calculations to be made and for various non-economic terms to be addressed. The parties believe that they will work through this process in a timely manner and that they will promptly settle these proceedings with the submission of the prospective license agreements and a stipulation requesting dismissal. The parties thus jointly request that all deadlines be adjourned for 60 days by which time the parties intend to finalize the definitive agreements.

In light of the rapidly approaching date for submission of the Joint Pretrial Order, the parties respectfully request a brief telephone conference this afternoon to respond to any questions that the Court may have.

Respectfully submitted,

David Leichtman

*May 24, 2010*
*Submissions are due July 23, 2010. The trial is adjourned sine die.*
*/s/ Denise Cote*

cc: Richard Reimer, Esq.; Christine Pepe, Esq., Hillel Parness, Esq., Bryan J. Vogel, Esq.
Bruce Joseph, Esq., Andrew McBride, Esq., Joseph Petersen, Esq., Joseph Beck, Esq.