UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF YOUTUBE, LLC

Related to

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

    Defendant.

09 Civ. 7073 (DLC)

41 Civ. 1395 (WCC)

**MOTION TO WITHDRAW
J. MATTHEW WILLIAMS AS COUNSEL
FOR ASCAP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/10

**MEMO ENDORSED**

    PURSUANT TO RULE 1.4 of the Local Rules for the Southern District of New York, the law firm of Mitchell Silberberg & Knupp LLP files this Motion For Leave To Withdraw J. Matthew Williams as Counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in the above captioned case.

    1.    This Court granted J. Matthew Williams *pro hac vice* admission in the above captioned case on September 9, 2009. Mr. Williams is identified as counsel to be noticed. As of May 21, 2010, Mr. Williams will leave Mitchell Silberberg & Knupp LLP to begin a position at the American University Washington College of Law.

    2.    ASCAP has been informed of and consents to the withdrawal of Mr. Williams.

    3.    ASCAP remains represented by the law firm of Mitchell Silberberg & Knupp LLP. In addition to Mr. Williams, two other attorneys from Mitchell Silberberg & Knupp LLP have entered appearances on behalf of ASCAP in the above captioned case. Two attorneys from ASCAP have also entered appearances on behalf of ASCAP.

4. Discovery in this action is ongoing. No trial date has been set.

5. The withdrawal of Mr. Williams would not affect the case schedule in any way.

6. For the foregoing reasons, Mitchell Silberberg & Knupp LLP respectfully requests that this Court grant leave for J. Matthew Williams to withdraw as counsel for ASCAP

| | |
|---|---|
| Dated: New York, New York<br>May 21, 2010 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Jane G. Stevens<br>Jane G. Stevens (JGS 5869)<br>Paul V. LiCalsi (PVL 6622)<br>12 East 49th Street – 30th floor<br>New York, New York, 10017<br>Telephone: (212) 509-3900<br>Facsimile: (212) 590-7239<br><br>*Attorneys for American Society of*<br>*Composers, Authors and Publishers* |

Granted.
[signature]
May 24, 2010

-2-