UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YOUTUBE, LLC | 09 Civ. 7073 (DLC) |
| Related to UNITED STATES OF AMERICA, Plaintiff, v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, Defendant. | 41 Civ. 1395 (DLC) <br><br> **NOTICE OF MOTION TO APPEAR *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the accompanying affidavit of Michael E. Chait, Esq., executed on May 26, 2010, the certificate of good standing attached thereto, and the accompanying affidavit of Jane G. Stevens, executed on May 28, 2010, American Society of Composers, Authors and Publishers ("ASCAP"), by its attorneys Mitchell Silberberg & Knupp LLP, will move this Court before the Honorable Denise Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Michael E. Chait, Esq., to practice before this Court *pro hac vice* in the above-captioned matter on behalf of ASCAP.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for the objection, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of the

United States District Courts for the Southern and Eastern Districts of New York and the individual practices of the Honorable Denise Cote, and shall be served upon the undersigned counsel within ten business days after service of the moving papers. If no objections are filed, the Court may grant the relief requested without further notice or hearing.

DATED: New York, New York
      May 28, 2010

                                  MITCHELL SILBERBERG & KNUPP LLP

                                  By: _____
                                  Jane G. Stevens (JS5869)
                                  12 East 49th Street, 30th Floor
                                  New York, New York 10017-1028
                                  Telephone: (212) 509-3900
                                  Facsimile: (212) 509-7239

                                  *Attorneys for ASCAP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YOUTUBE, LLC | 09 Civ. 7073 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | 41 Civ. 1395 (DLC)<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

Upon the motion of Jane G. Stevens, attorney for American Society of Composers, Authors and Publishers ("ASCAP"), and said sponsor attorney's affidavit in support, and the affidavit of Michael E. Chait in support;

IT IS HEREBY ORDERED that Michael E. Chait of Mitchell Silberberg & Knupp LLP, 11377 W. Olympic Blvd., Los Angeles, CA 90064, is admitted to practice *pro hac vice* as counsel for ASCAP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Judge

2706427.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

Nancy W. Tavarez, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of 18 and reside at 64 70th Street, Guttenberg, NJ 07093.

2. On June 1, 2010, I served a copy of a Notice of Motion for Admission *Pro Hac Vice* for Michael Chait, Declaration of Jane G. Stevens in Support of Motion for Admission *Pro Hac Vice* of Michael Chait, Declaration of Michael Chait in Support of Motion for Admission Pro Hac Vice, Certificate of Good Standing, and a Proposed Order for Admission *Pro Hac Vice* on Written Motion by email upon:

> **Kenneth L. Steinthal, Esq.**
> **Dana Powers, Esq.**
> **Joseph Richard Wetzel, Jr.,**
> Greenberg Traurig, LLP
> 153 Townsend St., 8th Floor
> San Francisco, CA 94107
> (415) 655-1300
> Fax: (415) 707-2010
> Emails: steinthal@gtlaw.com
> powersdk@gtlaw.com
> wetzelj@gtlaw.com

_____
Nancy W. Tavarez

Sworn to before me this
1st of June, 2010.

_____
NOTARY PUBLIC

ALESSANDRA LOVREN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4981830
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 20, 20 11

2714733.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YOUTUBE, LLC | 09 Civ. 7073 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | 41 Civ. 1395 (DLC)<br><br>**AFFIDAVIT OF JANE G. STEVENS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

JANE G. STEVENS, being duly sworn, states as follows:

1. I am member of the law firm Mitchell Silberberg & Knupp LLP, counsel for American Society of Composers, Authors and Publishers ("ASCAP"), in the above-captioned action. I submit this affidavit in support of the motion, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order granting Michael E. Chait, Esq., admission to the bar of this Court *pro hac vice* for the purpose of allowing him to participate in the representation of ASCAP in the above-captioned matter, and to appear before this Court. I state all of the following based on my personal knowledge.

2. Mr. Chait is an associate in the Los Angeles, CA office of Mitchell Silberberg & Knupp LLP, located at 11377 W. Olympic Blvd., Los Angeles, CA 90064. He is a person of integrity that is experienced and familiar with the matter which is pending before this Court. I

2706301.1

have attached hereto as Exhibit A hereto an affidavit signed by Mr. Chait submitted in support of the motion.

3. Mr. Chait is a member in good standing of the Bar of the State of California and is admitted to practice before the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit. There are no pending disciplinary proceedings against him in any State or Federal court. A Certificate from the State Bar of California stating that Mr. Chait is a member in good standing of the Bar is attached to Mr. Chait's affidavit.

4. No previous application has been made for the relief requested herein.

5. Accordingly, I respectfully request that Michael E. Chait be admitted to the Bar of this Court *pro hac vice*, and I respectfully attach a proposed order to that effect hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
JANE G. STEVENS

Sworn to before me this
28th day of May, 2010

_____
NOTARY PUBLIC

ALESSANDRA LOVREN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4981830
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 20, 20 11

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YOUTUBE, LLC | 09 Civ. 7073 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>             Defendant. | 41 Civ. 1395 (DLC)<br><br>**AFFIDAVIT OF MICHAEL E. CHAIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

MICHAEL E. CHAIT, applicant herein for admission *pro hac vice*, being duly sworn, states as follows:

1.  I am an associate with the law firm Mitchell Silberberg & Knupp LLP, 11377 W. Olympic Blvd., Los Angeles, CA 90064. I state all of the following based on my personal knowledge.

2.  I was admitted to practice law in the State of California on December 4, 2006. A certificate of good standing from the State Bar of California, issued on May 18, 2010, is attached hereto as Exhibit A.

3.  In addition to being admitted to practice law in the above jurisdiction, I am also a member in good standing of the bars of the following federal courts: United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit.

4. I respectfully submit that my admission and good standing in the above listed jurisdiction and courts qualifies me to practice before this Court *pro hac vice* in the above-captioned matter, in accordance with Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5. I have never been sanctioned for violation of any New York statutes or Court rules and there are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, your applicant respectfully requests to be admitted to practice before this Court *pro hac vice* in the above-captioned matter on behalf of Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to before me this
26th day of May, 2010

_____
NOTARY PUBLIC

LAURA A. LANCHESTER
Commission # 1863111
Notary Public - California
Los Angeles County
My Comm. Expires Sep 25, 2013

_____
MICHAEL E. CHAIT

2

2706457.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617         TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 18, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL ELIOTT CHAIT, #246419 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

State of California County of
SAN FRANCISCO

Subscribed and sworn to (or affirmed)
before me on this 18TH day of MAY, 20 10, by
KATH LAMBERT,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Kathleen C. McConnell_

(Seal)

KATHLEEN C. MC CONNELL
Commission # 1671404
Notary Public - California
San Francisco County
My Comm. Expires May 30, 2010

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records