UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   09 Civ. 7069
IN RE APPLICATION OF THP CAPSTAR        :   (DLC)(MHD)
ACQUISITION CORP. (now known as DMX).   :
                                        :
----------------------------------------:
                                        :   ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,                :
                          Plaintiff     :
              v.                        :   41 Civ. 1395
                                        :   (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    Having received letters dated June 4th and June 8th, 2010, from the parties regarding a discovery dispute, and having then scheduled a telephone conference between the parties and the Court for June 9, 2010 at three o'clock p.m., it is hereby

    ORDERED that the parties shall meet and confer on the subject of the letters prior to the telephone conference.

    SO ORDERED:

Dated:    New York, New York
           June 8, 2010

                                     DENISE COTE
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/10