

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF YOUTUBE, LLC

Related to

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

    Defendant.

09 Civ. 7073 (DLC)

41 Civ. 1395 (DLC)

**NOTICE OF MOTION TO APPEAR *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the accompanying affidavit of Jean P. Nogues, Esq., executed on May 26, 2010, the certificate of good standing attached thereto, and the accompanying affidavit of Jane G. Stevens, executed on May 28, 2010, American Society of Composers, Authors and Publishers ("ASCAP"), by its attorneys Mitchell Silberberg & Knupp LLP, will move this Court before the Honorable Denise Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Jean P. Nogues, Esq., to practice before this Court *pro hac vice* in the above-captioned matter on behalf of ASCAP.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for the objection, shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of the

United States District Courts for the Southern and Eastern Districts of New York and the individual practices of the Honorable Denise Cote, and shall be served upon the undersigned counsel within ten business days after service of the moving papers. If no objections are filed, the Court may grant the relief requested without further notice or hearing.

DATED: New York, New York
          May 28, 2010

                                      MITCHELL SILBERBERG & KNUPP LLP

                                      By: _____
                                      Jane G. Stevens (JS5869)
                                      12 East 49th Street, 30th Floor
                                      New York, New York 10017-1028
                                      Telephone: (212) 509-3900
                                      Facsimile: (212) 509-7239

                                      *Attorneys for ASCAP*