```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 7/12/10
------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (KHWY, Inc., :    10 Civ. 167 (DLC)
et al.)                                 :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :    09 Civ. 7759
OF INDIANA, LLC (KHWY, Inc., et al.     :        (DLC)
                                        :
----------------------------------------:
Related to                              :    ORDER
                                        :
UNITED STATES OF AMERICA,               :
                           Plaintiff    :
              v.                        :    41 Civ. 1395
                                        :        (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                           Defendant.   :
                                        :
                                        :
------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and for entry of judgment against KHWY, Inc. and The Drive, LLC (collectively "KHWY") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $105,331.62, and having given KHWY until July 21, 2010, to respond, it is hereby

ORDERED that in the event that KHWY does not consent to entry of judgment by August 6, 2010, the parties are required to

appear at a hearing before the Court on September 3, 2010 at 9:30 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due August 20, 2010.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on KHWY.

SO ORDERED:

Dated:   New York, New York
         July 12, 2010

                                         _____
                                                 DENISE COTE
                                         United States District Judge