```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :       09 Civ. 7072
IN RE APPLICATION OF AT&T MOBILITY      :        (DLC)(MHD)
                                        :
----------------------------------------:
                                        :       09 Civ. 7074
IN RE APPLICATION OF CELLCO PARTNERSHIP :        (DLC)(MHD)
LLC, d/b/a/ VERIZON WIRELESS            :
                                        :
----------------------------------------:
                                        :       09 Civ. 7076
IN RE APPLICATION OF ERICSSON, INC.     :        (DLC)(MHD)
                                        :
----------------------------------------:
                                        :          ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                       Plaintiff        :       41 Civ. 1395
          v.                            :          (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/10

DENISE COTE, District Judge:

The motion having been resolved privately by the parties, as confirmed in a letter to the Court dated November 25, 2009, and docketed at Docket No. 23 in the case 09 Civ. 7076, it is hereby

ORDERED that the July 8, 2010 redacted Motion-Interim Fee Proposal, at Docket No. 43 in the case 09 Civ. 7076, be

terminated as moot.

    SO ORDERED:

Dated:    New York, New York
           July 12, 2010

                                    DENISE COTE
                          United States District Judge