# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

499 PARK AVENUE
SUITE 1200
NEW YORK, NY 10022-1240
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW



HILLEL I. PARNESS
212-980-7464
hiparness@rkmc.com

**MEMO ENDORSED**

July 9, 2010

BY HAND

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/10
```

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Application of MobiTV, Inc.*, 09 Civ. 7071, related to *United States v. American Society of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We represent the American Society of Composers, Authors and Publishers ("ASCAP") in the above-captioned matter. Pursuant to ECF Rules 5.1 and 23.6, we hereby respectfully request the Court's permission to file ASCAP's Corrected Proposed Findings of Fact and Conclusions of Law in hard copy, rather than electronically, as the size of the file exceeds the maximum size that the ECF system will accept.

Respectfully submitted,

Hillel I. Parness

Granted.

/s/ Denise Cote
July 12, 2010

cc: Richard H. Reimer, Christine Pepe
David Leichtman, Bryan J. Vogel, Oren D. Langer
Kenneth Steinthal, Joseph Wetzel, Harris Cohen, Matthew Reagan