```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #:
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 7/16/10
-------------------------------------X
                                      :   09 Civ. 7072
IN RE APPLICATION OF AT&T MOBILITY    :   (DLC)(MHD)
                                      :
--------------------------------------:
                                      :
IN RE APPLICATION OF CELLCO PARTNERSHIP:  09 Civ. 7074
LLC, d/b/a/ VERIZON WIRELESS          :   (DLC)(MHD)
                                      :
--------------------------------------:
                                      :   09 Civ. 7076
IN RE APPLICATION OF ERICSSON, INC.   :   (DLC)(MHD)
                                      :
--------------------------------------:
                                      :
Related to                            :   ORDER
                                      :
UNITED STATES OF AMERICA,             :
                       Plaintiff      :
         v.                           :   41 Civ. 1395
                                      :   (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                       :
                       Defendant.     :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

The motion having been resolved by the parties, it is hereby

ORDERED that the November 12, 2009 Motion for Leave to File Combined Reply and Surreply, at Docket No. 17 in the case 09 Civ. 7076, be terminated as moot.

SO ORDERED:

Dated:   New York, New York
         July 16, 2010

                              _____
                                       DENISE COTE
                              United States District Judge