Jul. 22. 2010  2:16PM    WCIR-WTNJ-WMTD-WAXS-WWNR-WIWS              No. 7628   P. 2

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____           │
│ DATE FILED: 7/26/10             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(SOUTHERN COMMUNICATIONS CORP., ET
AL.)                                        09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

                                            41 CV 1395 (DLC)
            v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers

("ASCAP") and Southern Communications Corp., West Virginia Broadcasting, Inc. and

Plateau Broadcasting, Inc., (collectively referred to as "Southern"), have consented to the

entry of judgment; and

WHEREAS, ASCAP has moved the Court for an order enforcing this Court's

October 15, 2004 Order and for entry of judgment against Southern for all fees due and

owing to ASCAP through December 31, 2009, pursuant to Southern's ASCAP 2004

Radio Station License Agreement, and good cause having been shown for the relief

sought;

IT IS HEREBY ORDERED that ASCAP's motion against Southern is granted,

and judgment is hereby entered against Southern in the amount of $65,750.45 with

interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

1

*The Clerk of Court shall not close the case.*

*July 26, 2010*

Dated: _____                _____
                                                              Denise Cote
        New York, New York                          United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: _July 23, 2010_            Dated: _July 22, 2010_

AMERICAN SOCIETY OF              SOUTHERN COMMUNICATIONS CORP.,
COMPOSERS, AUTHORS AND           WEST VIRGINIA BROADCASTING, INC.,
PUBLISHERS                       and PLATEAU BROADCASTING, INC.

By: _____     By: _____, President
Richard H. Reimer                R. Shane Southern, Officer and Director
Christine A. Pepe                306 South Kanawha Street
Attorneys for ASCAP              Beckley, West Virginia 25801
One Lincoln Plaza                Phone: (304) 461-9272
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381


**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**