UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MOBITV, INC. f/k/a IDETIC, INC.<br><br>Related to<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>Defendant. | Civil Action No. 09-7071 (DLC) (MHD)<br><br>Civil Action No. 41-1395 (DLC)<br>ECF Case<br><br>[PROPOSED] ORDER |

DENISE COTE, District Judge:

Having considered MobiTV Inc.'s July 27 letter, it is hereby

ORDERED that electronic access on the ECF system shall be disabled for Docket Nos. 40, 41, 42, 46, 47, 49, 51 and 52.

SO ORDERED.

Dated: New York, New York
       July 28, 2010

_____
Hon. Denise Cote
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/10