```
                                            ┌─────────────────────────────┐
                                            │ USDC SDNY                   │
                                            │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK               │ DOC #: _____              │
------------------------------------- X     │ DATE FILED: 7/29/10         │
IN RE APPLICATION OF THE CROMWELL GROUP, INC│                             │
AND AFFILIATES, ET AL                :      └─────────────────────────────┘
------------------------------------ :
Related to                           :
                                     :            10 Civ. 5210
UNITED STATES OF AMERICA,            :            (DLC)(MHD)
                                     :
                    Plaintiff        :            ORDER OF
         v.                          :            REFERENCE TO A
                                     :            MAGISTRATE JUDGE
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                      :
                    Defendant.       :            41 Civ. 1395
------------------------------------ :            (DLC)
Related to                           :
                                     :
In the matter of the Application for the  :
Determination of Interim License Fees     :
for                                       :
                                          :
THE CROMWELL GROUP, INC. AND AFFILIATES, et :
al.                                       :
------------------------------------- X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute<br><br>_____<br><br>_____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ___ Habeas Corpus |

_X_   Settlement                              ___   Social Security

___   Inquest After Default/Damages           ___   Dispositive Motion (i.e.,
      Hearing                                       motion requiring a Report
                                                    and Recommendation)
                                                    Particular Motion:
      _____

      SO ORDERED:

Dated:    New York, New York
          July 29, 2010

                                              _____
                                                       DENISE COTE
                                              United States District Judge

2