UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of MOBITV, INC., | Civil Action No. 09-cv-7071 (DLC) |
| | ECF CASE |
| Related to | |
| UNITED STATES OF AMERICA, | Civil Action No. 41-cv-1395 (DLC) |
| Plaintiff, v. | |
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, | |
| Defendant. | |



FILED U.S. DC
AUG 04 2010
S.D. OF N.Y.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the American Society of Composers, Authors and Publishers ("ASCAP"), hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment in this action dated July 6, 2010 (Dkt. Entry 71), and from all of the prior orders, opinions and rulings leading thereto and embodied therein.

A copy of the July 6, 2010 judgment is attached.

1

Respectfully submitted,

Dated: New York, New York
August 4, 2010

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
David Leichtman (DL 7233)
Hillel I. Parness (HP 1638)
Bryan J. Vogel (BV 7771)
Oren D. Langer (OL 5962)
499 Park Avenue
New York, New York 10022
T: (212) 980-7400
dleichtman@rkmc.com
hiparness@rkmc.com
bjvogel@rkmc.com
odlanger@rkmc.com

-and-

Richard H. Reimer, Esq. (RR 7878)
Christine A. Pepe, Esq. (CP 5688)
One Lincoln Plaza
New York, New York  10023
T: (212) 621-6200
rreimer@ascap.com
cpepe@ascap.com

*Attorneys for American Society of Composers, Authors and Publishers*

TO:  Kenneth L. Steinthal, Esq.
Greenberg Traurig, LLP
153 Townsend Street, 8th Floor
San Francisco, California  94107
T: (415) 655-1300
steinthalk@gtlaw.com

*Attorneys for MobiTV, Inc.*