# GT GreenbergTraurig

Kenneth L. Steinthal
Tel 415.655.1320
Fax 415.358.4769
steinthal@gtlaw.com

July 22, 2010

**VIA FEDEX**

Hon. Denise L. Cote,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

> Re: *In re Application of MusicNet, Inc.*, 09 Civ. 7070 (DLC) (MHD)
> Related to *United States v. ASCAP*, 41 Civ. 1391 (DLC)

Dear Judge Cote:

We represent MusicNet, Inc., a/k/a MediaNet Digital, in the above-captioned proceeding. I write on behalf of MusicNet and counsel for ASCAP regarding the status of the proceeding.

MusicNet and ASCAP have reached agreement on terms settling the proceeding, and are in the process of documenting the same. The settlement will involve a release of all claims for license fees by ASCAP against MusicNet for all MusicNet's activities for which an ASCAP public performance license is required, covering the period January 1, 2004 through December 31, 2009; and it will set interim fees for the period January 1, 2010 forward.

The parties expect to submit a Stipulation of Dismissal of the MusicNet proceeding in the very near future, after finalization of the settlement and license documentation.

Please let me know if the Court has any questions regarding the foregoing, as counsel would gladly arrange a conference call at the Court's convenience to discuss the matter with the Court.

Respectfully submitted,

Kenneth L. Steinthal
Managing Shareholder

cc: Christopher J. Glancy
Richard H. Reimer

*[Handwritten endorsement:] Status letter is due August 20, 2010.
Denise Cote
July 23, 2010*

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/10**

**MEMO ENDORSED**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN**
BOSTON
BRUSSELS**
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**
*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
153 Townsend Street, 8th Floor ■ San Francisco, CA 94107 ■ Tel 415.655.1300 ■ Fax 415.707.2010