```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (J-SYSTEMS FRANCHISING  :    09 Civ. 7759
CORP.)                                  :    (DLC)(MHD)
                                        :
----------------------------------------:    ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                       Plaintiff        :    41 Civ. 1395
          v.                            :    (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
                                        :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/10

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order against J-Systems Franchising Corporation ("J-Systems") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $63,763.10, and having given J-Systems until **September 7, 2010**, to respond, it is hereby

ORDERED that in the event that J-Systems does not consent to entry of judgment by **September 17**, the parties are required to appear at a hearing before the Court on **October 15, 2010** at **11:30 a.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due **October 1**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on J-Systems.

SO ORDERED:

Dated:   New York, New York
         August 11, 2010

                                        _____
                                              DENISE COTE
                                        United States District Judge