USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL :
GROUP, INC. AND AFFILIATES (ANN         :   10 Civ. 167 (DLC)
BROADCASTING CORPORATION)               :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :   09 Civ. 7759
OF INDIANA, LLC (ANN BROADCASTING       :      (DLC)
CORPORATION)                            :
                                        :
----------------------------------------:   ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff       :   41 Civ. 1395
             v.                         :      (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   ASCAP having made a motion to enforce the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and for entry of judgment against Ann Broadcasting Corporation ("Ann Broadcasting") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $38,858.90, and having given Ann Broadcasting until September 15, 2010, to respond, it is hereby

   ORDERED that in the event that Ann Broadcasting does not consent to entry of judgment by October 1, 2010, the parties are

required to appear at a hearing before the Court on October 29, 2010 at 11:30 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due October 15, 2010.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Ann Broadcasting.

SO ORDERED:

Dated:   New York, New York
         August 23, 2010

                                      DENISE COTE
                          United States District Judge