USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF AT&T MOBILITY | 09 Civ. 7072 (DLC)(MHD) |
| IN RE APPLICATION OF CELLCO PARTNERSHIP LLC, d/b/a/ VERIZON WIRELESS | 09 Civ. 7074 (DLC)(MHD) |
| IN RE APPLICATION OF ERICSSON, INC. | 09 Civ. 7076 (DLC)(MHD) |
| Related to<br><br>UNITED STATES OF AMERICA, Plaintiff<br>v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS, Defendant. | ORDER<br><br>41 Civ. 1395 (DLC) |

DENISE COTE, District Judge:

In letters dated August 20 and August 23, the parties have jointly requested that the August 23 conference be adjourned. It is hereby

ORDERED that the parties appear at a status conference in Courtroom 11B at the United States District Court, 500 Pearl

Street, New York, New York, on **September 14, 2010, at 3:00 p.m.**

SO ORDERED:

Dated: New York, New York
August 23, 2010

DENISE COTE
United States District Judge