```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF CBS RADIO, INC.,

Related to

UNITED STATES OF AMERICA v.
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS

09 Civ. 7075 (DLC) (MHD)

ECF CASE

41 Civ. 1395 (DLC)

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The Application brought by the American Society of Composers, Authors and Publishers for Determination of Reasonable License Fees for Performances via Non-Simulcast Internet and Wireless Transmissions by CBS Radio, Inc., dated May 7, 2009, is DISMISSED WITH PREJUDICE for periods through December 31, 2009, and DISMISSED WITHOUT PREJUDICE for the period commencing January 1, 2010, and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

3. This proceeding shall be marked CLOSED by the Clerk.

So ordered.

*[signature]*
Denise Cote
August 26, 2010

| | |
|---|---|
| Dated: New York, New York<br>August 25, 2010 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>By: /s/ David Leichtman<br>David Leichtman (DL 7233)<br>Hillel I. Parness (HP 1638)<br>499 Park Avenue<br>New York, New York 10022<br>(212) 980-7400<br>hiparness@rkmc.com<br>dleichtman@rkmc.com<br><br>-and-<br><br>Richard H. Reimer (RR 7878)<br>Christine Pepe (CP 5688)<br>ASCAP<br>One Lincoln Plaza<br>New York, New York 10023<br>(212) 621-6200<br>rreimer@ascap.com<br>cpepe@ascap.com<br><br>*Attorneys for American Society of Composers, Authors and Publishers* |
| Dated: New York, New York<br>August 25, 2010 | WEIL, GOTSHAL & MANGES LLP<br><br>By: /s/ R. Bruce Rich<br>R. Bruce Rich (RBR-0313)<br>Heather R. Solow (HRS-8680)<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>r.bruce.rich@weil.com<br>heather.solow@weil.com<br><br>*Attorneys for CBS Radio Inc. and LastFM Limited* |

SO ORDERED.

Dated: New York, New York
_____, 2010

_____
DENISE COTE
United States District Judge