```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION OF THP CAPSTAR         :
ACQUISITION CORP. (now known as DMX).    :   09 Civ. 7069 (DLC)
---------------------------------------- :
Related to                               :
                                         :           ORDER
UNITED STATES OF AMERICA,                :
                          Plaintiff     :
          v.                             :   41 Civ. 1395 (DLC)
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                          Defendant.     :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the case is placed on the **October 4, 2010** trial ready calendar. You must be ready to proceed on 24 hours notice. You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

   IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with three copies of a complete exhibit list.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon, and a lunch break from 12:45 to 2:00 p.m.

5. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

Dated:   New York, New York
         August 31, 2010

                                    _____
                                           DENISE COTE
                                    UNITED STATES DISTRICT JUDGE