USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION FOR THE
DETERMINATION OF INTERIM LICENSE
FEES FOR

THE CROMWELL GROUP, INC. AND
AFFILIATES, ET AL. (KHWY, INC., ET AL.)

10 CV 0167 (DLC)(MHD)

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(KHWY, INC., ET AL.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
        Defendant.

41 CV 1395 (DLC)

## JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce Judge Conner's October 15, 2004 Final Order and this Court's May 25, 2010 Interim Fee Order is granted, and judgment shall be entered against KHWY, Inc. and The Drive LLC, jointly and severally, in the amount of $123,856.21, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

Dated: September 3, 2010

                  _____
                  United States District Judge