```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
IN RE APPLICATION OF THP CAPSTAR      :
ACQUISITION CORP. (now known as DMX). :
                                      :   09 Civ. 7069 (DLC)
--------------------------------------:
                                      :
Related to                            :   ORDER
                                      :
UNITED STATES OF AMERICA,             :
                       Plaintiff      :   41 Civ. 1395 (DLC)
            v.                        :
                                      :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                       :
                       Defendant.     :
                                      :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/10

DENISE COTE, District Judge:

Having received notice in the parties' pretrial submissions that ASCAP has reserved the right to call third-party witnesses Philip Cialdella, Jonas Kant, and Brian Roberts live at trial, it is hereby

ORDERED that ASCAP shall declare by **October 15, 2010** whether it intends to call these witnesses live at trial or to present their evidence through deposition testimony.

Dated:  New York, New York
        September 15, 2010

_____
DENISE COTE
United States District Judge