

1776 K STREET NW
WASHINGTON, DC 20006
PHONE    202.719.7000
FAX      202.719.7049
www.wileyrein.com

Bruce G. Joseph
202.719.7258
bjoseph@wileyrein.com

September 17, 2010

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/17/10

**MEMO ENDORSED**

**BY HAND DELIVERY**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY  10007-1312

**Re:**   *In Re Application of Cellco Partnership d/b/a Verizon Wireless*, **09 Civ. 7074 (DLC) (MHD);**
*In re Application of Ericsson Inc.*, **09 Civ. 7076 (DLC) (MHD), related to** *United States v.*
*ASCAP*, **41 Civ. 1395 (DLC)**

Dear Judge Cote:

We represent Verizon Wireless and Ericsson in the above referenced proceedings. We write on behalf of our clients and counsel for ASCAP to inform the Court of the status of our work to complete the five definitive agreements that will implement the binding term sheets that settled these proceedings.

The parties are optimistic that they are nearing the finish line. We are down to very few open issues, on which we continue to make progress. Thus, we have no issues to bring before you for resolution at the status conference that has been set for Monday, September 20.

It remains our collective belief that we will successfully complete this process, but until the definitive agreements are signed and a final order is submitted to the Court, we may yet find ourselves in need of the Court's guidance. The parties are prepared to appear before you as scheduled at noon on September 20, but we respectfully submit that with no outstanding issues to bring to you for resolution at this time, the parties would appreciate the opportunity to continue their efforts and ask the Court to adjourn the conference for a short period. If the Court is agreeable to an adjournment, counsel for ASCAP and we are available on September 29th between 1 and 4 pm or on September 28th.

Respectfully submitted,

*Bruce G. Joseph*

Bruce G. Joseph

*Counsel for Verizon Wireless and Ericsson Inc.*

cc:     Counsel of Record

*The conference is
adjourned to
October 8 at noon.

Denise Cote
Sept. 17, 2010*