```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE APPLICATION OF HICKS BROADCASTING   :
OF INDIANA, LLC (DAVIS BROADCASTING, INC  :   09 Civ. 7759
OF COLUMBUS, et al.)                      :   (DLC)(MHD)
                                         :
------------------------------------------:   ORDER
Related to                                :
                                         :
UNITED STATES OF AMERICA,                 :
                      Plaintiff           :   41 Civ. 1395
            v.                            :   (DLC)
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,   :
AND PUBLISHERS,                           :
                      Defendant.          :
                                         :
                                         :
-----------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/20/10 |

DENISE COTE, District Judge:

ASCAP having applied for entry of judgment against Davis Broadcasting, Inc. of Columbus and Davis Broadcasting of Atlanta, L.L.C. ("Davis") for failure to pay license fees in accordance with its ASCAP License Agreements in the amount of $195,551.63, and having given Davis until October 13, 2010, to respond, it is hereby

ORDERED that in the event that Davis does not consent to entry of judgment by **November 12, 2010,** the parties are required to appear at a hearing before the Court on **December 10, 2010** at **12:30 p.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due **November 29.**

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Davis.

SO ORDERED:

Dated:    New York, New York
          September 20, 2010

                                         _____
                                              DENISE COTE
                                         United States District Judge