```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE APPLICATION OF THP CAPSTAR         :
ACQUISITION CORP. (now known as DMX).    :
                                         :   09 Civ. 7069 (DLC)
-----------------------------------------:
                                         :
Related to                               :          ORDER
                                         :
UNITED STATES OF AMERICA,                :
                       Plaintiff         :   41 Civ. 1395 (DLC)
          v.                             :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                       Defendant.        :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/10

DENISE COTE, District Judge:

    For the reasons set forth in the letter dated September 3, 2010, it is hereby

    ORDERED that the case is placed on the **November 1, 2010** trial ready calendar. You must be ready to proceed on 24 hours notice. You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

    IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **October 22, 2010** at **noon** in Courtroom 11B, 500 Pearl Street.


Dated:    New York, New York
            September 8, 2010

                                          /s/ Denise Cote
                                          DENISE COTE
                              United States District Judge