UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

            Defendant.

Civil Action No. 41-cv-1395 (DLC)

### NOTICE OF CHANGE OF ADDRESS

■ I have cases pending      ☐ I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: David Leichtman

- ■ Attorney
    - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: DL-7233. My State Bar Number is: 2824480.
    - ☐ I am a *Pro Hac Vice* attorney
    - ☐ I am a Government Agency attorney
- ■ Law Firm/Government Agency Association
    - ■ Robins, Kaplan, Miller & Ciresi L.L.P.
    - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- Address:   From:   499 Park Avenue, Suite 1200
                      New York, New York  10022

             To:     601 Lexington Avenue, Suite 3400
                      New York, New York 10022

- Telephone No.:     212.980.7400

- Fax No.:           212.980.7499

- E-Mail Address:    dleichtman@rkmc.com

Dated: October 1, 2010

_____
ATTORNEY'S SIGNATURE

2