UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br><br>　　　　　　　Defendant. | Civil Action No. 41-cv-1395 (DLC) |

### NOTICE OF CHANGE OF ADDRESS

■   I have cases pending　　　　　□   I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Hillel I. Parness

- ■ Attorney

    - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: HP-1638. My State Bar Number is: 2715092.

    - □ I am a *Pro Hac Vice* attorney

    - □ I am a Government Agency attorney

- ■ Law Firm/Government Agency Association

    - ■ Robins, Kaplan, Miller & Ciresi L.L.P.

    - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - □ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- Address:     From:  499 Park Avenue, Suite 1200
                      New York, New York  10022

               To:    601 Lexington Avenue, Suite 3400
                      New York, New York 10022

- Telephone No.:      212.980.7400

- Fax No.:            212.980.7499

- E-Mail Address:     hiparness@rkmc.com

Dated: October 1, 2010

_____
ATTORNEY'S SIGNATURE