UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

            Defendant.

Civil Action No. 41-cv-1395 (DLC)

## NOTICE OF CHANGE OF ADDRESS

■ I have cases pending        ☐ I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Oren D. Langer

- ■ Attorney
  - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: OL-5962. My State Bar Number is: 4220299.
  - ☐ I am a *Pro Hac Vice* attorney
  - ☐ I am a Government Agency attorney

- ■ Law Firm/Government Agency Association
  - ■ Robins, Kaplan, Miller & Ciresi L.L.P.
  - ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
  - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

1

- Address:  From: 499 Park Avenue, Suite 1200
  New York, New York  10022

  To: 601 Lexington Avenue, Suite 3400
  New York, New York 10022

- Telephone No.: 212.980.7400

- Fax No.: 212.980.7499

- E-Mail Address: odlanger@rkmc.com

Dated: October 1, 2010

_____
ATTORNEY'S SIGNATURE