UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(J-SYSTEMS FRANCHISING CORP.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                        Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                        Defendant.

41 CV 1395 (DLC)

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and J-Systems Franchising Corp. ("J-Systems") have consented to the entry of judgment; and

WHEREAS, ASCAP has moved the Court for an order enforcing this Court's October 15, 2004 Final Order and for entry of judgment against J-Systems for all fees due and owing to ASCAP pursuant to J-Systems' ASCAP License Agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's motion against J-Systems is granted, and judgment is hereby entered against J-Systems in the amount of $63,763.10, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/10

The Clerk of Court shall not close this case.

Dated: _Oct. 4, 2010_
New York, New York

_/s/ Denise Cote_
Denise Cote
United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: 9/23/10

AMERICAN SOCIETY OF
COMPOSERS, AUTHORS AND
PUBLISHERS

By: _/s/ Richard H. Reimer_
Richard H. Reimer
Christine A. Pepe
Attorneys for ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381

Dated: September 14, 2010

J-SYSTEMS FRANCHISING CORP.

By: _/s/ Judith Fulmer_
Judith Fulmer, Executive Director
3835 Quarry Drive
Emmaus, PA 18049
(610)-965-2011

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2