

**KILPATRICK STOCKTON** LLP

Attorneys at Law

September 29, 2010

**By Hand**
Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007



**MEMO ENDORSED**

31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700  f 212 775 8800
www.KilpatrickStockton.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/10
```

Re:  In re Application of AT&T Wireless f/k/a Cingular Wireless, 09 Civ. 7072,
In re Application of Cellco Partnership d/b/a Verizon Wireless, 09 Civ. 7074,
In re Application of Ericsson Inc., 09 Civ. 7076, Related to United States v.
American Society of Composers, Authors & Publishers, 41 Civ. 1395

Dear Judge Cote:

We are writing on behalf of AT&T Mobility, and with the approval of counsel for ASCAP, Verizon Wireless and Ericsson, Inc., in the above-referenced matters. The parties are in receipt of the Court's September 17, 2010 memo endorsed letter rescheduling the September 20, 2010 conference for October 8, 2010 at noon. Because counsel for AT&T Mobility is not available on that date, the parties respectfully request that the Court reschedule the conference for October 26 at 10:00 a.m.

We thank the Court for its consideration of this request.

Respectfully submitted,

Joseph Petersen

cc:  David Leichtman, Esq.
Hillel I. Parness, Esq.
Bruce G. Joseph, Esq.
Andrew G. McBride, Esq.
Joseph M. Beck, Esq.
W. Andrew Pequignot, Esq.

*The conference is adjourned to October 26 at 10:00 am. A schedule for further proceedings shall be set at that time.*

*Denise Cote*
*Oct. 4, 2010*