UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF THP CAPSTAR        :
ACQUISITION CORP. (now known as DMX).   :
                                        :   09 Civ. 7069 (DLC)
----------------------------------------:
                                        :
Related to                              :   ORDER
                                        :
UNITED STATES OF AMERICA,               :
                      Plaintiff         :   41 Civ. 1395 (DLC)
            v.                          :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                      Defendant.        :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-10

DENISE COTE, District Judge:

   With the consent of counsel for all parties, it is hereby

   ORDERED that the October 22 final pretrial conference is

adjourned to **October 26, 2010** at **2 p.m.** in Courtroom 11B, 500

Pearl Street.


Dated:    New York, New York
          October 8, 2010


                                        _____
                                              DENISE COTE
                                        United States District Judge