USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (B&H RADIO, INC.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                                    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
                                    Defendant.

41 CV 1395 (DLC)

## ~~[PROPOSED]~~ JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's October 15, 2004 Final Order is granted, and judgment shall be entered against B&H Radio, Inc. in the amount of $41,302.13, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

The Clerk of Court shall <u>not</u> close this case.

Dated: \_\_\_October 15, 2010\_\_\_

_____
United States District Judge

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____