UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                :

IN RE APPLICATION OF AT&T MOBILITY  :      09 Civ. 7072  ←
                                :       (DLC)(MHD)
----------------------------------------:
                                :

IN RE APPLICATION OF CELLCO PARTNERSHIP :     09 Civ. 7074
LLC, d/b/a/ VERIZON WIRELESS        :       (DLC)(MHD)
                                :
----------------------------------------:
                                :      09 Civ. 7076

IN RE APPLICATION OF ERICSSON, INC.    :      (DLC)(MHD)
                                :
----------------------------------------:
                                :

Related to                        :      41 Civ. 1395
                                :        (DLC)
UNITED STATES OF AMERICA,         :
                                :     SCHEDULING ORDER
         v.                   :

AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                   :
                Defendant.  :
                                :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10

DENISE COTE, District Judge:

    As set forth at the pretrial conference held on October 26,
2010, the following schedule shall govern the further conduct of
pretrial proceedings in the above-entitled cases:

1.    The parties must contact the chambers of Magistrate Judge
    Dolinger immediately in order to schedule settlement
    discussions under his supervision to occur the week of
    November 29 or as soon as possible thereafter.

2.  By **December 17, 2010**, counsel shall submit letter briefs no
longer than five pages on any outstanding issues, along
with the parties' proposal as to how those issues will be
resolved.

Dated:    New York, New York
          October 26, 2010

_____
                    DENISE COTE
            United States District Judge