
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUPLICATE ORIGINAL

------------------------------------------------X

IN RE APPLICATION OF AT&T MOBILITY : 09 Civ. 7072 (DLC)(MHD)

IN RE APPLICATION OF CELLCO PARTNERSHIP LLC, d/b/a/ VERIZON WIRELESS : 09 Civ. 7074 (DLC)(MHD)

IN RE APPLICATION OF ERICSSON, INC. : 09 Civ. 7076 (DLC)(MHD)

Related to

UNITED STATES OF AMERICA,

    v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS,

                   Defendant.

: 41 Civ. 1395 (DLC)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute
_____

_____

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

|   |   |   |   |
|---|---|---|---|
|     | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

Dated:   New York, New York
         October 26, 2010

                                    _____
                                          DENISE COTE
                                    United States District Judge