UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2010

| | |
|---|---|
| IN RE APPLICATION FOR THE DETERMINATION OF INTERIM LICENSE FEES FOR THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (ANN BROADCASTING CORPORATION) | 10 CV 0167 (DLC)(MHD) |
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (ANN BROADCASTING CORPORATION) | 09 CV 7759 (DLC) |

Related to

UNITED STATES OF AMERICA,
                       Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                       Defendant.

41 CV 1395 (DLC)

## ORDER OF DISMISSAL

The American Society of Composers, Authors and Publishers ("ASCAP") having moved for entry of judgment against Ann Broadcasting Corporation ("Ann Broadcasting") as a result of Ann Broadcasting's failure to pay license fees to ASCAP pursuant to this Court's prior Orders dated October 15, 2004 and May 25, 2010; the Court having entered an Order dated August 23, 2010 in this matter; and the Court having been advised by ASCAP that Ann Broadcasting has paid to ASCAP the license fees for which ASCAP had sought judgment by its motion, it is hereby

ORDERED that this matter is hereby dismissed with prejudice, and without costs to any party.

The Clerk of Court shall <u>not</u> close these cases.

Dated: New York, New York
October 28, 2010

*[signature]*
DENISE COTE
United States District Judge