

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2010

Direct Dial + 1 212 819 8307     cglancy@whitecase.com

September 16, 2010

BY HAND

Hon. Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York  10007

Re:  In re Application of THP Capstar Acquisition Corp. (now known as DMX, Inc.)
     09 Civ. 7069 (DLC) (related case to United States v. ASCAP - 41 Civ. 1395)

Dear Judge Cote:

In accordance with this Court's Individual Practices, the American Society of Composers, Authors and Publishers ("ASCAP") respectfully requests redactions of certain information set forth in the September 10, 2010 submissions to the Court by ASCAP and DMX, Inc. ("DMX"). ASCAP's requested redactions are set forth in a table being submitted to the Court by counsel for DMX.[1]

ASCAP is also enclosing with this letter (1) two full sets of its Proposed Findings of Fact and Conclusions of Law and its Pretrial Memorandum of Law in highlighted form, with yellow highlights indicating the information that both ASCAP and DMX are requesting to be redacted; and (2) one partial, looseleaf set, containing no highlights, of solely those pages on which a party seeks to redact material.

ASCAP has also corrected certain typographical and citation errors and omissions in its Proposed Findings of Fact and Conclusions of Law submitted to the Court on September 10. These corrections are reflected in both the highlighted and looseleaf papers enclosed with this letter. For the Court's reference, I am also enclosing redlined versions indicating each correction that ASCAP has made.

---

[1] The table contains both ASCAP's and DMX's requested redactions, the page on which redactions are requested, the specific content for which the redaction request is made, the party requesting the redaction, and the reason for the redaction.

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MOSCOW  MUNICH
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 7796800 (2K)

Hon. Denise Cote

September 16, 2010

**WHITE & CASE**

Please also note that in my letter of September 10 to the Court, I wrote that ASCAP anticipated at the time that the proposed Stipulated Facts (part of the proposed Joint Pretrial Order) would contain redactions. Upon conferring with counsel for DMX, the parties have determined not to request redactions in the proposed Stipulated Facts.

ASCAP will await the Court's rulings on the proposed redactions before electronically filing via ECF public versions of its pretrial submissions (including the proposed Joint Pretrial Order).

Respectfully submitted,

Christopher J. Glancy

Enclosures

cc: R. Bruce Rich, Esq.
    Richard H. Reimer, Esq.
    Sam Mosenkis, Esq.

*Granted.*
*The parties may file the document in the public record with the redactions.*

*Denise Cote*
*October 29, 2010*

2

NEWYORK 7796800 (2K)