**MEMO ENDORSED**

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 1 212 819 8307    cglancy@whitecase.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2010
```

September 30, 2010

BY HAND

Hon. Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York  10007

Re:   In re Application of THP Capstar Acquisition Corp. (now known as DMX, Inc.)
      09 Civ. 7069 (DLC) (related case to United States v. ASCAP - 41 Civ. 1395)

Dear Judge Cote:

In accordance with this Court's Individual Practices, the American Society of Composers, Authors and Publishers ("ASCAP"), on behalf of itself and DMX, Inc. ("DMX"), respectfully requests redactions of certain information set forth in the September 22, 2010 submissions to the Court by ASCAP and DMX.[1]

Enclosed are the following: (1) a table setting forth ASCAP's and DMX's requested redactions;[2] (2) two full sets of ASCAP's Memorandum of Law in Opposition to DMX's Pretrial Brief and DMX's Memorandum in Response to ASCAP's Pretrial Memorandum of Law, with yellow highlights indicating the information that both ASCAP and DMX are requesting to be redacted; and (3) one partial, looseleaf set, containing no highlights, of solely those pages on which a party seeks to redact material.

---

[1] The parties have agreed that ASCAP will submit both ASCAP's and DMX's requested redactions.

[2] The table contains both ASCAP's and DMX's requested redactions, the page on which redactions are requested, the specific content for which the redaction request is made, the party requesting the redaction, and the reason for the redaction.

ABU DHABI  ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DRESDEN  DÜSSELDORF
FRANKFURT  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW
MUNICH  NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 7813849 (2K)

Hon. Denise Cote

**WHITE & CASE**

September 30, 2010

ASCAP and DMX will await the Court's rulings on the proposed redactions before electronically filing via ECF public versions of their opposition brief submissions.

Respectfully submitted,

Christopher J. Glancy

Enclosures

cc: R. Bruce Rich, Esq.
Richard H. Reimer, Esq.
Sam Mosenkis, Esq.

*Granted. The documents may be filed in the public record with the redactions.*

*Denise Cote*
*Oct. 29, 2010*