```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(JACOBS BROADCAST GROUP, INC.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

41 CV 1395 (DLC)

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and Jacobs Broadcast Group, Inc. ("Jacobs") have entered into a settlement agreement pursuant to which the parties have consented to the entry of judgment; and

WHEREAS, ASCAP has applied to the Court for entry of judgment pursuant to the terms of the settlement agreement, and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's Application for Entry of Judgment against Jacobs Broadcast Group, Inc. is granted, and judgment is hereby entered against Jacobs in the amount of $22,700.00, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

So ordered.

*[signature]*

Oct. 29, 2010

The Clerk of Court shall <u>not</u> close this case.

Dated: _____
        New York, New York

_____
Denise Cote
United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: 10/28/10

AMERICAN SOCIETY OF
COMPOSERS, AUTHORS AND
PUBLISHERS

By: _____
Richard H. Reimer
Christine A. Pepe
Attorneys for ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381

Dated: 10-28-2010

JACOBS BROADCAST GROUP, INC.

By: _____
James Jacobs, President
1013 Barry Street, Suite B
Oxford, Alabama 36203

2