```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE APPLICATION OF AT&T MOBILITY   :
------------------------------------x
Related to                           :

UNITED STATES OF AMERICA,            :

              Plaintiff,             :

           -against-                 :    41 Civ. 1395 (DLC)

AMERICAN SOCIETY OF COMPOSERS,       :
AUTHORS, AND PUBLISHERS,
                                     :
              Defendant.
------------------------------------x
```



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, DECEMBER 8, 2010, at 9:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       November 1, 2010

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Hillel Ira Parness, Esq.
Bryan Jason Vogel, Esq.
David Leichtman, Esq.
Oren Dov Langer, Esq.
Robins, Kaplan, Miller & Ciresi, LLP (NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Fax: (212) 980-7499
Alt. Fax: (212)-309-6001

Aviva J. Halpern, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022
Fax: (212)-909-0660

Christine A. Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023
Fax: (212) 787-1381

James A. Trigg, Esq.
Jerre B Swann, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Fax: (404) 815-6555

Joseph E. Petersen, Esq.
Kilpatrick, Stockton, LLP
31 West 52nd. Street
New York, NY 10019
Fax: (212)775-8815

William Andrew Pequignot, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Avenue
New York, NY 10022
Fax: (404) 815-6555