USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
                                              :       ORDER
IN RE APPLICATION OF CELLCO            :
PARTNERSHIP LLC, d/b/a/ VERIZON   :   09 Civ. 7074 (DLC)(MHD)
WIRELESS                                 :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
IN RE APPLICATION OF ERICSSON, INC.:   09 Civ. 7076 (DLC)(MHD)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Related to                               :
                                              :
UNITED STATES OF AMERICA,        :
                                              :
                Plaintiff,               :
                                              :
          -against-                      :       41 Civ. 1395 (DLC)
                                              :
AMERICAN SOCIETY OF COMPOSERS,  :
AUTHORS, AND PUBLISHERS,         :
                                              :
                Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


     It is hereby ORDERED that a settlement conference has been

scheduled in the above-captioned actions on **FRIDAY, DECEMBER 10,**

**2010, at 9:00 A.M.**, at which time you are directed to appear in

**Courtroom 9A**, 500 Pearl Street, New York, New York 10007-1312.

Please note that this is an alternate courtroom and not the

courtroom listed on the court directory. Any requests for

adjournment of this scheduled conference must be in writing, with

copies to all other parties, and must be preceded by reasonable

efforts by the requesting party to obtain the consent of those

parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       November 2, 2010

                         SO ORDERED.


                         _____
                         **MICHAEL H. DOLINGER**
                         **UNITED STATES MAGISTRATE JUDGE**

                         2

Copies of the foregoing Order have been sent today by fax to:

Hillel Ira Parness, Esq.
Bryan Jason Vogel, Esq.
David Leichtman, Esq.
Oren Dov Langer, Esq.
Robins, Kaplan, Miller & Ciresi, LLP (NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Fax: (212) 980-7499
Alt. Fax: (212)-309-6001

Christine A. Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023
Fax: (212) 787-1381

Andrew McBride
Bruce Joseph
Michael Sturm
Karyn K. Ablin

Wiley Rein LLP
1776 K. Street, N.W.
Washington DC 20006
Fax: 202-719-7207

Alt. Fax: 202-719-7049