USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(DAVIS BROADCASTING, INC. OF
COLUMBUS, ET AL.)

09 Civ. 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                     Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                     Defendant.

41 Civ. 1395 (DLC)

## JUDGMENT

WHEREAS, the American Society of Composers, Authors and Publishers ("ASCAP") and Davis Broadcasting, Inc. of Columbus and Davis Broadcasting of Atlanta, L.L.C. (collectively "Davis") have consented to the entry of judgment; and

WHEREAS, ASCAP has moved the Court for an order enforcing this Court's October 15, 2004 Final Order and for entry of judgment against Davis for all fees due and owing to ASCAP pursuant to the ASCAP 2004 Radio Station License Agreement (ASCAP License Agreement), and good cause having been shown for the relief sought;

IT IS HEREBY ORDERED that ASCAP's motion against Davis is granted, and judgment shall be entered against Davis Broadcasting, Inc. of Columbus in the amount of $183,088.85, and against Davis Broadcasting of Atlanta, L.L.C. in the amount of $12,462.78, the amounts owed under the ASCAP License Agreement through December

31, 2009, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

    The Clerk of Court shall <u>not</u> close this case.

Dated: _Nov. 8, 2010_
New York, New York

_____
Denise Cote
United States District Judge

We consent to the entry of the foregoing Judgment:

Dated: _November 5, 2010_

AMERICAN SOCIETY OF
COMPOSERS, AUTHORS AND
PUBLISHERS

By: _____
Richard H. Reimer
Christine A. Pepe
Attorneys for ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6261
Fax: (212) 787-1381

Dated: _November 5, 2010_

DAVIS BROADCASTING, INC. OF
COLUMBUS AND DAVIS
BROADCASTING OF ATLANTA, L.L.C.

By: _____
Gregory A. Davis, Officer and Director
2203 Wynnton Road
Columbus, Georgia 31902
Phone: (770) 623-8772

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

2