USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
IN RE APPLICATION OF THP CAPSTAR ACQUISITION       :
CORP. (now known as DMX, Inc.)                     :   09 Civ. 7069
------------------------------------------------  :
Related to                                         :   ORDER
                                                   :
UNITED STATES OF AMERICA,                          :   41 Civ. 1395
                       Plaintiff,                  :      (DLC)
           v.                                      :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,            :
AND PUBLISHERS,                                    :
                       Defendant.                  :
------------------------------------------------X

DENISE COTE, District Judge:

The Court has filed under seal an Opinion determining a reasonable rate for the ASCAP license for DMX. The parties have been provided with a copy of the Opinion. It is hereby

ORDERED that each party has until 5:00PM on December 6, 2010 to offer proposed redactions.

IT IS FURTHER ORDERED that the parties shall have until 5:00PM on December 17, 2010 to provide the Court with a proposed final judgment based on the Court's decision to adopt DMX's proposal for a blanket license fee with adjustments for DMX's ongoing direct licensing program.

SO ORDERED:

Dated:   New York, New York
         December 2, 2010

                                    _____
                                          DENISE COTE
                                    United States District Judge