```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING  :
OF INDIANA, LLC (HINDMAN BROADCASTING    :      09 Civ. 7759
CORP.)                                   :         (DLC)
                                         :
-----------------------------------------:         ORDER
Related to                               :
                                         :
UNITED STATES OF AMERICA,                :
                        Plaintiff        :      41 Civ. 1395
            v.                           :         (DLC)
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                        Defendant.       :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12\2\2010

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order against Hindman Broadcasting Corp. ("Hindman") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $36,250.56, and having given Burgess until **December 21, 2010**, to respond, it is hereby

ORDERED that in the event that Hindman does not consent to entry of judgment by **January 7, 2010**, the parties are required to appear at a hearing before the Court on **February 4, 2011 at 12:00 p.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due **January 21, 2010**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Hindman.

SO ORDERED:

Dated:   New York, New York
         December 2, 2010

                                           _____
                                                  DENISE COTE
                                           United States District Judge