USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|3|2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
IN RE APPLICATION OF AT&T MOBILITY         :    09 Civ. 7072
(f/k/a CINGULAR WIRELESS)                  :     (DLC)(MHD)
                                           :
-------------------------------------------:
                                           :
                                           :    09 Civ. 7074
IN RE APPLICATION OF CELLCO PARTNERSHIP    :     (DLC)(MHD)
LLC, d/b/a/ VERIZON WIRELESS               :
                                           :
-------------------------------------------:
                                           :    09 Civ. 7076
                                           :     (DLC)(MHD)
IN RE APPLICATION OF ERICSSON, INC.        :
                                           :
-------------------------------------------:
                                           :       ORDER
                                           :
Related to                                 :
                                           :
UNITED STATES OF AMERICA,                  :    41 Civ. 1395
                    Plaintiff              :       (DLC)
         v.                                :
                                           :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :
AND PUBLISHERS,                            :
                    Defendant.             :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

In a letter dated November 22, 2010, ASCAP indicates that AT&T & Mobility LLC ("AT&T") has been unwilling to disclose confidential contracts between AT&T and certain providers of content ("content providers") that is streamed over AT&T's cellular video service. ASCAP contends that it must review these contracts to determine the portion of AT&T's payment to content providers that is given in exchange for the right to stream content. As reflected in AT&T's letter of November 24,

2010, four content providers have objected or failed to give consent to disclosure to ASCAP. Accordingly, it is hereby

ORDERED that on December 16, 2010, at 2:30 p.m., the parties shall appear at a conference to resolve this dispute in Courtroom 11B at the United States District Court, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that AT&T must give notice to the relevant third-party content providers so that they may be given an opportunity to be heard at the December 16, 2010 conference.

IT IS FURTHER ORDERED that AT&T shall bring to the December 16, 2010 conference an example of one of the contracts that is the subject of this dispute.

SO ORDERED:

Dated:   New York, New York
         December 3, 2010

_____
DENISE COTE
United States District Judge