SDNY   1:41-cv-01395-DLC

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  Dec. 09, 2010

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of September, two thousand and ten.

BEFORE:    DENNIS JACOBS,
           *Chief Judge*,
           JOHN M. WALKER, JR.,
           DEBRA ANN LIVINGSTON,
           *Circuit Judges*.



UNITED STATES OF AMERICA,

          Plaintiff-Appellee,

     v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS
AND PUBLISHERS,

          Defendant-Appellant-Cross-Appellee,

In the matter of Applications of REALNETWORKS, INC.,
YAHOO! INC.,

          Applicants-Appellees-Cross-Appellants.

**JUDGMENT**
Docket Nos. 09-0539-cv (L)
            09-0542-cv (con)
            09-0666-cv (xap)
            09-0692-cv (xap)
            09-1572-cv (xap)

The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part and VACATED in part, and the case is REMANDED to the district court for further proceedings in accordance with the opinion of this Court.

                              FOR THE COURT,
                              Catherine O'Hagan Wolfe,
                              Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

Joy Fallek, Administrative Attorney

**MANDATE ISSUED ON 12/09/2010**