```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :    ORDER
IN RE APPLICATION OF AT&T MOBILITY   :
                                          09 Civ. 7072 (DLC)(MHD)
------------------------------------x

Related to                           :

UNITED STATES OF AMERICA,            :

          Plaintiff,                 :

     -against-                       :   41 Civ. 1395 (DLC)

AMERICAN SOCIETY OF COMPOSERS,       :
AUTHORS, AND PUBLISHERS,
                                     :
          Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ORDERED that the settlement conference previously scheduled in the above-captioned action for WEDNESDAY, DECEMBER 8, 2010, at 9:00 A.M., is hereby adjourned without date.

Dated: New York, New York
       December 7, 2010

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Hillel Ira Parness, Esq.
Bryan Jason Vogel, Esq.
David Leichtman, Esq.
Oren Dov Langer, Esq.
Robins, Kaplan, Miller & Ciresi, LLP (NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Fax: (212) 980-7499
Alt. Fax: (212)-309-6001

Aviva J. Halpern, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022
Fax: (212)-909-0660

Christine A. Pepe, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023
Fax: (212) 787-1381

James A. Trigg, Esq.
Jerre B Swann, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Fax: (404) 815-6555

Joseph E. Petersen, Esq.
Kilpatrick, Stockton, LLP
31 West 52nd. Street
New York, NY 10019
Fax: (212)775-8815

William Andrew Pequignot, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Avenue
New York, NY 10022
Fax: (404) 815-6555