```
                                         USDC SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
                                         DOC #: _____
UNITED STATES DISTRICT COURT             DATE FILED: 12/17/2010
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
IN RE APPLICATION OF REALNETWORKS, INC.,:  09 Civ. 7760 (DLC)
YAHOO! INC.                           :
                                      :
--------------------------------------:
                                      :
Related to                            :   ORDER
                                      :
UNITED STATES OF AMERICA,              :
                     Plaintiff        :
          v.                          :   41 Civ. 1395
                                      :        (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                       :
                     Defendant.       :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

The Second Circuit having remanded the above-captioned matter to this Court for further proceedings on December 9, 2010, it is hereby

ORDERED that the parties shall appear for a status conference on **January 12, 2011** at **10:00 a.m** in Courtroom 11B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          December 17, 2010

                                   /s/ Denise Cote
                                   _____
                                          DENISE COTE
                                   United States District Judge