

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX   202.719.7049
www.wileyrein.com



Bruce G. Joseph
202.719.7258
bjoseph@wileyrein.com

December 16, 2010

**BY OVERNIGHT DELIVERY**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY  10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2010
```

Re:   *In Re Application of Cellco Partnership d/b/a Verizon Wireless,* **09 Civ. 7074 (DLC) (MHD);**
      *In re Application of Ericsson Inc.,* **09 Civ. 7076 (DLC) (MHD), related to** *United States v. ASCAP,* **41 Civ. 1395 (DLC)**

Dear Judge Cote:

We represent Verizon Wireless and Ericsson in the two above-referenced matters and are writing to the Court with the agreement of counsel for ASCAP in response to Your Honor's Order of October 27, 2010. That Order requested the submission of letter briefs concerning any outstanding issues in connection with the settlement of these matters. We are pleased to report that the parties have resolved the outstanding issues and there are no matters for presentation to the Court. The parties do not expect there to be any additional matters that would require presentation to the Court before the definitive settlement agreements can be signed. We are in the process of completing the final documentation of the agreements and expect to be in a position to submit proposed orders to the Court in January.

Respectfully submitted,

*/s/ Bruce Joseph*

Bruce G. Joseph

*Counsel for Verizon Wireless and Ericsson Inc.*

cc:   Counsel of Record

BGJ/cet

*Submission is due 1/19/11.*

*Denise Cote*
*Dec. 17, 2010*