◆AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of New York

DOC #: _____
DATE FILED: 1/24/11

UNITED STATES OF AMERICA,
　　　　Plaintiff,
　　v.
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
　　　　Defendants.

In the matter of the Application of YAHOO! INC.,
　　　　Applicant,
for the determination of Reasonable License Fees

## BILL OF COSTS

Case Number: 41-1395 (DLC)(MHD)

Judgment having been entered in the above entitled action on __12/10/2010__ against __American Society of Composers, Authors and Publishers__,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk  Notices of Appeal (2) dated 02/11/2009 and 04/10/2009 | $910.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Per FRAP 39(e) - See Attached Rider (Supersedeas Bonds) | 189,000.00 |
| **TOTAL** | **$189,910.00** |

DOCKETED AS A JUDGMENT #11, 0129 ON 1/24/11

— No Appearances —
— Objections Filed —

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

　☐　Electronic service by e-mail as set forth below and/or.
　☒　Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  Thomas Patrick Lane

For:  Yahoo! Inc.　　　　　　　　　　　　　　　　　　　　Date: 1/6/2011
　　　　Name of Claiming Party

Costs are taxed in the amount of  $189,910.00  _____ and included in the judgment.

Ruby S. Krajick　　　　　　　By: _____　　　1/24/11
Clerk of Court　　　　　　　　　　Deputy Clerk　　　　　　Date