UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REALNETWORKS, INC., YAHOO! INC. | 09 Civ. 7760 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 Civ. 1395 (DLC) |

## ASCAP'S NOTICE OF MOTION
## TO REVIEW AND VACATE THE BILL OF COSTS

PLEASE TAKE NOTICE that, upon the declaration of Jay Cohen, the American Society of Composers, Authors and Publishers ("ASCAP"), pursuant to Fed. R. Civ. P. 54(d)(1) and for the reasons set forth in the accompanying Memorandum of Law in Support of ASCAP's Motion to Review and Vacate the Bill of Costs, is hereby moving this Court, before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom 11B, to review and vacate the Bill of Costs entered by the Clerk on January 24, 2011, and to grant ASCAP such other and further relief as the Court deems just and appropriate.

Dated: New York, New York  
January 28, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By_____
    Jay Cohen  
    Lynn B. Bayard  
    Jacqueline P. Rubin  
    Darren W. Johnson  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Phone: (212) 373-3163  
Email: jaycohen@paulweiss.com;  
       lbayard@paulweiss.com;  
       jrubin@paulweiss.com;  
       djohnson@paulweiss.com

Richard H. Reimer  
Sam Mosenkis  
Christine A. Pepe  
American Society of Composers, Authors and Publishers  
One Lincoln Plaza  
New York, New York 10023  
Phone: (212) 621-6200  
Fax: (212) 787-1381  
Email: rreimer@ascap.com; smosenkis@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*