AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

DANIEL FUERST, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On January 28, 2011, I served a true copy of the foregoing:

- ASCAP'S NOTICE OF MOTION TO REVIEW AND VACATE THE BILL OF COSTS
- ASCAP'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO REVIEW AND VACATE THE BILL OF COSTS
- DECLARATION OF JAY COHEN IN SUPPORT OF ASCAP'S MOTION TO REVIEW AND VACATE THE BILL OF COSTS on the following:

Thomas Patrick Lane
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

3. I made such service by personally delivering a true copy of the aforementioned documents to the office at the above stated address.

_____
DANIEL FUERST

Sworn to before me this
28th day of January, 2011

_____
Notary Public

JAE HEE HAN
Notary Public, State of New York
No. 01HA6230262
Qualified in Queens County
Commission Expires Nov. 1, 2014