UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC, ET AL.
(HINDMAN BROADCASTING CORP.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                      Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                      Defendant.

41 CV 1395 (DLC)

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's October 15, 2004 Final Order is granted, and judgment shall be entered against Hindman Broadcasting Corp. in the amount of $36,250.56, with interest from this date to be calculated as provided for by 28 U.S.C. § 1961.

The Clerk of Court shall not close this case.

Dated: February 4, 2011

United States District Judge