```
USD...
DOCU....
ELECTRO...
DOC #:
DATE:  2/9/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE APPLICATION OF REALNETWORKS, INC.,  :
YAHOO! INC.,                              :
------------------------------------------:
Related to                                :   09 Civ. 7760 (DLC) (MHD)
                                          :
UNITED STATES OF AMERICA,                 :      ORDER OF
                          Plaintiff,      :   REFERENCE TO A
                                          :   MAGISTRATE JUDGE
              -v-                         :
                                          :   41 Civ. 1395 (DLC)(MHD)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND:
PUBLISHERS,                               :
                          Defendant.      :
------------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes           ___ Consent under 28 U.S.C. §
    scheduling, discovery, non-              636(c) for all purposes
    dispositive pretrial motions,            (including trial)
    and settlement)

___ Specific Non-Dispositive             ___ Consent under 28 U.S.C. §
    Motion/Dispute                           636(c) for limited purpose
                                             (e.g., dispositive motion,
                                             preliminary injunction)
                                             Purpose:
    _____

    If referral is for discovery         ___ Habeas Corpus
    disputes when the District
    Judge is unavailable, the
    time period of the referral:

    _____

_X_ Settlement                           ___ Social Security

___ Inquest After Default/Damages        ___ Dispositive Motion (i.e.,
    Hearing                                  motion requiring a Report
                                             and Recommendation)
                                             Particular Motion:

       SO ORDERED:

Dated:    New York, New York
          February 9, 2011
                                         _____
                                                  DENISE COTE
                                         United States District Judge