UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APPLICATION OF REALNETWORKS,
INC., YAHOO! INC.                                     09 Civ. 7760 (DLC) (MHD)

_____

Related to

UNITED STATES OF AMERICA,                             41 Civ. 1395 (DLC) (MHD)
                        Plaintiff,
            v.
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                        Defendant.
-----------------------------------------------------------------X

I, ROBERT C. TURNER, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with the law firm of Winston & Strawn LLP, which represents Applicant Yahoo! Inc. ("Yahoo!"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpted transcript of the July 16, 2008 hearing before the Honorable William C. Conner in this action.

3. Attached hereto as Exhibit B is a true and correct copy of a redacted excerpted transcript of the December 8, 2008 hearing before the Honorable William C. Conner in this action. This transcript has been redacted to remove information irrelevant to this motion.

4. Attached hereto as Exhibit C is a true and correct copy of this Court's (Redacted) Final Fee Order, dated January 14, 2009.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on February 11, 2011, New York, New York.

_____
Robert C. Turner