# EXHIBIT B

```
                              O8C8ASCms.txt                              1
     O8C8ASCms
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA,
 3
 4              Plaintiff,
 4
 5        v.                                    41-1395(WCC)
 5
 6   AMERICAN SOCIETY OF COMPOSERS,
 6   AUTHORS AND PUBLISHERS, et al.
 7
 7              Defendants.
 8
 8   ------------------------------x
 9
 9                                           White Plains, N.Y.
10                                           December 8, 2008
10                                           10:00 a.m.
11
11   Before:
12
12                THE HONORABLE WILLIAM C. CONNER,
13
13                                              District Judge
14
14                          APPEARANCES
15
15   WHITE & CASE
16        Attorneys for Defendant  ASCAP
16   CHRISTOPHER GLANCY
17   STEFAN MENTZER
17
18   RICHARD H. REIMER
18        Attorney for Defendant ASCAP
19
19
20   WEIL, GOTSHAL & MANGES, LLP
20        Attorneys for Applicants Yahoo! and RealNetworks
21   KENNETH L. STEINTHAL
21   HARRIS COHEN
22
22   WINSTON & STRAWN, LLP
23        Attorneys for Applicant Yahoo!
23   THOMAS P. LANE
24   DANIEL C. NEUSTADT
25
                      MARY M. STATEN, CSR, RPR, RMR
                              (914) 390-4027
                                                                         2
     O8C8ASCms
 1            THE COURT:  Good morning.
 2            I have read and considered your very voluminous
 3   submissions on the proposed judgments.
 4            I think you've made every argument that you're likely
 5   to make for and against the several proposed judgments.  And I
 6   think the most expeditious way to proceed would be to announce
 7   at the outset my tentative decision on all of the disputed
 8   issues and then give you a chance to tell me why I ought not to
 9   make a grievous mistake.  Or if you simply can't suppress a cry
                                 Page 1
```

```
                                   08C8ASCms.txt
     25    music use adjustment factor for SuperPass should be computed on
                         MARY M. STATEN, CSR, RPR, RMR
                                 (914) 390-4027
                                                                               9
           08C8ASCms
      1    a monthly rather than an annual basis. According to my
      2    computation, which I hope you will check, the music use
      3    adjustment factor for 2006 computed on a monthly basis, is
      4           percent. Applying that factor to 2004 and 2005 revenues
      5    would result in SuperPass fees for 2004 of         and for
      6    2005 fees of        . But, of course, you should check my
      7    calculations.
      8              Now, there is one other important open issue, and
      9    that's the supersedeas bond.
     10              At the hearing on July 1st, I indicated that I
     11    believed it was unnecessary to require the posting of a bond to
     12    stay execution of a judgment pending appeal, because there
     13    appeared to be only a negligible risk that any of the
     14    applicants would be unable to pay the judgment. Of course,
     15    since that time, there has been an unforeseeable and
     16    precipitous drop in the economy. And I therefore now believe
     17    there is no justification for excusing the customary
     18    requirement of a supersedeas bond in the amount of the
     19    judgment.
     20              One final issue is that of auditing.
     21              Yahoo, in their proposed final judgment, has included
     22    provisions for auditing that I think are unnecessary, onerous
     23    and perhaps unfair. I see nothing wrong with the auditing
     24    provisions contained in ASCAP's proposed judgment, and I would
     25    be inclined to adopt those, unless somebody can persuade me
                         MARY M. STATEN, CSR, RPR, RMR
                                 (914) 390-4027
                                                                              10
           08C8ASCms
      1    otherwise.
      2              Now, what I would suggest, after I've heard your
      3    screams of anguish, is that ASCAP revise their proposed final
      4    judgment to incorporate fees based upon the rulings that I've
      5    made, and that they do that within one week and they submit a
      6    copy of it to the applicants. And they will have one week to
      7    tell me -- not to re-argue any of the points of law, as
      8    argument is going to be closed at the end of business today --
      9    merely to tell me whether ASCAP has failed to follow the
     10    rulings, or has been guilty of mathematical errors. And then
     11    ASCAP will have a day or two in which to respond.
     12              I should have everything by the time I get back, which
     13    is January the 5th. And I will sign the judgment on that day,
     14    and your time for appeal will start running, if anybody is
     15    still disposed to appeal.
     16              All right. The floor is open.
     17              MR. STEINTHAL: Judge, before we get into screams of
     18    anguish or whatever other reactions, there was one issue with
     19    RealNetworks and ASCAP that your Honor's tentative rulings did
     20    not address, which is the category of revenues that ASCAP
     21    continued to put into top line revenue relating to music
     22    download sales and hardware and software sales, which is not in
     23    the revenue base that we had proposed.
     24              THE COURT: They should not be included. I think
     25    you're right. I think I didn't comment on those, but I had
                         MARY M. STATEN, CSR, RPR, RMR
                                 (914) 390-4027
                                                                              11
           08C8ASCms
```