```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
IN RE APPLICATION OF REALNETWORKS, INC.,   :
YAHOO! INC.,                                :
---------------------------------------------:
Related to                                  :    09 Civ. 7761 (DLC) (MHD)
                                            :
UNITED STATES OF AMERICA,                   :    ORDER OF
                    Plaintiff,              :    REFERENCE TO A
                                            :    MAGISTRATE JUDGE
          -v-                               :
                                            :    41 Civ. 1395 (DLC)(MHD)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND  :
PUBLISHERS,                                 :
                    Defendant.              :
---------------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

_____

   SO ORDERED:

Dated:   New York, New York
         February 25, 2011

                                    /s/ Denise Cote
                                    _____
                                    DENISE COTE
                                    United States District Judge