# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 3400
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW



FEB 18 2011

CHAMBERS OF
DENISE COTE

HILLEL I. PARNESS
212-980-7464
HIParness@rkmc.com

February 18, 2011

**MEMO ENDORSED**

BY HAND

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

2/25/2011

Re: *In re Application of AT&T Wireless f/k/a Cingular Wireless*,
09 Civ. 7072, related to *United States v. American Society of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We represent ASCAP in the above-referenced matter and are writing on behalf of ASCAP and AT&T Mobility LLC. On January 19, 2011, counsel for AT&T, with ASCAP's consent, advised the Court that the parties had "resolved all of the principal issues and [were] in the process of preparing final drafts of the agreements for signature," and asked for an extension of the date by which the parties would submit a stipulation of dismissal attaching the settlement agreements. In response, Your Honor granted the parties an extension until February 19 to complete the process. During the course of preparing final drafts of the agreements, a few disputed issues emerged, which the parties are diligently trying to work through but have not yet fully resolved. The parties therefore respectfully request an additional extension until March 7, 2011 to finalize the agreements and submit the stipulation of dismissal in this matter.

Granted.
Denise Cote
Feb. 25, 2011

Respectfully submitted,

Hillel I. Parness

cc: Richard Reimer, Esq., Christine Pepe, Esq.
Joseph M. Beck, Esq., Joseph E. Petersen, Esq., James A. Trigg, Esq.
David Leichtman, Esq.

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES | NEW YORK