

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com
31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700  f 212 775 8800

direct dial 212 775 8715
direct fax 212 775 8815
jpetersen@kilpatricktownsend.com

March 7, 2011

**BY HAND**

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Re: *In re Application of AT&T Wireless f/k/a Cingular Wireless*, 09 Civ. 7072, related to *United States v. Am. Soc'y of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We represent AT&T Mobility in the above-referenced matter. We write with ASCAP's consent to request a short extension of time to finalize the agreements implementing the binding term sheet that settled this proceeding.

On February 18, 2011, counsel for ASCAP, with AT&T's consent, reported that "[d]uring the course of preparing final drafts of the agreements, a few disputed issues emerged, which the parties are diligently trying to work through but have not yet fully resolved." The parties therefore requested an extension until March 7, 2011 to finalize the agreements and submit the stipulation of dismissal in this matter, a request that Your Honor granted on February 25.

We are pleased to report that the parties have completed the process of preparing final drafts of the agreements but while ASCAP is prepared to obtain signatures this week, AT&T requires some additional time. The parties therefore respectfully request an extension until March 23, 2011 to finalize the agreements and submit the stipulation of dismissal in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Petersen

cc: David Leichtman, Esq.
    Hillel I. Parness, Esq.
    Joseph M. Beck, Esq.
    W. Andrew Pequignot, Esq.

Granted.
Denise Cote
March 8, 2011

US2008 2343173.1

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  DUBAI  NEW YORK  OAKLAND  PALO ALTO  RALEIGH  SAN DIEGO  SAN FRANCISCO  SEATTLE  STOCKHOLM  TAIPEI  TOKYO  WALNUT CREEK  WASHINGTON, DC  WINSTON-SALEM