UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                         Plaintiff,      :
                                         :     41 Civ. 1395 (DLC)
              -v-                        :
                                         :          ORDER
AMERICAN SOCIETY OF COMPOSERS AUTHORS    :
AND PUBLISHERS,                          :
                         Defendant.      :
                                         X
----------------------------------------

DENISE COTE, District Judge:

    By letter dated February 25, 2011, pro se plaintiff Curtis Morrow ("Morrow") alleges that the American Society of Composers Authors and Publishers ("ASCAP") is not complying with certain obligations under the Second Amended Final Judgment ("AFJ2) and requests that the Court determine whether "ASCAP is in contempt of the AFJ2." By letter dated March 3, 2011, ASCAP requests ten days to respond to Morrow's allegations. It is hereby

    ORDERED that ASCAP's reply letter must be submitted to the Court by March 18, 2011.

    SO ORDERED:

Dated:    New York, New York
           March 9, 2011

                                  DENISE COTE
                       United States District Judge

COPIES SENT TO:

Richard H. Reimer
ASCAP
One Lincoln Plaza
New York, NY 10023

James Curtis Morrow
320 South Harrison St., Apt. 9D
East Orange, NJ 07018