```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
IN RE APPLICATION OF               :
YAHOO, INC.                        :   09 Civ. 7760 (DLC)(MHD)
                                   :
-----------------------------------x
Related to                         :
                                   :
UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :
                                   :
       -against-                   :   41 Civ. 1395 (DLC)
                                   :
AMERICAN SOCIETY OF COMPOSERS,     :
AUTHORS, AND PUBLISHERS,           :
                                   :
            Defendant.             :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ORDERED that a settlement conference previously scheduled in the above-captioned action for Wednesday, March 30, 2011, at 10:00 A.M., has been adjourned to **MONDAY, APRIL 11, 2011, at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for

settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       March 9, 2011

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Jayson Leonard Cohen, Esq.

Jacqueline Pilar Rubin, Esq.

Lynn Beth Bayard, Esq.

Amy Gold, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)373-3151
Fax: (212)373-2705

Alt. Fax: (212) 373-2399

Alt. Fax #2: (212) 373-2773

Thomas Patrick Lane, Esq.
Robert C. Turner, Esq.
Michael S. Elkin, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Fax: (212) 294-4700