UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF YAHOO! INC.

Related to

UNITED STATES OF AMERICA,
                                    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                                    Defendant.

09 Civ. 7760 (DLC)(MHD)

**NOTICE OF WITHDRAWAL OF COUNSEL**

41 Civ. 1395 (DLC)(MHD)

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 3/11/2011]

PLEASE TAKE NOTICE that Jayson L. Cohen hereby withdraws as counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in the above-captioned matter. Jay Cohen and Lynn B. Bayard of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent ASCAP in this proceeding.

Dated: New York, New York
       March 3, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: _____
    Jayson L. Cohen

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jlcohen@paulweiss.com

**SO ORDERED:**

_____
U.S.D.J.
3/11/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF YAHOO! INC. | 09 Civ. 7760 (DLC)(MHD) |
| Related to | **DECLARATION OF JAYSON L. COHEN** |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | 41 Civ. 1395 (DLC)(MHD) |

I, JAYSON L. COHEN, declare as follows:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am not working on this matter.

2. Jay Cohen and Lynn B. Bayard of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent ASCAP in this matter.

3. My withdrawal will not delay the matter or prejudice any party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2011
New York, New York

By: _____
　　　Jayson L. Cohen