

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**MEMO ENDORSED**


RECEIVED
MAR 23 2011
CHAMBERS OF
DENISE COTE

KILPATRICK TOWNSEND & STOCKTON LLP

www.kilpatricktownsend.com

31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700  f 212 775 8800

direct dial 212 775 8715
direct fax 212 775 8815
jpetersen@kilpatricktownsend.com

March 23, 2011

3|23|2011

**BY HAND**

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *In re Application of AT&T Wireless f/k/a Cingular Wireless*, 09 Civ. 7072, related to *United States v. Am. Soc'y of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We represent AT&T Mobility in the above-referenced matter. We write with ASCAP's consent to request a short extension of time to submit a stipulation of dismissal in this matter and to submit proposed redactions to the parties' various agreements.

As Your Honor will recall, on March 7 we reported that the parties have completed the process of preparing final drafts of the agreements and requested until March 23, 2011 to finalize the agreements and submit the stipulation of dismissal in this matter. We are now pleased to report that the parties have exchanged executed agreements but they require a few additional days to submit to the Court their proposed redactions along with a stipulation of dismissal. The parties therefore respectfully request an extension until March 25, 2011 to submit a stipulation of dismissal in this matter and to submit their proposed redactions.

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Petersen

Granted.
Denise Cote
March 23, 2011

cc:   David Leichtman, Esq.
      Hillel I. Parness, Esq.
      Joseph M. Beck, Esq.
      W. Andrew Pequignot, Esq.