UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES,                            :
                            Plaintiff,    :
                                          :        41 Civ. 1395 (DLC)
             -v-                          :
                                          :              ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS    :
AND PUBLISHERS,                           :
                            Defendant.    :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     By letter dated February 24, 2011, James Curtis Morrow

("Morrow") applied to this Court to hold the American Society of

Composers, Authors, and Publishers ("ASCAP") in contempt of its

obligations under the Second Amended Final Judgment ("AFJ2").

By Order dated March 9, ASCAP was given until March 18 to reply

to Morrow's letter.  On March 17, ASCAP submitted its response.

     Morrow contends that his deceased wife was the rightful

heir of composer-musician Myron C. Bradshaw ("Bradshaw"), and

therefore Morrow is entitled to royalties collected by ASCAP

from the licensing of Bradshaw's compositions.  In an opinion

and order dated October 31, 2003, the Honorable Faith S.

Hochberg, United States District Judge, held that Ohio intestacy

law -- not the AFJ2 -- determines whether Morrow's wife had any

interest in Bradshaw's copyrights.  Accordingly, it is hereby

ORDERED that Morrow's February 24, 2011 application for

ASCAP to be held in contempt of AFJ2 is denied.

SO ORDERED:

Dated:    New York, New York
          March 23, 2011

_____
          DENISE COTE
United States District Judge

2

COPIES SENT TO:

Richard H. Reimer
ASCAP
One Lincoln Plaza
New York, NY 10023

James Curtis Morrow
320 South Harrison St., Apt. 9D
East Orange, NJ 07018