
**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW


MEMO ENDORSED


RECEIVED
MAR 30 2011
CHAMBERS OF
DENISE COTE

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com
31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700  f 212 775 8800

direct dial 212 775 8715
direct fax 212 775 8815
jpetersen@kilpatricktownsend.com

March 30, 2011

**BY HAND**

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

    Re:    *In re Application of AT&T Wireless f/k/a Cingular Wireless*, 09 Civ. 7072, related to *United States v. Am. Soc'y of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

    We represent AT&T Mobility in the above-referenced matter. We write in accordance with the Court's instructions that AT&T Mobility explain the basis for its proposed redactions to paragraph 5 a. of the parties' Settlement, Mutual Release and License Agreement (a copy of which was enclosed with Mr. Parness's March 25, 2011 letter).

    AT&T Mobility has proposed redacting the identities of two third parties with whom AT&T Mobility has entered into confidential agreements regarding ringback tones. One of these third parties has agreed to clear public performance rights in its ringback tones offered through AT&T Mobility's ringback tone service. ASCAP has no objection to these proposed redactions.

    AT&T Mobility seeks these redactions in accordance with its agreements with these third parties, which agreements impose confidentiality obligations upon AT&T Mobility with respect to the terms of the agreements. In the event that the Court is disinclined to grant AT&T Mobility's request, AT&T Mobility respectfully requests that the Court afford the relevant AT&T Mobility counterparties an opportunity to be heard.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Petersen

cc:    David Leichtman, Esq.
       Hillel I. Parness, Esq.
       Joseph M. Beck, Esq.
       W. Andrew Pequignot, Esq.

*[Handwritten endorsement:] Those parties must provide any opposition to the disclosure by April 4, 2011. Denise Cote March 30, 2011*

US2008 2483943.2