# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 3400
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW



RECEIVED
MAR 25 2011
CHAMBERS OF
DENISE COTE

**MEMO ENDORSED**

HILLEL I. PARNESS
212-980-7464
hiparness@rkmc.com

March 25, 2011

<u>**BY HAND**</u>

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

4/8/2011

RE:   Re: *In re Application of AT&T Wireless f/k/a Cingular Wireless*, 09 Civ. 7072, related to *United States v. American Society of Composers, Authors & Publishers*, 41 Civ. 1395

Dear Judge Cote:

We represent ASCAP in the above-referenced matter and are writing on behalf of ASCAP and AT&T Mobility LLC. Enclosed please find a Stipulation of Dismissal executed by the parties, which in turn attaches the definitive settlement agreements over which the parties have agreed the Court should retain jurisdiction.

In accordance with your Order of January 20, 2011, please also find enclosed ASCAP's and AT&T's joint proposed redactions to the settlement agreements. Consistent with past proposed redactions, we have enclosed tables detailing the proposed redactions, providing a space for Your Honor to indicate each ruling.

Respectfully submitted,

Hillel I. Parness

*The redactions are approved w. X42 exceptions, as indicated on the table.*

*Denise Cote 4/6/11*

Enclosures

cc:   Richard Reimer, Esq., Christine Pepe, Esq.
      Joseph M. Beck, Esq., Joseph E. Petersen, Esq., James A. Trigg, Esq.
      David Leichtman, Esq.

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · NEW YORK