UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC, ET AL.

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                              Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL**

41 CV 1395 (DLC)

PLEASE TAKE NOTICE that Kristy M. Tillman hereby withdraws as counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in the above-captioned matter. Ms. Tillman is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Attached is my declaration, in accordance with Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York. I will continue to represent ASCAP in this action, along with Jay Cohen and Lynn B. Bayard of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: New York, New York
       August 5, 2011

So ordered.
/s/ Michael Cole
August 19, 2011

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Darren W. Johnson

1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
djohnson@paulweiss.com

SO ORDERED:

_____

Hon. Denise L. Cote, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC, ET AL. | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | **DECLARATION OF DARREN W. JOHNSON**<br><br>41 CV 1395 (DLC) |

I, DARREN W. JOHNSON, declare as follows:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Kristy M. Tillman is withdrawing as counsel because she is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. Ms. Tillman is not asserting a retaining or charging lien.

2. I will continue to represent ASCAP in this action, along with Jay Cohen and Lynn B. Bayard of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2011
New York, New York

By: _____
Darren W. Johnson

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

TREVOR J. HILL, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 5, 2011, I served true copies of the following: NOTICE OF WITHDRAWAL OF COUNSEL and DECLARATION OF DARREN W. JOHNSON on the following:

> Richard H. Reimer
> Christine A. Pepe
> ASCAP
> One Lincoln Plaza
> New York, NY 10023

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
5th day of August, 2011.

_____
Notary Public
SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires December 6, 2012