UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (DOS COSTAS  :    10 Civ. 167 (DLC)
COMMUNICATIONS CORPORATION)             :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :    09 Civ. 7759
OF INDIANA, LLC (DOS COSTAS             :       (DLC)
COMMUNICATIONS CORPORATION)             :
                                        :
----------------------------------------:    AMENDED ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                     Plaintiff          :    41 Civ. 1395
          v.                            :       (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                     Defendant.         :
                                        :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and for entry of judgment against Dos Costas Communications Corp. ("Dos Costas") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $57,516.39, and having given Dos Costas until October 8, 2011, to respond, it is hereby

ORDERED that in the event that Dos Costas does not consent to entry of judgment by October 28, 2011, the parties are

required to appear at a hearing before the Court on December 2, 2011 at 11:30 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.  Any papers in response are due November 18, 2011.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Dos Costas.

SO ORDERED:

Dated:   New York, New York
         September 13, 2011

_____
DENISE COTE
United States District Judge