UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEP 27 2011

| | |
|---|---|
| IN RE APPLICATION OF POST-NEWSWEEK STATIONS, INC., ET AL. | 09 CV 7959 (DLC)(MHD) |
| Related to | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| UNITED STATES OF AMERICA, <br> Plaintiff, | |
| v. | 41 CV 1395 (DLC)(MHD) |
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br> Defendant. | |

PLEASE TAKE NOTICE that Kristy M. Tillman hereby withdraws as counsel for the American Society of Composers, Authors and Publishers ("ASCAP") in the above-captioned matter. Ms. Tillman is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Attached is my declaration, in accordance with Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York. I will continue to represent ASCAP in this action, along with Jay Cohen and Lynn B. Bayard of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: New York, New York
August 5, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Darren W. Johnson

1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
djohnson@paulweiss.com

SO ORDERED: 9/27/11

Hon. Michael H. Dolinger, U.S.M.J.