```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X          10/11/2011
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (REIER       :          10 Civ. 167 (DLC)
BROADCASTING COMPANY, INC.)             :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :          09 Civ. 7759
OF INDIANA, LLC (REIER BROADCASTING     :             (DLC)
COMPANY, INC.)                          :
                                        :
----------------------------------------:          ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff       :          41 Civ. 1395
             v.                         :             (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and for entry of judgment against Reier Broadcasting Company, Inc. ("Reier") for failure to pay license fees in accordance with the ASCAP 2004 Radio Station License Agreement in the amount of $124,025.30, and having given Reier until October 28, 2011, to respond, it is hereby

ORDERED that in the event that Reier does not consent to entry of judgment by November 11, 2011, the parties are required

to appear at a hearing before the Court on December 16, 2011 at 11:30 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due December 2, 2011.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Reier.

SO ORDERED:

Dated:   New York, New York
         October 11, 2011

```
                                    _____
                                            DENISE COTE
                                    United States District Judge
```