UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REALNETWORKS, INC. AND RHAPSODY INTERNATIONAL, INC. | 09 Civ. 7761 (DLC)(MHD) |
| Related to | |
| UNITED STATES OF AMERICA, <br>                           Plaintiff, | 41 Civ. 1395 (DLC)(MHD) |
|        v. | |
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br>                           Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on November 9, 2005, the American Society of Composers, Authors and Publishers ("ASCAP") applied to this Court for the determination of reasonable license fees for an ASCAP license for RealNetworks, Inc. ("RealNetworks") for the period commencing January 1, 2004 ; and

WHEREAS, in 2007, RealNetworks and MTV Networks formed a joint venture known as "Rhapsody America," and in 2010 that company was spun off as Rhapsody International Inc. ("Rhapsody"), an independent corporate entity, and added as a party to this proceeding; and

WHEREAS, the parties have reached a settlement of the issues raised in this proceeding;

IT IS HEREBY ORDERED THAT:

    1.  The November 9, 2005 Application brought by ASCAP against RealNetworks for the determination of reasonable license fees for the period commencing January 1, 2004, is dismissed with prejudice.

    2.  Each side is to bear its own attorneys' fees and costs.

    3.  This Stipulation and Order may be executed via facsimile and in counterpart copies.

Dated: New York, New York
      October 11, 2011

GREENBERG TRAURIG LLP

By _____
    Kenneth L. Steinthal

153 Townsend Street, 8th Floor
San Francisco, California 94107
Phone: (415)655-1300
Email:  steinthalk@gtlaw.com

*Attorneys for RealNetworks, Inc. and Rhapsody International Inc.*

Dated: New York, New York
      October 13, 2011

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By _____
    Jay Cohen
    Lynn B. Bayard
    Darren W. Johnson

1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Email:  jaycohen@paulweiss.com;
lbayard@paulweiss.com;djohnson@paulweiss.com

So ordered.

Denise Cote
10/13/11

2

Richard H. Reimer
Christine A. Pepe
American Society of Composers, Authors and
Publishers
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*

SO ORDERED.

Dated: New York, New York
    October __, 2011

_____
Hon. Denise Cote
United States District Judge