USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HICKS BROADCASTING OF INDIANA, LLC., ET AL. (J-SYSTEMS FRANCHISING CORP.)

09 CV 7759 (DLC)

#10,1696

Related to

UNITED STATES OF AMERICA,
                           Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
                           Defendant.

41 CV 1395 (DLC)

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2010, in favor of the American Society of Composers, Authors and Publishers ("ASCAP") and against J-Systems Franchising Corp., in the amount of $63,763.10 with interest as provided for by 28 U.S.C. § 1961, and said judgment with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of the full and complete satisfaction of said judgment against J-Systems Franchising Corp.

Dated: New York, New York
November 23, 2011

By _____
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jay Cohen
Lynn B. Bayard
Darren W. Johnson
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email: jaycohen@paulweiss.com;
lbayard@paulweiss.com; djohnson@paulweiss.com

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*