UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

POST-NEWSWEEK STATIONS, INC., ET AL.
(SKY TELEVISION, L.L.C.)

09 CV 7959 (DLC)(MHD)

Related to

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

41 CV 1395 (DLC)(MHD)

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                    Defendant.

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's November 17, 2004 Final Order is granted, and judgment shall be entered against Sky Television, L.L.C. in the amount of $56,049.06 with interest from this date to be calculated at the rate of 9% (simple annual interest) pursuant to N.Y. C.P.L.R. §5004. The Clerk of Court shall not close this case.

Dated: _____

_____
Michael H. Dolinger
United States Magistrate Judge