UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (WATERMARK   :    10 Civ. 167 (DLC)
COMMUNICATIONS LLC)                     :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :      09 Civ. 7759
OF INDIANA, LLC (WATERMARK              :         (DLC)
COMMUNICATIONS LLC)                     :
                                        :
----------------------------------------:     AMENDED ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                       Plaintiff        :       41 Civ. 1395
            v.                          :          (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
                                        :
                                        :
----------------------------------------X

12/12/2011

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004

Final Order and the May 25, 2010 Interim Fee Order, and for

entry of judgment against Watermark Communications LLC

("Watermark") for failure to pay license fees in accordance with

the ASCAP 2004 Radio Station License Agreement in the amount of

$53,488.34, and having given Watermark until December 21, 2011,

to respond, it is hereby

ORDERED that in the event that Watermark does not consent

to entry of judgment by January 6, 2012, the parties are

required to appear at a hearing before the Court on February 17, 2012 at 11:00 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due February 3, 2012.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Watermark.

SO ORDERED:

Dated:     New York, New York
           December 12, 2011

                              _____
                                  DENISE COTE
                              United States District Judge