Cotes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1/5/12

IN RE APPLICATION OF YAHOO! INC.

09 Civ. 7760 (DLC)(MHD)

Related to

UNITED STATES OF AMERICA,
                                                    Plaintiff,

                    v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                                                    Defendant.

41 Civ. 1395 (DLC)(MHD)

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on November 1, 2005, the American Society of Composers, Authors and Publishers ("ASCAP") applied to this Court for the determination of reasonable license fees to be paid by Yahoo! Inc. ("Yahoo!") for periods commencing July 1, 2002 (ASCAP's Application); and

WHEREAS, during the course of this proceeding, Yahoo! was ordered to post a supersedeas bond; and

WHEREAS, the parties have reached a complete settlement of the issues raised in this proceeding;

IT IS HEREBY ORDERED THAT:

1.  ASCAP's Application is dismissed with prejudice.

2.  The supersedeas bond posted by Yahoo! in connection with this proceeding is released.

3. Each side is to bear its own attorneys' fees and costs incurred in connection with this proceeding.

4. This Stipulation and Order may be executed via facsimile and in counterpart copies.

Dated: New York, New York
December 15, 2011

WINSTON & STRAWN LLP

By _____
      Thomas Patrick Lane
      Robert C. Turner

200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700
Email: tlane@winston.com; rturner@winston.com
*Attorneys for Yahoo! Inc.*

Dated: New York, New York
December 30, 2011

PAUL, WEISS, RIFKIND. WHARTON & GARRISON LLP

By _____
      Jay Cohen
      Lynn B. Bayard
      Darren W. Johnson

1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Email: jaycohen@paulweiss com;
lbayard@paulweiss.com;djohnson@paulweiss.com

Richard H. Reimer
Christine A. Pepe
American Society of Composers, Authors and Publishers
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers. Authors and Publishers*

So ordered.

_(signature)_
Jany 5, 2012

2

SO ORDERED.

Dated: New York, New York
      January ___, 2012

                                            _____
                                            Hon. Denise Cote
                                            United States District Judge