UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE APPLICATION OF DUHAMEL              :
BROADCASTING ENTERPRISES, et al.          :    11 Civ. 9311 (DLC)
                                          :
------------------------------------------:
                                          :    PRETRIAL SCHEDULING
Related to                                :          ORDER
                                          :
UNITED STATES OF AMERICA,                 :
                                          :    41 Civ. 1395 (DLC)
                      Plaintiff           :
          v.                              :
                                          :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,   :
AND PUBLISHERS,                           :
                      Defendant.          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on January 27, 2012, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **February 17, 2012**.

2. The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **June 29, 2012**, in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **January 11, 2013**.

4. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the parties must be served by **March 1, 2013**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **April 5, 2012**.

5. Expert discovery must be completed by **May 10, 2013**.

6. The Joint Pretrial Order must be filed by **July 12, 2013**.

> As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.
>
> All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.
>
> Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.
>
> Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.
>
> Counsel will provide the Court with two (2) courtesy copies of all these documents at the time they are served, as well as one set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

7. The parties shall file motions in limine and Daubert motions, if any, by **July 12, 2013**.

8. The parties shall file oppositions to motions in limine and Daubert motions, if any, by **July 26, 2013**.

Dated:    New York, New York
          January 27, 2012

                              _____
                                      DENISE COTE
                              United States District Judge