```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
IN RE APPLICATION OF DUHAMEL BROADCASTING  :
ENTERPRISES, ET AL.                        :
-------------------------------------      :
Related to                                 :     11 Civ. 9311
                                           :     (DLC)(MHD)
UNITED STATES OF AMERICA,                  :
                                           :
                 Plaintiff                 :     ORDER OF
       v.                                  :     REFERENCE TO A
                                           :     MAGISTRATE JUDGE
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :
AND PUBLISHERS,                            :
                 Defendant.                :     41 Civ. 1395
-------------------------------------- X         (DLC)
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

\_\_\_ Habeas Corpus

_X_  Settlement                           ___  Social Security

___  Inquest After Default/Damages         ___  Dispositive Motion (i.e.,
     Hearing                                    motion requiring a Report
                                                and Recommendation)
                                                Particular Motion:
                                                _____

     SO ORDERED:

Dated:   New York, New York
         January 30, 2012

                                          _____
                                              DENISE COTE
                                          United States District Judge