```
121r6usac
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x       10 CIV 5210(DLC)

3  IN RE APPLICATION OF THE
   CROMWELL GROUP, INC. AND
4  AFFILIATES, et al.
   ------------------------------x
5                                         New York, N.Y.
                                          January 27, 2012
6                                         3:00 p.m.

7  Before:

8                   HON. DENISE COTE,

9                                         District Judge

10                      APPEARANCES

11 WEIL GOTSHAL & MANGES LLP
        Attorneys for Cromwell Group
12 BY:  R. BRUCE RICH
        JONATHAN BLOOM
13      JACOB EBIN
        MARK FIORE
14
   PAUL WEISS RIFKIND WHARTON & GARRISON LLP
15      Attorneys for ASCAP
   BY:  JAY COHEN
16      LYNN B. BAYARD
        DARREN JOHNSON
17
   ASCAP
18 BY:  RICHARD H. REIMER
        SAMUEL MOSENKIS
19

20

21

22

23

24

25

1           (In open court; case called)

2           THE DEPUTY CLERK:  Counsel for the Cromwell Group

3   please state your name for the record.

4           MR. RICH:  Good afternoon, your Honor.  Bruce Rich.

5   With me this afternoon are my colleagues Jonathan Bloom and

6   Jacob Ebin and Mark Fiore.

7           THE DEPUTY CLERK:  For ASCAP, please state your name

8   for the record.

9           MR. COHEN:  Good afternoon, your Honor.  Jay Cohen of

10  Paul Weiss.  With me is Lynn Bayard Darren Johnson and Richard

11  Reimer and Samuel Mosenkis of ASCAP.

12          THE COURT:  Welcome, everyone.  It is a pleasure to

13  see you again.

14          This is a proceeding in connection with the matter

15  which we refer to as the Cromwell Group matter.  I have a

16  proposed final order here reflecting the settlement of all open

17  issues.  I have reviewed the papers.  I have just one question.

18  Of course, I will be happy to hear anything counsel wish to

19  relate in this regard.  If you have the proposed final order

20  before you and if you could turn to page 3, paragraph four

21  there is a paragraph there that talks about the fact that the

22  entry of this order is without prejudice to any arguments or

23  positions of the parties.  I think I am reading this correctly,

24  but I just want to make sure that that paragraph applies to any

25  positions or arguments the parties might wish to make with

1    respect to license fees or other related matters for the period
2    beginning January 1, 2017 and thereafter.
3             MR. RICH:  That's correct, your Honor.  That was the
4    intention of any future proceedings although it didn't specify
5    the date, your Honor.
6             THE COURT:  This isn't tendered as a final order
7    settling all issues for the period January 1st, 2010 to
8    December 31, 2016?
9             MR. RICH:  That's correct.
10            THE COURT:  Is there any objection to my modifying
11   paragraph 4 to reflect that it is without prejudice to any
12   arguments or positions, etc., for the period beginning
13   January 1, 2017 or any time thereafter?
14            MR. RICH:  Not from the applicants, your Honor.
15            MR. COHEN:  No objection, your Honor.
16            THE COURT:  Do counsel for the Cromwell Group or maybe
17   I should say for RMLC have anything further that they would
18   like to communicate to me before I execute this by final order?
19            MR. RICH:  No, your Honor.  We were certainly prepared
20   either to outline its terms, but it sounds like as usual you
21   are ahead of us and have read it, but if you have any,
22   otherwise we think the documents speak for themselves.  I would
23   just say implicit in the documents before you is a very
24   cooperative process at the end that led to this settlement on
25   both sides.

1           THE COURT:  Thank you.
2           Mr. Cohen?
3           MR. COHEN:  No, your Honor.  Nothing to add.
4           THE COURT:  So I have executed the final order.  I
5  want to congratulate both sides for achieving this resolution.
6  I know how important this is to everyone who is represented
7  here in court and how this could have been an extremely arduous
8  and contentious litigation and I am sure counsel have provided
9  wonderful representations to their clients in helping them
10 achieve this resolution of these very important matters.  You
11 have my congratulations.
12          So I think we are ready then to proceed to the related
13 matter.
14                              o0o