USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 2/6/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE APPLICATION OF HICKS BROADCASTING   :
OF INDIANA, LLC (ST. LAWRENCE RADIO,      :        09 Civ. 7759
INC.)                                     :         (DLC)(MHD)
                                          :
------------------------------------------:        ORDER
Related to                                :
                                          :
UNITED STATES OF AMERICA,                 :
                          Plaintiff       :        41 Civ. 1395
            v.                            :          (DLC)
                                          :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,   :
AND PUBLISHERS,                           :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    ASCAP having applied for entry of judgment against St.

Lawrence Radio, Inc. ("St. Lawrence"), for failure to pay

license fees in accordance with the parties' settlement

agreement in the amount of $29,158.51 plus interest, and having

given St. Lawrence until March 1, 2012, to respond, it is

hereby

    ORDERED that in the event that St. Lawrence does not

consent to entry of judgment by **March 16, 2012,** the parties

are required to appear at a hearing before the Court on

**April 13, 2012** at **noon** at the United States Courthouse, 500

Pearl Street, New York, New York, in Courtroom 11B.  Any papers

in response are due **March 30, 2012.**

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on St. Lawrence.

SO ORDERED:

Dated:    New York, New York
          February 6, 2012

_____
          DENISE COTE
United States District Judge

2