USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC (MAINSTREET BROAD-    :       09 Civ. 7759
CASTING COMPANY, INC.)                :       (DLC)(MHD)
                                      :
--------------------------------------:       ORDER
Related to                            :
                                      :
UNITED STATES OF AMERICA,             :
                        Plaintiff     :       41 Civ. 1395
        v.                            :       (DLC)
                                      :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                       :
                        Defendant.    :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

    By letter of January 10, 2012, Paul R. Bossert ("Bossert"), President of Mainstreet Broadcasting Company, Inc. ("Mainstreet"), requests a determination of reasonable payment terms on behalf of Mainstreet. Corporations must be represented by an attorney in federal court. Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). The Court is therefore unable to address Mainstreet's application. It is hereby

ORDERED that if Mainstreet wishes to renew its application, an attorney must enter an appearance on its behalf.

SO ORDERED:

Dated:   New York, New York
         February 6, 2012

                                    _____
                                              DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Paul R. Bossert
Mainstreet Broadcasting Company, Inc.
516 Main Street
Walsenburg, CO 81089

Richard Reimer
ASCAP
One Lincoln Plaza
New York, NY 10023