UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC (ST. LAWRENCE RADIO, INC.) | Docket No. 09 Civ. 7759 (DLC) (MHD) ECF Case |
| Related to <br><br> UNITED STATES OF AMERICA, <br>                              Plaintiff <br> v. <br><br> AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS, <br>                              Defendant. | Docket No. 41 Civ. 1395 (DLC) ECF Case <br><br> **AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DANIEL FUERST, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On February 7, 2012, I served a true copy of the ORDER SIGNED BY THE HONORABLE DENISE COTE DATED FEBRUARY 6, 2012 on the following:

Mr. William Solomon
Vice President
St. Lawrence Radio, Inc.
7064 US Highway 11
Potsdam, NY 13676

3. I made such service by placing a true copy of the aforementioned document in a properly addressed, prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

*[signature]*
DANIEL FUERST

Sworn to before me this
7th day of February, 2012

*[signature]*
Notary Public

**TREVOR J. HILL**
**Notary Public, State of New York**
**No. 60-6181594**
**Qualified in Westchester County**
**Certificate Filed in New York County**
**Commission Expires Feb. 4, 2016**