```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
IN RE PETITION OF DUHAMEL          :    ORDER
BROADCASTING ENTERPRISES, et al.   :    11 Civ. 9311 (DLC)(MHD)
                                   :
-----------------------------------x
Related to                         :
                                   :
UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :
                                   :
            -against-              :    41 Civ. 1395 (DLC)
                                   :
AMERICAN SOCIETY OF COMPOSERS,     :
AUTHORS, AND PUBLISHERS,           :
                                   :
            Defendant.             :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, JUNE 18, 2012, at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

about their respective **settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       February 9, 2012

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

R. Bruce Rich, Esq.
Mark Joseph Fiore, Esq.
Benjamin Ely Marks, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue, 25th Floor
New York, NY 10153
Fax: (212) 310-8007


Lynn Beth Bayard, Esq.
Darren Wright Johnson, Esq.
Jay Cohen, Esq.
Amy Ellyn Gold, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Fax: (212) 373-2730
Fax: (212) 373-2399
Fax: (212) 492-0194
Fax: (212) 492-0710


Richard H. Reimer, Esq.
Samuel Mosenkis, Esq.
American Society of Composers Authors & Publishers
One Lincoln Plaza
New York, NY 10023
Fax: (212) 787-1381