2/16/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HICKS BROADCASTING OF INDIANA, LLC.,
ET AL. (MAINSTREET BROADCASTING
COMPANY, INC.)

09 CV 7759 (DLC)

**MEMO ENDORSED**

Related to

UNITED STATES OF AMERICA,
                          Plaintiff,

41 CV 1395 (DLC)

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                          Defendant.

### STIPULATION AND ORDER

WHEREAS, the parties have reached a settlement of the issues raised in Mainstreet Broadcasting Company, Inc.'s ("Mainstreet") "Request for Determination of Reasonable Payment Terms" filed in the above-captioned proceeding; and hereby stipulate that it should be withdrawn;

IT IS HEREBY STIPULATED AND AGREED THAT:

Mainstreet's "Request for Determination of Reasonable Payment Terms" is withdrawn, with each side to bear its own attorneys' fees and costs.

*The Clerk of Court shall close the application of 1/10/12 by Mainstreet.*

*So ordered.*

*Denise Cote*
*2/16/12*

| | |
|---|---|
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS<br><br>By: /s/ Richard H. Reimer<br>Richard H. Reimer<br>Christine A. Pepe<br>Attorneys for ASCAP<br>One Lincoln Plaza<br>New York, New York 10023<br>Phone: (212) 621-6261<br>Fax: (212) 787-1381<br><br>Dated: 2/9/12 | MAINSTREET BROADCASTING COMPANY, INC.<br><br>By: /s/ Paul R. Bossert<br>Paul R. Bossert, President<br>516 Main Street<br>Walsenburg, Colorado 81089<br>Phone: (719) 738-3636<br>Facsimile: (719) 738-3636<br><br><br><br>Dated: 2/6/2012 |

SO ORDERED.

Dated: New York, New York
       _____, 2012

_____
DENISE COTE
United States District Judge