USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (KSBH, LLC   :    10 Civ. 5210 (DLC)
and NORTH FACE BROADCASTING LLC)        :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :    09 Civ. 7759
OF INDIANA, LLC (KSBH, LLC and NORTH    :        (DLC)
FACE BROADCASTING LLC)                  :
                                        :
----------------------------------------:    ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                       Plaintiff        :    41 Civ. 1395
          v.                            :        (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
                                        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

ASCAP having applied for entry of two judgments, against (1) KSBH, LLC ("KSBH"), in the amount of $18,278.45 plus postjudgment interest, and (2) North Face Broadcasting LLC ("North Face"), in the amount of $23,338.50, plus postjudgment interest, pursuant to settlement agreements between ASCAP and these parties to resolve disputes over KSBH's and North Face's obligations under the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and having given KSBH and North Face until March 23, 2012, to respond, it is hereby

ORDERED that in the event that KSBH and North Face do not consent to entry of judgment by **April 6, 2012**, the parties are required to appear at a hearing before the Court on **April 27, 2012** at **noon** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.  Any papers in response are due **April 13, 2012**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on KSBH and North Face.

SO ORDERED:

Dated:   New York, New York
         March 8, 2012

_____
DENISE COTE
United States District Judge