UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
IN RE APPLICATION OF HICKS BROADCASTING     :
OF INDIANA, LLC (ST. LAWRENCE RADIO,        :     09 Civ. 7759
INC.)                                       :     (DLC)(MHD)
                                            :
-------------------------------------------:      ORDER
Related to                                  :
                                            :
UNITED STATES OF AMERICA,                   :
                           Plaintiff        :     41 Civ. 1395
          v.                                :     (DLC)
                                            :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,     :
AND PUBLISHERS,                             :
                           Defendant.       :
                                            :
-------------------------------------------X

DENISE COTE, District Judge:

     On March 7, 2012, this Court received a letter dated February 23 from William Solomon ("Solomon"), General Manager of St. Lawrence Radio, Inc. ("St. Lawrence"), on behalf of St. Lawrence in response to ASCAP's February 1 application to enforce the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order.  ASCAP responded on March 12.  Pursuant to an Order of February 6, the parties are to appear at a hearing on ASCAP's motion on April 13 at noon in Courtroom 15B.  St. Lawrence's response, if any, is due March 30.

     Corporations must be represented by an attorney in federal court.  Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997).

The Court is therefore unable to address St. Lawrence's application.  It is hereby

ORDERED that if St. Lawrence wishes to make any application, an attorney must enter an appearance on its behalf.  Any papers in response to ASCAP's February 1 application must be filed no later than **April 7, 2012.**

IT IS FURTHER ORDERED that ASCAP shall promptly serve this Order on St. Lawrence.

SO ORDERED:

Dated:   New York, New York
         March 20, 2012

_____
DENISE COTE
United States District Judge