```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF THE CROMWELL GROUP:    10 Civ. 5210 (DLC)
INC. AND AFFILIATES, ET AL           :
                                     :              ORDER
-------------------------------------:
                                     :
Related to                           :
                                     :      41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,            :
                                     :
                  Plaintiff          :
          v.                         :
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                      :
                  Defendant.         :
                                     :              4/3/2012
-------------------------------------:
                                     :
Related to                           :
                                     :      10 Civ. 167 (DLC)
In the matter of the Application for th:
Determination of Interim License Fees :
for                                  :
                                     :
THE CROMWELL GROUP, INC. AND AFFILIATES:
et al.                               :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On January 30, 2012, the Court approved the Final Order in this action. The parties attached three exhibits to their proposed Final Order, designated Exhibits A, B, and C ("the Exhibits"). It is hereby

ORDERED that the parties shall promptly file the Exhibits on

the Case Management/Electronic Case Filing system.

    SO ORDERED:

Dated:    New York, New York
         April 2, 2012

                                     DENISE COTE
                         United States District Judge