UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (KSBH, LLC AND NORTH FACE BROADCASTING, LLC) | 10 CV 5210 (DLC) |
| In the matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC., ET AL. (KSBH, LLC AND NORTH FACE BROADCASTING, LLC) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                          Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                          Defendant. | 41 CV 1395 (DLC) |

4/5/2012

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, the American Society of Composers, Authors and Publishers ("ASCAP") hereby dismisses without prejudice its Application for Entry of Judgments Against KSBH, LLC and North Face Broadcasting, LLC, which was filed with the Court on March 2, 2012, (*see* Document No. 157, Application for Entry of Judgments Against KSBH, LLC and North Face Broadcasting, LLC, Case 1:09-cv-7759; Document No. 23, Case 1:10-cv-5210), and as to which no answering papers or motion for summary judgment has been filed by KSBH, LLC or North Face Broadcasting, LLC.

So ordered.

*[signature]*
April 5, 2012

Dated: New York  
April 3, 2012

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS

By_____/s/ Lynn B. Bayard_____  
Jay Cohen, Esq.  
Lynn B. Bayard, Esq.  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Phone: (212) 373-3054  
Fax: (212) 492-0054  
Email: jaycohen@paulweiss.com;  
lbayard@paulweiss.com

and

Richard H. Reimer, Esq.  
Christine A. Pepe, Esq.  
One Lincoln Plaza  
New York, New York 10023  
Phone: (212) 621-6200  
Fax: (212) 787-1381  
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*

# SO ORDERED:

_____  
U.S.D.J.

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

DANIEL FUERST, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 4, 2012, I served a true copy of the NOTICE OF DISMISSAL on the following:

> William Vance
> 213 Renee Street
> Natchitoches, Louisiana 71457

3. I made such service by placing the true copy of the aforementioned document in a properly addressed, prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

_____
DANIEL FUERST

Sworn to before me this
4th day of April, 2012

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 60-6181594
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 4, 2016