UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

POST-NEWSWEEK STATIONS, INC., ET AL.
(LOUISVILLE TV LICENSES, LLC AND
LOUISVILLE TV GROUP, LLC)

09 CV 7959 (DLC)(MHD)

Related to

UNITED STATES OF AMERICA,

                              Plaintiff,

              v.

41 CV 1395 (DLC)(MHD)

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,

                              Defendant.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order against Louisville TV Licenses, LLC and Louisville TV Group, LLC (collectively "Louisville TV"), the proposed Judgment, the Affidavit of Ray Schwind dated April 3, 2012, and exhibits attached thereto, and all prior proceedings herein, the American Society of Composers, Authors and Publishers ("ASCAP") will move this Court, before the U.S. Magistrate Judge Michael H. Dolinger, at the United Stated Courthouse, 500 Pearl Street, New York, New York 10007, for an order enforcing this Court's November 17, 2004 Order and for entry of Judgment against Louisville TV Licenses, LLC and Louisville TV Group, LLC, jointly and severally, for all fees due and owing to ASCAP under the Local Station Blanket Television License, and such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, should Louisville TV wish to respond to ASCAP's motion, Louisville TV's response should be filed and served within fourteen (14) days of service on Louisville TV of ASCAP's Motion, and ASCAP's reply shall be filed and served within seven (7) days of service upon ASCAP of Louisville TV's response.

Dated: New York, New York
April 3, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By___/s/ Lynn B. Bayard_____
Jay Cohen
Lynn B. Bayard
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email:  jaycohen@paulweiss.com;
lbayard@paulweiss.com

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*