UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE #: 09 CV 7959
(DLC)(MHD)

In the Matter of the Application of
POST-NEWSWEEK STATIONS, INC., ET AL. (LOUISVILLE TV LICENSES, LLC
AND LOUISVILLE TV GROUP, LLC)

Related to UNITED STATES OF AMERICA,
                              Plaintiff,

41 CV 1395 (DLC)(MHD)

v.
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
                              Defendant.

## AFFIDAVIT OF SERVICE

State of Kentucky )
County of Jefferson ) ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of Kentucky

That on 4/4/2012 at 4:00 PM at 6100 Dutchmans Lane, Suite 701, Louisville, KY 40205

deponent served a(n) Notice of Motion, Affidavit of Ray Schwind in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order Against Louisville TV Licenses, LLC and Louisville TV Group, LLC, Memorandum In Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order Against Louisville TV Licenses, LLC and Louisville TV Group, LLC, and Judgment

on WBKI TV, a domestic corporation,

by delivering thereat a true copy of each to Lindsey Smith personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be Managing Agent thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight : 161-200 Lbs.
Other :

Sworn to before me this 6
day of April, 2012

_____
Notary Public

Aaron Johnson
Notary Public, State at Large
Kentucky
My Commission Expires July 26, 2013

_____
Tracy V. Marshall

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279