# EXHIBIT 3

| Federal Communications Commission<br>Washington, D.C. 20554 | Approved by OMB<br>3060-0010 (October 2009) | FOR FCC USE ONLY |
|---|---|---|
| **FCC 323**<br>**OWNERSHIP REPORT FOR COMMERCIAL BROADCAST STATIONS** | | **FOR COMMISSION USE ONLY**<br>**FILE NO. BOA-20111201MXL** |

## Section I - General Information

| 1. | Legal Name of the Respondent<br>LOUISVILLE TV LICENSES, LLC |||
|---|---|---|---|
| | Street Address (1)<br>11111 BISCAYNE BOULEVARD |||
| | Street Address (2)<br>BUILDING 3 PENTHOUSE 54 |||
| | City<br>MIAMI | State or Country (if foreign address)<br>FL | ZIP Code<br>33181 - |
| | Telephone Number (include area code)<br>3058641861 | E-Mail Address (if available)<br>LAURENCEMEDIA@AOL.COM ||
| | FCC Registration Number:<br>0019107606 | Call Sign<br>WBKI-TV | Facility ID Number<br>25173 |
| 2. | Contact Representative<br>ROBERT RINI | Firm or Company Name<br>RINI CORAN, PC ||
| | Street Address (1)<br>1140 19TH STREET, NW |||
| | Street Address (2)<br>SUITE 600 |||
| | City<br>WASHINGTON | State or Country (if foreign address)<br>DC | ZIP Code<br>20036 - |
| | Telephone Number (include area code)<br>2024634301 | E-Mail Address (if available)<br>RRINI@RINICORAN.COM ||
| 3. | Nature of Respondent (See Instructions for definitions)<br>⦿ Licensee<br>○ Permittee<br>○ Entity with an attributable interest |||
| 4. | If this application has been submitted without a fee, indicate reason for fee exemption (see 47 C.F.R. Section 1.1114):<br>○ Governmental Entity ○ Fee-exempt Report ○ Other Other ⦿ N/A (Fee Required) |||
| 5. | All of the information furnished in this Report is accurate as of 10/01/2011<br>*(Date entered must (1) be Oct. 1 of the filing year when filing a Biennial Ownership Report (or Nov. 1, 2009 in the case of the initial filing); or (2) be no more than 60 days prior to the date of filing when filing a non-biennial Ownership Report.)* |||
| 6. | Purpose: This Report is filed for: (choose one) |||
| | a. ⦿ Biennial |||
| | b. ○ Validation and Resubmission of a previously filed Biennial Report (certifying no change from previous Report) |||
| | c. ○ Transfer of Control or Assignment of License/Permit |||
| | d. ○ Report by Permittee filing within 30 days after the grant of a construction permit for a new commercial AM, FM or full power television broadcast station. |||

|   |   |   |
|---|---|---|
| | e. ○ Update / certification of accuracy of an initial Ownership Report filed by Permittee (filing in conjunction with Permittee's application for a station license) | |
| | f. ○ Amendment to a previously filed Ownership Report | File Number: - |
| | If an Amendment, **submit as an Exhibit** a listing by Section and Question Number the portions of the previous Report that are being revised. | [ Exhibit 1 ] |

7. Licensee and Station Information. The stations listed below are all licensed to the following person or entity:

| Licensee Name | Licensee's FCC Registration Number (FRN) |
|---|---|
| LOUISVILLE TV LICENSES, LLC | 0019107606 |

**Station List**

This Report is filed for the following stations:

| Copy | Call Sign | Facility ID Number | Location (City/State) | Class of service |
|---|---|---|---|---|
| 1. | WBKI-TV | 25173 | CAMPBELLSVILLE, KENTUCKY | Television |

8. Respondent is:

○ Sole Proprietorship     ○ Not-for-profit corporation     ○ Limited partnership
○ For-profit corporation  ○ General partnership           ● Other

If "Other," describe nature of the Respondent in an Exhibit.     [ Exhibit 2 ]

## Section II-B - Biennial Ownership Information

1. Contract Information. List all contracts and other instruments required to be filed by 47 C.F.R. Section 73.3613. (Only Licensees, or Respondents with a majority interest in or that otherwise exercise de facto control over the subject Licensee shall respond. Other Respondents should select "Not Applicable" in response to this question.) If the agreement is a local marketing agreement (LMA) or a radio joint sales agreement (JSA), or if the agreement is a network affiliation agreement, check the appropriate box; otherwise, select "Other" for non-LMA/radio JSA or network affiliation agreements.

