# EXHIBIT 4



October 1, 2009

Mr. Bo Scott
GM
Louisville TV Group, LLC
WBKI
5000 Tremont Ave., Ste. 100C
Davenport, IA 52807

Dear Mr. Scott:

We are writing to confirm that Louisville TV Group, LLC has purchased WBKI, effective August 24, 2009. Please confirm that this consummation date is correct.

ASCAP's license authorizes performances of many millions of copyrighted musical works in the ASCAP repertory and reciprocal agreements with foreign societies representing virtually every country that has laws protecting copyright. We license the works of their members in the U.S., and they license the works of our members in their territories. You can find much more information about ASCAP, its nearly 330,000 members and the vast ASCAP repertory on our website, www.ascap.com.

Enclosed you will find two copies of the Local Station Television Blanket License agreement and two copies of the Local Station Television Per Program Television License agreement. The decision to elect a Blanket or Per Program License is solely up to you. Therefore, please read both license agreements and select the one that best suits your station's needs. Please sign both copies of the License and return them to us. Upon execution, we will return a copy to you for your records.

WBKI current monthly blanket fee is $3,294.00. This fee is subject to change based on calculations to be made annually by the Television Music License Committee ("TMLC") pursuant to a "Fee Allocation Methodology" devised by the TMLC and approved by the New York Federal court in 2004 (see "Exhibit B" to each License Agreement). Subsequently, the TMLC applied for, and the court approved, a revision of the Fee Allocation Methodology, a copy of which is also enclosed. For more information regarding these calculations, please feel free to contact us.

Sincerely,

*Luis Verges*

Luis Verges

(212) 621-6444
lverges@ascap.com


Enclosures: Blanket License, Per Program Licnse

American Society of Composers, Authors and Publishers
One Lincoln Plaza, New York, NY 10023
(Voice) 800-99-ASCAP (Fax) 212-621-6446  lverges@ascap.com