# EXHIBIT 6



Search Accounts, Policies... | Search | Luis Verges | Help & Training | Sales
Options...

Home | Chatter | Document Queue | Accounts | Contacts | Policies | Cases | Reports | Documents | Dashboards | Print Queue

### Task
# Call

Help for this Page

⌘ Show Chatter   Follow

« Back to List: Document Queue

Attachments [0]

## Task Detail

[ Edit ] [ Delete ] [ Create Follow Up Task ] [ Create Follow Up Event ]

### Task Information

| | | | |
|---|---|---|---|
| Type | Call Out | Status | Completed |
| Priority | Normal | Due Date | 5/18/2011 |
| Name | | Best Time to Call/Visit | |
| Phone | | Assigned To | Luis Verges |
| Related To | WBKI | Email | |
| Subject | Call | Tracking Number | |
| Account # | | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Luis Verges, 5/18/2011 11:53 AM | Last Modified By | Luis Verges, 5/18/2011 11:53 AM |
| | | Task Record Type | Broadcast Licensing [Change] |

### Description Information

Comments: I returned a call to Ashley Gates. She requested a copy of her statement of account. 563-388-0095
Custom Links: Post Office Delivery Confirmation
Fed Ex Delivery Confirmation

### Reminder

Reminder

[ Edit ] [ Delete ] [ Create Follow Up Task ] [ Create Follow Up Event ]

## Attachments

No records to display

∧ Back To Top

Always show me   more records per related list

Copyright © 2000-2012 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Complianc



Search Accounts, Policies...   Search        Luis Verges   Help & Training   Sales
Options...

Home | Chatter | Document Queue | Accounts | Contacts | Policies | Cases | Reports | Documents | Dashboards | Print Queue

### Task
# Call

Help for this Page

Show Chatter    Follow

« Back to List: Document Queue

Attachments [0]

**Task Detail**   Edit | Delete | Create Follow Up Task | Create Follow Up Event

**Task Information**

| | | | |
|---|---|---|---|
| Type | Call Out | Status | Completed |
| Priority | Normal | Due Date | 6/7/2011 |
| Name | | Best Time to Call/Visit | |
| Phone | | Assigned To | Luis Verges |
| Related To | WBKI | Email | |
| Subject | Call | Tracking Number | |
| Account # | | | |

**System Information**

| | | | |
|---|---|---|---|
| Created By | Luis Verges, 6/7/2011 3:12 PM | Last Modified By | Luis Verges, 6/7/2011 3:12 PM |
| | | Task Record Type | Broadcast Licensing [Change] |

**Description Information**

Comments: I called and spoke to Ashley Gates. She told me that she is in the process of reviewing the statement but she will get back to me in 2 weeks after returning from vacation 563-388-0095

Custom Links: Post Office Delivery Confirmation
Fed Ex Delivery Confirmation

**Reminder**

Reminder

Edit | Delete | Create Follow Up Task | Create Follow Up Event

**Attachments**

No records to display

^ Back To Top       Always show me   more records per related list

Copyright © 2000-2012 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Complianc



Search Accounts, Policies... **Search**     Luis Verges    Help & Training    Sales
Options...

Home | Chatter | Document Queue | Accounts | Contacts | Policies | Cases | Reports | Documents | Dashboards | Print Queue

Task
# Call

Help for this Page

👁 Show Chatter    Follow

« Back to List: Document Queue

Attachments [0]

**Task Detail**     [Edit] [Delete] [Create Follow Up Task] [Create Follow Up Event]

### Task Information

| | | | |
|---|---|---|---|
| Type | Call Out | Status | Completed |
| Priority | Normal | Due Date | 10/4/2011 |
| Name | | Best Time to Call/Visit | |
| Phone | | Assigned To | Luis Verges |
| Related To | WBKI | Email | |
| Subject | Call | Tracking Number | |
| Account # | | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Luis Verges, 10/4/2011 10:58 AM | Last Modified By | Luis Verges, 10/4/2011 10:58 AM |
| | | Task Record Type | Broadcast Licensing [Change] |

### Description Information

Comments: I called and spoke to Ashley Gates regarding the balance. She will call me back in the next couple of days to give me an update on payment. 563-388-0095

Custom Links: Post Office Delivery Confirmation
Fed Ex Delivery Confirmation

### Reminder

Reminder

[Edit] [Delete] [Create Follow Up Task] [Create Follow Up Event]

**Attachments**

No records to display

^ Back To Top         Always show me   more records per related list

Copyright © 2000-2012 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Complianc



October 4, 2011

Mr. Bo Scott
GM
Louisville TV Group, LLC
WBKI
5000 Tremont Ave., Ste. 100C
Davenport, IA 52807

RE: Balance due: $64,550.26

Dear Mr. Scott:

Our records show a balance due, as indicated above. This amount includes the current monthly license fee and the amount in arrears.

If you have any questions concerning this matter, please contact us promptly. Otherwise, we ask that payment be submitted as soon as possible.

Thank you.

Sincerely,

*Luis Verges*

Luis Verges
Broadcast Accounts Manager
(212) 621-6444
lverges@ascap.com

American Society of Composers, Authors and Publishers
One Lincoln Plaza, New York, NY 10023
(Voice) 800-99-ASCAP (Fax) 212-621-6446 lverges@ascap.com