# EXHIBIT 7

# Louisville TV Licenses, LLC and Louisville TV Group, LLC.
## Amounts Owed Through March 31, 2012 for WBKI-TV

| Station | City, ST | License Fees Posted | Late Payment Charges Posted | TMLC Allocation Adjustment | Cash Received | Total Amounts Due |
|---|---|---|---|---|---|---|
| WBKI TV | Campbelsville, KY | $76,899.00 | $4,054.39 | $151.00 | $6,364.13 | $74,740.26 |

Inquiry Update: WBKI  Account 100000466 1004   as of March 27, 2012 10:48:21 AM
Transaction Count: 53

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2009 | Recreate Prior Owner Blkt. Fee | 1100000002100 | | 9/1/2009 | 9/30/2009 | 11/4/2009 | $3,294.00 | $537.00 | Open | $3,294.00 |
| 9/25/2009 | Recreate Prior Owner Blkt. Fee | 1100000002099 | | 10/1/2009 | 10/31/2009 | 11/4/2009 | $3,294.00 | $3,294.00 | Open | $6,588.00 |
| 9/29/2009 | Trans. Cash From Another Acct. | 3010000013529 | | 9/29/2009 | 9/29/2009 | 9/29/2009 | -$3,294.00 | $0.00 | History | $3,294.00 |
| 10/14/2009 | Monthly Blanket License Fee | 1000000142525 | | 11/1/2009 | 11/30/2009 | 12/1/2009 | $3,294.00 | $0.00 | History | $6,588.00 |
| 11/13/2009 | Finance Charge, Billed At 1% | 2000000085977 | | 11/13/2009 | 11/13/2009 | 11/13/2009 | $19.50 | $19.50 | Open | $6,607.50 |
| 11/13/2009 | Monthly Blanket License Fee | 1000000143314 | | 12/1/2009 | 12/31/2009 | 1/1/2010 | $3,294.00 | $2,814.00 | Open | $9,901.50 |
| 12/22/2009 | Allocation Adjustment Cr. | 1350000002251 | | 1/1/2010 | 12/31/2010 | 12/31/2010 | -$241.00 | $0.00 | Open | $9,660.50 |
| 12/28/2009 | Finance Charge, Billed At 1% | 2000000086720 | | 12/28/2009 | 12/28/2009 | 12/28/2009 | $97.46 | $97.46 | Open | $9,757.96 |
| 12/28/2009 | Monthly Blanket License Fee | 1000000144097 | | 1/1/2010 | 1/31/2010 | 2/1/2010 | $2,757.00 | $2,757.00 | Open | $12,514.96 |
| 1/13/2010 | Finance Charge, Billed At 1% | 2000000087451 | | 1/13/2010 | 1/13/2010 | 1/13/2010 | $46.70 | $46.70 | Open | $12,561.66 |
| 1/13/2010 | Monthly Blanket License Fee | 1000000144879 | | 2/1/2010 | 2/28/2010 | 3/1/2010 | $2,757.00 | $2,757.00 | Open | $15,318.66 |
| 2/12/2010 | Finance Charge, Billed At 1% | 2000000088272 | | 2/12/2010 | 2/12/2010 | 2/12/2010 | $105.06 | $105.06 | Open | $15,423.72 |
| 2/12/2010 | Monthly Blanket License Fee | 1000000145685 | | 3/1/2010 | 3/31/2010 | 4/1/2010 | $2,757.00 | $2,757.00 | Open | $18,180.72 |
| 3/12/2010 | Finance Charge, Billed At 1% | 2000000089172 | | 3/12/2010 | 3/12/2010 | 3/12/2010 | $124.09 | $124.09 | Open | $18,304.81 |
| 3/12/2010 | Monthly Blanket License Fee | 1000000146471 | | 4/1/2010 | 4/30/2010 | 5/1/2010 | $2,757.00 | $2,757.00 | Open | $21,061.81 |
