# EXHIBIT 8



**FACSIMILE COVER SHEET**
**CONFIDENTIAL AND PRIVILEGED**

If there are any problems with this transmission, please call 312.324.8400

131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8400
FAX: 312.324.9400
www.perkinscoie.com

DATE: March 23, 2012                  COVER SHEET & 3 PAGES

| SENDER: | TELEPHONE: | FACSIMILE: |
|---|---|---|
| Megan G. Morrissey, Associate | (312) 324-8406 | (312) 324-9406 |

**To: Accounting Department, Legal Department or Officer/Director**

**IMPORTANT LEGAL NOTICE ATTACHED**
regarding your status as a creditor, or interested party, of
Louisville TV Group LLC and Louisville TV Licenses LLC

This Fax contains confidential, privileged information intended only for the intended addressee. Do not read, copy or disseminate it unless you are the intended addressee. If you have received this Fax in error, please email it back to the sender at perkinscoie.com and delete it from your system or call us (collect) immediately at 312.324.8400, and mail the original Fax to Perkins Coie LLP, 131 South Dearborn Street, Suite 1700, Chicago, IL 60603-5559.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
81506-0004/LEGA  PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

## NOTIFICATION OF PUBLIC DISPOSITION OF COLLATERAL

### VIA FACSIMILE and FEDERAL EXPRESS

DATE:       March 23, 2012

Valley Bank (the "Secured Creditor") has extended various secured loans and other financial accommodations (the "Loans") to Louisville TV Group, LLC, an Iowa limited liability company ("Louisville Group"), and Louisville TV Licenses, LLC, an Iowa limited liability company ("Louisville Licenses") (Louisville Group and Louisville Licenses sometimes hereinafter are referred to collectively as the "Debtor"). The Loans are secured by liens on substantially all of the assets of the Debtor (collectively, the "Collateral"). The Collateral includes, without limitation, all of the accounts, goods, inventory, equipment, instruments, chattel paper, general intangibles, documents, deposit accounts and investment property of the Debtor, as well as the proceeds derived from a sale or transfer of the FCC licenses held by Louisville Licenses for the operation of full-power television station WBKI-TV (FCC Facilities ID #25173) licensed to Campbellsville, Kentucky and operating on Digital Channel 19, and for the operation of auxiliary stations WMU207, WMU208, WPQR553, WPQR554, WPQR555, KB55772, and WPQR552 in connection therewith.

Due to the occurrence of various events of default under the Loans, the Secured Creditor, pursuant to Section 9-610 of the Uniform Commercial Code as adopted and in effect in the State of Iowa, will sell, at a PUBLIC SALE, all of the Collateral to the highest qualified bidder.

The Secured Creditor will sell the Collateral at a public disposition on April 6, 2012 at 10:00 a.m. Central Standard Time (CST), at the offices of Perkins Coie LLP, 131 S. Dearborn Street, Suite 1700, Chicago, IL 60603.

The following information is provided regarding the public disposition:

1.      The Collateral will be sold as one lot, or as otherwise determined in the Secured Creditor's discretion.

2.      The bidding will be by written bid delivered in person or by fax. Bids must be submitted in writing in person at the place of sale, or faxed to the attention of Megan Morrissey, Esq., Perkins Coie LLP, Telecopy No. (312) 324-9406, in each case received by 10:00 a.m. CST on April 6, 2012.

3.      The Collateral may be purchased only in whole for cash or cash equivalent (including wire transfers) delivered to the Secured Creditor at the time and place of sale. The Secured Creditor may bid for and purchase all or a portion of the Collateral by credit bid up to the amount of its claim against the borrowers and guarantors, including without limitation, expenses of the public sale, principal and accrued interest.

4.      The Secured Creditor reserves the right to adjourn, delay or terminate the sale by announcement at the time and place of sale in its sole and absolute discretion, and such sale may without further notice, be made at the time and place to which it was so adjourned or delayed.

*NOTIFICATION OF PUBLIC DISPOSITION OF COLLATERAL*
March 23, 2012

5.  For further information on the terms and conditions of the sale, prospective bidders may contact the Secured Creditor's counsel, Megan Morrissey, by telephone at (312) 324-8406 or by email at MMorrissey@perkinscoie.com.

THE PUBLIC SALE SHALL BE "AS IS" AND "WHERE IS", WITHOUT EXPRESSED OR IMPLIED REPRESENTATIONS AND WARRANTIES OF ANY KIND OR NATURE WHATSOEVER AND ALL WARRANTIES OF TITLE, POSSESSION, QUIET ENJOYMENT, MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, OR THE LIKE ARE EXPRESSLY DISCLAIMED. The sale shall be subject to such further conditions as may be announced by the Secured Creditor or its agents at the start of the public sale. Sale of the Collateral does not affect the rights of the Secured Creditor to pursue any other right or remedy it may have against Debtor or any other party.

[Remainder of this page is intentionally left blank]

Very truly yours,


Valley Bank, as Secured Creditor,

By: _____
Name: _Susan C. McLaughlin_
Its: _VP Credit Adm._