UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of
POST-NEWSWEEK STATIONS, INC., ET AL. (LOUISVILLE TV LICENSES, LLC
AND LOUISVILLE TV GROUP, LLC)

CASE #: 09 CV 7959
(DLC)(MHD)

Related to UNITED STATES OF AMERICA,
          Plaintiff,
v.
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,
          Defendant.

41 CV 1395 (DLC)(MHD)

## AFFIDAVIT OF SERVICE

State of Florida }
County of Broward} ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida

That on 4/4/2012 at 4:40 PM at 11111 Biscayne Blvd., Bldg. 3, Penthouse 54, Miami, FL 33181

deponent served a(n) **Notice of Motion, Affidavit of Ray Schwind in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order Against Louisville TV Licenses, LLC and Louisville TV Group, LLC, Memorandum in Support of ASCAP's Motion to Enforce the Court's November 17, 2004 Order Against Louisville TV Licenses, LLC and Louisville TV Group, LLC, and Judgment**

on **Barbara Laurence**,

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 36 - 50 Yrs.
Height: 5' 0" - 5' 3"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
5 day of April, 2012

_____
NOTARY PUBLIC

CHRIS YEOMAN
MY COMMISSION # EE 145356
EXPIRES: November 27, 2015
Bonded Thru Budget Notary Services

_____
Rafael Gonzalez
License No. CPS#1250

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279