```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (MEDIA ONE   :   10 Civ. 5210 (DLC)
COMMUNICATIONS, INC.)                   :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :   09 Civ. 7759
OF INDIANA, LLC (MEDIA ONE              :        (DLC)
COMMUNICATIONS, INC.)                   :
                                        :
----------------------------------------:   ORDER
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                         Plaintiff      :   41 Civ. 1395
         v.                             :        (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                         Defendant.     :
                                        :
                                        :
-------------------------------------X
```

4/17/2012

DENISE COTE, District Judge:

ASCAP having applied for entry of judgment against Media One Communications, Inc. ("Media One"), in the amount of $53,847.14 plus postjudgment interest pursuant to a settlement agreement between ASCAP and Media One to resolve disputes over Media One's obligations under the October 15, 2004 Final Order and the May 25, 2010 Interim Fee Order, and having given Media One thirty days to respond, it is hereby

ORDERED that in the event that Media One does not consent to entry of judgment by **May 15, 2012**, the parties are required

to appear at a hearing before the Court on **June 15, 2012** at **noon** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.  Any papers in response are due **June 1, 2012**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Media One.

SO ORDERED:

Dated:   New York, New York
         April 17, 2012

_____
DENISE COTE
United States District Judge