UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Post-Newsweek Stations, et al.<br><br>(LOUISVILLE TV LICENSES, LLC AND LOUISVILLE TV GROUP, LLC) | 09 CV 7959 (DLC)(MHD) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>                    v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 CV 1395 (DLC)(MHD) |

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce this Court's November 17, 2004 Final Order is granted, and judgment shall be entered in favor of the American Society of Composers, Authors and Publishers and against Louisville TV Licenses, LLC and Louisville TV Group, LLC, jointly and severally, in the amount of $74,740.26, with interest from this date to be calculated at the rate of 9% (simple annual interest) pursuant to N.Y. C.P.L.R. §5004. The Clerk of Court shall not close this case.

Dated: April 25, 2012

_____
Michael H. Dolinger
United States Magistrate Judge