UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 10 CV 5210 (DLC)(MHD) |
| In the matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>       v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                    Defendant. | 41 CV 1395 (DLC) |

5/9/2012

### ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED AGAINST CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.

Upon the Affidavits of Ray Schwind and Andrea R. Phillips, Esq. (and the exhibits attached to both affidavits), ASCAP's Memorandum in Support of an Order to Show Cause Why Judgment Should Not Be Entered Against Crossroads Investments, LLC and Crossroads Communications, Inc., and all prior proceedings herein, it is hereby:

ORDERED that Crossroads Investments, LLC and Crossroads Communications, Inc. show cause at a hearing to be held in this Court before United States District Judge Denise Cote,

at the United Stated Courthouse, 500 Pearl Street, New York, New York 10007, on June 5, 2012, at 9:30 am, why judgment should not be entered against Crossroads Investments, LLC and Crossroads Communications, Inc., jointly and severally, in the total amount of $111,743.13, representing all license fees and late payment charges due and owing to ASCAP through April 30, 2012 pursuant to licenses issued by ASCAP for WBOW-FM, WBOW-AM, WAXI-FM, WSDM-FM and WSDX-AM, and such other and further relief as the Court may deem just and proper; and

FURTHER ORDERED that this Order to Show Cause, the proposed Judgment, the Affidavits of Ray Schwind and Andrea R. Phillips, Esq. (including the exhibits attached to both affidavits), and ASCAP's Memorandum in Support of an Order to Show Cause Why Judgment Should Not Be Entered Against Crossroads Investments, LLC and Crossroads Communications, Inc., shall be served on Dan Lacy, President of both Crossroads Investments, LLC, at 2572 N 500 West, Anderson, Indiana and Crossroads Communications, Inc., at P.O. Box 2900, Anderson, Indiana 46018, via overnight Federal Express service or overnight Express Mail from the United States Postal Service, on or before May 15, 2012, and delivery by such means shall be deemed good and sufficient service of this Order. *Answering papers shall be served by May 30, 2012.*

Dated: New York, New York
      May 9, 2012

                                                    _____
                                                    Denise Cote
                                                  United States District Judge