UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION FOR THE DETERMINATION :
OF INTERIM LICENSE FEES FOR THE CROMWELL:
GROUP, INC. AND AFFILIATES (ELKO        :    10 Civ. 5210 (DLC)
BROADCASTING, CO.)                      :
                                        :
----------------------------------------:
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :    09 Civ. 7759
OF INDIANA, LLC (ELKO BROADCASTING, CO.):       (DLC)
                                        :
----------------------------------------:
Related to                              :    ORDER
                                        :
UNITED STATES OF AMERICA,               :
                      Plaintiff         :
             v.                         :    41 Civ. 1395
                                        :       (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                      Defendant.        :
                                        :
                                        :
----------------------------------------X

5/17/2012

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order and the January 27, 2012 Final Order, and for entry of judgment against Elko Broadcasting, Co. ("Elko") for failure to pay license fees in accordance with 2004 ASCAP Radio Station License Agreement and the 2010 ASCAP Radio Station License Agreement in the amount of $78,108.73 plus postjudgment interest, and having given Elko thirty days to respond, it is hereby

ORDERED that in the event that Elko does not consent to entry of judgment by **June 8, 2012**, the parties are required to appear at a hearing before the Court on **July 12, 2012** at **noon** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B. Any papers in response are due **June 29, 2012**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Elko.

SO ORDERED:

Dated:   New York, New York
         May 17, 2012

_____
DENISE COTE
United States District Judge