Cote, O

6/5/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 10 CV 5210 (DLC)(MHD) |
| In the Matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 CV 1395 (DLC) |

## ~~PROPOSED~~ JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' request for judgment is granted and judgment is hereby entered against Crossroads Investments, LLC and Crossroads Communications, Inc., jointly and severally, in the amount of $114,015.19 with interest from this date to be calculated at the rate of 9% (simple annual interest) pursuant to N.Y. C.P.L.R. §5004.

The Clerk of Court shall not close this case.

Dated: June 5, 2012

Denise Cote
United States District Judge