UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 10 CV 5210 (DLC)(MHD) |
| In the matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC, ET AL. (CROSSROADS INVESTMENTS, LLC AND CROSSROADS COMMUNICATIONS, INC.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>             Defendant. | 41 CV 1395 (DLC) |

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK  )

KENDALL V. DACEY, being duly sworn, deposes and says:

   1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 6, 2012, I served a true copy of the JUDGMENT SIGNED ON JUNE 5, 2012 BY THE HONORABLE DENISE COTE on the following:

Dan Lacy, President
Crossroads Investments, LLC
2572 N 500 West
Anderson, IN 46018

3. I made such service by personally placing a true copy of the aforementioned document in a properly addressed, prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery to the office at the above stated address.

_____
KENDALL V. DACEY

Sworn to before me this
_6_ day June, 2012.

_____
Notary Public

TAMARA KOGAN
Notary Public, State of New York
No. 01KO6093611
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 2, 2015