```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In the matter of the Application of
                                          10 CV 5210 (DLC)(MHD)
THE CROMWELL GROUP, INC. AND
AFFILIATES et al. (CROSSROADS
INVESTMENTS, LLC AND
CROSSROADS COMMUNICATIONS,
INC.),
------------------------------------x
In the matter of the Application of
                                          09 CV 7759 (DLC)
HICKS BROADCASTING OF INDIANA,
LLC et al. (CROSSROADS
INVESTMENTS, LLC AND
CROSSROADS COMMUNICATIONS,
INC.),
------------------------------------x
Related to
UNITED STATES OF AMERICA,                 41 CV 1395 (DLC)

                         Plaintiff
            v.
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS, AND PUBLISHERS,

                         Defendant.
------------------------------------x
                                          New York, N.Y.
                                          June 5, 2012
                                          9:37 a.m.
Before:

                  HON. DENISE COTE,

                                 District Judge

                     APPEARANCES

ASCAP
BY:  RICHARD H. REIMER
     ANDREA PHILLIPS
```

C65kcroc

1          (In open court)

2          THE DEPUTY CLERK:  ASCAP matter against Crossroads
3  Investments LLC and Crossroads Communications, Inc.

4          Counsel for ASCAP, please state your name for the
5  record.

6          MR. REIMER:  Good morning, your Honor.  Richard Reimer
7  for ASCAP.  With me this morning is my colleague Andrea
8  Phillips.

9          MS. PHILLIPS:  Good morning, your Honor.

10          THE COURT:  Good morning.  Welcome, everyone.

11          MR. REIMER:  Thank you.

12          THE COURT:  It is 9:35 and this matter was scheduled
13  for 9:30.  There is no one on behalf of Crossroads present.
14  Mr. Reimer, have you heard anything indicating that someone on
15  behalf of Crossroads is going to appear this morning?

16          MR. REIMER:  Not a word, your Honor.  And as I believe
17  your Honor is aware, we filed a supplemental affidavit
18  yesterday, to bring down to date the accounting in this matter.
19  We served it by email yesterday and by FedEx this morning.  We
20  have had no response.

21          THE COURT:  And of course the defendants were
22  required, I believe, by my prior order to make any written
23  submission they wished me to consider, by May 30th, and no such
24  submission was made.

25          MR. REIMER:  That's correct, your Honor.

1            THE COURT:  Let me make sure that I have the proposed
2   judgment --
3            MR. REIMER:  I have an extra if your Honor would like.
4            THE COURT:  Let me make sure that the correct amount
5   is in the judgment that I am holding.  It is for the sum of
6   $114,015.19, with interest at a 9 percent rate.
7            Is that the correct amount, based on the supplemental
8   submission?
9            MR. REIMER:  Yes, it is, your Honor.  And that's shown
10  on the summary chart attached to Ms. Phillips' supplemental
11  affidavit dated yesterday, June 4.
12           THE COURT:  Good.  I have signed the judgment.
13           MR. REIMER:  Thank you, your Honor.
14           THE COURT:  Thanks so much.
15           MR. REIMER:  Thank you.
16                             * * *