USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   8/7/2012

Cote, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF THP CAPSTAR ACQUISITION CORP. (now known as DMX). | 09 Civ. 7069 (DLC) |
| Related to | 41 Civ. 1395 (DLC) |
| UNITED STATES OF AMERICA, | **STIPULATION AND ORDER RELEASING SURETY BOND** |
| Plaintiff, | |
| v. | |
| AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, | |
| Defendant. | |

WHEREAS, a Judgment Order was entered in the above-captioned action on December 20, 2010, in the United States District Court for the Southern District of New York;

WHEREAS, Paragraph 12 of the Judgment Order obligated the defendant the American Society of Composers, Authors and Publishers ("ASCAP") to pay to the applicant DMX, Inc. ("DMX") the amount of $15,392,441.00, for the period June 3, 2005 through October 31, 2010;

WHEREAS, ASCAP filed a timely notice of appeal of this Judgment Order in the above-captioned action to the United States Court of Appeals for the Second Circuit and filed a Supersedeas Bond to stay enforcement of the Judgment Order pending determination of the appeal, which the Clerk of the Court approved on January 10, 2011;

WHEREAS, in accordance with the Supersedeas Bond, the surety Liberty Mutual Insurance Company (the "Surety") obligated itself, jointly and severally, to DMX under said

statutory obligations in the sum of $17,085,609.50, which is 111% of the amount due to DMX

under the Judgment Order.

WHEREAS, the Court of Appeals issued its opinion in the appeal of this matter on June

13, 2012 and the judgment mandate on July 11, 2012;

WHEREAS, ASCAP has paid to DMX and satisfied all amounts due and owed under the

Judgment Order;

NOW, THEREFORE, it is hereby STIPULATED, by and between the undersigned

counsel for ASCAP and DMX that an order should be entered by the Court that Liberty Mutual

Insurance Company is hereby released and exonerated from any and all liability in connection

with the Supersedeas Bond number (number 019035191) in the amount of $17,085,609.50, and

the Clerk of the United States District Court for the Southern District of New York is directed to

release the original surety bond to a representative of the Liberty Mutual Insurance Company.


WHITE & CASE LLP

By: _____
        Stefan M. Mentzer
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8704
Fax: (212) 354-8113
smentzer@whitecase.com

*Attorneys for the American Society of
Composers, Authors and Publishers*


WEIL, GOTSHAL & MANGES LLP

By: _____
        Benjamin E. Marks
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8029
Fax: (212) 310-8007
benjamin.marks@weil.com

*Attorneys for DMX, Inc.*


SO ORDERED THIS 7th day of August, 2012

_____
JUDGE DENISE L. COTE
UNITED STATES DISTRICT COURT JUDGE