USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8|14|12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC., ET AL.
(MIDWAY BROADCASTING COMPANY)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                                    Plaintiff,

                v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                                    Defendant.



41 CV 1395 (DLC)

## SATISFACTION OF JUDGMENT

WHEREAS, a Consent Judgment was entered in the above action on June 5, 2009,

in favor of the American Society of Composers, Authors and Publishers ("ASCAP") and

against Midway Broadcasting Company, in the amount of $67,000.00 with interest at the

rate of 4% per annum (compounded); and that Judgment, including interest, having been

fully paid; and it being certified that there are no outstanding executions on said Judgment

with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said Judgment is hereby

acknowledged, and the Clerk of the Court is hereby authorized and directed to make an

entry on the docket of the full and complete satisfaction of said Judgment against Midway

Broadcasting Company.

Dated: New York, New York
August 13, 2012

By
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jay Cohen
Lynn B. Bayard
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email:  jcohen@paulweiss.com; lbayard@paulweiss.com

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email:rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*