```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
IN RE APPLICATION OF THE CROMWELL GROUP, :
INC. AND AFFILITATES, ET AL. (LAKE       :
MICHIGAN BROADCASTING, INC.)             :    10 Civ. 5210
                                         :    09 Civ. 7759
IN RE APPLICATION OF HICKS BROADCASTING  :    (DLC)(MHD)
OF INDIANA, LLC (LAKE MICHIGAN           :
BROADCASTING, INC.)                      :       ORDER
                                         :
-------------------------------------------:
Related to                               :
                                         :    41 Civ. 1395
UNITED STATES OF AMERICA,                :        (DLC)
                    Plaintiff            :
     v.                                  :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                    Defendant.           :
                                         :
-------------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having applied for entry of judgment against Lake Michigan Broadcasting, Inc. for failure to pay license fees in accordance with the parties' settlement agreement in the amount of $62,168.49, and having given Lake Michigan Broadcasting until August 23, 2012, to respond, it is hereby

ORDERED that in the event that Lake Michigan Broadcasting does not consent to entry of judgment by **September 7, 2012,** the parties are required to appear at a hearing before the Court on **October 12, 2012** at noon at the United States Courthouse, 500 Pearl Street, New York, New York,

in Courtroom 15B.  Any papers in response are due **September 28, 2012.**

IT IS FURTHER ORDERED that the respondent shall supply two courtesy copies of its response to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Lake Michigan Broadcasting.

SO ORDERED:

Dated:   New York, New York
         August 28, 2012

```
                              _____
                                      DENISE COTE
                              United States District Judge
```