UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (LAKE MICHIGAN BROADCASTING, INC.) | 10 CV 5210 (DLC) |
| In the Matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC., ET AL. (LAKE MICHIGAN BROADCASTING, INC.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 CV 1395 (DLC) |

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

EARL J. MENARD, III, being duly sworn, deposes and says:

   1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 28, 2012, I served two true copies of ORDER SIGNED BY THE HONORABLE DENISE COTE SO ORDERED ON AUGUST 28, 2012 on the following:

Lynn Baerwolf
Lake Michigan Broadcasting
1110 Kenowa Drive
Ludington, Michigan 49431

3. I made such service by placing the true copies of the aforementioned document in a properly addressed prepaid wrapper and delivering it to a Federal Express office for PRIORITY OVERNIGHT DELIVERY, within the State of New York.

Earl J. Menard, III

Sworn to before me this
28th day of August, 2012

Notary Public

**DANIEL FUERST**
Notary Public, State of New York
No. 01FU6236272
Qualified in New York County
Commission Expires Feb. 22, 2015