


CHAMBERS OF
DENISE COTE

**MEMO ENDORSED**

**Legal Department**
RICHARD H. REIMER
Senior Vice President
Legal Services

October 10, 2012

SENT VIA E-MAIL AND FEDERAL EXPRESS

Honorable Denise Cote
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12

    Re:  *In re Application of The Cromwell Group, Inc. and Affiliates, et al. (Lake Michigan Broadcasting, Inc.)* 10 CV 5210 (DLC), *In re Application of Hicks Broadcasting of Indiana, LLC, et al., (Lake Michigan Broadcasting, Inc.)* 09 Civ. 7759 (DLC), related to *U.S. v. ASCAP*, 41 CV 1395 (DLC)

Dear Judge Cote:

    Although we are significantly beyond the date set by Your Honor's order dated August 28, 2012 for Lake Michigan Broadcasting, Inc. to consent to entry of judgment, we now have that consent. Accordingly, attached to this letter is a supplemental affidavit providing the updated judgment amount, $65,345.58, which we respectfully ask Your Honor to interlineate in the last paragraph of the consent judgment previously signed by the parties and submitted to Your Honor with my letter of August 15, 2012. Attached as Exhibit B to the supplemental affidavit is a letter from counsel for Lake Michigan stating his agreement to entry of the consent judgment in the revised amount. Another copy of the consent judgment is attached for Your Honor's convenience. Also, we have "e-filed" the supplemental affidavit.

Honorable Denise Cote 2
October 10, 2012

   Unless Your Honor advises that we need not appear at the hearing now scheduled for this Friday, October 12, 2012, at noon, we shall be present and available to answer any questions Your Honor may have concerning this matter.

                 Respectfully yours,

                  *[signature]*

                  Richard H. Reimer

RHR:s
att.

cc: Randy J. Kolar, Esq. (Attorney for Lake Michigan Broadcasting, Inc.)
   R. Bruce Rich, Esq.

*[Handwritten note:]* The October 12 appearance is cancelled.

*[Signed]* Denise Cote
October 10, 2012