```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF HICKS
BROADCASTING OF INDIANA, LLC, ET AL.
(GUERRA ENTERPRISES, ET AL.)

09 CV 7759 (DLC)

Related to

UNITED STATES OF AMERICA,
                                Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,
                                Defendant.

41 CV 1395 (DLC)

## SATISFACTION OF JUDGMENT

WHEREAS, a consent judgment was entered in the above action on January 14, 2009, in favor of the American Society of Composers, Authors and Publishers ("ASCAP") and against Guerra Enterprises, Encarnacion A. Guerra, and Belinda Guerra, jointly and severally, in the amount of $198,836.39 with interest at the rate of six percent (6%) per annum (simple interest),[1] and said consent judgment, with interest, having been fully paid, and it being certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said consent judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of the full and complete satisfaction of said consent judgment against Guerra Enterprises, Encarnacion A. Guerra, and Belinda Guerra.

---

[1] The consent judgment, a copy of which is attached as Exhibit A, was entered before the Court and determined that the proceeding captioned *In re Application of Hicks Broadcasting of Indiana, LLC, et al.*, related to *United States* v. *ASCAP*, should be assigned its own docket number, as appears above.

Dated: New York, New York
January 4, 2013

By /s/ Lynn B. Bayard
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jay Cohen
Lynn B. Bayard
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email: jaycohen@paulweiss.com;
lbayard@paulweiss.com

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*