UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application for the Determination of Interim License Fees for<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (TIGER COMMUNICATIONS, INC.) | 10 CV 0167 (DLC) (MHD) |
| In the Matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC., ET AL. (TIGER COMMUNICATIONS, INC.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　　　　　　　　　Defendant. | 41 CV 1395 (DLC) |

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED that the American Society of Composers, Authors and Publishers' motion to enforce Judge Conner's October 15, 2004 Final Order and this Court's January 27, 2012 Final Order is granted, and judgment shall be entered against Tiger Communications, Inc. in the amount of $40,686.47 with interest from this date to be calculated at the rate of 9% (simple annual interest) pursuant to N.Y. C.P.L.R. §5004. The Clerk of Court shall not close this case.

Dated: _February 8, 2013_
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_/s/ Denise Cote_
　　　　　　　　　　　　　　　　　　　Denise Cote
　　　　　　　　　　　　　　　　　　　United States District Judge