UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application for the Determination of Interim License Fees for<br><br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. (LAKE MICHIGAN BROADCASTING, INC.) | 10 CV 0167 (DLC)(MHD)<br><br>#12,1842 |
| In the matter of the Application of<br><br>HICKS BROADCASTING OF INDIANA, LLC., ET AL. (LAKE MICHIGAN BROADCASTING, INC.) | 09 CV 7759 (DLC)(MHD) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>                              Defendant. | 41 CV 1395 (DLC)(MHD) |

## SATISFACTION OF JUDGMENT

WHEREAS, a consent judgment was entered in the above action on October 10, 2012, in favor of the American Society of Composers, Authors and Publishers ("ASCAP") and against Lake Michigan Broadcasting, Inc., in the amount of $65,345.58 with interest on the judgment amount to be calculated at the rate of 9% (simple annual interest) pursuant to N.Y. C.P.L.R. §5004, and said judgment with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an

entry on the docket of the full and complete satisfaction of said judgment against Lake Michigan Broadcasting, Inc.

Dated: New York, New York
February 20, 2013

By _____
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jay Cohen
Lynn B. Bayard
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email: jaycohen@paulweiss.com;
lbayard@paulweiss.com

Richard H. Reimer
Christine A. Pepe
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email:rreimer@ascap.com; cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*