```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
IN RE PETITION OF PANDROA MEDIA, INC.      :      12 Civ. 8035
                                           :       (DLC)(MHD)
-------------------------------------------:
                                           :
Related to                                 :
                                           :      41 Civ. 1395
UNITED STATES OF AMERICA,                  :       (DLC)(MHD)
                                           :
                  Plaintiff                :
        v.                                 :      ORDER OF REFERENCE TO
                                           :      A MAGISTRATE JUDGE
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :
AND PUBLISHERS,                            :
                  Defendant.               :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/13

\_\_\_  Inquest After Default/Damages   \_\_\_  Dispositive Motion (i.e.,
      Hearing                                 motion requiring a Report
                                              and Recommendation)
                                              Particular Motion: _____

      SO ORDERED:
Dated:    New York, New York
          March 14, 2013

                                          _____
                                                   DENISE COTE
                                          United States District Judge