**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3710

WRITER'S DIRECT FACSIMILE

(212) 492-0710

WRITER'S DIRECT E-MAIL ADDRESS

djohnson@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

April 11, 2013

**By Email and Hand Delivery**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11B
New York, New York 10007-1312
CoteNYSDChambers@nysd.uscourts.gov

In re Petition of *Pandora Media, Inc.*, 12 Civ. 8035 (DLC)
related to *U.S. v. Am. Soc'y of Composers, Authors and Publishers*, 41 Civ. 1395 (DLC)

Dear Judge Cote:

On behalf of both parties in the above-referenced proceeding—Pandora Media, Inc. and the American Society of Composers, Authors and Publishers—I enclose a [Proposed] Amended Stipulated Protective Order. The reason for the proposed amendment is that some of the third parties upon which the parties have served document subpoenas have asked—for competitive reasons—to produce certain documents on an "outside counsel only" basis. In order to expedite the production of those documents, the parties have agreed to amend the Stipulated Protective Order entered by Your Honor on January 25, 2013 to include an additional "Outside Counsel Only" level of protection for certain documents produced by third parties.

Respectfully submitted,

Darren W. Johnson

Enclosure 4/15/13

cc: All counsel (via email)