```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
IN RE APPLICATION OF THE CROMWELL GROUP, :
INC. AND AFFILIATES, ET AL. (PACIFIC     :
EMPIRE RADIO CORPORATION)                :     10 Civ. 5210
                                         :     (DLC)(MHD)
-----------------------------------------:

IN RE APPLICATION OF HICKS BROADCASTING  :
OF INDIANA, LLC (PACIFIC EMPIRE RADIO    :
CORPORATION)                             :     09 Civ. 7759
                                         :        (DLC)
-----------------------------------------:
Related to                               :
                                         :         ORDER
UNITED STATES OF AMERICA,                :
                 Plaintiff               :
         v.                              :
                                         :     41 Civ. 1395
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :        (DLC)
AND PUBLISHERS,                          :
                 Defendant.              :
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

ASCAP having made a motion to enforce the October 15, 2004 Final Order and the January 27, 2012 Final Order, and for entry of judgment against Pacific Empire Radio Corporation ("Pacific Empire") for failure to pay license fees in accordance with 2004 ASCAP Radio Station License Agreement and the 2010 ASCAP Radio Station License Agreement in the amount of $206,150.23 plus postjudgment interest, and having given Pacific Empire thirty days to respond, it is hereby

ORDERED that in the event that Pacific Empire does not consent to entry of judgment by **May 22, 2013**, the parties are required to appear at a hearing before the Court on **June 14, 2013 at 12:00 p.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15B. Any papers in response are due **May 31, 2013**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that ASCAP shall serve this Order on Pacific Empire.

SO ORDERED:

Dated:   New York, New York
         April 25, 2013

_____
DENISE COTE
United States District Judge