```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE APPLICATION OF THE CROMWELL GROUP, :
INC. AND AFFILIATES, ET AL.             :
                                        :       10 Civ. 5210
                                        :       (DLC)(MHD)
----------------------------------------:
                                        :
Related to                              :
                                        :
UNITED STATES OF AMERICA,               :
                    Plaintiff           :
          v.                            :       41 Civ. 1395
                                        :          (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :       ORDER
                    Defendant.          :
                                        :
----------------------------------------:
Related to                              :
                                        :
IN THE MATTER OF THE APPLICATION FOR THE:
DETERMINATION OF LICENSE FEES FOR THE   :       10 Civ. 0167
CROMWELL GROUP, INC. AND AFFILIATES, ET :          (DLC)
AL.                                     :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Radio Music License Committee ("RMLC") having made a motion to enforce the May 25, 2010 Interim Fee Order and the January 27, 2012 Final Order, and for entry of judgment against Wilks Broadcast Group, LLC ("Wilks") for failure to pay administrative fees and late payment fees in the amount of $14,311.69 plus the full costs incurred by RMLC in connection with this motion, and having given Wilks thirty days to respond, it is hereby

ORDERED that in the event that Wilks does not consent to entry of judgment by **June 5, 2013**, the parties are required to appear at a hearing before the Court on **June 28, 2013** at **12:00 p.m.** at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15B. Any papers from Wilks in response to the motion are due **June 14, 2013**.

IT IS FURTHER ORDERED that the respondents shall supply two courtesy copies of their response to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that RMLC shall serve this Order on Wilks.

SO ORDERED:

Dated:   New York, New York
         May 8, 2013

_____
DENISE COTE
United States District Judge