```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE PETITION OF PANDROA MEDIA, INC.   :    12 Civ. 8035 (DLC)
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :    41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,               :
                                        :
              Plaintiff                 :         ORDER
      v.                                :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
              Defendant.                :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/13

By letter dated May 17, 2013, petitioner Pandora Media, Inc. ("Pandora") requests a conference to address a dispute regarding Pandora's subpoenas to Sony/ATV Music Publishing LLC ("Sony") and EMI Music Publishing ("EMI"). It is hereby

ORDERED that counsel for the parties, Sony, and EMI shall attend a conference at **9:30 A.M.** on **May 22, 2013** at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 15B.

Dated:   New York, New York
         May 20, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge