Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. | No. 10 CV 5210 (DLC) (MHD) |
| Related to<br>UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　v.<br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>　　　　Defendant. | No. 41 CV 1395 (DLC) (MHD)<br> |
| Related to<br>In the Matter of the Application for the Determination of License Fees for<br>THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL., | No. 10 CV 0167 (DLC) (MHD) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Radio Music License Committee hereby dismisses without prejudice its Motion to Enforce the Court's May 25, 2010 and January 27, 2012 Orders Against Wilks Broadcast Group, LLC, which was filed with the Court on May 7, 2013, (*see* Document No. 68, Motion to Enforce the Court's May 25, 2010 and January 27, 2012 Orders Against Wilks Broadcast Group, LLC, No. 10 CV 5210 (DLC)(MHD)), and as to which no answering papers or motion for summary judgment have been filed by Wilks Broadcast Group, LLC.

So Ordered: _____
　　　　　　　　DENISE COTE
　　　　　　　United States District Judge

May 22, 2013

New York, New York
May 21, 2013

*[signature: Bruce R.]*

R. Bruce Rich
Jonathan Bloom
Jacob B. Ebin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Phone: (212) 310-8000
Fax: (212) 310-8007
Email: bruce.rich@weil.com
jonathan.bloom@weil.com
jacob.ebin@weil.com

*Counsel for Radio Music License Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. | No. 10 CV 5210 (DLC) (MHD) |
| Related to | No. 41 CV 1395 (DLC) (MHD) |
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br> v. <br> AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br>       Defendant. | |
| Related to <br><br> In the Matter of the Application for the Determination of License Fees for <br><br> THE CROMWELL GROUP, INC. AND AFFILIATES, ET AL. | No. 10 CV 0167 (DLC) (MHD) |

### CERTIFICATE OF SERVICE

I, Jacob B. Ebin, an attorney admitted to this Court, hereby certify that on May 21, 2013, I caused a copy of the foregoing Notice of Dismissal to be served by Email and Federal Express overnight delivery on:

Jonathan Shapiro
Fisher & Phillips LLP
One Monument Square
Suite 600
Portland, ME 04101
Phone: (207) 774-6001
Email: jshapiro@laborlawyers.com

Stephen Bradshaw
Wilks Broadcast Group, LLC
6470 E Johns Crossing
Suite 450
Duluth, GA 30097
Phone: 678-240-8976
Email: SBRadshaw@wilksbroadcasting.com

_____
Jacob B. Ebin