Cote, D.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE PETITION OF PANDORA MEDIA, INC.

*Related to*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

    Defendant.

---

12-CIV-8035 (DLC) (MHD)

**PETITIONER PANDORA MEDIA, INC.'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

ECF CASE

NO. 41 CV 1395 (DLC) (MHD)

    PLEASE TAKE NOTICE that Petitioner Pandora Media, Inc. hereby consents to the substitution of King & Spalding LLP as its counsel of record in this action, and the withdrawal of Greenberg Traurig LLP as counsel of record.

    All notices and papers should be served on:

> Kenneth L. Steinthal
> Joseph R. Wetzel
> KING & SPALDING LLP
> 101 Second Street, Suite 2300
> San Francisco, CA 94105
> Tele: (415) 318-1200
> Fax: (415) 318-1300
> Email: ksteinthal@kslaw.com
>        jwetzel@kslaw.com

So ordered.

*/s/ Denise Cote*
May 29, 2013

Petitioner Pandora Media, Inc. consents to this substitution and withdrawal.

Dated: San Francisco, California
May ___, 2013

INCOMING COUNSEL:
KING & SPALDING LLP

By: _____
Kenneth L. Steinthal
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

*Attorneys for Petitioner Pandora Media, Inc.*

OUTGOING COUNSEL:
GREENBERG TRAURIG LLP

By: _____
Vera Ranieri
4 Embarcadero Center, Suite 3000
San Francisco, CA 94101
Tel: 415.655.1300
Fax: 415.707.2010

SO ORDERED.

_____
Hon. Denise L. Cote
United States District Court Judge