```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE PETITION OF PANDORA MEDIA, INC.   :    12 Civ. 8035 (DLC)
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :    41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,               :
                                        :
                Plaintiff               :         ORDER
       v.                               :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                Defendant.              :
                                        :
----------------------------------------X
```

DOCUMENT ELECTRONICALLY FILED
DATE FILED: 6/12/13

On June 11, 2013, petitioner Pandora Media, Inc. ("Pandora") served a motion for summary judgment. It is hereby

ORDERED that ASCAP's opposition is due by **July 12, 2013**. Pandora's reply, if any, is due **July 26, 2013**. At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 12, 2013

                                   _____
                                            DENISE COTE
                                   United States District Judge