UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

THE CROMWELL GROUP, INC., AND AFFILIATES, ET AL.

10 CV 5210 (DLC) (MHD)

---

In the Matter of the Application of

HICKS BROADCASTING OF INDIANA, LLC, et al.,

09 CV 7759 (DLC)

Related to

41 CV 1395 (DLC)

---

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,

      Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

WHEREAS, on July 8, 2013 Radio Music License Committee ("RMLC") electronically filed a motion to enforce the October 15, 2004 Final Order, the May 25, 2010 Interim Fee Order, and the January 27, 2012 Final Order of this Court, and for an entry of judgment against Vox Communications Group, LLC ("Vox") for failure to pay administrative fees and late payment fees in the amount of $15,537.00, plus the full costs incurred by RMLC in connection with the motion (the "Motion"); and,

WHEREAS, prior to its time to respond to the Motion and in lieu of filing any response, Vox has agreed with RMLC that RMLC shall voluntarily dismiss the Motion without prejudice.

1

Thus, pursuant to section 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, RMLC hereby gives notice that the Motion is voluntarily dismissed without prejudice.

Dated:
New York, New York
August 9, 2013

*/s/ Barry Skidelsky*
Barry Skidelsky, Esq.
185 East 85th Street, 23D
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com
SDNY Bar No. BS8152

*Counsel for Radio Music License Committee*

The Clerk of Court shall not close this case.

**SO ORDERED:**

_____
U.S.D.J.
8/12/13