USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HICKS BROADCASTING OF INDIANA, LLC., ET AL. (RANDOLPH BROADCASTING, INC., ET AL.) | 09 CV 7759 (DLC) |
| Related to<br><br>UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br>Defendant. | 41 CV 1395 (DLC)<br><br># 10,025 Y |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 18, 2010, in favor of the American Society of Composers, Authors and Publishers ("ASCAP") and against Randolph Broadcasting, Inc. and Edward D. Swicegood, II, jointly and severally, in the amount of $21,316.29 with interest as provided for by 28 U.S.C. § 1961, and said judgment with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of the full and complete satisfaction of said judgment against Randolph Broadcasting, Inc. and Edward D. Swicegood, II.

Dated: New York, New York
December 20, 2013

By _____/s/_____
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jay Cohen
Darren W. Johnson
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3054
Email: jaycohen@paulweiss.com;
djohnson@paulweiss.com

Richard H. Reimer
Christine A. Pepe
Andrea R. Phillips
ASCAP
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com; cpepe@ascap.com;
aphillips@ascap.com

*Attorneys for the American Society of Composers,
Authors and Publishers*