```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE APPLICATION OF THE CROMWELL GROUP:
INC. AND AFFILIATES, ET AL           :    10 Civ. 5210 (DLC)
                                     :
-------------------------------------:         ORDER
                                     :
Related to                           :
                                     :
UNITED STATES OF AMERICA,            :    41 Civ. 1395 (DLC)
                                     :
                    Plaintiff        :
          v.                         :
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                      :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the Clerk of Court shall close the case bearing the caption <u>In re Application of The Cromwell Groups Inc. And Affiliates, et al.</u>, 10 Civ. 5210 for statistical purposes.

        SO ORDERED:

Dated:   New York, New York
         September 30, 2014

                                     _____
                                            DENISE COTE
                                     United States District Judge