UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE APPLICATION OF HICKS BROADCASTING  :
OF INDIANA, LLC                          :        09 Civ. 7759
                                         :        (DLC)(MHD)
----------------------------------------:
Related to                               :        ORDER
                                         :
UNITED STATES OF AMERICA,                :
                        Plaintiff        :
           v.                            :        41 Civ. 1395
                                         :        (DLC)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                        Defendant.       :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2014

DENISE COTE, District Judge:

        IT IS HEREBY ORDERED that the Clerk of Court shall close

the case bearing the caption In re Application of Hicks

Broadcasting, 09 Civ. 7759 for statistical purposes.

        SO ORDERED:

Dated:     New York, New York
           September 30, 2014

                            _____
                                      DENISE COTE
                            United States District Judge