EXHIBIT 2

## LIST OF BOUND STATIONS

| Call Letter | FCCID | Current Owner Name | FCC License City | ST |
|---|---|---|---|---|
| KTVA | 49632 | MEDIA NEWS GROUP INC | Anchorage | AK |
| KYES | 21488 | Fireweed Communications DIP | Anchorage | AK |
| KTBY | 35655 | Coastal Television Bcg. Co. LLC | Anchorage | AK |
| KIMO | 13815 | Smith Bcstg Group | Anchorage | AK |
| KTUU | 10173 | Zaser & Longston Inc | Anchorage | AK |
| KTUU | 10173 | Schurz Communications, Inc | Anchorage | AK |
| KYUR | 13815 | Vision Alaska II LLC | Anchorage | AK |
| KDMD | 25221 | Ketchikan TV LLC | Anchorage | AK |
| KTVA | 49632 | Denali Media Anchorage Corp. | Anchorage | AK |
| KFXF | 64597 | Tanana Valley TV Co. | Fairbanks | AK |
| KTVF | 49621 | Newport Television LLC | Fairbanks | AK |
| KATN | 13813 | Smith Bcstg Group | Fairbanks | AK |
| KATN | 13813 | Vision Alaska II LLC | Fairbanks | AK |
| KTVF | 49621 | Chena Broadcasting, LLC | Fairbanks | AK |
| KJUD | 13814 | Smith Bcstg Group | Juneau | AK |
| KJUD | 13814 | Vision Alaska II LLC | Juneau | AK |
| KUBD | 60520 | Ketchikan TV LLC | Ketchikan | AK |
| KJNP | 20015 | Evangelistic Mission | North Pole | AK |
| KTNL | 60519 | Ketchikan TV LLC | Sitka | AK |
| WJSU | 56642 | TV Alabama Inc | Anniston | AL |
| WDBB | 71325 | Sinclair Bcst Group | Bessemer | AL |
| WVTM | 74173 | NBC/GE | Birmingham | AL |
| WBRC | 71221 | Raycom Media Inc. | Birmingham | AL |
| WABM | 16820 | Sinclair Bcst Group | Birmingham | AL |
| WIAT | 5360 | New Vision Television DIP | Birmingham | AL |
| WIAT | 5360 | LIN Television Corp | Birmingham | AL |
| WDHN | 43846 | Nexstar Broadcasting Group, Inc. | Dothan | AL |
| WTVY | 4152 | Gray Television Licensee LLC | Dothan | AL |
| WHDF | 65128 | Lockwood Broadcasting Group | Florence | AL |
| WPXH | 73312 | Ion Media Networks Inc. | Gadsden | AL |
| WTJP | 1002 | Trinity Bcstg Ntwk | Gadsden | AL |
| WFNA | 83943 | LIN Television Corp | Gulf Shores | AL |
| WTTO | 74138 | Sinclair Bcst Group | Homewood | AL |
| WAAY | 57292 | GRAPEVINE COMMUNICATIONS | Huntsville | AL |
| WZDX | 28119 | Grant, Milton | Huntsville | AL |
| WHNT | 48693 | Tribune Broadcasting Company II, LLC | Huntsville | AL |
| WAFF | 591 | Raycom Media Inc. | Huntsville | AL |
| WALA | 4143 | LIN Television Corp | Mobile | AL |
| WMPV | 60827 | Trinity Bcstg Ntwk | Mobile | AL |
| WPMI | 11906 | Newport Television LLC | Mobile | AL |
| WKRG | 73187 | Media General Inc | Mobile | AL |
| WPMI | 11906 | Deerfield Media | Mobile | AL |
| WMCF | 60829 | Trinity Bcstg Ntwk | Montgomery | AL |
| WSFA | 13993 | Raycom Media Inc. | Montgomery | AL |
| WCOV | 73642 | Woods Comm Corp | Montgomery | AL |
| WNCF | 72307 | Broadcast Media Group LLC | Montgomery | AL |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WLGA | 11113 | Pappas Telecasting Companies | Opelika | AL |
| WDFX | 32851 | Raycom Media Inc. | Ozark | AL |
| WAKA | 701 | Bahakel Communications | Selma | AL |
| WBIH | 84802 | Flinn Broadcasting Corporation | Selma | AL |
| WCFT | 21258 | Sinclair Bcst Group | Tuscaloosa | AL |
| WUOA | 77496 | University of Alabama | Tuscaloosa | AL |
| WBMM | 68427 | Sagamore Hill Broadcasting | Tuskegee | AL |
| WBMM | 68427 | Bahakel Communications | Tuskegee | AL |
| KMYA | 86534 | Hallmark National Mortgage Corporation | Camden | AR |
| KTVE | 35692 | GOCOM Communications LLC | El Dorado | AR |
| KTVE | 35692 | Mission Broadcasting, Inc. | El Dorado | AR |
| KEJB | 84164 | Km Communications Inc. | El Dorado | AR |
| KXNW | 81593 | Tribune Broadcasting Company II, LLC | Eureka Springs | AR |
| KPBI | 81593 | Pinnacle Media, LLC. | Eureka Springs | AR |
| KHOG | 60354 | Hearst Stations, Inc. | Fayetteville | AR |
| KFSM | 66469 | Tribune Broadcasting Company II, LLC | Fort Smith | AR |
| KHBS | 60353 | Hearst Stations, Inc. | Fort Smith | AR |
| KFTA | 29560 | Nexstar Broadcasting Group, Inc. | Fort Smith | AR |
| KVTH | 608 | Agape Church Inc | Hot Springs | AR |
| KAIT | 13988 | Raycom Media Inc. | Jonesboro | AR |
| KVTJ | 2784 | Agape Church Inc | Jonesboro | AR |
| KATV | 33543 | Sinclair Bcst Group | Little Rock | AR |
| KTHV | 2787 | Gannett Co | Little Rock | AR |
| KARK | 33440 | Nexstar Broadcasting Group, Inc. | Little Rock | AR |
| KARZ | 37005 | Nexstar Broadcasting Group, Inc. | Little Rock | AR |
| KLRT | 11951 | Newport Television LLC | Little Rock | AR |
| KLRT | 11951 | Nexstar Broadcasting Group, Inc. | Little Rock | AR |
| KASN | 41212 | Newport Television LLC | Pine Bluff | AR |
| KVTN | 607 | Agape Church Inc | Pine Bluff | AR |
| KASN | 41212 | Nexstar Broadcasting Group, Inc. | Pine Bluff | AR |
| KNWA | 29557 | Nexstar Broadcasting Group, Inc. | Rogers | AR |
| KWOG | 67347 | Daystar TV Network | Springdale | AR |
| KNAZ | 24749 | Gannett Co | Flagstaff | AZ |
| KMOH | 24753 | Hero Licenseco, LLC | Kingman | AZ |
| KPNX | 35486 | Gannett Co | Mesa | AZ |
| KASW | 7143 | Belo Corp | Phoenix | AZ |
| KPAZ | 67868 | Trinity Bcstg Ntwk | Phoenix | AZ |
| KNXV | 59440 | Scripps Howard Bcstg | Phoenix | AZ |
| KTAZ | 81458 | Telemundo Group | Phoenix | AZ |
| KPHO | 41223 | Meredith Corp | Phoenix | AZ |
| KTVK | 40993 | Belo Corp | Phoenix | AZ |
| KSAZ | 35587 | Fox Television | Phoenix | AZ |
| KUTP | 68886 | Fox Television | Phoenix | AZ |
| KAZT | 35811 | KUSK Inc. | Prescott | AZ |
