| Call | ID | Owner | City | State |
|---|---|---|---|---|
| KTVI | 35693 | Tribune Broadcasting Company II, LLC | St. Louis | MO |
| KMOV | 70034 | Belo Corp | St. Louis | MO |
| WLOX | 13995 | Raycom Media Inc. | Biloxi | MS |
| WCBI | 12477 | Imes Family | Columbus | MS |
| WXVT | 25236 | Saga Communications Inc | Greenville | MS |
| WABG | 43203 | Commonwealth Broadcasting Group | Greenwood | MS |
| WXXV | 53517 | Morris Multimedia | Gulfport | MS |
| WHLT | 48668 | Media General Inc | Hattiesburg | MS |
| WBUY | 60830 | Trinity Bcstg Ntwk | Holly Springs | MS |
| WKDH | 83310 | Southern Broadcasting, Inc. | Houston | MS |
| WDBD | 71326 | Jackson Broadcasting, LLC | Jackson | MS |
| WJTV | 48667 | Media General Inc | Jackson | MS |
| WLBT | 68542 | Raycom Media Inc. | Jackson | MS |
| WAPT | 49712 | Hearst Stations, Inc. | Jackson | MS |
| WDBD | 71326 | WDBD License Subsidiary, LLC. | Jackson | MS |
| WWJX | 166512 | Flinn Broadcasting Corporation | Jackson | MS |
| WDAM | 21250 | Raycom Media Inc. | Laurel | MS |
| WRBJ | 136749 | Roberts Bcstg Co - DIP | Magee | MS |
| WRBJ | 136749 | Roberts Bcstg Co | Magee | MS |
| WRBJ | 136749 | Trinity Bcstg Ntwk | Magee | MS |
| WGBC | 24314 | WGBC-TV, LLC | Meridian | MS |
| WMDN | 73255 | Meridian Media, LLC | Meridian | MS |
| WNTZ | 16539 | Comm Corp of America | Natchez | MS |
| WTVA | 74148 | Spain, Frank &Family | Tupelo | MS |
| WLOO | 84253 | Vicksburg Broadcasting LLC | Vicksburg | MS |
| WLOV | 37732 | Spain, Frank &Family | West Point | MS |
| WLOV | 37732 | Tupelo Broadcasting, Inc. | West Point | MS |
| KULR | 35724 | Max Media LLC | Billings | MT |
| KSVI | 5243 | Nexstar Broadcasting Group, Inc. | Billings | MT |
| KTVQ | 35694 | Evening Post Publshg | Billings | MT |
| KBZK | 33756 | Evening Post Publshg | Bozeman | MT |
| KXLF | 35959 | Evening Post Publshg | Butte | MT |
| KWYB | 14674 | Max Media LLC | Butte | MT |
| KWYB | 14674 | Cowles California Media Company | Butte | MT |
| KXGN | 24287 | Glendive Bcstg Corp | Glendive | MT |
| KFBB | 34412 | Max Media LLC | Great Falls | MT |
| KRTV | 35567 | Evening Post Publshg | Great Falls | MT |
| KFBB | 34412 | Cowles California Media Company | Great Falls | MT |
| KHMT | 47670 | Mission Broadcasting, Inc. | Hardin | MT |
| KBBJ | 83689 | Intermountain West Comm Company | Havre | MT |
| KMTF | 68717 | Meridian Communications Of Mon | Helena | MT |
| KTVH | 5290 | Intermountain West Comm Company | Helena | MT |
| KCFW | 18079 | Bluestone TV Holdings Inc | Kalispell | MT |
| KBAO | 84794 | Intermountain West Comm Company | Lewistown | MT |
| KYUS | 5237 | KYUS BROADCASTING CORP | Miles City | MT |
| KPAX | 35455 | Evening Post Publshg | Missoula | MT |
| KTMF | 14675 | Max Media LLC | Missoula | MT |
| KTMF | 14675 | Cowles California Media Company | Missoula | MT |
| KECI | 18084 | Bluestone TV Holdings Inc | Missoula | MT |

| Call Sign | ID | Owner | City | State |
|---|---|---|---|---|
| WHNS | 72300 | Meredith Corp | Asheville | NC |
| WYCW | 70149 | Media General Inc | Asheville | NC |
| WLOS | 56537 | Sinclair Bcst Group | Asheville | NC |
| WJZY | 73152 | Capitol Bcg Co Inc. | Belmont | NC |
| WJZY | 73152 | Fox Television | Belmont | NC |
| WGPX | 65074 | Ion Media Networks Inc. | Burlington | NC |
| WBTV | 30826 | Raycom Media Inc. | Charlotte | NC |
| WCCB | 49157 | Bahakel Communications | Charlotte | NC |
| WCNC | 32326 | Belo Corp | Charlotte | NC |
| WSOC | 74070 | Cox Broadcasting Corporation | Charlotte | NC |
| WRDC | 54963 | Sinclair Bcst Group | Durham | NC |
| WTVD | 8617 | Capital Cities/ABC | Durham | NC |
| WFPX | 21245 | Ion Media Networks Inc. | Fayetteville | NC |
| WNCN | 50782 | Media General Inc | Goldsboro | NC |
| WFMY | 72064 | Gannett Co | Greensboro | NC |
| WMYV | 25544 | Sinclair Bcst Group | Greensboro | NC |
| WLXI | 54452 | Tri-State Chrstn TV | Greensboro | NC |
| WEPX | 81508 | Ion Media Networks Inc. | Greenville | NC |
| WNCT | 57838 | Media General Inc | Greenville | NC |
| WYDO | 35582 | Esteem Broadcasting, LLC | Greenville | NC |
| WHKY | 65919 | Long Communications, LLC | Hickory | NC |
| WGHP | 72106 | Tribune Broadcasting Company II, LLC | High Point | NC |
| WPXU | 37971 | Ion Media Networks Inc. | Jacksonville | NC |
| WAXN | 12793 | Cox Broadcasting Corporation | Kannapolis | NC |
| WCWG | 35385 | TTBG LLC | Lexington | NC |
| WSKY | 76324 | Sky Television, LLC | Manteo | NC |
| WSKY | 76324 | Lockwood Broadcasting Group | Manteo | NC |
| WFXI | 37982 | Esteem Broadcasting, LLC | Morehead City | NC |
| WCTI | 18334 | Esteem Broadcasting, LLC | New Bern | NC |
| WRAZ | 64611 | Capitol Bcg Co Inc. | Raleigh | NC |
| WRAL | 8688 | Capitol Bcg Co Inc. | Raleigh | NC |
| WLFL | 73205 | Sinclair Bcst Group | Raleigh | NC |
| WRPX | 20590 | Ion Media Networks Inc. | Rocky Mount | NC |
| WITN | 594 | Gray Television Licensee LLC | Washington | NC |
| WECT | 48666 | Raycom Media Inc. | Wilmington | NC |
| WSFX | 72871 | American Spirit Media, LLC | Wilmington | NC |
| WWAY | 12033 | Morris Multimedia | Wilmington | NC |
| WRAY | 10133 | TCT Ministries, Inc. | Wilson | NC |
| WXLV | 414 | Sinclair Bcst Group | Winston Salem | NC |
| WXII | 53921 | Hearst Stations, Inc. | Winston-salem | NC |
| KNDX | 82611 | Prime Cities Bcstrs | Bismarck | ND |
| KBMY | 22121 | Forum Communications Co | Bismarck | ND |
| KXMB | 55686 | Reiten Television | Bismarck | ND |
| KFYR | 41427 | Gray Television Licensee LLC | Bismarck | ND |
| WDAZ | 22124 | Forum Communications Co | Devils Lake | ND |
| KQCD | 41430 | Gray Television Licensee LLC | Dickinson | ND |
| KXMA | 55684 | Reiten Television | Dickinson | ND |
