```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff,      :
                                        :    41 Civ. 1395 (DLC)
            -v-                         :
                                        :         ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On August 7, 2009 and September 2, 2009, Orders gave instructions for the filing of applications pursuant to United States v. American Society of Composers, Authors, and Publishers, 41 Civ. 1395. On June 8, 2015, the District Court's Electronic Case Filing (ECF) system was modified to allow new civil actions to be filed electronically by attorneys admitted to the bar of this Court and attorneys seeking admission pro hac vice. Accordingly, it is hereby

ORDERED that the following steps will be followed for new applications filed pursuant to the above-captioned matter:

(1) The applicant shall commence each new proceeding by electronically filing the documents required to open the action under the ECF category "Petition (Other)." The applicant shall also review the Southern District of New York's case opening manual on the District's website and

   follow those instructions for opening the case on ECF. The documents shall also comply with the District's Standing Order for opening a civil case. Filing the case opening documents under the category "Petition (Other)" will cause the petition to be assigned its own civil docket number.

(2) At the same time that the applicant files the "Petition (Other)" case opening documents, the applicant shall follow the local rules governing related cases and file a statement of relatedness that identifies the petition as related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395;

(3) The applicant shall pay the associated filing fees;

(4) The Clerk of Court shall maintain a separate file and docket sheet for each application, which shall state that it is "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395";

(5) The Clerk of Court shall make a contemporaneous notation in the docket of <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395, that a new application has been filed, setting forth for each its caption and its docket number; and

(6) Parties shall display on all submissions the application's unique caption and docket number, as well

as the designation "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395."

Dated:   New York, New York
         January 4, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge