```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE PETITION OF PANDORA MEDIA, INC.   :    12 Civ. 8035 (DLC)
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :    41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,               :
                                        :
                       Plaintiff        :    ORDER
          v.                            :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2016

Judgment having been entered on July 24, 2014, it is hereby

ORDERED that the Clerk of Court shall close In re Petition of Pandora Media, Inc., 12cv8035.

Dated:    New York, New York
          March 9, 2016

                                    _____
                                              DENISE COTE
                                        United States District Judge