USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
 :
UNITED STATES OF AMERICA, :
                Plaintiff, :
 : 41 Civ. 1395 (DLC)
      -v- :
 : ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS :
AND PUBLISHERS,
                Defendant. :
 :
---------------------------------------X

DENISE COTE, District Judge:

    On May 12, 2016, the United States Department of Justice ("Government") filed a petition for an order to show cause why the American Society of Composers, Authors, and Publishers ("ASCAP") should not be found in civil contempt of the Second Amended Final Judgment dated June 11, 2001. The petition was accompanied by a memorandum of law and a proposed Settlement Agreement and Order to which ASCAP has consented. Having received the petition, it is hereby

    ORDERED that a conference will be held on Thursday, June 16, at 2:00 p.m. in Courtroom 15B, 500 Pearl Street.

    IT IS FURTHER ORDERED that any submissions in opposition to or in support of the proposed Settlement Agreement and Order are due on Friday, June 10.

    IT IS FURTHER ORDERED that the Clerk of Court shall assign a new case caption and civil docket number to this petition.

The Clerk of Court shall then docket under the new number all the items filed on May 12, 2016 in connection with that petition, including this Order and the following document numbers: 747, 748, 749, 750, and 751.

IT IS FURTHER ORDERED that the Clerk of Court shall follow the procedures set forth in the Court's January 4 Order governing the opening of new matters in the ASCAP docket.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate the Motion for Entry of the Proposed Settlement Agreement in 41cv1395 (document # 749).

IT IS FURTHER ORDERED that the parties shall display on all submissions the matter's unique caption and docket number, as well as the designation "Related to United States v. American Society of Composers, Authors, and Publishers, 41 Civ. 1395."

Dated:   New York, New York
         May 12, 2016

                                     _____
                                          DENISE COTE
                                     United States District Judge