

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

August 4, 2016

The Honorable Denise L. Cote
United States District Judge
Courtroom 15B
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**VIA ECF**

        Re:   *United States of America v. American Society of Composers, Authors and Publishers*, Case No. 41-01395 (DLC)

Dear Judge Cote:

As you may be aware, in 2014 the Antitrust Division of the Department of Justice initiated an investigation into the possibility of proposing certain modifications to the ASCAP consent decree (as well as the consent decree applying to BMI). I write to provide an update on that process. Today, the Antitrust Division released a Statement declining to support any modifications to the ASCAP or BMI consent decrees at this time. That Statement is attached. The Division is available to answer any questions Your Honor may have.

                                                Sincerely,

                                                Kelsey W. Shannon