

JAMES CURTIS MORROW
7312 BLVD EAST APT 4F
NORTH BERGEN NEW JERSEY 07047
(201) 293-2060
April 30, 2017
jamescurtism@yahoo.com

**Hon. Louis L. Stanton/ Hon. Denise L. Cote**
500 Pearl St.
New York, NY 10007-1312
*Re: ASCAP and BMI Consent Decrees*



Dear Judges Stanton and Cote:

In 2014 the Antitrust Division of the U.S. invited and received over 200 public comments into the operation and effectiveness of the ASCAP and BMI consent decrees.
One commenter, James Curtis Morrow, timely submitted his
comment.www.justice.gov/atr/public-comments

On August 4, 2016, and without a reply to the public comments, the Department of Justice closed the Antitrust Division's Review of the *ASCAP* and *BMI Consent* Decree.

The Tunney Act contemplates that the DOJ should evaluate the public comments that it receives and, if appropriate, consider modifications of the proposed consent decree in response to the issues raised by those comments. *See* 15 U.S.C. § 16(b) and (d)

Apparently the DOJ's theory is that the Tunney Act does not apply to "interpretations" of the ASCAP and BMI decrees and therefore no response to public comments is required.

If that reasoning is accepted the DOJ could here, and in similar antitrust actions, circumvent the clear design of the Tunney Act by a mere act of labelling any legitimate modification or rule change as an "interpretation".

Whatever label the DOJ chooses to affix, Judge Stanton and Judge Cote are allowed to review any comments including any objections filed with the United States under subsection (d) of this

section concerning the proposed judgment and the responses of the United States to such comments and objections; and take such other action in the public interest as the court may deem appropriate.15 U.S.C. § 16(e), (f).

In conclusion, movant seeks a public interest determination to the DOJ's failure to respond to his public comment.

Respectfully,

James Curtis Morrow

cc:U.S Regular Mail-
Scot A. Edelman
28 LIBERTY STREET
NEW YORK, N.Y. 10005-1413

cc:U.S Regular Mail-
Robert J. Wiggers
U.S. DEPARTMENT OF Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001