UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

United States of America,

                       Plaintiff,

      -against-

American Society of Composers,   Defendant.
Authors and Publishers,
-----------------------------------------------------------

Case No.  41-cv-1395 (DLC)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending                [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                           Richard H. Reimer
                        FILL IN ATTORNEY NAME

My SDNY Bar Number is:__RR7878_____ My State Bar Number is __1413756 (NY)___

I am,

[X]   An attorney

[ ]   A Government Agency attorney

[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: ASCAP
                 FIRM ADDRESS: 1 Lincoln Plaza, New York, NY 10023
                 FIRM TELEPHONE NUMBER:  212-621-6261
                 FIRM FAX NUMBER: 212-787-1381

NEW FIRM:     FIRM NAME:  ASCAP
                 FIRM ADDRESS: 250 W. 57th Street , New York, NY 10107
                 FIRM TELEPHONE NUMBER:  212-621-6261
                 FIRM FAX NUMBER: 212-787-1381

[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated: 11/6/2018

                                          ATTORNEY'S SIGNATURE