☐ Not Applicable

**Contract Information**

| Copy | Description of contract or instrument | Name of person or organization with whom contract is made | Date of Execution | Date of Expiration | Agreement Type (check all that apply) |
|---|---|---|---|---|---|
| 1. | MANAGEMENT AGREEMENT | LOUISVILLE TV LICENSES, LLC AND PEGASUS MINORITY MEDIA, LLC | Month DECEMBER Year 2009 | Month Year ☑ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 2. | PROMISSORY NOTE | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month NOVEMBER Year 2009 | Month JULY Year 2015 ☐ No Expiration | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |

| | | | | Date | |
|---|---|---|---|---|---|
| 3. | SECURITY AGREEMENT | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month NOVEMBER Year 2009 | Month Year ☑ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 4. | PLEDGE AGREEMENT | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month NOVEMBER Year 2009 | Month Year ☑ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 5. | PROMISSORY NOTE | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month NOVEMBER Year 2009 | Month DECEMBER Year 2014 ☐ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 6. | AMENDMENT TO SECURITY AGREEMENT | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month JANUARY Year 2011 | Month Year ☑ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 7. | AMENDMENT TO NOTE | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month JANUARY Year 2011 | Month DECEMBER Year 2014 ☐ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |
| 8. | AMENDMENT TO NOTE | LOUISVILLE TV GROUP, LLC; LOUISVILLE TV LICENSES, LLC AND VALLEY BANK | Month JANUARY Year 2011 | Month JULY Year 2015 ☐ No Expiration Date | ☐ LMA/radio JSA ☐ Network Affiliation Agreement ☑ Other |

2. Capitalization (Only Licensees or entities with a majority interest in or that otherwise exercises de facto control over the subject Licensee shall respond.)
☑ Not Applicable

[Enter Capitalization Information]

3. (a.) Ownership Interests. This Question requires Respondents to enter detailed information about ownership interests by generating a series of subforms. Answer each question on each subform. The first subform listing should be for the Respondent itself. If the Respondent is not a natural person, also list each of the officers, directors,

stockholders, noninsulated partners, members and other persons or entities with a direct attributable interest in the Respondent. (A "direct" interest is one that is not held through any intervening companies or entities.) In the case of vertical or indirect ownership structures, report only those interests in the Respondent that also represent an attributable interest in the Licensee for which the Report is being submitted.

List each person or entity with a direct attributable interest in the Respondent separately. Entities that are part of an organizational structure that includes holding companies or other forms of indirect ownership must file separate ownership reports. In such a structure do not report or file separate reports for persons or entities that do not have an attributable interest in the Licensee for which the report is being submitted.

### Ownership Interests Information

| Copy 1. | Name | LOUISVILLE TV LICENSES, LLC |
|---|---|---|
| | Address | Street<br>11111 BISCAYNE BLVD.<br>BUILDING 3 PENDHOUSE 54<br>City/State<br>MIAMI, FLORIDA<br>Postal/ZIP Code<br>33181 -<br>Country (if not U.S.) |
| | Listing Type | ⊙ Respondent<br>○ Other Interest Holder |
| | Relationship to Licensee | ⊙ Licensee (or Officer/Director of Licensee)<br>○ Person with attributable interest<br>○ Entity with attributable interest |
| | Positional Interest (Check all that apply) | ☐ Officer<br>☐ Director<br>☐ General Partner<br>☐ Limited Partner<br>☐ LC/LLC/PLLC Member<br>☐ Owner<br>☐ Stockholder<br>☐ Attributable Creditor<br>☐ Attributable Investor<br>☑ Other (please specify):<br>LICENSEE |
| | FCC Registration Number | 0019107606 |
| | Gender, Ethnicity, Race and Citizenship Information (Natural Persons) | ☑ N/A (entity)<br>Gender<br>○ Male  ○ Female<br>Ethnicity<br>○ Hispanic or Latino<br>○ Not Hispanic or Latino<br>Race<br>○ American Indian or Alaska Native<br>○ Asian<br>○ Black or African American<br>○ Native Hawaiian or Other Pacific Islander |