| 4/14/2010 | Finance Charge, Billed At 1% | 2000000089949 | | 4/14/2010 | 4/14/2010 | 4/14/2010 | $176.20 | $176.20 | Open | $21,238.01 |
| 4/14/2010 | Monthly Blanket License Fee | 1000000147250 | | 5/1/2010 | 5/31/2010 | 6/1/2010 | $2,757.00 | $2,757.00 | Open | $23,995.01 |
| 5/14/2010 | Finance Charge, Billed At 1% | 2000000090678 | | 5/14/2010 | 5/14/2010 | 5/14/2010 | $188.44 | $188.44 | Open | $24,183.45 |
| 5/14/2010 | Monthly Blanket License Fee | 1000000148030 | | 6/1/2010 | 6/30/2010 | 7/1/2010 | $2,757.00 | $2,757.00 | Open | $26,940.45 |
| 6/14/2010 | Finance Charge, Billed At 1% | 2000000091399 | | 6/14/2010 | 6/14/2010 | 6/14/2010 | $222.43 | $222.43 | Open | $27,162.88 |
| 6/14/2010 | Monthly Blanket License Fee | 1000000148810 | | 7/1/2010 | 7/31/2010 | 8/1/2010 | $2,757.00 | $2,757.00 | Open | $29,919.88 |
| 7/14/2010 | Finance Charge, Billed At 1% | 2000000092113 | | 7/14/2010 | 7/14/2010 | 7/14/2010 | $242.82 | $242.82 | Open | $30,162.70 |
| 7/14/2010 | Monthly Blanket License Fee | 1000000149591 | | 8/1/2010 | 8/31/2010 | 9/1/2010 | $2,757.00 | $2,757.00 | Open | $32,919.70 |
| 8/13/2010 | Finance Charge, Billed At 1% | 2000000092818 | | 8/13/2010 | 8/13/2010 | 8/13/2010 | $269.11 | $269.11 | Open | $33,188.81 |
| 8/13/2010 | Monthly Blanket License Fee | 1000000150370 | | 9/1/2010 | 9/30/2010 | 10/1/2010 | $2,757.00 | $2,757.00 | Open | $35,945.81 |
| 9/14/2010 | Monthly Blanket License Fee | 2000000093535 | | 9/14/2010 | 9/14/2010 | 9/14/2010 | $316.20 | $316.20 | Open | $36,262.01 |
| 9/14/2010 | Monthly Blanket License Fee | 1000000151154 | | 10/1/2010 | 10/31/2010 | 11/1/2010 | $2,757.00 | $2,757.00 | Open | $39,019.01 |
| 10/13/2010 | Finance Charge, Billed At 1% | 2000000094251 | | 10/13/2010 | 10/13/2010 | 10/13/2010 | $313.13 | $0.00 | History | $39,332.14 |
| 10/13/2010 | Monthly Blanket License Fee | 1000000151938 | | 11/1/2010 | 11/30/2010 | 12/1/2010 | $2,757.00 | $2,757.00 | Open | $42,089.14 |
| 11/3/2010 | Cash Payment | 3050000209724 | 0000002105 | 11/3/2010 | | | -$3,070.13 | $0.00 | Open | $39,019.01 |
| 11/12/2010 | Finance Charge, Billed At 1% | 2000000095003 | | 11/12/2010 | 11/12/2010 | 11/12/2010 | $340.71 | $340.71 | Open | $39,359.72 |
| 11/12/2010 | Monthly Blanket License Fee | 1000000152718 | | 12/1/2010 | 12/31/2010 | 1/1/2011 | $2,757.00 | $2,757.00 | Open | $42,116.72 |
| 12/15/2010 | Finance Charge, Billed At 1% | 2000000095755 | | 12/15/2010 | 12/15/2010 | 12/15/2010 | $386.48 | $386.48 | Open | $42,503.20 |