| KWBA | 35095 | Journal Broadcast Group | Sierra Vista | AZ |
| KPPX | 26655 | Ion Media Networks Inc. | Tolleson | AZ |
| KMSB | 44052 | Belo Corp | Tucson | AZ |
| KTTU | 11908 | Belo Corp | Tucson | AZ |
| KVOA | 25735 | Evening Post Publshg | Tucson | AZ |

| | | | | |
|---|---|---|---|---|
| KGUN | 36918 | Journal Broadcast Group | Tucson | AZ |
| KOLD | 48663 | Raycom Media Inc. | Tucson | AZ |
| KHRR | 30601 | NBC/GE | Tucson | AZ |
| KSWT | 33639 | Pappas Telecasting Companies | Yuma | AZ |
| KYMA | 74449 | Intermountain West Comm Company | Yuma | AZ |
| KSWT | 33639 | BLACKHAWK BROADCASTING LLC | Yuma | AZ |
| KDOC | 24518 | Ellis Communications | Anaheim | CA |
| KAEF | 8263 | Bluestone TV Holdings Inc | Arcata | CA |
| KAZA | 29234 | Pappas Telecasting Companies | Avalon | CA |
| KERO | 40878 | Scripps Howard Bcstg | Bakersfield | CA |
| KBAK | 4148 | WEST WIND COMM. LLC | Bakersfield | CA |
| KGET | 34459 | High Plains Broadcasting License Company | Bakersfield | CA |
| KBAK | 4148 | Sinclair Bcst Group | Bakersfield | CA |
| KILM | 63865 | Multicultural TV Broadcasting, Inc | Barstow | CA |
| KVME | 83825 | Bellagio Broadcasting, LLC | Bishop | CA |
| KAJB | 40517 | Calipatria Broadcasting Co. LLC | Calipatria | CA |
| KHSL | 24508 | Catamount Broadcast Group LLC | Chico | CA |
| KNVN | 33745 | Evans Broadcasting | Chico | CA |
| KHSL | 24508 | GOCOM Communications LLC | Chico | CA |
| KNVN | 33745 | K4 Media Holdings LLC | Chico | CA |
| KGMC | 23302 | Cocola, Gary M. | Clovis | CA |
| KTNC | 21533 | TTBG LLC | Concord | CA |
| KVEA | 19783 | Telemundo Group | Corona | CA |
| KECY | 51208 | News-Press & Gazette | El Centro | CA |
| KBVU | 58618 | Sainte Partners II L.P. | Eureka | CA |
| KIEM | 53382 | Pollack Broadcasting Co. | Eureka | CA |
| KBVU | 58618 | Esteem Broadcasting, LLC | Eureka | CA |
| KBQR | 8378 | TTBG LLC | Fort Bragg | CA |
| KAIL | 67494 | Williams, A, et al | Fresno | CA |
| KGPE | 56034 | High Plains Broadcasting License Company | Fresno | CA |
| KSEE | 35594 | Granite Bcstg Corp | Fresno | CA |
| KFSN | 8620 | Capital Cities/ABC | Fresno | CA |
| KSEE | 35594 | Nexstar Broadcasting Group, Inc. | Fresno | CA |
| KNXT | 16950 | DIOCESE OF FRESNO EDUCATION CORP | Fresno | CA |
| KSCI | 35608 | ASIAN MEDIA GROUP, LLC | Long Beach | CA |
| KSCI | 35608 | Asian Media Group, LLC DIP | Long Beach | CA |
| KSCI | 35608 | NRJ TV LLC | Long Beach | CA |
| KABC | 282 | Capital Cities/ABC | Los Angeles | CA |
| KWHY | 26231 | NBC/GE | Los Angeles | CA |
| KNBC | 47906 | NBC/GE | Los Angeles | CA |
| KTLA | 35670 | Tribune Broadcasting Company II, LLC | Los Angeles | CA |
| KCAL | 21422 | CBS TV | Los Angeles | CA |
| KCBS | 9628 | CBS TV | Los Angeles | CA |
| KWHY | 26231 | Mereulo Media Holdings, LLC | Los Angeles | CA |
| KCOP | 33742 | Fox Television | Los Angeles | CA |
| KTTV | 22208 | Fox Television | Los Angeles | CA |
| KNSO | 58608 | NBC/GE | Merced | CA |
| KVIQ | 42640 | Raul Broadcasting Company of Eureka | Modesto | CA |
| KVIQ | 42640 | Sainte Partners II L.P. | Modesto | CA |

| Call | ID | Licensee | City | State |
|---|---|---|---|---|
| KION | 26249 | Cowles California Media Company | Monterey | CA |
| KION | 26249 | News-Press & Gazette | Monterey | CA |
| KTLN | 49153 | Christian Communications Of Ch | Novato | CA |
| KTVU | 35703 | Cox Broadcasting Corporation | Oakland | CA |
| KTVU | 35703 | Fox Television | Oakland | CA |
| KBEH | 56384 | Hero Licenseco, LLC | Oxnard | CA |
| KESQ | 25577 | News-Press & Gazette | Palm Springs | CA |
| KMIR | 16749 | Journal Broadcast Group | Palm Springs | CA |
| KMIR | 16749 | OTA Broadcasting (SEA), LLC | Palm Springs | CA |
| KCVU | 58605 | Sainte Partners II L.P. | Paradise | CA |
| KCVU | 58605 | Esteem Broadcasting, LLC | Paradise | CA |
| KXLA | 55083 | Rancho Palas Verde Broadcaster | Rancho Palos Ver | CA |
| KRCA | 22161 | Liberman Broadcasting Inc | Riverside | CA |
| KCRA | 33875 | Hearst Stations, Inc. | Sacramento | CA |
| KXTV | 25048 | Gannett Co | Sacramento | CA |
| KSPX | 52953 | Ion Media Networks Inc. | Sacramento | CA |
| KMAX | 51499 | CBS TV | Sacramento | CA |
| KTXL | 10205 | Tribune Broadcasting Company II, LLC | Sacramento | CA |
| KCBA | 14867 | Seal Rock Broadcasters | Salinas | CA |
| KSBW | 19653 | Hearst Stations, Inc. | Salinas | CA |
| KPXN | 58978 | Ion Media Networks Inc. | San Bernardino | CA |
| KFMB | 42122 | Midwest Television | San Diego | CA |
| KUSI | 10238 | McKinnon Family | San Diego | CA |
| KSWB | 58827 | Tribune Broadcasting Company II, LLC | San Diego | CA |
| KNSD | 35277 | NBC/GE | San Diego | CA |
| KGTV | 40876 | Scripps Howard Bcstg | San Diego | CA |
| KTSF | 37511 | Lincoln Bcstg | San Francisco | CA |
| KPIX | 25452 | CBS TV | San Francisco | CA |
| KRON | 65526 | Young Broadcasting | San Francisco | CA |
| KBCW | 69619 | CBS TV | San Francisco | CA |
| KOFY | 51189 | Granite Broadcasting, DIP | San Francisco | CA |
| KGO | 34470 | Capital Cities/ABC | San Francisco | CA |
| KCNS | 71586 | Multicultural TV Broadcasting, Inc | San Francisco | CA |
| KSTS | 64987 | Telemundo Group | San Jose | CA |
| KICU | 34564 | Cox Broadcasting Corporation | San Jose | CA |
| KNTV | 35280 | NBC/GE | San Jose | CA |
| KKPX | 22644 | Ion Media Networks Inc. | San Jose | CA |
| KICU | 34564 | Fox Television | San Jose | CA |