| WDAY | 22129 | Forum Communications Co | Fargo | ND |
| KVRR | 55372 | Red River Bcst Corp | Fargo | ND |

| Call | ID | Licensee | City | State |
|---|---|---|---|---|
| KVLY | 61961 | Gray Television Licensee LLC | Fargo | ND |
| KJRR | 55364 | Red River Bcst Corp | Jamestown | ND |
| KMCY | 22127 | Forum Communications Co | Minot | ND |
| KMOT | 41425 | Gray Television Licensee LLC | Minot | ND |
| KXND | 82615 | Prime Cities Bcstrs | Minot | ND |
| KXMC | 55685 | Reiten Television | Minot | ND |
| KNRR | 55362 | Red River Bcst Corp | Pembina | ND |
| KXJB | 49134 | Parker Broadcasting | Valley City | ND |
| KUMV | 41429 | Gray Television Licensee LLC | Williston | ND |
| KXMD | 55683 | Reiten Television | Williston | ND |
| KLKE | 0 | Citadel Comm Co Ltd | Albion | NE |
| KGIN | 7894 | Gray Television Licensee LLC | Grand Island | NE |
| KTVG | 27220 | Hill Bcstg Co | Grand Island | NE |
| KWNB | 21162 | Pappas Telecasting Companies | Hayes Center | NE |
| KHGI | 21160 | Pappas Telecasting Companies | Kearney | NE |
| KLKN | 11264 | Citadel Comm Co Ltd | Lincoln | NE |
| KOLN | 7890 | Gray Television Licensee LLC | Lincoln | NE |
| KFXL | 84453 | KCWL Television LLC | Lincoln | NE |
| KSNK | 72362 | New Vision Television DIP | Mccook | NE |
| KSNK | 72362 | LIN Television Corp | Mccook | NE |
| KPTM | 51491 | Sinclair Bcst Group | Omaha | NE |
| KMTV | 35190 | Journal Broadcast Group | Omaha | NE |
| KETV | 53903 | Hearst Stations, Inc. | Omaha | NE |
| KXVO | 23277 | MITTS TELECASTING CO. | Omaha | NE |
| WOWT | 65528 | Gray Television Licensee LLC | Omaha | NE |
| KDUH | 17683 | Duhamel Broadcasting Enterpris | Scottsbluff | NE |
| KSTF | 63182 | Sagamore Hill Broadcasting | Scottsbluff | NE |
| KSTF | 63182 | Yellowstone Holdings LLC | Scottsbluff | NE |
| KSNB | 21161 | Pappas Telecasting Companies | Superior | NE |
| WPXG | 48406 | Ion Media Networks Inc. | Concord | NH |
| WZMY | 14682 | ShootingStar Broadcasting | Derry | NH |
| WBIN | 14682 | Carlisle One Media, Inc. | Derry | NH |
| WMUR | 73292 | Hearst Stations, Inc. | Manchester | NH |
| WNEU | 51864 | Telemundo Group | Merrimack | NH |
| WWSI | 23142 | ZGS Communications, Inc. | Atlantic City | NJ |
| WWSI | 23142 | Telemundo Group | Atlantic City | NJ |
| WMCN | 9739 | LENFEST BROADCASTING | Atlantic City | NJ |
| WGTW | 7623 | Trinity Bcstg Ntwk | Burlington | NJ |
| WNJU | 73333 | Telemundo Group | Linden | NJ |
| WMBC | 43952 | Mountain Bcstg Corp | Newton | NJ |
| WWOR | 74197 | Fox Television | Secaucus | NJ |
| WMGM | 61111 | Access. 1 Communications | Wildwood | NJ |
| KNAT | 993 | Trinity Bcstg Ntwk | Albuquerque | NM |
| KRQE | 48575 | LIN Television Corp | Albuquerque | NM |
| KOAT | 53928 | Hearst Stations, Inc. | Albuquerque | NM |
| KOB | 35313 | Hubbard Broadcasting Inc. | Albuquerque | NM |
| KASY | 55049 | ACME Television LLC | Albuquerque | NM |
| KASY | 55049 | LIN Television Corp | Albuquerque | NM |
| KOCT | 53908 | Hearst Stations, Inc. | Carlsbad | NM |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| KTEL | 83707 | Ramar Communications | Carlsbad | NM |
| KOBF | 35321 | Hubbard Broadcasting Inc. | Farmington | NM |
| KOFT | 53904 | Hearst Stations, Inc. | Farmington | NM |
| KUPT | 27431 | Ramar Communications | Hobbs | NM |
| KBIM | 48556 | LIN Television Corp | Roswell | NM |
| KRWB | 84157 | ACME Television LLC | Roswell | NM |
| KOBR | 62272 | Hubbard Broadcasting Inc. | Roswell | NM |
| KRPV | 53539 | Prime Time Christian | Roswell | NM |
| KRWB | 84157 | LIN Television Corp | Roswell | NM |
| KCHF | 60793 | Son Bcstg Inc | Santa Fe | NM |
| KASA | 32311 | LIN Television Corp | Santa Fe | NM |
| KWBQ | 76268 | ACME Television LLC | Santa Fe | NM |
| KWBQ | 76268 | LIN Television Corp | Santa Fe | NM |
| KOBG | 85114 | Hubbard Broadcasting Inc. | Silver City | NM |
| KOVT | 53911 | Hearst Stations, Inc. | Silver City | NM |
| KENV | 63845 | Intermountain West Comm Company | Elko | NV |
| KVNV | 86537 | PMCM TV LLC | Ely | NV |
| KVVU | 35870 | Meredith Corp | Henderson | NV |
| KVCW | 10195 | Sinclair Bcst Group | Las Vegas | NV |
| KVMY | 10179 | Sinclair Bcst Group | Las Vegas | NV |
| KTNV | 74100 | Journal Broadcast Group | Las Vegas | NV |
| KLAS | 35042 | Landmark Comm | Las Vegas | NV |
| KSNV | 69677 | Intermountain West Comm Company | Las Vegas | NV |
| KMCC | 41237 | Beam Tilt Intermediate, LLC | Laughlin | NV |
| KBLR | 63768 | NBC/GE | Paradise | NV |
| KRXI | 48360 | Cox Broadcasting Corporation | Reno | NV |
| KAME | 19191 | Ellis Communications | Reno | NV |
| KOLO | 63331 | Gray Television Licensee LLC | Reno | NV |
| KTVN | 59139 | Sarkes Tarzian Inc | Reno | NV |
| KRNV | 60307 | Intermountain West Comm Company | Reno | NV |
| KRXI | 48360 | Sinclair Bcst Group | Reno | NV |
| KAME | 19191 | Deerfield Media | Reno | NV |
| WNYT | 73363 | Hubbard Broadcasting Inc. | Albany | NY |
| WTEN | 74422 | Young Broadcasting | Albany | NY |
| WXXA | 11970 | Newport Television LLC | Albany | NY |
| WXXA | 11970 | Shield Media LLC | Albany | NY |
| WYPX | 13933 | Ion Media Networks Inc. | Amsterdam | NY |
| WPXJ | 2325 | Ion Media Networks Inc. | Batavia | NY |
| WBNG | 23337 | Granite Bcstg Corp | Binghamton | NY |
| WIVT | 11260 | Newport Television LLC | Binghamton | NY |
| WICZ | 62210 | Northwest Broadcasting Inc. | Binghamton | NY |
| WIVT | 11260 | Nexstar Broadcasting Group, Inc. | Binghamton | NY |
| WNLO | 71905 | LIN Television Corp | Buffalo | NY |
| WNYO | 67784 | Sinclair Bcst Group | Buffalo | NY |
| WIVB | 7780 | LIN Television Corp | Buffalo | NY |
| WKBW | 54176 | Granite Bcstg Corp | Buffalo | NY |