| | | |
|---|---|---|
| | | ○ White<br>○ Two or more races |
| | | Citizenship |
| | Percentage of votes | 0.0 % |
| | Percentage of equity | 0.0 % |
| | Percentage of total assets (equity debt plus) | 0.0 % |
| Copy 2. | Name | LOUISVILLE TV GROUP, LLC |
| | Address | Street<br>11111 BISCAYNE BLVD.<br>BUILDING 3 PENTHOUSE 54<br>City/State<br>MIAMI , FLORIDA<br>Postal/ZIP Code<br>33181 -<br>Country (if not U.S.) |
| | Listing Type | ○ Respondent<br>⊙ Other Interest Holder |
| | Relationship to Licensee | ○ Licensee (or Officer/Director of Licensee)<br>○ Person with attributable interest<br>⊙ Entity with attributable interest |
| | Positional Interest (Check all that apply) | ☐ Officer<br>☐ Director<br>☐ General Partner<br>☐ Limited Partner<br>☑ LC/LLC/PLLC Member<br>☐ Owner<br>☐ Stockholder<br>☐ Attributable Creditor<br>☐ Attributable Investor<br>☑ Other (please specify):<br>PARENT OF LICENSEE |
| | FCC Registration Number | 0019055797 |
| | Gender, Ethnicity, Race and Citizenship Information (Natural Persons) | ☑ N/A (entity)<br>Gender<br>○ Male  ○ Female<br>Ethnicity<br>○ Hispanic or Latino<br>○ Not Hispanic or Latino<br>Race<br>○ American Indian or Alaska Native<br>○ Asian<br>○ Black or African American<br>○ Native Hawaiian or Other Pacific Islander |

|  |  |  | ○ White |  |  |
|---|---|---|---|---|---|
|  |  |  | ○ Two or more races |  |  |
|  |  |  | Citizenship |  |  |
|  |  | Percentage of votes | 100.0 % |  |  |
|  |  | Percentage of equity | 100.0 % |  |  |
|  |  | Percentage of total assets (equity debt plus) | 0.0 % |  |  |

| | | | |
|---|---|---|---|
| | (b.) | Respondent certifies that any equity and financial interests not reported in response to Question 3(a) are non-attributable.<br><br>If "No," submit as an Exhibit an explanation. | ⦿ Yes ○ No<br>[ Exhibit 3 ] |
| | (c.) | Does the Respondent or any person/entity with an attributable interest in the Respondent also hold an attributable interest in any other broadcast station, or in any newspaper entities in the same market, as defined in 47 C.F.R. Section 73.3555?<br><br>If "Yes", provide information describing the interest(s), using EITHER the subform OR the spreadsheet option below for the applicable type of interest (broadcast or newspaper). Respondents with a large number (50 or more) of entries to submit should use the spreadsheet option. NOTE: Spreadsheets must be submitted in a special "XML Spreadsheet" format with the appropriate structure that is specified in the documentation. For instructions on how to use the spreadsheet option to complete this question (including templates to start with), please Click Here.<br><br>[Broadcast Interests Subform]<br><br>[Newspaper Interests Subform] | ○ Yes ⦿ No |
| | (d.) | Are any of the individuals listed in response to Question 3(a) married, related as parent-child, or related as siblings?<br><br>If "Yes", complete the information describing the relationship.<br><br>[Enter Familial Relationships Information] | ○ Yes ⦿ No |
| | (e.) | Is Respondent seeking an attribution exemption for any officer or director with duties unrelated to the Licensee ?<br><br>If "Yes", complete the information in the required fields and submit an Exhibit fully describing that individual's duties and responsibilities, and explaining why that individual should not be attributed an interest.<br><br>[Enter Attribution Exemption Information] | ○ Yes ⦿ No |
| 4. | | Respondent's Interests Held. Each Respondent other than a Licensee should list the name and FCC Registration Number of all entities in which the Respondent holds a direct attributable ownership interest, where that listed entity has an attributable ownership interest in the Licensee of the stations associated with the Report. Licensees should select "N/A" in response to this question. | ☑ N/A |