Inquiry Update: WBKI  Account 100000466 1004   as of March 27, 2012 10:48:21 AM
Transaction Count: 53

| Posting Date | Description | Document Number | Check Number | Document Date | End Date | Due Date | Original Amount | Item Balance | Orig. | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2010 | Allocation Adjustment Cr. | 1350000002874 | | 1/1/2011 | 12/31/2011 | 12/31/2011 | -$239.00 | $0.00 | Open | $42,264.20 |
| 12/15/2010 | Monthly Blanket License Fee | 100000153497 | | 1/1/2011 | 1/31/2011 | 2/1/2011 | $2,108.00 | $2,108.00 | Open | $44,372.20 |
| 1/13/2011 | Finance Charge, Billed At 1% | 200000096484 | | 1/13/2011 | 1/13/2011 | 1/13/2011 | $365.71 | $365.71 | Open | $44,737.91 |
| 1/13/2011 | Monthly Blanket License Fee | 100000154277 | | 2/1/2011 | 2/28/2011 | 3/1/2011 | $2,108.00 | $2,108.00 | Open | $46,845.91 |
| 2/14/2011 | Finance Charge, Billed At 1% | 200000097225 | | 2/14/2011 | 2/14/2011 | 2/14/2011 | $429.43 | $429.43 | Open | $47,275.34 |
| 2/14/2011 | Monthly Blanket License Fee | 100000155060 | | 3/1/2011 | 3/31/2011 | 4/1/2011 | $2,108.00 | $2,108.00 | Open | $49,383.34 |
| 3/15/2011 | Finance Charge, Billed At 1% | 200000098009 | | 3/15/2011 | 3/15/2011 | 3/15/2011 | $410.92 | $410.92 | Open | $49,794.26 |
| 3/15/2011 | Monthly Blanket License Fee | 100000155835 | | 4/1/2011 | 4/30/2011 | 5/1/2011 | $2,108.00 | $2,108.00 | Open | $51,902.26 |
| 4/13/2011 | Monthly Blanket License Fee | 100000156597 | | 5/1/2011 | 5/31/2011 | 6/1/2011 | $2,108.00 | $2,108.00 | Open | $54,010.26 |
| 5/13/2011 | Monthly Blanket License Fee | 100000157377 | | 6/1/2011 | 6/30/2011 | 7/1/2011 | $2,108.00 | $2,108.00 | Open | $56,118.26 |
| 6/14/2011 | Monthly Blanket License Fee | 100000158137 | | 7/1/2011 | 7/31/2011 | 8/1/2011 | $2,108.00 | $2,108.00 | Open | $58,226.26 |
| 7/13/2011 | Monthly Blanket License Fee | 100000158900 | | 8/1/2011 | 8/31/2011 | 9/1/2011 | $2,108.00 | $2,108.00 | Open | $60,334.26 |
| 8/15/2011 | Monthly Blanket License Fee | 100000159690 | | 9/1/2011 | 9/30/2011 | 10/1/2011 | $2,108.00 | $2,108.00 | Open | $62,442.26 |
| 9/14/2011 | Monthly Blanket License Fee | 100000160448 | | 10/1/2011 | 10/31/2011 | 11/1/2011 | $2,108.00 | $2,108.00 | Open | $64,550.26 |
| 10/13/2011 | Monthly Blanket License Fee | 100000161205 | | 11/1/2011 | 11/30/2011 | 12/1/2011 | $2,108.00 | $2,108.00 | Open | $66,658.26 |
| 11/14/2011 | Monthly Blanket License Fee | 100000161971 | | 12/1/2011 | 12/31/2011 | 1/1/2012 | $2,108.00 | $2,108.00 | Open | $68,766.26 |
| 12/7/2011 | Allocation Adjustment Dr. | 1360000002642 | | 1/1/2012 | 12/31/2012 | 12/31/2012 | $631.00 | $631.00 | Open | $69,397.26 |
| 12/13/2011 | Monthly Blanket License Fee | 100000162729 | | 1/1/2012 | 1/31/2012 | 2/1/2012 | $1,781.00 | $1,781.00 | Open | $71,178.26 |
| 1/13/2012 | Monthly Blanket License Fee | 100000163486 | | 2/1/2012 | 2/29/2012 | 3/1/2012 | $1,781.00 | $1,781.00 | Open | $72,959.26 |
| 2/14/2012 | Monthly Blanket License Fee | 100000164247 | | 3/1/2012 | 3/31/2012 | 4/1/2012 | $1,781.00 | $1,781.00 | Open | $74,740.26 |
| | | | | | | | Balance: | $74,740.26 | | |