| KSBY | 19654 | SJL COMMUNICATIONS, L.P. | San Luis Obispo | CA |
| KTAS | 12930 | Palazuelos, Raul | San Luis Obispo | CA |
| KFRE | 59013 | Sinclair Bcst Group | Sanger | CA |
| KTBN | 67884 | Trinity Bcstg Ntwk | Santa Ana | CA |
| KEYT | 60637 | Smith Bcstg Group | Santa Barbara | CA |
| KEYT | 60637 | News-Press & Gazette | Santa Barbara | CA |
| KCOY | 63165 | Cowles California Media Company | Santa Maria | CA |
| KFTY | 34440 | Newport Television LLC | Santa Rosa | CA |
| KEMO | 34440 | Una Vez Mas San Francisco License LLC. | Santa Rosa | CA |
| KOVR | 56550 | CBS TV | Stockton | CA |
| KQCA | 10242 | Hearst Stations, Inc. | Stockton | CA |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| KVMD | 16729 | KVMD Acquisition Corp. | Twentynine Palms | CA |
| KJLA | 14000 | Costa de Oro TV | Ventura | CA |
| KMPH | 51488 | Sinclair Bcst Group | Visalia | CA |
| KETD | 37101 | LeSea Bcstg Inc | Castle Rock | CO |
| KXRM | 35991 | Barrington Broadcasting | Colorado Springs | CO |
| KKTV | 35037 | Gray Television Licensee LLC | Colorado Springs | CO |
| KRDO | 52579 | News-Press & Gazette | Colorado Springs | CO |
| KXRM | 35991 | LIN Television Corp | Colorado Springs | CO |
| KXRM | 35991 | Sinclair Bcst Group | Colorado Springs | CO |
| KUSA | 23074 | Gannett Co | Denver | CO |
| KTVD | 68581 | Gannett Co | Denver | CO |
| KPXC | 68695 | Ion Media Networks Inc. | Denver | CO |
| KWGN | 35883 | Tribune Broadcasting Company II, LLC | Denver | CO |
| KDVR | 126 | Tribune Broadcasting Company II, LLC | Denver | CO |
| KCNC | 47903 | CBS TV | Denver | CO |
| KMGH | 40875 | Scripps Howard Bcstg | Denver | CO |
| KREZ | 48589 | LIN Television Corp | Durango | CO |
| KRTN | 82613 | Ramar Communications | Durango | CO |
| KFCT | 125 | Foxco Acquisition Subsidiary, LLC | Ft. Collins | CO |
| KREG | 70578 | Hoak Media LLC | Glenwood Springs | CO |
| KFQX | 31597 | Parker Broadcasting | Grand Junction | CO |
| KJCT | 52593 | News-Press & Gazette | Grand Junction | CO |
| KREX | 70596 | Hoak Media LLC | Grand Junction | CO |
| KKCO | 24766 | Gray Television Licensee LLC | Grand Junction | CO |
| KJCT | 52593 | Excalibur Grand Junction LLC | Grand Junction | CO |
| KPJR | 166510 | Trinity Bcstg Ntwk | Greeley | CO |
| KDEN | 38375 | NBC/GE | Longmont | CO |
| KREY | 70579 | Hoak Media LLC | Montrose | CO |
| KOAA | 59014 | Evening Post Publshg | Pueblo | CO |
| KCDO | 63158 | Channel 20 Television Co. | Sterling | CO |
| WSAH | 70493 | Multicultural Capital Trust | Bridgeport | CT |
| WZME | 70493 | Titan Broadcast Management LLC | Bridgeport | CT |
| WFSB | 53115 | Meredith Corp | Hartford | CT |
| WTIC | 147 | Tribune Broadcasting Company II, LLC | Hartford | CT |
| WVIT | 74170 | NBC/GE | New Britain | CT |
| WTNH | 74109 | LIN Television Corp | New Haven | CT |
| WCTX | 33081 | LIN Television Corp | New Haven | CT |
| WHPX | 51980 | Ion Media Networks Inc. | New London | CT |
| WCCT | 14050 | Tribune Broadcasting Company II, LLC | Waterbury | CT |
| WRC | 47904 | NBC/GE | Washington | DC |
| WUSA | 65593 | Gannett Co | Washington | DC |
| WDCW | 30576 | Tribune Broadcasting Company II, LLC | Washington | DC |
| WJLA | 1051 | Sinclair Bcst Group | Washington | DC |
| WDCA | 51567 | Fox Television | Washington | DC |
| WTTG | 22207 | Fox Television | Washington | DC |
| WMDE | 189357 | Western Pacific Broadcast LLC | Dover | DE |
| KJWP | 1283 | PMCM TV LLC | Wilmington | DE |
| WPPX | 51984 | Ion Media Networks Inc. | Wilmington | DE |
| WXPX | 6601 | Ion Media Networks Inc. | Bradenton | FL |

| WFTX | 70649 | Journal Broadcast Group | Cape Coral | FL |
|---|---|---|---|---|
| WCLF | 11125 | Christian TV Network | Clearwater | FL |
| WKCF | 53465 | Hearst Stations, Inc. | Clermont | FL |
| WHLV | 24582 | Trinity Bcstg Ntwk | Cocoa | FL |
| WESH | 25738 | Hearst Stations, Inc. | Daytona Beach | FL |
| WFBD | 81669 | Flinn Broadcasting Corporation | Destin | FL |
| WBBH | 71085 | Waterman Bcstg Corp | Fort Myers | FL |
| WINK | 22093 | Ft Myers Bcstg Co | Fort Myers | FL |
| WTVX | 35575 | Cerberus Capital Management LP | Fort Pierce | FL |
| WTVX | 35575 | Sinclair Bcst Group | Fort Pierce | FL |
| WAWD | 54938 | Beach TV Properties | Fort Walton Beach | FL |
| WSCV | 64971 | Telemundo Group | Ft. Lauderdale | FL |
| WFGX | 6554 | TV Fit for Life Inc | Ft. Walton Bch | FL |
| WFGX | 6554 | Sinclair Bcst Group | Ft. Walton Bch | FL |
| WNBW | 83965 | MPS Media | Gainesville | FL |
| WCJB | 16993 | Diversified Comm | Gainesville | FL |
| WGFL | 7727 | CP Media LLC | High Springs | FL |
| WCWJ | 29712 | Nexstar Broadcasting Group, Inc. | Jacksonville | FL |
| WTLV | 65046 | Gannett Co | Jacksonville | FL |
| WJXT | 53116 | Post-Newsweek Stns | Jacksonville | FL |
| WAWS | 11909 | Newport Television LLC | Jacksonville | FL |
| WTEV | 35576 | High Plains Broadcasting License Company | Jacksonville | FL |
| WJAX | 35576 | Bayshore Television, LLC | Jacksonville | FL |
| WAWS | 11909 | Cox Broadcasting Corporation | Jacksonville | FL |
| WSBS | 72053 | Spanish Broadcasting System | Key West | FL |
| WGEN | 27387 | Mambo, LLC | Key West | FL |
| WPXP | 27290 | Ion Media Networks Inc. | Lake Worth | FL |
| WMOR | 53819 | Hearst-Argyle TV, Inc. | Lakeland | FL |
| WTJR | 4593 | Christian TV Network | Largo | FL |
| WACX | 60018 | Assoc. Christian TV | Leesburg | FL |