| WGRZ | 64547 | Gannett Co | Buffalo | NY |
| WUTV | 415 | Sinclair Bcst Group | Buffalo | NY |
| WKBW | 54176 | SCRIPPS MEDIA INC | Buffalo | NY |

| Call | ID | Company | City | State |
|---|---|---|---|---|
| WWNY | 68851 | United Comm Corp | Carthage | NY |
| WYDC | 62219 | Vision Communications, LLC | Corning | NY |
| WETM | 60653 | Newport Television LLC | Elmira | NY |
| WETM | 60653 | Nexstar Broadcasting Group, Inc. | Elmira | NY |
| WENY | 71508 | Lilly Broadcasting | Elmira | NY |
| WNYB | 30303 | Tri-State Chrstn TV | Jamestown | NY |
| WRNN | 74156 | WTZA-TV Associates | Kingston | NY |
| WABC | 1328 | Capital Cities/ABC | New York | NY |
| WCBS | 9610 | CBS TV | New York | NY |
| WNBC | 47535 | NBC/GE | New York | NY |
| WPXN | 73356 | Ion Media Networks Inc. | New York | NY |
| WPIX | 73881 | Tribune Broadcasting Company II, LLC | New York | NY |
| WNYW | 22206 | Fox Television | New York | NY |
| WPTZ | 57476 | Hearst Stations, Inc. | North Pole | NY |
| WTBY | 67993 | Trinity Bcstg Ntwk | Poughkeepsie | NY |
| WLNY | 73206 | CBS TV | Riverhead | NY |
| WLNY | 73206 | WLNY, L.P. | Riverhead | NY |
| WROC | 73964 | Nexstar Broadcasting Group, Inc. | Rochester | NY |
| WHEC | 70041 | WTOG-TV, INC | Rochester | NY |
| WUHF | 413 | Sinclair Bcst Group | Rochester | NY |
| WHAM | 73371 | Newport Television LLC | Rochester | NY |
| WHAM | 73371 | Deerfield Media | Rochester | NY |
| WCWN | 73264 | Freedom Comm Inc. DIP | Schenectady | NY |
| WCWN | 73264 | Sinclair Bcst Group | Schenectady | NY |
| WRGB | 73942 | Sinclair Bcst Group | Schenectady | NY |
| WRGB | 73942 | Freedom Comm Inc. DIP | Schenectady | NY |
| WSPX | 64352 | Ion Media Networks Inc. | Syracuse | NY |
| WNYS | 58725 | RKM Media Inc. | Syracuse | NY |
| WSYR | 73113 | Newport Television LLC | Syracuse | NY |
| WSTM | 21252 | Barrington Broadcasting | Syracuse | NY |
| WSYT | 40758 | Sinclair Bcst Group | Syracuse | NY |
| WTVH | 74151 | Granite Bcstg Corp | Syracuse | NY |
| WSYT | 40758 | Bristlecone Broadcasting LLC | Syracuse | NY |
| WSYR | 73113 | Nexstar Broadcasting Group, Inc. | Syracuse | NY |
| WSTM | 21252 | Sinclair Bcst Group | Syracuse | NY |
| WKTV | 60654 | Smith Bcstg Group | Utica | NY |
| WUTR | 57837 | Mission Broadcasting, Inc. | Utica | NY |
| WKTV | 60654 | HEARTLAND MEDIA LLC | Utica | NY |
| WWTI | 16747 | Newport Television LLC | Watertown | NY |
| WWTI | 16747 | Nexstar Broadcasting Group, Inc. | Watertown | NY |
| WBNX | 72958 | Winston Bcstg | Akron | OH |
| WVPX | 70491 | Ion Media Networks Inc. | Akron | OH |
| WRLM | 43870 | Tri-State Chrstn TV | Canton | OH |
| WDLI | 67893 | Trinity Bcstg Ntwk | Canton | OH |
| WWHO | 21158 | LIN Television Corp | Chillicothe | OH |
| WWHO | 21158 | Manhan Media, Inc. | Chillicothe | OH |
| WLWT | 46979 | Hearst Stations, Inc. | Cincinnati | OH |
| WKRC | 11289 | Newport Television LLC | Cincinnati | OH |
| WCPO | 59438 | Scripps Howard Bcstg | Cincinnati | OH |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WSTR | 11204 | Sinclair Bcst Group | Cincinnati | OH |
| WKRC | 11289 | Sinclair Bcst Group | Cincinnati | OH |
| WSTR | 11204 | Deerfield Media | Cincinnati | OH |
| WEWS | 59441 | Scripps Howard Bcstg | Cleveland | OH |
| WKYC | 73195 | Gannett Co | Cleveland | OH |
| WJW | 73150 | Tribune Broadcasting Company II, LLC | Cleveland | OH |
| WSYX | 56549 | Sinclair Bcst Group | Columbus | OH |
| WCMH | 50781 | Media General Inc | Columbus | OH |
| WBNS | 71217 | Dispatch Printing Co | Columbus | OH |
| WTTE | 74137 | Sinclair Bcst Group | Columbus | OH |
| WRGT | 411 | Sinclair Bcst Group | Dayton | OH |
| WDTN | 65690 | LIN Television Corp | Dayton | OH |
| WKEF | 73155 | Sinclair Bcst Group | Dayton | OH |
| WHIO | 41458 | Cox Broadcasting Corporation | Dayton | OH |
| WTLW | 1222 | American Christian Tele. Serv. | Lima | OH |
| WLIO | 37503 | Blade Communications | Lima | OH |
| WUAB | 8532 | Raycom Media Inc. | Lorain | OH |
| WMFD | 41893 | MID-STATE TV INC. | Mansfield | OH |
| WSFJ | 11118 | Trinity Bcstg Ntwk | Newark | OH |
| WQCW | 65130 | Lockwood Broadcasting Group | Portsmouth | OH |
| WGGN | 11027 | Christian Faith Broadcasting | Sandusky | OH |
| WOIO | 39746 | Raycom Media Inc. | Shaker Heights | OH |
| WBDT | 70138 | LIN Television Corp | Springfield | OH |
| WBDT | 70138 | ACME Television LLC | Springfield | OH |
| WTOV | 74122 | Cox Broadcasting Corporation | Steubenville | OH |
| WTOV | 74122 | Sinclair Bcst Group | Steubenville | OH |
| WTVG | 74150 | Capital Cities/ABC | Toledo | OH |
| WUPW | 19190 | LIN Television Corp | Toledo | OH |
| WLMB | 17076 | Dominion Broadcasting Inc. | Toledo | OH |
| WTOL | 13992 | Raycom Media Inc. | Toledo | OH |
| WUPW | 19190 | American Spirit Media, LLC | Toledo | OH |
| WNWO | 73354 | Barrington Broadcasting | Toledo | OH |
| WNWO | 73354 | Sinclair Bcst Group | Toledo | OH |
| KOLR | 28496 | Mission Broadcasting, Inc. | Wadsworth | OH |
| WYTV | 4693 | Parkin Broadcasting LLC | Youngstown | OH |
| WKBN | 73153 | New Vision Television DIP | Youngstown | OH |
| WFMJ | 72062 | Vindicator Printing | Youngstown | OH |
| WYTV | 4693 | LIN Television Corp | Youngstown | OH |
| WKBN | 73153 | LIN Television Corp | Youngstown | OH |
| WHIZ | 61216 | Littick, NJ, et al | Zanesville | OH |
| KTEN | 35666 | Lockwood Broadcasting Group | Ada | OK |
| KDOR | 1005 | Trinity Bcstg Ntwk | Bartlesville | OK |
| KSWO | 35645 | Drewry Comm Group | Lawton | OK |
| KQCW | 78322 | Griffin Communications | Muskogee | OK |
| KOCM | 84225 | Daystar TV Network | Norman | OK |
| KUOK | 86532 | TYLER MEDIA CORPORATION | Oklahoma | OK |