| | | |
|---|---|---|
| | For any listing that includes the name of a person or entity reported on multiple Ownership Reports, ensure that the FRN information is consistent among all such Ownership Reports. Respondents should coordinate with each other to ensure such consistency.<br><br>[Enter Respondent Interests Held Information] | |
| 5. | Organizational Chart. **LICENSEES ONLY**: Attach a flowchart or similar document showing the Licensee's vertical ownership structure including the Licensee and all persons/entities that have attributable interests in the Licensee.<br><br>Non-Licensee Respondents should select "N/A" in response to this question. | ☐ N/A<br>[ Exhibit 5 ] |

## SECTION III - CERTIFICATION

I certify that I am PRESIDENT

(Official Title)

of LOUISVILLE TV GROUP, LLC (PARENT OF LICENSEE)

(Exact legal title or name of Respondent)

and that I have examined this Report and that to the best of my knowledge and belief, all statements in this Report are true, correct and complete.

(Date of the signature below must (1) be no earlier than Oct. 1 of the filing year when filing a Biennial Ownership Report (and no earlier than Nov. 1, 2009 in the case of the initial filing); or (2) be no more than 60 days prior to the date of filing when filing a non-biennial Ownership Report.)

| Signature<br>BARBARA LAURENCE | Date<br>12/01/2011 |
|---|---|
| Telephone Number of Respondent (Include area code) 3058641861 | |

WILLFUL FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001), AND/OR REVOCATION OF ANY STATION LICENSE OR CONSTRUCTION PERMIT (U.S. CODE, TITLE 47, SECTION 312(a)(1)), AND/OR FORFEITURE (U.S. CODE, TITLE 47, SECTION 503).

## Exhibits

**Exhibit 2**
Description: NATURE OF RESPONDENT

LOUISVILLE TV LICENSES, LLC IS A LIMITED LIABILITY COMPANY

**Attachment 5**

| Description |
|---|
| ORGANIZATIONAL STRUCTURE |

Louisville TV Licenses, LLC  
Ownership Exhibit  
Section II-B, Question 5

December 2011  
Form 323  
Page 1 of 1

## Organization Structure
## Louisville TV Licenses, LLC - Licensee

| Name | Citizenship | Positional Interest | % of Votes | % of Equity |
|---|---|---|---|---|
| Louisville TV Group, LLC | US | Sole Member | 100% | 100% |

## Louisville TV Group, LLC

| Name | Citizenship | Positional Interest | % of Votes | % of Equity |
|---|---|---|---|---|
| Pegasus Minority Media, LLC | US | Member | 100% | 70% |
| PLLW, LLC | US | Member | 0% | 30 |
| Barbara Laurence | US | Officer | 0% | 0% |
| Paul Libovitz | US | Officer | 0% | 0% |
| Robert Rini | US | Officer | 0% | 0% |

## Pegasus Minority Media, LLC

| Name | Citizenship | Positional Interest | % of Votes | % of Equity |
|---|---|---|---|---|
| Barbara Laurence | US | Sole Member | 100% | 100% |

## PLLW, LLC

| Name | Citizenship | Positional Interest | % of Votes | % of Equity |
|---|---|---|---|---|
| Paul Libovitz | US | Sole Member | 100% | 100% |

{00019498.DOC.1}