| WTGL | 9881 | Good Life Bcstg | Leesburg | FL |
| WOPX | 67602 | Ion Media Networks Inc. | Melbourne | FL |
| WTVJ | 63154 | NBC/GE | Miami | FL |
| WBFS | 12497 | CBS TV | Miami | FL |
| WFOR | 47902 | CBS TV | Miami | FL |
| WSFL | 10203 | Tribune Broadcasting Company II, LLC | Miami | FL |
| WPLG | 53113 | Post-Newsweek Stns | Miami | FL |
| WSVN | 63840 | Sunbeam Television | Miami | FL |
| WPXM | 48608 | Ion Media Networks Inc. | Miami | FL |
| WHFT | 67971 | Trinity Bcstg Ntwk | Miami | FL |
| WXCW | 61504 | Sun Broadcasting | Naples | FL |
| WZVN | 19183 | Waterman Bcstg Corp | Naples | FL |
| WOGX | 70651 | Fox Television | Ocala | FL |
| WJXX | 11893 | Gannett Co | Orange Park | FL |
| WFTV | 72076 | Cox Broadcasting Corporation | Orlando | FL |
| WRDQ | 55454 | Cox Broadcasting Corporation | Orlando | FL |
| WKMG | 71293 | Post-Newsweek Stns | Orlando | FL |
| WRBW | 54940 | Fox Television | Orlando | FL |
| WOFL | 41225 | Fox Television | Orlando | FL |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WFGC | 11123 | Christian TV Network | Palm Beach | FL |
| WJHG | 73136 | Gray Television Licensee LLC | Panama City | FL |
| WPGX | 2942 | Raycom Media Inc. | Panama City | FL |
| WMBB | 66398 | Hoak Media LLC | Panama City | FL |
| WPCT | 4354 | Beach TV Properties | Panama City Bch | FL |
| WHBR | 10894 | Christian TV Network | Pensacola | FL |
| WEAR | 71363 | Sinclair Bcst Group | Pensacola | FL |
| WJTC | 41210 | Newport Television LLC | Pensacola | FL |
| WJTC | 41210 | Deerfield Media | Pensacola | FL |
| WWSB | 61251 | Southern Bcst Corp | Sarasota | FL |
| WTOG | 74112 | CBS TV | St. Petersburg | FL |
| WTSP | 11290 | Gannett Co | St. Petersburg | FL |
| WTTA | 4108 | LIN Television Corp | St. Petersburg | FL |
| WTTA | 4108 | Bay Television Inc | St. Petersburg | FL |
| WTWC | 66908 | Sinclair Bcst Group | Tallahassee | FL |
| WTLF | 82735 | MPS Media | Tallahassee | FL |
| WTXL | 41065 | calkins media of tallahassee | Tallahassee | FL |
| WFTS | 64588 | Scripps Howard Bcstg | Tampa | FL |
| WFLA | 64592 | Media General Inc | Tampa | FL |
| WTVT | 68569 | Fox Television | Tampa | FL |
| WPBF | 51988 | Hearst-Argyle TV, Inc. | Tequesta | FL |
| WRXY | 71580 | West Coast Chrstn TV | Tice | FL |
| WFLX | 39736 | Raycom Media Inc. | West Palm Beach | FL |
| WPEC | 52527 | Freedom Comm Inc. DIP | West Palm Beach | FL |
| WPEC | 52527 | Sinclair Bcst Group | West Palm Beach | FL |
| WPTV | 59443 | Scripps Howard Bcstg | West Palm Beach | FL |
| WHDT | 83929 | Guenter Marksteiner | West Palm Beach | FL |
| WALB | 70713 | Raycom Media Inc. | Albany | GA |
| WFXL | 70815 | Barrington Broadcasting | Albany | GA |
| WFXL | 70815 | Sinclair Bcst Group | Albany | GA |
| WSB | 23960 | Cox Broadcasting Corporation | Atlanta | GA |
| WXIA | 51163 | Gannett Co | Atlanta | GA |
| WUPA | 6900 | CBS TV | Atlanta | GA |
| KBTX | 6669 | Gray Television Licensee LLC | Atlanta | GA |
| WATL | 22819 | Gannett Co | Atlanta | GA |
| WGCL | 72120 | Meredith Corp | Atlanta | GA |
| WTOK | 4686 | Gray Television Licensee LLC | Atlanta | GA |
| WPCH | 64033 | Turner Bcstg System | Atlanta | GA |
| WFXT | 6463 | Cox Broadcasting Corporation | Atlanta | GA |
| WAGA | 70689 | Fox Television | Atlanta | GA |
| WHBQ | 12521 | Cox Broadcasting Corporation | Atlanta | GA |
| WRDW | 73937 | Gray Television Licensee LLC | Augusta | GA |
| WJBF | 27140 | Media General Inc | Augusta | GA |
| KXLT | 35906 | Sagamore Hill Broadcasting | Augusta | GA |
| WAGT | 70699 | Schurz Communications, Inc | Augusta | GA |
| WFXG | 3228 | American Spirit Media, LLC | Augusta | GA |
| WFXG | 3228 | Raycom Media Inc. | Augusta | GA |
| WTLH | 23486 | CP Media LLC | Bainbridge | GA |
| WGSA | 69446 | Southern TV Corporation | Baxley | GA |

| WPXC | 71236 | Ion Media Networks Inc. | Brunswick | GA |
|---|---|---|---|---|
| WRBL | 3359 | Media General Inc | Columbus | GA |
| WXTX | 12472 | American Spirit Media, LLC | Columbus | GA |
| WLTZ | 37179 | Sagamore Hill Broadcasting | Columbus | GA |
| WTVM | 595 | Raycom Media Inc. | Columbus | GA |
| WSST | 63867 | Sunbelt South Tcomm | Cordele | GA |
| WELF | 60825 | Trinity Bcstg Ntwk | Dalton | GA |
| WMAZ | 46991 | Gannett Co | Macon | GA |
| WGXA | 58262 | Frontier Capital Partners, LLC | Macon | GA |
| WMGT | 43847 | Morris Multimedia | Macon | GA |
| WGNM | 24618 | Christian TV Network | Macon | GA |
| WHSG | 68058 | Trinity Bcstg Ntwk | Monroe | GA |
| WPGA | 54728 | Radio Perry Inc | Perry | GA |
| WPXA | 51969 | Ion Media Networks Inc. | Rome | GA |
| WSAV | 48662 | Media General Inc | Savannah | GA |
| WJCL | 37174 | New Vision Television DIP | Savannah | GA |
| WTOC | 590 | Raycom Media Inc. | Savannah | GA |
| WJCL | 37174 | LIN Television Corp | Savannah | GA |
| WCTV | 31590 | Gray Television Licensee LLC | Thomasville | GA |
| WUGA | 63329 | Ugarf Media Holding LLC | Toccoa | GA |
| WSWG | 28155 | Gray Television Licensee LLC | Valdosta | GA |
| KUAM | 51233 | Micronesia Broadcasting Inc | Agana | GU |
| KTGM | 29232 | Sorensen Pacific Broadcasting, Inc. | Tamuning | GU |
| KHAW | 4146 | New Vision Television DIP | Hilo | HI |
| KGMD | 36914 | MCG CAPITOL CORP & GREENLAW-MARSHALL COM | Hilo | HI |
| KWHD | 37103 | LeSea Bcstg Inc | Hilo | HI |
| KHBC | 34846 | Raycom Media Inc. | Hilo | HI |