| KOPX | 2566 | Ion Media Networks Inc. | Oklahoma City | OK |
| KAUT | 50182 | Tribune Broadcasting Company II, LLC | Oklahoma City | OK |
| KSBI | 38214 | FAMILY BROADCASTING GROUP, INC. | Oklahoma City | OK |

| Call Sign | ID | Owner | City | State |
|---|---|---|---|---|
| KTBO | 67999 | Trinity Bcstg Ntwk | Oklahoma City | OK |
| KOCO | 12508 | Hearst Stations, Inc. | Oklahoma City | OK |
| KOKH | 35388 | Sinclair Bcst Group | Oklahoma City | OK |
| KFOR | 66222 | Tribune Broadcasting Company II, LLC | Oklahoma City | OK |
| KOCB | 50170 | Sinclair Bcst Group | Oklahoma City | OK |
| KWTV | 25382 | Griffin Communications | Oklahoma City | OK |
| KTPX | 7078 | Ion Media Networks Inc. | Okmulgee | OK |
| KTUZ | 77480 | TYLER MEDIA CORPORATION | Shawnee | OK |
| KMYT | 54420 | Newport Television LLC | Tulsa | OK |
| KWHB | 37099 | LeSea Bcstg Inc | Tulsa | OK |
| KOTV | 35434 | Griffin Communications | Tulsa | OK |
| KOKI | 11910 | Newport Television LLC | Tulsa | OK |
| KTUL | 35685 | Sinclair Bcst Group | Tulsa | OK |
| KJRH | 59439 | Scripps Howard Bcstg | Tulsa | OK |
| KGEB | 24485 | University Broadcasting | Tulsa | OK |
| KOKI | 11910 | Cox Broadcasting Corporation | Tulsa | OK |
| KMYT | 54420 | Cox Broadcasting Corporation | Tulsa | OK |
| KOHD | 166534 | Chambers Comm Corp | Bend | OR |
| KTVZ | 55907 | News-Press & Gazette | Bend | OR |
| KOHD | 166534 | Central Oregon Cable Advertising, LLC | Bend | OR |
| KMCB | 35183 | Newport Television LLC | Coos Bay | OR |
| KCBY | 49750 | Sinclair Bcst Group | Coos Bay | OR |
| KEZI | 34406 | Chambers Comm Corp | Eugene | OR |
| KMTR | 35189 | Newport Television LLC | Eugene | OR |
| KLSR | 8322 | Calif-Oregon Bcstg | Eugene | OR |
| KVAL | 49766 | Sinclair Bcst Group | Eugene | OR |
| KMTR | 35189 | KMTR Television, LLC | Eugene | OR |
| KBLN | 83306 | Better Life Television | Grants Pass | OR |
| KDKF | 60740 | Chambers Comm Corp | Klamath Falls | OR |
| KOTI | 8284 | Calif-Oregon Bcstg | Klamath Falls | OR |
| KUNP | 81447 | Sinclair Bcst Group | La Grande | OR |
| KOBI | 8260 | Calif-Oregon Bcstg | Medford | OR |
| KDRV | 60736 | Chambers Comm Corp | Medford | OR |
| KTVL | 22570 | Freedom Comm Inc. DIP | Medford | OR |
| KTVL | 22570 | Sinclair Bcst Group | Medford | OR |
| KMVU | 32958 | Northwest Broadcasting Inc. | Medford | OR |
| KFFX | 12729 | Northwest Broadcasting Inc. | Pendleton | OR |
| KATU | 21649 | Sinclair Bcst Group | Portland | OR |
| KGW | 34874 | Belo Corp | Portland | OR |
| KNMT | 47707 | Trinity Bcstg Ntwk | Portland | OR |
| KPTV | 50633 | Meredith Corp | Portland | OR |
| KOIN | 35380 | New Vision Television | Portland | OR |
| KOIN | 35380 | LIN Television Corp | Portland | OR |
| KTCW | 35187 | Newport Television LLC | Roseburg | OR |
| KPIC | 61551 | Sinclair Bcst Group | Roseburg | OR |
| KRCW | 10192 | Tribune Broadcasting Company II, LLC | Salem | OR |
| KPXG | 5801 | Ion Media Networks Inc. | Salem | OR |
| WFMZ | 39884 | Maranatha Bcstg | Allentown | PA |
| WKBS | 13929 | Cornerstone TV Inc | Altoona | PA |

| WATM | 20287 | Palm Television L.P. | Altoona | PA |
|---|---|---|---|---|
| WTAJ | 23341 | Nexstar Broadcasting Group, Inc. | Altoona | PA |
| WBPH | 60850 | Sonshine Family TV | Bethlehem | PA |
| WSEE | 49711 | Lilly Broadcasting | Erie | PA |
| WICU | 24970 | SJL COMMUNICATIONS, L.P. | Erie | PA |
| WFXP | 19707 | Nexstar Broadcasting Group, Inc. | Erie | PA |
| WJET | 65749 | Nexstar Broadcasting Group, Inc. | Erie | PA |
| WPCB | 13924 | Cornerstone TV Inc | Greensburg | PA |
| WHTM | 72326 | Sinclair Bcst Group | Harrisburg | PA |
| WHP | 72313 | Newport Television LLC | Harrisburg | PA |
| WHP | 72313 | Sinclair Bcst Group | Harrisburg | PA |
| WOLF | 73375 | Pegasus Bcst TV Ltd | Hazleton | PA |
| WPCW | 69880 | CBS TV | Jeannette | PA |
| WJAC | 73120 | Cox Broadcasting Corporation | Johnstown | PA |
| WWCP | 20295 | Horseshoe Curve Communications, LLC. | Johnstown | PA |
| WJAC | 73120 | Sinclair Bcst Group | Johnstown | PA |
| WLYH | 23338 | Nexstar Broadcasting Group, Inc. | Lancaster | PA |
| WGAL | 53930 | Hearst Stations, Inc. | Lancaster | PA |
| KYW | 25453 | CBS TV | Philadelphia | PA |
| WPSG | 12499 | CBS TV | Philadelphia | PA |
| WPHL | 73879 | Tribune Broadcasting Company II, LLC | Philadelphia | PA |
| WPVI | 8616 | Capital Cities/ABC | Philadelphia | PA |
| WCAU | 63153 | NBC/GE | Philadelphia | PA |
| WTXF | 51568 | Fox Television | Philadelphia | PA |
| WTAE | 65681 | Hearst Stations, Inc. | Pittsburgh | PA |
| WINP | 41314 | Ion Media Networks Inc. | Pittsburgh | PA |
| WPXI | 73910 | Cox Broadcasting Corporation | Pittsburgh | PA |
| WPGH | 73875 | Sinclair Bcst Group | Pittsburgh | PA |
| WPMY | 73907 | Sinclair Bcst Group | Pittsburgh | PA |
| KDKA | 25454 | CBS TV | Pittsburgh | PA |
| WQEX | 41314 | WQED Multimedia | Pittsburgh | PA |
| WTVE | 55305 | WTVE License Co. LLC | Reading | PA |
| WTVE | 55305 | NRJ TV Philly License Co, LLC. | Reading | PA |
| WGCB | 55350 | Norris, John & Famly | Red Lion | PA |
| WNEP | 73318 | Tribune Broadcasting Company II, LLC | Scranton | PA |
| WSWB | 73374 | MPS Media | Scranton | PA |
| WQPX | 64690 | Ion Media Networks Inc. | Scranton | PA |
| WYOU | 17010 | Bastet Broadcasting, Inc. | Scranton | PA |
| WBRE | 71225 | Nexstar Broadcasting Group, Inc. | Wilkes-barre | PA |
| WQMY | 52075 | CP Media LLC | Williamsport | PA |
| WPMT | 10213 | Tribune Broadcasting Company II, LLC | York | PA |
| WQHA | 3255 | Concilio Mision Cristiana Fuente de Agua | Aguada | PR |
| WOLE | 71725 | Du Art Film Labs | Aguadilla | PR |
| WVEO | 61573 | International Bcg. Corp. | Aguadilla | PR |