| KHVO | 64544 | Hearst Stations, Inc. | Hilo | HI |
| KHAW | 4146 | LIN Television Corp | Hilo | HI |
| KHNL | 34867 | Raycom Media Inc. | Honolulu | HI |
| KHON | 4144 | New Vision Television DIP | Honolulu | HI |
| KIKU | 34527 | ASIAN MEDIA GROUP, LLC | Honolulu | HI |
| KWHE | 36846 | LeSea Bcstg Inc | Honolulu | HI |
| KAAH | 3246 | Trinity Bcstg Ntwk | Honolulu | HI |
| KFVE | 36917 | Raycom Media Inc. | Honolulu | HI |
| KGMB | 34445 | Raycom Media Inc. | Honolulu | HI |
| KITV | 64548 | Hearst Stations, Inc. | Honolulu | HI |
| KHON | 4144 | LIN Television Corp | Honolulu | HI |
| KIKU | 34527 | NRJ TV LLC | Honolulu | HI |
| KBFD | 65395 | Allen Broadcasting Corporation | Honolulu | HI |
| KPXO | 77483 | Ion Media Networks Inc. | Kaneohe | HI |
| KAII | 4145 | New Vision Television DIP | Wailuku | HI |
| KGMV | 36920 | MCG CAPITOL CORP & GREENLAW-MARSHALL COM | Wailuku | HI |
| KOGG | 34859 | Raycom Media Inc. | Wailuku | HI |
| KWHM | 37105 | LeSea Bcstg Inc | Wailuku | HI |
| KMAU | 64551 | Hearst Stations, Inc. | Wailuku | HI |
| KAII | 4145 | LIN Television Corp | Wailuku | HI |
| KCWI | 51502 | Pappas Telecasting Companies | Ames | IA |
| WOI | 8661 | Citadel Comm Co Ltd | Ames | IA |

| KGCW | 7841 | Grant, Milton | Burlington | IA |
|------|------|---------------|------------|-----|
| KGAN | 25685 | Sinclair Bcst Group | Cedar Rapids | IA |
| KPXR | 21156 | Ion Media Networks Inc. | Cedar Rapids | IA |
| KFXA | 35336 | Second Generation Television | Cedar Rapids | IA |
| KCRG | 9719 | Cedar Rapids TV Co | Cedar Rapids | IA |
| KWQC | 6885 | Young Broadcasting | Davenport | IA |
| KLJB | 54011 | Grant, Milton | Davenport | IA |
| WHO | 66221 | Tribune Broadcasting Company II, LLC | Des Moines | IA |
| KCCI | 33710 | Hearst Stations, Inc. | Des Moines | IA |
| KDSM | 56527 | Sinclair Bcst Group | Des Moines | IA |
| KDMI | 78915 | Pappas Telecasting Companies | Des Moines | IA |
| KFXB | 17625 | Christian TV Network | Dubuque | IA |
| KWKB | 35096 | Km Communications Inc. | Iowa City | IA |
| KIMT | 66402 | New Vision Television DIP | Mason City | IA |
| KIMT | 66402 | LIN Television Corp | Mason City | IA |
| KFPX | 81509 | Ion Media Networks Inc. | Newton | IA |
| KYOU | 53820 | American Spirit Media, LLC | Ottumwa | IA |
| KTIV | 66170 | Quincy Newspapers | Sioux City | IA |
| KCAU | 11265 | Citadel Comm Co Ltd | Sioux City | IA |
| KPTH | 77451 | TTBG LLC | Sioux City | IA |
| KMEG | 39665 | Waitt Broadcasting, Inc. | Sioux City | IA |
| KPTH | 77451 | Sinclair Bcst Group | Sioux City | IA |
| KWWL | 593 | Quincy Newspapers | Waterloo | IA |
| KTVB | 34858 | Belo Corp | Boise | ID |
| KBOI | 49760 | Sinclair Bcst Group | Boise | ID |
| KKJB | 35097 | Cocola Broadcasting Co. LLC | Boise | ID |
| KNIN | 59363 | Journal Broadcast Group | Caldwell | ID |
| KIFI | 66258 | News-Press & Gazette | Idaho Falls | ID |
| KIDK | 56028 | Sinclair Bcst Group | Idaho Falls | ID |
| KIDK | 56028 | Vistawest Media, LLC | Idaho Falls | ID |
| KLEW | 56032 | Sinclair Bcst Group | Lewiston | ID |
| KIVI | 59255 | Journal Broadcast Group | Nampa | ID |
| KTRV | 28230 | Blade Communications | Nampa | ID |
| KPVI | 1270 | Intermountain West Comm Company | Pocatello | ID |
| KPIF | 86205 | Km Communications Inc. | Pocatello | ID |
| KPVI | 1270 | IDAHO BROADCAST PARTNERS, LLC | Pocatello | ID |
| KFXP | 78910 | Compass Communications of Idaho, Inc. | Pocatello | ID |
| KXTF | 1255 | Intermountain West Comm Company | Twin Falls | ID |
| KMVT | 35200 | Neuhoff Communications Inc. | Twin Falls | ID |
| KXTF | 1255 | IDAHO BROADCAST PARTNERS, LLC | Twin Falls | ID |
| WYZZ | 5875 | Sinclair Bcst Group | Bloomington | IL |
| WYZZ | 5875 | Peoria (WYZZ-TV) Licensee, Inc. | Bloomington | IL |
| WICD | 25684 | Sinclair Bcst Group | Champaign | IL |
| WCIA | 42124 | Nexstar Broadcasting Group, Inc. | Champaign | IL |
| WCPX | 10981 | Ion Media Networks Inc. | Chicago | IL |
| WBBM | 9617 | CBS TV | Chicago | IL |
| WSNS | 70119 | Telemundo Group | Chicago | IL |
| WGN | 72115 | Tribune Broadcasting Company II, LLC | Chicago | IL |
| WMAQ | 47905 | NBC/GE | Chicago | IL |

| WLS | 73226 | Capital Cities/ABC | Chicago | IL |
|---|---|---|---|---|
| WFLD | 22211 | Fox Television | Chicago | IL |
| WAND | 70852 | WAND (TV) Partnership | Decatur | IL |
| WBUI | 16363 | GOCOM Communications LLC | Decatur | IL |
| WRBU | 57221 | Roberts Bcstg Co | E St. Louis | IL |
| WRBU | 57221 | Broadcast Trust | E St. Louis | IL |
| WIFR | 4689 | Gray Television Licensee LLC | Freeport | IL |
| WMWC | 81946 | Trinity Bcstg Ntwk | Galesburg | IL |
| WSIL | 73999 | Mel Wheeler Inc | Harrisburg | IL |
| WWTO | 998 | Trinity Bcstg Ntwk | Lasalie | IL |
| WTCT | 67786 | Tri-State Chrstn TV | Marion | IL |
| WQAD | 73319 | Tribune Broadcasting Company II, LLC | Moline | IL |
| WPXS | 40861 | Daystar TV Network | Mt. Vernon | IL |
| WAOE | 52280 | Venture Technologies Group LLC | Peoria | IL |
| WMBD | 42121 | Nexstar Broadcasting Group, Inc. | Peoria | IL |
| WHOI | 6866 | Barrington Broadcasting | Peoria | IL |
| WEEK | 24801 | Granite Broadcasting, DIP | Peoria | IL |
| WHOI | 6866 | Sinclair Bcst Group | Peoria | IL |
| WGEM | 54275 | Quincy Newspapers | Quincy | IL |
| WHBF | 13950 | Citadel Comm Co Ltd | Rock Island | IL |
| WQRF | 52408 | Nexstar Broadcasting Group, Inc. | Rockford | IL |