| WDWL | 4110 | Teleadoracion Christian Network | Bayamon | PR |
| WORO | 73901 | Catholic Church of Puerto Rico | Fajardo | PR |
| WRUA | 15320 | Eastern TV Corporation | Farjado | PR |
| WIDP | 18410 | Ebenezer Broadcasting Group | Guayama | PR |
| WVSN | 67190 | Asociacion Evangel | Humacao | PR |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WORA | 64865 | Telecinco Inc | Mayaguez | PR |
| WNJX | 73336 | InterMedia Partners LP | Mayaguez | PR |
| WECN | 19561 | Encuentro Christian | Naranjito | PR |
| WKPV | 58341 | Caribevision Station Group, LLC | Ponce | PR |
| WTIN | 26681 | InterMedia Partners LP | Ponce | PR |
| WKPV | 58341 | America-CV Station Group Inc. | Ponce | PR |
| WVOZ | 29000 | International Bcg. Corp. | Ponce | PR |
| WAPA | 52073 | InterMedia Partners LP | San Juan | PR |
| WKAQ | 64983 | NBC/GE | San Juan | PR |
| WJPX | 58340 | Caribevision Station Group, LLC | San Juan | PR |
| WSJU | 4077 | Aerco Broadcasting Corp. | San Juan | PR |
| WTCV | 28954 | International Bcg. Corp. | San Juan | PR |
| WJWN | 2234 | Caribevision Station Group, LLC | San Sebastian | PR |
| WJWN | 2234 | America-CV Station Group Inc. | San Sebastian | PR |
| WIRS | 39887 | Caribevision Station Group, LLC | Yauco | PR |
| WIRS | 39887 | America-CV Station Group Inc. | Yauco | PR |
| WPXQ | 50063 | Ion Media Networks Inc. | Block Island | RI |
| WPRI | 47404 | LIN Television Corp | Providence | RI |
| WJAR | 50780 | NBC/GE | Providence | RI |
| WNAC | 73311 | LIN Television Corp | Providence | RI |
| WJAR | 50780 | Sinclair Bcst Group | Providence | RI |
| WMYA | 56548 | Sinclair Bcst Group | Anderson | SC |
| WCBD | 10587 | Media General Inc | Charleston | SC |
| WCIV | 21536 | Sinclair Bcst Group | Charleston | SC |
| WCSC | 71297 | Raycom Media Inc. | Charleston | SC |
| WTAT | 416 | Sinclair Bcst Group | Charleston | SC |
| WMMP | 9015 | Sinclair Bcst Group | Charleston | SC |
| WOLO | 60963 | Bahakel Communications | Columbia | SC |
| WZRB | 136750 | Roberts Bcstg Co | Columbia | SC |
| WLTX | 37176 | Gannett Co | Columbia | SC |
| WIS | 13990 | Raycom Media Inc. | Columbia | SC |
| WACH | 19199 | Barrington Broadcasting | Columbia | SC |
| WZRB | 136750 | Broadcast Trust | Columbia | SC |
| WACH | 19199 | Sinclair Bcst Group | Columbia | SC |
| WBTW | 66407 | Media General Inc | Florence | SC |
| WWMB | 3133 | Sagamore Hill Broadcasting | Florence | SC |
| WPDE | 17012 | Barrington Broadcasting | Florence | SC |
| WWMB | 3133 | Howard Stirk Holdings | Florence | SC |
| WPDE | 17012 | Sinclair Bcst Group | Florence | SC |
| WYFF | 53905 | Hearst Stations, Inc. | Greenville | SC |
| WGGS | 9064 | Community TV Inc | Greenville | SC |
| WTGS | 27245 | Parkin Broadcasting LLC | Hardeeville | SC |
| WTGS | 27245 | LIN Television Corp | Hardeeville | SC |
| WTGS | 27245 | Sinclair Bcst Group | Hardeeville | SC |
| WMBF | 83969 | Raycom Media Inc. | Myrtle Beach | SC |
| WFXB | 9054 | Bahakel Communications | Myrtle Beach | SC |
| WMYT | 20624 | Capitol Bcg Co Inc. | Rock Hill | SC |
| WMYT | 20624 | Fox Television | Rock Hill | SC |
| WSPA | 66391 | Media General Inc | Spartanburg | SC |

| Call Sign | ID | Owner | City | State |
|---|---|---|---|---|
| WKTC | 40902 | WBHQ Columbia, LLC | Sumter | SC |
| KABY | 48659 | Gray Television Licensee LLC | Aberdeen | SD |
| KDLO | 41975 | Young Broadcasting | Florence | SD |
| KTTM | 28501 | Independent Comm Inc | Huron | SD |
| KIVV | 34348 | Mission Broadcasting, Inc. | Lead | SD |
| KHSD | 17686 | Duhamel Broadcasting Enterpris | Lead | SD |
| KDLV | 55375 | Red River Bcst Corp | Mitchell | SD |
| KPRY | 48660 | Gray Television Licensee LLC | Pierre | SD |
| KOTA | 17688 | Duhamel Broadcasting Enterpris | Rapid City | SD |
| KEVN | 34347 | Mission Broadcasting, Inc. | Rapid City | SD |
| KCLO | 41969 | Young Broadcasting | Rapid City | SD |
| KNBN | 81464 | Rapid Broadcasting Company | Rapid City | SD |
| KPLO | 41964 | Young Broadcasting | Reliance | SD |
| KSFY | 48658 | Gray Television Licensee LLC | Sioux Falls | SD |
| KELO | 41983 | Young Broadcasting | Sioux Falls | SD |
| KDLT | 55379 | Red River Bcst Corp | Sioux Falls | SD |
| KTTW | 28521 | Independent Comm Inc | Sioux Falls | SD |
| WDSI | 71353 | CP Media LLC | Chattanooga | TN |
| WTVC | 22590 | Sinclair Bcst Group | Chattanooga | TN |
| WTVC | 22590 | Freedom Comm Inc. DIP | Chattanooga | TN |
| WRCB | 59137 | Sarkes Tarzian Inc | Chattanooga | TN |
| WDEF | 54385 | Media General Inc | Chattanooga | TN |
| KEYU | 83715 | Drewry Comm Group | Chattanooga | TN |
| WFLI | 72060 | MPS Media | Cleveland | TN |
| WNPX | 28468 | Ion Media Networks Inc. | Cookeville | TN |
| WBXX | 72971 | ACME Television LLC | Crossville | TN |
| WBXX | 72971 | Lockwood Broadcasting Group | Crossville | TN |
| WEMT | 40761 | Esteem Broadcasting, LLC | Greeneville | TN |
| WPGD | 60820 | Trinity Bcstg Ntwk | Hendersonville | TN |
| WJKT | 68519 | Newport Television LLC | Jackson | TN |
| WBBJ | 65204 | Bahakel Communications | Jackson | TN |
| WJKT | 68519 | Nexstar Broadcasting Group, Inc. | Jackson | TN |
| WPXK | 52628 | Ion Media Networks Inc. | Jellico | TN |
| WJHL | 57826 | Media General Inc | Johnson City | TN |
| WKPT | 27504 | Glenwood Comm Corp | Kingsport | TN |
| WTNZ | 19200 | Raycom Media Inc. | Knoxville | TN |
| WVLT | 35908 | Gray Television Licensee LLC | Knoxville | TN |
| WATE | 71082 | Young Broadcasting | Knoxville | TN |
| WBIR | 46984 | Gannett Co | Knoxville | TN |
| WKNX | 83931 | Lockwood Broadcasting Group | Knoxville | TN |
| WMAKDT | 83931 | Daystar TV Network | Knoxville | TN |
| WVLR | 81750 | Christian TV Network | Knoxville | TN |