| WTVO | 72945 | Mission Broadcasting, Inc. | Rockford | IL |
| WREX | 73940 | Quincy Newspapers | Rockford | IL |
| WRSP | 62009 | GOCOM Communications LLC | Springfield | IL |
| WICS | 25686 | Sinclair Bcst Group | Springfield | IL |
| WCIX | 42116 | Nexstar Broadcasting Group, Inc. | Springfield | IL |
| WCCU | 69544 | GOCOM Communications LLC | Urbana | IL |
| WINM | 67787 | Tri-State Chrstn TV | Angola | IN |
| WTTV | 56523 | Tribune Broadcasting Company II, LLC | Bloomington | IN |
| WIPX | 10253 | Ion Media Networks Inc. | Bloomington | IN |
| WCLJ | 68007 | Trinity Bcstg Ntwk | Bloomington | IN |
| WSJV | 74007 | Quincy Newspapers | Elkhart | IN |
| WEHT | 24215 | Gilmore Bcstg | Evansville | IN |
| WTVW | 3661 | Nexstar Broadcasting Group, Inc. | Evansville | IN |
| WFIE | 13991 | Raycom Media Inc. | Evansville | IN |
| WEVV | 72041 | Comm Corp of America | Evansville | IN |
| WPTA | 73905 | Malara Broadcasting | Fort Wayne | IN |
| WISE | 13960 | Granite Bcstg Corp | Fort Wayne | IN |
| WANE | 39270 | LIN Television Corp | Fort Wayne | IN |
| WFFT | 25040 | Nexstar Broadcasting Group, Inc. | Ft Wayne | IN |
| WPWR | 48772 | Fox Television | Gary | IN |
| WJYS | 32334 | Jovon Bcstg Corp | Hammond | IN |
| WJYS | 32334 | Oxford Media Group, Inc. | Hammond | IN |
| WISH | 39269 | LIN Television Corp | Indianapolis | IN |
| WRTV | 40877 | Scripps Howard Bcstg | Indianapolis | IN |
| WTHR | 70162 | Dispatch Printing Co | Indianapolis | IN |
| KSNT | 67335 | New Vision Television DIP | Indianapolis | IN |
| WHMB | 37102 | LeSea Bcstg Inc | Indianapolis | IN |
| WXIN | 146 | Tribune Broadcasting Company II, LLC | Indianapolis | IN |

| Call | ID | Licensee | City | State |
|---|---|---|---|---|
| KSNT | 67335 | LIN Television Corp | Indianapolis | IN |
| WTTK | 56526 | Tribune Broadcasting Company II, LLC | Kokomo | IN |
| WLFI | 73204 | WAND (TV) Partnership | Lafayette | IN |
| WNDY | 28462 | LIN Television Corp | Marion | IN |
| KOTA | 17688 | Schurz Communications, Inc | Mishawaka | IN |
| WKOI | 67869 | Trinity Bcstg Ntwk | Richmond | IN |
| WMYO | 34167 | Independence Television Co. | Salem | IN |
| WNDU | 41674 | Michiana Telecasting | South Bend | IN |
| WSBT | 73983 | Schurz Communications, Inc | South Bend | IN |
| WHME | 36117 | LeSea Bcstg Inc | South Bend | IN |
| WTHI | 70655 | LIN Television Corp | Terre Haute | IN |
| WTWO | 20426 | Nexstar Broadcasting Group, Inc. | Terre Haute | IN |
| WAWV | 65247 | Mission Broadcasting, Inc. | Terre Haute | IN |
| KLBY | 65523 | Gray Television Licensee LLC | Colby | KS |
| KBSD | 66414 | Sunflower Broadcasting, Inc | Ensign | KS |
| KUPK | 65535 | Gray Television Licensee LLC | Garden City | KS |
| KSNG | 72361 | New Vision Television DIP | Garden City | KS |
| KSNG | 72361 | LIN Television Corp | Garden City | KS |
| KBSL | 66416 | Sunflower Broadcasting, Inc | Goodland | KS |
| KSNC | 72359 | New Vision Television DIP | Great Bend | KS |
| KSNC | 72359 | LIN Television Corp | Great Bend | KS |
| KBSH | 66415 | Sunflower Broadcasting, Inc | Hays | KS |
| KOCW | 83181 | Newport Television LLC | Hoisington | KS |
| KWCH | 66413 | Sunflower Broadcasting, Inc | Hutchinson | KS |
| KMTW | 77063 | Mercury Broadcasting Co. | Hutchinson | KS |
| KMCI | 42636 | Scripps Howard Bcstg | Lawrence | KS |
| KFJX | 83992 | Surtsey Productions, Inc. | Pittsburg | KS |
| KOAM | 58552 | Saga Communications Inc | Pittsburg | KS |
| KAAS | 11912 | Newport Television LLC | Salina | KS |
| KTKA | 49397 | Free State Communications, LLC | Topeka | KS |
| WIBW | 63160 | Gray Television Licensee LLC | Topeka | KS |
| KTKA | 49397 | Parkin Broadcasting LLC | Topeka | KS |
| KTKA | 49397 | LIN Television Corp | Topeka | KS |
| KAKE | 65522 | Gray Television Licensee LLC | Wichita | KS |
| KSNW | 72358 | New Vision Television DIP | Wichita | KS |
| KSAS | 11911 | Newport Television LLC | Wichita | KS |
| KSCW | 72348 | Sunflower Broadcasting, Inc | Wichita | KS |
| KTXS | 308 | Bluestone TV Holdings Inc | Wichita | KS |
| KSNW | 72358 | LIN Television Corp | Wichita | KS |
| KSAS | 11911 | Sinclair Bcst Group | Wichita | KS |
| KTVM | 18066 | Bluestone TV Holdings Inc | Wichita | KS |
| KRCR | 8291 | Bluestone TV Holdings Inc | Wichita | KS |
| WCYB | 2455 | Bluestone TV Holdings Inc | Wichita | KS |
| WTSF | 67798 | Messinger, C, et al | Ashland | KY |
| WLJC | 27696 | Hour of Harvest Inc | Beattyville | KY |
| WNKY | 61217 | Max Media LLC | Bowling Green | KY |
| WBKO | 4692 | Gray Television Licensee LLC | Bowling Green | KY |
| WBKI | 25173 | Louisville TV Group, LLC | Campbellsville | KY |
| WDKY | 64017 | Sinclair Bcst Group | Danville | KY |

| | | | | |
|---|---|---|---|---|
| WAGV | 37809 | Living Faith Minstrs | Harlan | KY |
| WYMT | 24915 | Gray Television Licensee LLC | Hazard | KY |
| WKYT | 24914 | Gray Television Licensee LLC | Lexington | KY |
| WLEX | 73203 | Evening Post Publshg | Lexington | KY |
| WTVQ | 51597 | WTVQ-TV, LLC | Lexington | KY |
| WAVE | 13989 | Raycom Media Inc. | Louisville | KY |
| WHAS | 32327 | Belo Corp | Louisville | KY |
| WBNA | 73692 | Word Broadcasting | Louisville | KY |
| WLKY | 53939 | Hearst Stations, Inc. | Louisville | KY |
| WDRB | 28476 | Blade Communications | Louisville | KY |
| WAZE | 74592 | Roberts Bcstg Co - DIP | Madisonville | KY |