| WJFB | 7651 | Bryant Comm Inc | Lebanon | TN |
| WPTY | 11907 | Newport Television LLC | Memphis | TN |
| WMC | 19184 | Raycom Media Inc. | Memphis | TN |
| WREG | 66174 | Tribune Broadcasting Company II, LLC | Memphis | TN |
| WPXX | 21726 | Ion Media Networks Inc. | Memphis | TN |
| WLMT | 68518 | Newport Television LLC | Memphis | TN |
| WATN | 11907 | Nexstar Broadcasting Group, Inc. | Memphis | TN |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WLMT | 68518 | Nexstar Broadcasting Group, Inc. | Memphis | TN |
| WHBQ | 12521 | Fox Television | Memphis | TN |
| WHTN | 11117 | Christian TV Network | Murfreesboro | TN |
| WNAB | 73310 | Lambert Broadcasting LLC | Nashville | TN |
| WZTV | 418 | Sinclair Bcst Group | Nashville | TN |
| WSMV | 41232 | Meredith Corp | Nashville | TN |
| WKRN | 73188 | Young Broadcasting | Nashville | TN |
| WTVF | 36504 | Journal Broadcast Group | Nashville | TN |
| WUXP | 9971 | Sinclair Bcst Group | Nashville | TN |
| KTAB | 59988 | Nexstar Broadcasting Group, Inc. | Abilene | TX |
| KXVA | 62293 | Bayou City Broadcasting, LLC | Abilene | TX |
| KRBC | 306 | Mission Broadcasting, Inc. | Abilene | TX |
| KXVA | 62293 | KIDY/KXVA License Company, LLC. | Abilene | TX |
| KVIH | 40450 | Barrington Broadcasting | Amarillo | TX |
| KFDA | 51466 | Drewry Comm Group | Amarillo | TX |
| KCIT | 33722 | Mission Broadcasting, Inc. | Amarillo | TX |
| KAMR | 8523 | Nexstar Broadcasting Group, Inc. | Amarillo | TX |
| KVII | 40446 | Barrington Broadcasting | Amarillo | TX |
| KVIH | 40450 | Sinclair Bcst Group | Amarillo | TX |
| KVII | 40446 | Sinclair Bcst Group | Amarillo | TX |
| KPXD | 68834 | Ion Media Networks Inc. | Arlington | TX |
| KVUE | 35867 | Belo Corp | Austin | TX |
| KEYE | 33691 | Four Points Media Group of Austin | Austin | TX |
| KXAN | 35920 | LIN Television Corp | Austin | TX |
| KNVA | 144 | 54 Bcstg Inc | Austin | TX |
| KTBC | 35649 | Fox Television | Austin | TX |
| KEYE | 33691 | Sinclair Bcst Group | Austin | TX |
| KUBE | 70492 | TTBG LLC | Baytown | TX |
| KBMT | 10150 | London Broadcasting Company | Beaumont | TX |
| KFDM | 22589 | Sinclair Bcst Group | Beaumont | TX |
| KFDM | 22589 | Freedom Comm Inc. DIP | Beaumont | TX |
| KWAB | 42008 | Drewry Comm Group | Big Spring | TX |
| KVEO | 12523 | Comm Corp of America | Brownsville | TX |
| KYLE | 60384 | Comm Corp of America | Bryan | TX |
| KPXB | 58835 | Ion Media Networks Inc. | Conroe | TX |
| KTBU | 28324 | Humanity Interested Media Inc. | Conroe | TX |
| KTBU | 28324 | Spanish Broadcasting System | Conroe | TX |
| KRIS | 25559 | Evening Post Publshg | Corpus Christi | TX |
| KIII | 10188 | London Broadcasting Company | Corpus Christi | TX |
| KIII | 10188 | McKinnon Family | Corpus Christi | TX |
| KZTV | 33079 | Sagamore Hill Broadcasting | Corpus Christi | TX |
| KZTV | 33079 | Eagle Creek Broadcasting, LLC | Corpus Christi | TX |
| KUQI | 82910 | HIGH MAINTENANCE BROADCASTING LLC., DIP | Corpus Christi | TX |
| KUQI | 82910 | High Maintenance Broadcasting LLC | Corpus Christi | TX |
| KDTX | 67910 | Trinity Bcstg Ntwk | Dallas | TX |
| KXTX | 35994 | Telemundo Group | Dallas | TX |
| KNOP | 49273 | Hoak Media LLC | Dallas | TX |
| KHAS | 48003 | Hoak Media LLC | Dallas | TX |
| KDAF | 22201 | Tribune Broadcasting Company II, LLC | Dallas | TX |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| WFAA | 72054 | Belo Corp | Dallas | TX |
| KDFW | 33770 | Fox Television | Dallas | TX |
| KDFI | 17037 | Fox Television | Dallas | TX |
| KMPX | 73701 | Liberman Broadcasting Inc | Decatur | TX |
| KYVV | 55762 | SATV 10 LLC DIP | Del Rio | TX |
| KVAW | 32621 | NRT Communications Group, LLC. | Eagle Pass | TX |
| KVIA | 49832 | News-Press & Gazette | El Paso | TX |
| KDBC | 33764 | TTBG LLC | El Paso | TX |
| KTDO | 36916 | ZGS Broadcast Holdings Inc | El Paso | TX |
| KTSM | 67760 | Comm Corp of America | El Paso | TX |
| KFOX | 33716 | Cox Broadcasting Corporation | El Paso | TX |
| KFOX | 33716 | Sinclair Bcst Group | El Paso | TX |
| KPTF | 81445 | Prime Time Christian | Farwell | TX |
| KFWD | 29015 | HIC Bcst Partners | Fort Worth | TX |
| KTXA | 51517 | CBS TV | Fort Worth | TX |
| KTVT | 23422 | CBS TV | Fort Worth | TX |
| KXAS | 49330 | NBC/GE | Fort Worth | TX |
| KCWX | 24316 | Corridor Television LLP | Fredericksburg | TX |
| KTMD | 64984 | Telemundo Group | Galveston | TX |
| KTAQ | 42359 | KTAQ of Dallas, LLC. | Greenville | TX |
| KTXD | 42359 | London Broadcasting Company | Greenville | TX |
| KTAQ | 42359 | Simons, Mike DIP | Greenville | TX |
| KGBT | 34457 | Barrington Broadcasting | Harlingen | TX |
| KGBT | 34457 | Sinclair Bcst Group | Harlingen | TX |
| KTRK | 35675 | Capital Cities/ABC | Houston | TX |
| KZJL | 69531 | Liberman Broadcasting Inc | Houston | TX |
| KPRC | 53117 | Post-Newsweek Stns | Houston | TX |
| KIAH | 23394 | Tribune Broadcasting Company II, LLC | Houston | TX |
| KHOU | 34529 | Belo Corp | Houston | TX |
| KRIV | 22204 | Fox Television | Houston | TX |
| KTXH | 51569 | Fox Television | Houston | TX |
| WFXV | 43424 | Nexstar Broadcasting Group, Inc. | Irving | TX |
| KETK | 55643 | Comm Corp of America | Jacksonville | TX |
| KNWS | 31870 | Johnson Bcstg Inc DIP | Katy | TX |
| KYAZ | 31870 | Una Vez Mas Houston, LLC. | Katy | TX |
| KMYS | 51518 | Sinclair Bcst Group | Kerrville | TX |
| KMYS | 51518 | Deerfield Media | Kerrville | TX |
| KAZD | 17433 | Johnson Bcstg Inc DIP | Lake Dallas | TX |
| KAZD | 17433 | Una Vez Mas Dallas, LLC. | Lake Dallas | TX |
| KGNS | 10061 | Sagamore Hill Broadcasting | Laredo | TX |
| KVTV | 33078 | Eagle Creek Broadcasting, LLC | Laredo | TX |