| WAZE | 74592 | Roberts Bcstg Co | Madisonville | KY |
| WUPX | 23128 | Ion Media Networks Inc. | Morehead | KY |
| WXIX | 39738 | Raycom Media Inc. | Newport | KY |
| WDKA | 39561 | Wdka Acquisition Corp. | Paducah | KY |
| WPSD | 51991 | Paxton Media Group LLC | Paducah | KY |
| KALB | 51598 | Hoak Media LLC | Alexandria | LA |
| KLAX | 52907 | Pollack Broadcasting Co. | Alexandria | LA |
| KBCA | 16940 | Wilderness Communications, LLC | Alexandria | LA |
| WAFB | 589 | Raycom Media Inc. | Baton Rouge | LA |
| WGMB | 12520 | Comm Corp of America | Baton Rouge | LA |
| WBRZ | 38616 | Manship Stations | Baton Rouge | LA |
| WVLA | 70021 | White Knight Bcstg | Baton Rouge | LA |
| KAQY | 52046 | Parker Broadcasting | Columbia | LA |
| KGLA | 83945 | Mayavision Inc. | Hammond | LA |
| KLFY | 35059 | Young Broadcasting | Lafayette | LA |
| KADN | 33261 | Comm Corp of America | Lafayette | LA |
| KATC | 33471 | Evening Post Publshg | Lafayette | LA |
| KPLC | 13994 | Raycom Media Inc. | Lake Charles | LA |
| KVHP | 35852 | National Communications Inc. | Lake Charles | LA |
| KPXJ | 81507 | KTBS, Inc. | Minden | LA |
| KNOE | 48975 | Hoak Media LLC | Monroe | LA |
| KLWB | 82476 | Wilderness Communications, LLC | New Iberia | LA |
| WHNO | 37106 | LeSea Bcstg Inc | New Orleans | LA |
| WPXL | 21729 | Ion Media Networks Inc. | New Orleans | LA |
| WNOL | 54280 | Tribune Broadcasting Company II, LLC | New Orleans | LA |
| WDSU | 71357 | Hearst Stations, Inc. | New Orleans | LA |
| WVUE | 4149 | Louisiana Media Co. LLC | New Orleans | LA |
| WWL | 74192 | Belo Corp | New Orleans | LA |
| WGNO | 72119 | Tribune Broadcasting Company II, LLC | New Orleans | LA |
| KSLA | 70482 | Raycom Media Inc. | Shreveport | LA |
| KSHV | 73706 | White Knight Bcstg | Shreveport | LA |
| KTBS | 35652 | KTBS, Inc. | Shreveport | LA |
| KMSS | 12525 | Comm Corp of America | Shreveport | LA |
| WUPL | 13938 | Belo Corp | Slidell | LA |
| KMCT | 38584 | Lamb Bcstg Inc | West Monroe | LA |
| KARD | 3658 | Nexstar Broadcasting Group, Inc. | West Monroe | LA |
| WCDC | 74419 | Young Broadcasting | Adams | MA |
| WHDH | 72145 | Sunbeam Television | Boston | MA |

| WCVB | 65684 | Hearst Stations, Inc. | Boston | MA |
|---|---|---|---|---|
| WBZ | 25456 | CBS TV | Boston | MA |
| WSBK | 73982 | CBS TV | Boston | MA |
| WBPX | 7692 | Ion Media Networks Inc. | Boston | MA |
| WFXT | 6463 | Fox Television | Boston | MA |
| WLVI | 73238 | Sunbeam Television | Cambridge | MA |
| WMFP | 41436 | Multicultural Capital Trust | Lawrence | MA |
| WLWC | 3978 | Cerberus Capital Management LP | New Bedford | MA |
| WLNE | 22591 | Global Broadcasting LLC | New Bedford | MA |
| WLNE | 22591 | Global Bcg. of So. New England LLC, Recv | New Bedford | MA |
| WLNE | 22591 | Citadel Comm Co Ltd | New Bedford | MA |
| WLWC | 3978 | OTA Broadcasting (SEA), LLC | New Bedford | MA |
| WLWC | 3978 | Sinclair Bcst Group | New Bedford | MA |
| WWDP | 23671 | Value Vision Media | Norwell | MA |
| WNYA | 136751 | Venture Technologies Group LLC | Pittsfield | MA |
| WNYA | 136751 | Hubbard Broadcasting Inc. | Pittsfield | MA |
| WWLP | 6868 | LIN Television Corp | Springfield | MA |
| WGGB | 25682 | Gormally Broadcasting LLC | Springfield | MA |
| WDPX | 6476 | Ion Media Networks Inc. | Vineyard Haven | MA |
| WNUV | 7933 | Sinclair Bcst Group | Baltimore | MD |
| WBFF | 10758 | Sinclair Bcst Group | Baltimore | MD |
| WJZ | 25455 | CBS TV | Baltimore | MD |
| WMAR | 59442 | Scripps Howard Bcstg | Baltimore | MD |
| WBAL | 65696 | Hearst Stations, Inc. | Baltimore | MD |
| WUTB | 60552 | Fox Television | Baltimore | MD |
| WUTB | 60552 | Deerfield Media | Baltimore | MD |
| WHAG | 25045 | Nexstar Broadcasting Group, Inc. | Hagerstown | MD |
| WMDT | 16455 | Delmarva Broadcast Service, LLC | Salisbury | MD |
| WBOC | 71218 | Draper Comm | Salisbury | MD |
| WLBZ | 39644 | Gannett Co | Bangor | ME |
| WVII | 3667 | Rockfleet Broadcasting | Bangor | ME |
| WABI | 17005 | Diversified Comm | Bangor | ME |
| WPME | 48408 | MPS Media of Portland | Lewiston | ME |
| WPME | 48408 | Cottonwood Comm Portland LLC | Lewiston | ME |
| WMTW | 73288 | Hearst Stations, Inc. | Poland Spring | ME |
| WCSH | 39664 | Gannett Co | Portland | ME |
| WPXT | 53065 | New Age Media | Portland | ME |
| WGME | 25683 | Sinclair Bcst Group | Portland | ME |
| WPXT | 53065 | Ironwood Comm Portland LLC | Portland | ME |
| WAGM | 48305 | Kozloski, Peter, Jr | Presque Isle | ME |
| WPFO | 84088 | CORPORATE MEDIA CONSULTANT GRO | Waterville | ME |
| WBKB | 67048 | Marks, Stephen | Alpena | MI |
| WPXD | 5800 | Ion Media Networks Inc. | Ann Arbor | MI |
| WZPX | 71871 | Ion Media Networks Inc. | Battle Creek | MI |
| WOTV | 10212 | LIN Television Corp | Battle Creek | MI |
| WNEM | 41221 | Meredith Corp | Bay City | MI |
| WBSF | 82627 | Barrington Broadcasting | Bay City | MI |
| WBSF | 82627 | Sinclair Bcst Group | Bay City | MI |
| WFQX | 25396 | Cadillac Telecasting Co. | Cadillac | MI |

| | | | | |
|---|---|---|---|---|
| WWTV | 26994 | Heritage Bcstg Co | Cadillac | MI |
| WBKP | 76001 | Thunder Bay Broadcasting Inc. | Calumet | MI |
| WTOM | 21254 | Barrington Broadcasting | Cheboygan | MI |
| WTOM | 21254 | Sinclair Bcst Group | Cheboygan | MI |
| WDIV | 53114 | Post-Newsweek Stns | Detroit | MI |
| WXYZ | 10267 | Scripps Howard Bcstg | Detroit | MI |