| KGNS | 10061 | Yellowstone Holdings LLC | Laredo | TX |
| KBVO | 35909 | LIN Television Corp | Llano | TX |
| KFXK | 70917 | White Knight Bcstg | Longview | TX |
| KCEB | 83913 | Chatelain, Charles | Longview | TX |
| KCEB | 83913 | London Broadcasting Company | Longview | TX |
| KPTB | 53544 | Prime Time Christian | Lubbock | TX |
| KLBK | 3660 | Nexstar Broadcasting Group, Inc. | Lubbock | TX |
| KCBD | 27507 | Raycom Media Inc. | Lubbock | TX |

| KAMC | 40820 | Mission Broadcasting, Inc. | Lubbock | TX |
|---|---|---|---|---|
| KJTV | 55031 | Ramar Communications | Lubbock | TX |
| KTRE | 68541 | Raycom Media Inc. | Lufkin | TX |
| KMID | 35131 | GOCOM Communications LLC | Midland | TX |
| KYTX | 55644 | KYTX License Co., LLC | Nacogdoches | TX |
| KPEJ | 12524 | Comm Corp of America | Odessa | TX |
| KMLM | 53541 | Prime Time Christian | Odessa | TX |
| KOSA | 6865 | ICA Broadcasting | Odessa | TX |
| KWES | 42007 | Drewry Comm Group | Odessa | TX |
| KBTV | 61214 | Nexstar Broadcasting Group, Inc. | Port Arthur | TX |
| KBTV | 61214 | Deerfield Media | Port Arthur | TX |
| KTLM | 62354 | Sunbelt Multimedia Company | Rio Grande City | TX |
| KSAN | 307 | Mission Broadcasting, Inc. | San Angelo | TX |
| KLST | 31114 | Nexstar Broadcasting Group, Inc. | San Angelo | TX |
| KIDY | 58560 | Bayou City Broadcasting, LLC | San Angelo | TX |
| KIDY | 58560 | KIDY/KXVA License Company, LLC. | San Angelo | TX |
| KENS | 26304 | Belo Corp | San Antonio | TX |
| WOAI | 69618 | High Plains Broadcasting License Company | San Antonio | TX |
| KABB | 56528 | Sinclair Bcst Group | San Antonio | TX |
| KVDA | 64969 | Telemundo Group | San Antonio | TX |
| KSAT | 53118 | Post-Newsweek Stns | San Antonio | TX |
| WOAI | 69618 | Sinclair Bcst Group | San Antonio | TX |
| KXII | 35954 | Gray Television Licensee LLC | Sherman | TX |
| KPCB | 77452 | Prime Time Christian | Snyder | TX |
| KCEN | 10245 | KCEN License Company LLC | Temple | TX |
| KTAL | 35648 | Nexstar Broadcasting Group, Inc. | Texarkana | TX |
| KLTV | 68540 | Raycom Media Inc. | Tyler | TX |
| KPXL | 61173 | Ion Media Networks Inc. | Uvalde | TX |
| KVCT | 35846 | Surtsey Productions, Inc. | Victoria | TX |
| KAVU | 73101 | Sage Bcg Corp | Victoria | TX |
| KXXV | 9781 | Drewry Comm Group | Waco | TX |
| KWKT | 12522 | Comm Corp of America | Waco | TX |
| KWTX | 35903 | Bostick, M. N. | Waco | TX |
| KRGV | 43328 | Manship Stations | Weslaco | TX |
| KAUZ | 6864 | Hoak Media LLC | Wichita Falls | TX |
| KJTL | 7675 | Mission Broadcasting, Inc. | Wichita Falls | TX |
| KFDX | 65370 | Nexstar Broadcasting Group, Inc. | Wichita Falls | TX |
| KLCW | 77719 | Woods Comm Corp | Wolfforth | TX |
| KCSG | 59494 | BROADCAST WEST | Cedar City | UT |
| KPNZ | 77512 | Liberman Broadcasting Inc | Ogden | UT |
| KUCW | 1136 | High Plains Broadcasting License Company | Ogden | UT |
| KUCW | 1136 | Nexstar Broadcasting Group, Inc. | Ogden | UT |
| KUPX | 57884 | Ion Media Networks Inc. | Provo | UT |
| KTMW | 10177 | Channel 20 Television Co. | Salt Lake City | UT |
| KSTU | 22215 | Tribune Broadcasting Company II, LLC | Salt Lake City | UT |
| KUTV | 35823 | Cerberus Capital Management LP | Salt Lake City | UT |
| KJZZ | 36607 | Larry H Miller Bcstg | Salt Lake City | UT |
| KSL | 6359 | Bonneville Intl. Corp. | Salt Lake City | UT |
| KTVX | 68889 | Newport Television LLC | Salt Lake City | UT |

| Call | ID | Owner | City | State |
|---|---|---|---|---|
| KTVX | 68889 | Nexstar Broadcasting Group, Inc. | Salt Lake City | UT |
| KUTV | 35823 | Sinclair Bcst Group | Salt Lake City | UT |
| KMYU | 35822 | Cerberus Capital Management LP | St George | UT |
| KMYU | 35822 | Sinclair Bcst Group | St George | UT |
| WUPV | 10897 | American Spirit Media, LLC | Ashland | VA |
| WVIR | 70309 | Waterman Bcstg Corp | Charlottesville | VA |
| WCAV | 363 | Gray Television Licensee LLC | Charlottesville | VA |
| WLFG | 37808 | Living Faith Minstrs | Grundy | VA |
| WVEC | 74167 | Belo Corp | Hampton | VA |
| WHSV | 4688 | Gray Television Licensee LLC | Harrisonburg | VA |
| WWCW | 24812 | GB Roanoke Licensing LLC | Lynchburg | VA |
| WSET | 73988 | Sinclair Bcst Group | Lynchburg | VA |
| WPXW | 74091 | Ion Media Networks Inc. | Manassas | VA |
| WTKR | 47401 | Tribune Broadcasting Company II, LLC | Norfolk | VA |
| WPXV | 67077 | Ion Media Networks Inc. | Norfolk | VA |
| WTVZ | 40759 | Sinclair Bcst Group | Norfolk | VA |
| WRIC | 74416 | Young Broadcasting | Petersburg | VA |
| WGNT | 9762 | CBS TV | Portsmouth | VA |
| WAVY | 71127 | LIN Television Corp | Portsmouth | VA |
| WGNT | 9762 | Tribune Broadcasting Company II, LLC | Portsmouth | VA |
| WTVR | 57832 | Tribune Broadcasting Company II, LLC | Richmond | VA |
| WWBT | 30833 | Raycom Media Inc. | Richmond | VA |
| WRLH | 412 | Sinclair Bcst Group | Richmond | VA |
| WSLS | 57840 | Media General Inc | Roanoke | VA |
| WPXR | 70251 | Ion Media Networks Inc. | Roanoke | VA |
| WFXR | 24813 | GB Roanoke Licensing LLC | Roanoke | VA |
| WDBJ | 71329 | Schurz Communications, Inc | Roanoke | VA |
| WTPC | 82574 | Trinity Bcstg Ntwk | Virginia Beach | VA |
| WVBT | 65387 | LIN Television Corp | Virginia Beach | VA |
| WVXF | 3113 | LKK Group Corporation | Charlotte Amalie | VI |
| WCVI | 83304 | Virgin Blue, Inc. | Christiansted | VI |
| WSVI | 2370 | Alpha Broadcasting Corp. | Christiansted | VI |
| WFFF | 10132 | Smith Bcstg Group | Burlington | VT |
| WVNY | 11259 | Lambert Broadcasting LLC | Burlington | VT |
| WCAX | 46728 | Martin, Stuart T | Burlington | VT |
| WFFF | 10132 | Nexstar Broadcasting Group, Inc. | Burlington | VT |