| WWJ | 72123 | CBS TV | Detroit | MI |
| WMYD | 74211 | Granite Broadcasting, DIP | Detroit | MI |
| WKBD | 51570 | CBS TV | Detroit | MI |
| WJBK | 73123 | Fox Television | Detroit | MI |
| WJMN | 9630 | Liberty Media Corporation | Escanaba | MI |
| WSMH | 21737 | Sinclair Bcst Group | Flint | MI |
| WJRT | 21735 | Capital Cities/ABC | Flint | MI |
| WOOD | 36838 | LIN Television Corp | Grand Rapids | MI |
| WZZM | 49713 | Gannett Co | Grand Rapids | MI |
| WXMI | 68433 | Tribune Broadcasting Company II, LLC | Grand Rapids | MI |
| WHTV | 29706 | Venture Technologies Group LLC | Jackson | MI |
| WWMT | 74195 | Sinclair Bcst Group | Kalamazoo | MI |
| WWMT | 74195 | Freedom Comm Inc. DIP | Kalamazoo | MI |
| WLLA | 11033 | Christian Faith Broadcasting | Kalamazoo | MI |
| WLAJ | 36533 | Freedom Comm Inc. DIP | Lansing | MI |
| WLAJ | 36533 | Sinclair Bcst Group | Lansing | MI |
| WLNS | 74420 | Young Broadcasting | Lansing | MI |
| WSYM | 74094 | Journal Broadcast Group | Lansing | MI |
| WLAJ | 36533 | Shield Media LLC | Lansing | MI |
| WZMQ | 81448 | MMMRC LLC | Marquette | MI |
| WBUP | 59281 | Thunder Bay Broadcasting Inc. | Marquette | MI |
| WLUC | 21259 | Barrington Broadcasting | Marquette | MI |
| WLUC | 21259 | Sinclair Bcst Group | Marquette | MI |
| WADL | 455 | Adell Bcstg Corp | Mount Clemens | MI |
| WTLJ | 67781 | Tri-State Chrstn TV | Muskegon | MI |
| KYMA | 74449 | BLACKHAWK BROADCASTING LLC | Okemos | MI |
| WILX | 6863 | Gray Television Licensee LLC | Onondaga | MI |
| WEYI | 72052 | Barrington Broadcasting | Saginaw | MI |
| WAQP | 67792 | Tri-State Chrstn TV | Saginaw | MI |
| WEYI | 72052 | Sinclair Bcst Group | Saginaw | MI |
| WGTQ | 59279 | Tucker Broadcasting | Sault Ste Marie | MI |
| WWUP | 26993 | Heritage Bcstg Co | Sault Ste Marie | MI |
| WPBN | 21253 | Barrington Broadcasting | Traverse City | MI |
| WGTU | 59280 | Tucker Broadcasting | Traverse City | MI |
| WPBN | 21253 | Sinclair Bcst Group | Traverse City | MI |
| WGTU | 59280 | Sinclair Bcst Group | Traverse City | MI |
| WFUP | 25395 | Cadillac Telecasting Co. | Vanderbilt | MI |
| KSAX | 35584 | Hubbard Broadcasting Inc. | Alexandria | MN |
| KCCO | 9632 | CBS TV | Alexandria | MN |
| KAAL | 18285 | Hubbard Broadcasting Inc. | Austin | MN |
| KFTC | 83714 | Fox Television | Bemidji | MN |
| KRII | 82698 | Granite Bcstg Corp | Chisholm | MN |
| KQDS | 35525 | Red River Bcst Corp | Duluth | MN |

| WDIO | 71338 | Hubbard Broadcasting Inc. | Duluth | MN |
|---|---|---|---|---|
| KDLH | 4691 | Malara Broadcasting | Duluth | MN |
| KCWV | 166511 | Flinn Broadcasting Corporation | Duluth | MN |
| WIRT | 71336 | Hubbard Broadcasting Inc. | Hibbing | MN |
| KEYC | 68853 | United Comm Corp | Mankato | MN |
| KSTC | 35843 | Hubbard Broadcasting Inc. | Minneapolis | MN |
| WCCO | 9629 | CBS TV | Minneapolis | MN |
| WUCW | 36395 | Sinclair Bcst Group | Minneapolis | MN |
| KARE | 23079 | Gannett Co | Minneapolis | MN |
| KMSP | 68883 | Fox Television | Minneapolis | MN |
| WFTC | 11913 | Fox Television | Minneapolis | MN |
| KRWF | 35585 | Hubbard Broadcasting Inc. | Redwood Falls | MN |
| KTTC | 35678 | Quincy Newspapers | Rochester | MN |
| KPXM | 35907 | Ion Media Networks Inc. | St. Cloud | MN |
| KSTP | 28010 | Hubbard Broadcasting Inc. | St. Paul | MN |
| KBRR | 55370 | Red River Bcst Corp | Thief River Fall | MN |
| KCCW | 9640 | CBS TV | Walker | MN |
| KFVS | 592 | Raycom Media Inc. | Cape Girardeau | MO |
| KBSI | 19593 | Sinclair Bcst Group | Cape Girardeau | MO |
| KMIZ | 63164 | JW Broadcasting, LLC | Columbia | MO |
| KOMU | 65583 | Univ of Missouri | Columbia | MO |
| KMIZ | 63164 | NPG of Missouri, LLC. | Columbia | MO |
| KHQA | 4690 | Barrington Broadcasting | Hannibal | MO |
| KHQA | 4690 | Sinclair Bcst Group | Hannibal | MO |
| KRCG | 41110 | Barrington Broadcasting | Jefferson City | MO |
| KNLJ | 48521 | Christian TV Network | Jefferson City | MO |
| KRCG | 41110 | Sinclair Bcst Group | Jefferson City | MO |
| KSNF | 67766 | Nexstar Broadcasting Group, Inc. | Joplin | MO |
| KODE | 18283 | Mission Broadcasting, Inc. | Joplin | MO |
| WDAF | 11291 | Tribune Broadcasting Company II, LLC | Kansas City | MO |
| KCTV | 41230 | Meredith Corp | Kansas City | MO |
| KPXE | 33337 | Ion Media Networks Inc. | Kansas City | MO |
| KMBC | 65686 | Hearst Stations, Inc. | Kansas City | MO |
| KSMO | 33336 | Meredith Corp | Kansas City | MO |
| KSHB | 59444 | Scripps Howard Bcstg | Kansas City | MO |
| KCWE | 64444 | Hearst Stations, Inc. | Kansas City | MO |
| KTVO | 21251 | Barrington Broadcasting | Kirksville | MO |
| KTVO | 21251 | Sinclair Bcst Group | Kirksville | MO |
| KRBK | 166319 | Koplar Communications Int'l Inc. | Osage Beach | MO |
| KPOB | 73998 | Mel Wheeler Inc | Poplar Bluff | MO |
| KSPR | 35630 | GOCOM Communications LLC | Springfield | MO |
| KOZL | 3659 | Nexstar Broadcasting Group, Inc. | Springfield | MO |
| KYTV | 36003 | Schurz Communications, Inc | Springfield | MO |
| KQTV | 20427 | Nexstar Broadcasting Group, Inc. | St. Joseph | MO |
| KTAJ | 999 | Trinity Bcstg Ntwk | St. Joseph | MO |
| KNLC | 48525 | New Life Evangelistic Center Inc. | St. Louis | MO |
| KPLR | 35417 | Tribune Broadcasting Company II, LLC | St. Louis | MO |
| KSDK | 46981 | Gannett Co | St. Louis | MO |
| KDNL | 56524 | Sinclair Bcst Group | St. Louis | MO |