| WVNY | 11259 | Nexstar Broadcasting Group, Inc. | Burlington | VT |
| WNNE | 73344 | Hearst Stations, Inc. | Hartford | VT |
| KUNS | 4624 | Sinclair Bcst Group | Bellevue | WA |
| KWPX | 56852 | Ion Media Networks Inc. | Bellevue | WA |
| KVOS | 35862 | Newport Television LLC | Bellingham | WA |
| KVOS | 35862 | OTA Broadcasting (SEA), LLC | Bellingham | WA |
| KBCB | 53586 | Venture Technologies Group LLC | Bellingham | WA |
| KONG | 35396 | Belo Corp | Everett | WA |
| KVEW | 2495 | Morgan Murphy Stns | Kennewick | WA |
| KEPR | 56029 | Sinclair Bcst Group | Pasco | WA |
| KNDU | 12427 | Cowles California Media Company | Richland | WA |
| KOMO | 21656 | Sinclair Bcst Group | Seattle | WA |
| KIRO | 66781 | Cox Broadcasting Corporation | Seattle | WA |

| KING | 34847 | Belo Corp | Seattle | WA |
|------|-------|-----------|---------|-----|
| KZJO | 69571 | Tribune Broadcasting Company II, LLC | Seattle | WA |
| KFFV | 49264 | OTA Broadcasting (SEA), LLC | Seattle | WA |
| KGPX | 81694 | Ion Media Networks Inc. | Spokane | WA |
| KREM | 34868 | Belo Corp | Spokane | WA |
| KSKN | 35606 | Belo Corp | Spokane | WA |
| KHQ | 34537 | Cowles California Media Company | Spokane | WA |
| KAYU | 58684 | Hamacher, Robert J | Spokane | WA |
| KXLY | 61978 | Morgan Murphy Stns | Spokane | WA |
| KULR | 35724 | Cowles California Media Company | Spokane | WA |
| KCPQ | 33894 | Tribune Broadcasting Company II, LLC | Tacoma | WA |
| KTBW | 67950 | Trinity Bcstg Ntwk | Tacoma | WA |
| KSTW | 23428 | CBS TV | Tacoma | WA |
| KPDX | 35460 | Meredith Corp | Vancouver | WA |
| KIMA | 56033 | Sinclair Bcst Group | Yakima | WA |
| KAPP | 2506 | Morgan Murphy Stns | Yakima | WA |
| KNDO | 12395 | Cowles California Media Company | Yakima | WA |
| WTPX | 86496 | Ion Media Networks Inc. | Antigo | WI |
| WACY | 361 | Ace TV Inc | Appleton | WI |
| WEUX | 2709 | Grant, Milton | Chippewa Falls | WI |
| WMOW | 81503 | Quincy Newspapers | Crandon | WI |
| WYOW | 77789 | Quincy Newspapers | Eagle River | WI |
| WEAU | 7893 | Gray Television Licensee LLC | Eau Claire | WI |
| WQOW | 64550 | Quincy Newspapers | Eau Claire | WI |
| WFRV | 9635 | Liberty Media Corporation | Green Bay | WI |
| WBAY | 74417 | Young Broadcasting | Green Bay | WI |
| WLUK | 4150 | LIN Television Corp | Green Bay | WI |
| WGBA | 2708 | Journal Broadcast Group | Green Bay | WI |
| WLUK | 4150 | Sinclair Bcst Group | Green Bay | WI |
| WBUW | 26025 | ACME Television LLC | Janesville | WI |
| WBUW | 26025 | Byrne Acquisition Group, LLC | Janesville | WI |
| WPXE | 37104 | Ion Media Networks Inc. | Kenosha | WI |
| WKBT | 74424 | Morgan Murphy Stns | La Crosse | WI |
| WLAX | 2710 | Grant, Milton | La Crosse | WI |
| WXOW | 64549 | Quincy Newspapers | La Crosse | WI |
| WKOW | 64545 | Quincy Newspapers | Madison | WI |
| WISC | 65143 | Morgan Murphy Stns | Madison | WI |
| WMSN | 10221 | Sinclair Bcst Group | Madison | WI |
| WMTV | 6870 | Gray Television Licensee LLC | Madison | WI |
| WWRS | 68547 | Trinity Bcstg Ntwk | Mayville | WI |
| WISN | 65680 | Hearst Stations, Inc. | Milwaukee | WI |
| WITI | 73107 | Tribune Broadcasting Company II, LLC | Milwaukee | WI |
| WVCY | 72342 | VCY America Inc | Milwaukee | WI |
| WCGV | 71278 | Sinclair Bcst Group | Milwaukee | WI |
| WTMJ | 74098 | Journal Broadcast Group | Milwaukee | WI |
| WVTV | 74174 | Sinclair Bcst Group | Milwaukee | WI |
| WJFW | 49699 | Rockfleet Broadcasting | Rhinelander | WI |
| KBJR | 33658 | Granite Bcstg Corp | Superior | WI |
| WCWF | 73042 | ACME Television LLC | Suring | WI |

| Call | ID | Licensee | City | State |
|---|---|---|---|---|
| WCWF | 73042 | LIN Television Corp | Suring | WI |
| WCWF | 73042 | Sinclair Bcst Group | Suring | WI |
| WSAW | 6867 | Gray Television Licensee LLC | Wausau | WI |
| WAOW | 64546 | Quincy Newspapers | Wausau | WI |
| WFXS | 86204 | Davis Television, LLC | Wittenberg | WI |
| WVVA | 74176 | Quincy Newspapers | Bluefield | WV |
| WLFB | 37806 | Living Faith Minstrs | Bluefield | WV |
| WCHS | 71280 | Sinclair Bcst Group | Charleston | WV |
| WLPX | 73189 | Ion Media Networks Inc. | Charleston | WV |
| WVAH | 417 | Sinclair Bcst Group | Charleston | WV |
| WBOY | 71220 | West Virginia Media Holdings, | Clarksburg | WV |
| WVFX | 10976 | Withers, W. Russell | Clarksburg | WV |
| WOWK | 23342 | West Virginia Media Holdings, | Huntington | WV |
| WSAZ | 36912 | Gray Television Licensee LLC | Huntington | WV |
| WVNS | 74169 | West Virginia Media Holdings, | Lewisburg | WV |
| WWPX | 23264 | Ion Media Networks Inc. | Martinsburg | WV |
| WOAY | 66804 | Thomas Bcstg | Oak Hill | WV |
| WTAP | 4685 | Gray Television Licensee LLC | Parkersburg | WV |
| WDTV | 70592 | Withers, W. Russell | Weston | WV |
| WTRF | 6869 | West Virginia Media Holdings, | Wheeling | WV |
| KFNB | 74256 | Wyomedia Corp | Casper | WY |
| KCWY | 68713 | Intermountain West Comm Company | Casper | WY |
| KGWC | 63177 | Mark Media Group | Casper | WY |
| KCWY | 68713 | Frontier Capital Partners, LLC | Casper | WY |
| KTWO | 18286 | Silverton Broadcasting Company, LLC | Casper | WY |
| KLWY | 40250 | Wyomedia Corp | Cheyenne | WY |
| KGWN | 63166 | Sagamore Hill Broadcasting | Cheyenne | WY |
| KQCK | 18287 | Casa En Denver, LLC. | Cheyenne | WY |
| KQCK | 18287 | Denver TV Group LLC | Cheyenne | WY |
| KGWN | 63166 | Yellowstone Holdings LLC | Cheyenne | WY |
| KGWL | 63162 | Mark Media Group | Lander | WY |
| KFNR | 21612 | Wyomedia Corp | Rawlins | WY |
| KFNE | 21613 | Wyomedia Corp | Riverton | WY |
| KGWR | 63170 | Mark Media Group | Rock Springs | WY |
| KSGW | 17680 | Duhamel Broadcasting Enterpris | Sheridan | WY |